Whitney, Thompson & Jeffcoach LLP
Marshall C. Whitney, #82952
Brodie A. Surfus, #349269
970 W. Alluvial Ave.
Fresno, California 93711
Telephone: (559) 753-2550
Facsimile: (559) 753-2560

Moore & Van Allen, PLCC
William D. Curtis, #53811
Gabriel L. Mathless, #48857
  *(Admitted Pro Hac Vice)*
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-3884

Attorneys for Federal Agricultural Mortgage Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,<br><br>Defendants. | Case No. 1:24-cv-01455-KES-SAB<br><br>**DECLARATION OF LANCE MILLER IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR ORDER APPOINTING RECEIVER AND FOR PRELIMINARY INJUNCTION**<br><br>Date:<br>Time:<br>Crtrm.: 6<br><br>Action Filed: November 27, 2024 |

Pursuant to 28 U.S.C. § 1746, I, Lance Miller, declare as follows:

1. I am the Founder and a Managing Director of Pivot Management Group, LLC ("Pivot Group"), a financial advisory and turnaround management firm with an office located at 1230 Rosecrans Avenue, Suite 530, Manhattan Beach, California 90266. The facts contained herein are

885.0 06201054.000

DECLARATION OF LANCE MILLER IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR ORDER APPOINTING RECEIVER AND FOR PRELIMINARY INJUNCTION

true and accurate based upon my personal knowledge, and if called upon as a witness in this case, I could and would testify competently to the truth thereof.

2. Attached hereto as **Exhibit 1** is a true and correct copy of my current Curriculum Vitae. All of the information contained in the Curriculum Vitae is true and accurate.

3. I understand that the plaintiff, Federal Agricultural Mortgage Corporation ("Farmer Mac" or the "Lender") is seeking a receiver to preserve and protect its interests in real property supporting an almond and pistachio operation and crops related thereto, including the proceeds thereof, and I have been nominated to act as the receiver in the above-captioned action. I believe that I am more than qualified to serve in that role.

4. I have more than 19 years of experience in complex receiverships, workouts, restructurings, corporate and shareholder disputes, and distressed M&A processes. As an attorney and later as a partner in distressed advisory firms (including Pivot Group), I have provided services over a multitude of industries and markets to companies, creditors, equity holders, asset purchasers, receiverships, and creditors' trusts. My recent court-approved experience includes the following:

a. <u>Columbia Pulp I, LLC</u> (Wash. Super. Ct.) – Receiver appointed by the Washington Superior Court for King County for a $150+ million plant in Starbuck, Washington designed to create wetlap pulp from wheat straw. Efforts resulted in the successful sale of receivership assets and distributions to primary creditors, following a lengthy marketing process.

b. <u>iCap Enterprises, Inc.</u> (Bankr. E.D. Wash.) – Chief Restructuring Officer for a failed real estate development fund based in Bellevue, Washington that previously raised $250+ million from individual investors, in connection with its chapter 11 bankruptcy cases currently pending before the U.S. Bankruptcy Court for the Eastern District of Washington. Efforts have included investigation of allegations involving fraud and operation of a Ponzi scheme.

c. <u>CalPlant</u> (Bankr. D. Del.) - Financial and M&A advisor for the world's first rice straw-based MDF, based in Willows, California and funded by $300+ million in tax exempt bonds. Following confirmation of a plan of liquidation, I am now serving as the Liquidating Director for remaining assets and ongoing litigation against the former manufacturer of the plant's equipment.

885.0 06201054.000

2

DECLARATION OF LANCE MILLER IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR ORDER APPOINTING RECEIVER AND FOR PRELIMINARY INJUNCTION

WHITNEY THOMPSON & JEFFCOACH

d. <u>Easterday Ranches, Inc. and Easterday Farms</u> (Bankr. E.D. Wash.) - Replacement management for large cattle and farming operation based in Paso, Washington in large fraudulent scheme. Efforts resulted in the successful sale of $200+ million in farming assets.

e. <u>International Longshore & Warehouse Union</u> (ILWU) (Bankr. N.D. Cal.) - Financial advisor and testifying expert for 100+ year old union in connection with its chapter 11 proceedings.

f. <u>Lear Capital</u> (Bankr. D. Del.) - Financial advisor for precious metals retailer facing significant regulatory and attorneys' general claims relating to consumer protection issues.

g. <u>Coastal International, Inc.</u> (Bankr. N.D. Cal.) - Litigation trustee for creditors' trust established with respect to large tradeshow logistics provider.

5. Prior to joining Pivot Group, I was a partner with another distressed financial advisory firm (Paladin Management Group, LLC), and before that I served as the General Counsel for Sugarfina, Inc. (where I was also appointed Chief Restructuring Officer for its chapter 11 proceedings) and American Apparel, LLC. I also practiced for over seven years in restructuring and distressed practices with large international law firms. I hold a J.D. from Boston University School of Law and a B.A. from the University of California, San Diego.

6. I have no involvement with any of the parties to this action that would create a conflict of interest if I were appointed a receiver herein[1]. Moreover, I am not related to any judge of this Court by consanguinity or affinity within the third degree as requested by statute.

7. I have reviewed the Lender's proposed receivership order. I, as the designated representative of Pivot Group, am willing and able to perform the duties of the receiver as outlined therein.

8. There has been no contract, agreement, or arrangement with any party hereto regarding:

///

---

[1] Mr. Miller is currently serving as the court appointed receiver pursuant to that certain Order Expanding Receivership and for Preliminary Injunction [Dkt. 120] entered Case No. 1:24-cv-01102-KES-SAB filed by Prudential Life Insurance Company and PGIM Real Estate Finance, LLC which remains pending before this Court.

WHITNEY THOMPSON & JEFFCOACH

885.0 06201054.000

3

DECLARATION OF LANCE MILLER IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR ORDER APPOINTING RECEIVER AND FOR PRELIMINARY INJUNCTION

      a.      What the role of the receiver will be with respect to the company following a termination of the receivership, without specific court permission;

      b.      Who the receiver will hire, or seek approval to hire, to perform necessary services;

      c.      How the receiver will administer the receivership or how much the receiver will charge for services or pay for services to appropriate or approved third parties hired to provide services; or,

      d.      What capital expenditures will be made in connection with the company's operations.

9. I anticipate that I will retain Pivot Group as the estate's financial advisor and that I will retain counsel for the estate. I may also retain other professionals and others as necessary to assist me in carrying out my duties as receiver. I understand the fees and costs of such professionals and others will also constitute reimbursable fees and costs of the receiver. I and Pivot Group's other professionals would typically charge an hourly rate for work in a matter like this one. My normal hourly rate is $925 per hour, and I expect that the blended rate for this matter will be around $750 per hour. I understand that rates of this nature may be burdensome for this case, and I am willing to work with the estate and key stakeholders to reach an understanding on compensation that can work within the estate's resources.

10. I understand that my compensation and that of professionals retained by the receiver will be subject to review and approval by the Court.

11. I propose that the receiver's bond be set at $5,000.00 in this case.

12. There is no contract, agreement, arrangement, or understanding between any party associated with this case as to the conduct of the receivership case.

13. As the receiver, I agree that I am an agent of the Court and not of any party to the litigation, and as such, I will remain neutral, and I will act for the benefit of all who may have an interest in the receivership property.

///

///

885.0 06201054.000

4

DECLARATION OF LANCE MILLER IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR ORDER APPOINTING RECEIVER AND FOR PRELIMINARY INJUNCTION

WHITNEY THOMPSON & JEFFCOACH

interest in the receivership property.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 26, 2024

By: _____
Lance Miller

# EXHIBIT 1

# Lance E. Miller
# Pivot Management Group, LLC
1230 Rosecrans Ave., Suite 530
Manhattan Beach, CA 90266
(323) 774-7122 • lance.miller@pivotgrp.com

## SENIOR DISTRESSED ADVISOR

Experienced restructuring and risk management professional across a wide array of roles and contexts involving corporate bankruptcy and distress (including Chief Restructuring Officer, Receiver, Independent Director, and Advisor) with proven track record in cases and matters both in and out of court.  Expertise includes operational and strategic advice or management in a distressed environment, running distressed M&A processes, high-stakes financial turnarounds, leading and managing litigation strategies, leading financing solicitation efforts (both equity and debt), and all manner of commercial contract and transactions negotiation.

## PROFESSIONAL EXPERIENCE

**Pivot Management Group, LLC** — Manhattan Beach, California
 *Founder and Managing Partner*                                                                                                April 2024 — present

Lance is the founder and managing partner of Pivot, a specialty turnaround management and distressed advisory firm.  Lance leverages 20 years of restructuring experience to deliver a unique blend of strategic and practical advice to guide clients through the restructuring process.  Lance's practice focuses on leadership and restructuring advice for companies, sponsors, and creditors in complex Chapter 11 and out-of-court workout situations. He has experience delivering results in many different roles, including as Financial Advisor, Independent Director, Chief Restructuring Officer, and court-appointed Receiver.  Representative experience includes the following notable engagements:

> Interim Management/Court-Appointed Receivership and Trustee Roles: *Columbia Pulp* (Wash. Super. Ct.), *iCap Enterprises, Inc.* (Bankr. E.D. Wash.), *CalPlant 1, LLC* (Bankr. D. Del.), *Apex Parks Group* (Bankr. D. Del.), *Easterday Farms and Easterday Ranches, Inc.* (Bankr. E.D. Wash.); *Coastal International, Inc.* (Bankr. N.D. Cal.).

> Distressed/Bankruptcy Advisor:  *International Longshore and Warehouse Union* (Bankr. N.D. Cal.), *Lear Capital, Inc.* (Bankr. D. Del.), *In re One Table Restaurant Brands, LLC* (Bankr. D. Del.), *Chesapeake Energy Corp.* (Bankr. S.D. Tex.), *Chemtura Corp.* (Bankr. S.D.N.Y.).

> Independent Director Roles:  *Yogaworks, Inc.* (Bankr. D. Del.); *Agway Farm & Home Supply, LLC* (Bankr. D. Del.).

**Paladin Management Group, LLC** — Los Angeles, California
 *Partner*                                                                                                                    February 2020 — April 2024

Consulting and advice for clients regarding all manner of financial distress, corporate bankruptcy, and turnaround management.

**Sugarfina, Inc.** — El Segundo, California
*General Counsel and Chief Restructuring Officer*           April 2017 — February 2020

Sugarfina operated an omnichannel retail business focusing on luxury confectionary and candy sales in North America, the United Kingdom, and Asia, through owned and franchised operations.  Recruited to start Sugarfina's first legal department and serve as a key executive in managing risk and advising regarding growth strategies.  Subsequently appointed by the Board to serve as the Company's Chief Restructuring Officer, to guide operations through a successful sale and auction process.

**American Apparel, LLC** — Los Angeles, California
*General Counsel and Corporate Secretary*           September 2014 — April 2017

American Apparel operated the largest apparel manufacturing operation in North America and over 250 retail stores in 19 different countries with more than 8,000 employees worldwide.  Recruited in September 2014 to build a new legal department and implement best-practices for minimizing operational risk and addressing turn-around needs.  Subsequently appointed to General Counsel and Corporate Secretary to, among other things, lead a distressed M&A sale and auction process.  Accomplishments and responsibilities involved the following:

- In first chapter 11 proceeding, steered the company through a successful chapter 11 restructuring through (at that time) one of the quickest chapter 11 retail cases in U.S. history.  Confirmation involved a contested valuation trial, opposed by the company's founder and former CEO.
- In second chapter 11 proceeding, steered the company and its Board of Directors through a high-profile M&A auction process, resulting in the sale to Gildan Activewear (NYSE:GIL) for more than $100 million.
- Led company in soliciting and closing on successive financing deals totaling more than $200 million.
- Managed and maintained a domestic and international intellectual property portfolio across 19 countries.  The portfolio served as the primary source of value supporting the Company's subsequent sale.
- Managed and maintained 24 domestic and international subsidiaries.  As part of sale, strategized and implemented international wind-down and/or insolvency proceedings in ten (10) countries.

**Law Firm Experience**
  **Jones Day** — Los Angeles and New York           June 2009 — September 2014
  **Kirkland & Ellis LLP** — Los Angeles           May 2008 — June 2009
  **Hennigan, Bennett & Dorman LLP** — Los Angeles           September 2007 — May 2008

Broad-based business restructuring practice involving an array of distress-related transactions and litigation, including M&A and debt financing and loan workouts on behalf of multinational corporations, lender and bank groups, secured and unsecured creditors, and prospective acquirers.


**United States Bankruptcy Court, District of Utah** — Salt Lake City, Utah
*Judicial Law Clerk*           August 2005 — September 2007

Principal law clerk for Hon. William T. Thurman, Chief Bankruptcy Judge.  One published decision was affirmed by the U.S. Supreme Court in *Hamilton v. Lanning*, 130 S.Ct. 2464 (2010).

## EDUCATION

**Boston University School of Law** — J.D., *cum laude* May 2005
<u>Honors</u>: Edward F. Hennessey Distinguished Scholar, Top 10% (2005);
Paul J. Liacos Scholar, Top 25% (2004).

**University of California, San Diego** — B.A. in Economics (Minor in Political Science), June 2002.

## BAR ADMISSIONS

New York (2010), Utah (2006), California (2005).