Whitney, Thompson & Jeffcoach LLP
Marshall C. Whitney, #82952
Brodie Surfus, #349269
970 W. Alluvial Ave.
Fresno, California 93711
Telephone:      (559) 753-2550
Facsimile:      (559) 753-2560

Moore & Van Allen, PLCC
William D. Curtis, #53811
Gabriel L. Mathless, #48857
   *(Admitted Pro Hac Vice)*
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone:      (704) 331-3884

Attorneys for Federal Agricultural Mortgage
Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,<br><br>                    Defendants. | Case No. 1:24-cv-01455-KES-SAB<br><br>**PROOF OF SERVICE**<br><br>Action Filed:  November 27, 2024 |

WHITNEY
THOMPSON &
JEFFCOACH

885.0 06202746.000

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Fresno, State of California.  My business address is 970 W. Alluvial Ave., Fresno, CA 93711.

On December 19, 2024, I served true copies of the following document(s) described as

**PLAINTIFF'S EX PARTE APPLICATION TO CONSIDER EX PARTE MOTION FOR APPOINTMENT OF RECEIVER AND FOR PRELIMINARY INJUNCTION;**

**PLAINTIFF'S EX PARTE MOTION FOR ORDER APPOINTING RECEIVER AND FOR PRELIMINARY INJUNCTION;**

**DECLARATION OF BRODIE A. SURFUS IN SUPPORT OF EX PARTE APPLICATION;**

**DECLARATION OF ZACHARY CARPENTER IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR ORDER APPOINTING RECEIVER AND FOR PRELIMINARY INJUNCTION;**

**DECLARATION OF LANCE MILLER IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR ORDER APPOINTING RECEIVER AND FOR PRELIMINARY INJUNCTION;**

**PLAINTIFF FEDERAL AGRICULTURAL MORTGAGE CORPORATION'S ORDER APPOINTING RECEIVER AND FOR PRELIMINARY INJUNCTION** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Whitney, Thompson & Jeffcoach LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Fresno, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 19, 2024, at Fresno, California.

Sylvia Gomez

**SERVICE LIST**
**Federal Agricultural Mortgage Corporation v. Assemi Brothers, LLC, et al.**
**Case No. 1:24-cv-01455-KES-SAB**

| | |
|---|---|
| Assemi Brothers, LLC<br>Attn: John A. Bezmalinovic, Agent for Service<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704<br><br>*Defendant* | C & A Farms, LLC<br>Attn: Elizabeth A. Steinhauer-Clark, Agent for Service<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704<br><br>*Defendant* |
| ACAP Farms, LLC<br>Attn: Elizabeth A. Steinhauer-Clark, Agent for Service<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704<br><br>*Defendant* | Cantua Orchards, LLC<br>Attn: Elizabeth A. Steinhauer-Clark, Agent for Service<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704<br><br>*Defendant* |
| Cooper Avenue Investments, LLC<br>Attn: John A. Bezmalinovic, Agent for Service<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704<br><br>*Defendant* | Gradon Farms, LLC<br>Attn: Elizabeth A. Steinhauer-Clark, Agent for Service<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704<br><br>*Defendant* |
| Lincoln Grantor Farms, LLC<br>Attn: Elizabeth A. Steinhauer-Clark, Agent for Service<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704<br><br>*Defendant* | Maricopa Orchards, LLC<br>Attn: Elizabeth A. Steinhauer-Clark, Agent for Service<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704<br><br>*Defendant* |
| Whitebridge Farms, LLC<br>Attn: Elizabeth A. Steinhauer-Clark, Agent for Service<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704<br><br>*Defendant* | Willow Avenue Investments, LLC<br>Attn: John A. Bezmalinovic, Agent for Service<br>5260 N. Palm Ave., Suite 421<br>Fresno, CA 93704<br><br>*Defendant* |

WHITNEY
THOMPSON &
JEFFCOACH