Whitney, Thompson & Jeffcoach LLP
Marshall C. Whitney, #82952
Brodie Surfus, #349269
970 W. Alluvial Ave.
Fresno, California 93711
Telephone:   (559) 753-2550
Facsimile:   (559) 753-2560

Moore & Van Allen, PLCC
William D. Curtis, #53811
Gabriel L. Mathless, #48857
  *(Admitted Pro Hac Vice)*
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone:   (704) 331-3884

Attorneys for Federal Agricultural Mortgage Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,<br><br>          Defendants. | Case No. 1:24-cv-01455-KES-SAB<br><br>**PROOF OF SERVICE OF DOCUMENT NO. 26: MINUTE ORDER (TEXT ONLY ENTRY)**<br><br>Action Filed: November 27, 2024 |

885.0 06203782.000

**PROOF OF SERVICE**

**Federal Agricultural Mortgage Corporation v. Assemi Brothers, LLC, et al.
Case No. 1:24-cv-01455-KES-SAB**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Fresno, State of California. My business address is 970 W. Alluvial Ave., Fresno, CA 93711.

On December 20, 2024, I served true copies of the following document(s) described as **MINUTE ORDER DATED DECEMBER 20, 2024 [DOC NO. 26]** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Whitney, Thompson & Jeffcoach LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Fresno, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 20, 2024, at Fresno, California.

_____
Sylvia Gomez

885.0 06203782.000

2

# SERVICE LIST
**Federal Agricultural Mortgage Corporation v. Assemi Brothers, LLC, et al.**
Case No. 1:24-cv-01455-KES-SAB

Assemi Brothers, LLC
Attn: John A. Bezmalinovic, Agent for Service
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

*Defendant*

C & A Farms, LLC
Attn: Elizabeth A. Steinhauer-Clark, Agent for Service
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

*Defendant*

ACAP Farms, LLC
Attn: Elizabeth A. Steinhauer-Clark, Agent for Service
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

*Defendant*

Cantua Orchards, LLC
Attn: Elizabeth A. Steinhauer-Clark, Agent for Service
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

*Defendant*

Cooper Avenue Investments, LLC
Attn: John A. Bezmalinovic, Agent for Service
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

*Defendant*

Gradon Farms, LLC
Attn: Elizabeth A. Steinhauer-Clark, Agent for Service
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

*Defendant*

Lincoln Grantor Farms, LLC
Attn: Elizabeth A. Steinhauer-Clark, Agent for Service
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

*Defendant*

Maricopa Orchards, LLC
Attn: Elizabeth A. Steinhauer-Clark, Agent for Service
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

*Defendant*

Whitebridge Farms, LLC
Attn: Elizabeth A. Steinhauer-Clark, Agent for Service
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

*Defendant*

Willow Avenue Investments, LLC
Attn: John A. Bezmalinovic, Agent for Service
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

*Defendant*