# EXHIBIT A

Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone: (214) 765-3600
Facsimile: (214) 765-3602

*Proposed Attorneys for the Receiver*
Lance Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,<br><br>Defendants. | No. 1:24-cv-01455-KES-SAB<br><br>**DECLARATION OF LANCE E. MILLER IN SUPPORT OF RECEIVER LANCE MILLER'S MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF CUTTS LAW, PC AS SPECIAL COUNSEL EFFECTIVE AS OF NOVEMBER 27, 2024**<br><br>**HONORABLE KIRK E. SHERRIFF** |

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

302350538

I, Lance E. Miller, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

1. I am over the age of eighteen years, am under no disability, and am competent to testify to the matters set forth herein. Except as otherwise stated, all facts set forth in this declaration are based upon my personal knowledge and/or my review of documents. If called as a witness in this case, I could and would testify competently to the facts set forth in this declaration.

2. I submit this declaration in support of the *Motion of Receiver Lance Miller for Order Authorizing Employment of Cutts Law, PC as Special Counsel Effective as of November 27, 2024* (the "**Motion**").

3. I am the Founder and a Managing Director of Pivot Management Group, LLC ("**Pivot Group**"), a financial advisory and turnaround management firm with an office located at 1230 Rosecrans Avenue, Suite 530, Manhattan Beach, California 90266. I have more than 19 years of experience in complex receiverships, workouts, restructurings, corporate and shareholder disputes, and distressed M&A processes. As an attorney and later as a partner in distressed advisory firms (including Pivot Group), I have provided services over a multitude of industries and markets to companies, creditors, equity holders, asset purchasers, receiverships, and creditors' trusts.

4. On November 27, 2024, Federal Agricultural Mortgage Corporation ("**Farmer Mac**") filed a *Complaint for Breach of Contract, Appointment of Receiver, Accounting and Specific Performance of Rents and Profits Clause; and Injunctive Relief* [Dkt. No. 1] initiating the above-captioned case (the "**Case**"), and an *Ex Parte Application Regarding Motion for Order Appointing Receiver and for Preliminary Injunction* [Dkt. No. 15].

5. On January 3, 2025, after the notice period expired, the Court entered the *Order Appointing Receiver and for Preliminary Injunction* [Dkt. No. 29] (the "**Receivership Order**") appointing the Receiver as general receiver over the Receivership Property (as defined in the

Receivership Order). Receivership Order ¶ 1. The Receivership Order authorizes the Receiver to, among other things:

> [E]mploy a law firm as Receiver's legal counsel ("Receiver's Counsel") in this matter, as reasonably necessary to accomplish the purposes of this Order and pay the reasonable fees and expenses of such Receiver's Counsel for services rendered in preparation of and during the receivership, as approved by the Court. Receiver's Counsel shall be entitled to reimbursement of all reasonable costs and expenses incurred on behalf of the receivership estate and in preparing for the Receiver's appointment. The attorneys' fees and costs incurred by Receiver's Counsel may be included in the administrative costs and expenses to be paid to the Receiver in accordance with Paragraph 12 of this Order.

*Id.* ¶ 4(q); *see also id.* ¶ 13 (establishing fee procedures).

6. Paragraph 4(q) of the Receivership Order empowers me to retain and employ professional persons, including attorneys. Given the complexity and interrelationship of the entities involved in the receivership and sale of the Receivership Property, I consider it necessary to retain legal counsel to advise me in the execution of my duties under the Receivership Order.

7. In addition to this Case, I also serve as Receiver in the related case styled *The Prudential Insurance Company of America et al. v. ACDF, LLC et al.*, Case No. 1:24-cv-01102-KES (the "**Prudential Case**") in which Cutts law, PC ("**Cutts**") serves as my special counsel due to its specialized expertise in agricultural law and water rights. For these reasons, I believe Cutts is the best suited to meet my needs in this Case.

8. The terms of Cutts' engagement letter signed effective as of October 30, 2024 with respect to the Prudential Case will also serve as the engagement letter in this Case.

3
No. 1:24-cv-01455-KES-SAB
DECLARATION OF LANCE E. MILLER
IN SUPPORT OF RECEIVER LANCE MILLER'S MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF CUTTS LAW, PC AS SPECIAL COUNSEL EFFECTIVE AS OF OCTOBER 29, 2024

302350538

9. I propose that the Court authorize Cutts to advise me with respect to agricultural property issues, including without limitation, possible shared irrigation improvements, water rights, access and irrigation easement concerns, and general agricultural property issues and concerns, related to the operation and potential disposition of property for which I have been appointed. Additionally, Cutts may perform such other legal services (not including tax law services or litigation) as may be necessary, or that I may request from time to time.

10. Cutts' fees for this engagement will be based upon its standard hourly rates, which I understand it adjusts annually in response to market trends and other factors, generally in the first calendar quarter of the year. I find Cutts' hourly rates to be acceptable.

11. Cutts will also seek reimbursement of its out-of-pocket expenses which include items such as consultants, experts, filing fees, court reporting fees, travel costs, overnight or other special mail services, messenger services, photocopies, outgoing faxes, research service charges (e.g., Westlaw), secretarial and other staff overtime charges (when required to meet the needs of the matter), and other special services such as document imaging.

12. The Cutts attorneys who may work on this matter from time to time as appropriate include:

| Name | Practice (Office) | Title | Class | Rate |
|---|---|---|---|---|
| Lisa A. Cutts | Agricultural Law, Real Estate Law | Shareholder | 2011 | $425.00 |
| Bradley J. Kalebjian | Agricultural Law, Real Estate Law | Associate | 2024 | $300.00 |

I reviewed and considered the above staffing model, as well as Cutts' hourly rates and found them to be reasonable and appropriate considering the scope of this receivership. In the exercise of my business judgment, I may in the future determine that present needs warrant the assignment of different or additional Cutts personnel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2025
In Manhattan Beach, California

By: */s/ Lance E. Miller*
Lance E. Miller

**PROOF OF SERVICE**

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661. On January 16, 2025, I served the following document(s) described as:

**DECLARATION OF LANCE E. MILLER IN SUPPORT OF RECEIVER LANCE MILLER'S MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF CUTTS LAW, PC AS SPECIAL COUNSEL EFFECTIVE AS OF OCTOBER 29, 2024**
as follows:

**[ ]   BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]   BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]   BY OVERNIGHT MAIL (FedEx):**  I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]   BY PERSONAL SERVICE:**  I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]   E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on January 16, 2025, at Winnetka, Illinois.

*/s/Terence G. Banich*
Terence G. Banich