Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:   (312) 902-5200
Facsimile:    (312) 902-1061

John E. Mitchell (*pro hac vice* application filed)
Michaela C. Crocker (*pro hac vice* application filed)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:   (214) 765-3600
Facsimile:    (214) 765-3602

*Attorneys for the Receiver*
Lance Miller

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>       Plaintiff,<br><br>       v.<br><br>ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,<br><br>       Defendants. | No. 1:24-cv-01455-KES-SAB<br><br>**[PROPOSED] ORDER AUTHORIZING EMPLOYMENT OF CUTTS LAW, PC AS SPECIAL COUNSEL EFFECTIVE AS OF NOVEMBER 27, 2024** |

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

302344493

On March 3, 2025, before the Hon. Kirk E. Sherriff, United States District Judge, a hearing was held on the *Motion of Receiver Lance Miller for Order Authorizing Employment of Cutts Law, PC as Special Counsel Effective as of November 27, 2024* (the "**Motion**"). Proposed counsel served appropriate notice on all interested parties and no objections were filed. At the hearing, no objections were stated on the record.

Based upon the Motion and related declarations, and the record before the Court, it appears that the attorneys are eligible to be employed effective as of November 27, 2024.

Accordingly,

**IT IS ORDERED** that the Motion is granted and Lance Miller, the Receiver in the above-referenced case, is authorized to retain Cutts Law, PC as his special counsel *nunc pro tunc* to November 27, 2024.

Dated: _____

_____
Hon. Kirk E. Sherriff
United States District Judge

2
No. 1:24-cv-01455-KES-SAB
[PROPOSED] ORDER AUTHORIZING EMPLOYMENT OF CUTTS LAW, PC
AS SPECIAL COUNSEL EFFECTIVE AS OF OCTOBER 29, 2024

302344493