# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,<br><br>    Defendants. | No. 1:24-cv-01455-KES-SAB<br><br>**ORDER AUTHORIZING EMPLOYMENT OF KATTEN MUCHIN ROSENMAN, LLP AS COUNSEL NUNC PRO TUNC**<br><br>(Doc. 34) |

On January 16, 2025, Receiver Lance Miller filed a Motion for Order Authorizing Employment of Katten Muchin Rosenman LLP as Counsel Nunc Pro Tunc, Doc. 34 ("Motion"), and calendared the Motion for hearing on March 3, 2025. The Motion is unopposed and all interested parties have had sufficient notice of the Motion. Accordingly, the Motion is SUBMITTED without oral argument pursuant to Local Rule 230(g), and the hearing currently set for March 3, 2025, is VACATED. The Court issues the following written order.

Based upon the Motion, the related declarations, and the record before the Court, it appears that the attorneys are eligible to be employed effective as of November 27, 2024.

Accordingly,

**IT IS ORDERED** that the Motion is granted and Lance Miller, the Receiver in the above-captioned case, is authorized to retain Katten Muchin Rosenman LLP as his attorneys, nunc pro tunc to November 27, 2024; and

**IT IS FURTHER ORDERED** that nothing contained herein shall prevent Katten from seeking approval for the payment of fees and expenses incurred prior to November 27, 2024.

IT IS SO ORDERED.

Dated: __February 14, 2025__    _____
                                 UNITED STATES DISTRICT JUDGE