1 | Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
2 | **KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
3 | Chicago, IL 60661-3693
Telephone:   (312) 902-5200
4 | Facsimile:   (312) 902-1061

5 | John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
6 | **KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
7 | Dallas, TX 75201-2591
Telephone:   (214) 765-3600
8 | Facsimile:   (214) 765-3602

9 | *Attorneys for the Receiver*
Lance Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., | ) ) ) | No. 1:24-cv-01102-KES-SAB |
|---|---|---|
| Plaintiffs, | ) ) ) | **[PROPOSED] ORDER AUTHORIZING ENGAGEMENT AND COMPENSATION OF CAPSTONE CAPITAL MARKETS LLC AS INVESTMENT BANKER** |
| v. | ) ) | |
| ACDF, LLC, et al. | ) ) | |
| Defendants. | ) ) | |

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

302491294

On _____ \_\_, 2025, before the Honorable Kirk E. Sherriff, United States District Judge, a hearing was held on the *Unopposed Motion of Receiver Lance Miller for Order Authorizing Engagement and Compensation of Capstone Capital Markets LLC as Investment Banker; Memorandum of Points and Authorities in Support Thereof* (the "**Motion**"). Counsel served appropriate notice on all interested parties and no objections were filed. At the hearing, no objections were stated on the record.

Based upon the Motion and related declarations, and the record before the Court, it appears that Capstone Capital Markets LLC is qualified and eligible to be employed as the Receiver's investment banker. Accordingly,

**IT IS ORDERED** that the Motion is granted and Lance Miller, the Receiver in the above-referenced case, is authorized to retain and compensate Capstone Capital Markets LLC as his investment banker pursuant to the terms of the Engagement Letter.

Dated: _____

_____
Hon. Kirk E. Sherriff
United States District Court

2

No. 1:24-cv-01102-KES-SAB
[PROPOSED] ORDER AUTHORIZING ENGAGEMENT AND COMPENSATION OF CAPSTONE CAPITAL MARKETS LLC AS INVESTMENT BANKER

302491294