Docusign Envelope ID: 15010B00-589D-4283-99D0-7A18FB9AA518

1  Terence G. Banich (SBN 212173)[1]
   terence.banich@katten.com
2  **KATTEN MUCHIN ROSENMAN LLP**
   525 W. Monroe St.
3  Chicago, IL 60661-3693
   Telephone:    (312) 902-5200
4  Facsimile:    (312) 902-1061

5  John E. Mitchell (*pro hac vice*)
   Michaela C. Crocker (*pro hac vice*)
6  **KATTEN MUCHIN ROSENMAN LLP**
   2121 North Pearl St., Ste. 1100
7  Dallas, TX 75201-2591
   Telephone:    (214) 765-3600
8  Facsimile:    (214) 765-3602

9  *Attorneys for the Receiver*
   Lance Miller
10

11              **UNITED STATES DISTRICT COURT**

12              **EASTERN DISTRICT OF CALIFORNIA**

13

14  FEDERAL AGRICULTURAL MORTGAGE      ) No. 1:24-cv-01455-KES-SAB
    CORPORATION,                       )
15                                     ) **DECLARATION OF SKYE ROOT IN**
            Plaintiff,                 ) **SUPPORT OF UNOPPOSED**
16                                     ) **MOTION OF RECEIVER LANCE**
        v.                             ) **MILLER FOR ORDER**
17                                     ) **AUTHORIZING ENGAGEMENT**
    ASSEMI BROTHERS, LLC; MARICOPA     ) **AND COMPENSATION OF**
18  ORCHARDS, LLC; C & A FARMS, LLC;   ) **CAPSTONE CAPITAL MARKETS**
    WHITESBRIDGE FARMS, LLC; WILLOW    ) **LLC AS INVESTMENT BANKER**
19  AVENUE INVESTMENTS, LLC; LINCOLN   )
    GRANTOR FARMS, LLC; COPPER         ) **HONORABLE KIRK E. SHERRIFF**
20  AVENUE INVESTMENTS, LLC; ACAP      )
    FARMS, LLC; CANTUA ORCHARDS, LLC;  )
21  GRADON FARMS, LLC,                 )
                                       )
22              Defendants.            )
                                       )
23

24

25

26

27

28  _____
    [1]  Designated as counsel for service pursuant to L.R. 182(c)(1).

Docusign Envelope ID: 15010B00-589D-4283-99D0-7A18FB9A518

I, Skye Root, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

1.    I am over the age of eighteen years, am under no disability, and am competent to testify to the matters set forth herein. Except as otherwise stated, all facts set forth in this declaration are based upon my personal knowledge and/or my review of documents. If called as a witness in this case, I could and would testify competently to the facts set forth in this declaration.

2.    I submit this declaration in support of the *Unopposed Motion of Receiver Lance Miller for Order Authorizing Engagement and Compensation of Capstone Capital Markets LLC as Investment Banker* (the "**Motion**"). [2]

3.    I am a Managing Director at Capstone Partners, Inc.  and have held that position since December 2023. As a Managing Director at Capstone Partners, Inc., I am authorized to submit this declaration on behalf of Capstone Capital Markets LLC ("**Capstone**") and in support of the Motion.

4.    Throughout my career, I have specialized in agricultural transaction advisory and sales, agricultural management, and consulting in the western United States. In this regard, I have an extensive network of local and regional brokers and farmland buyers across the western United States.  I have completed sales of agricultural properties in seven states, including California, aggregating over $2.1 billion since 2011. Additionally, I regularly provided in-depth agricultural management consulting. I also have extensive experience with a wide variety of agricultural operations, including those similar to the defendants' farming operations conducted at the Sale Properties.

5.    Except as otherwise noted, I have personal knowledge of the matters set forth herein. If called as a witness, I could, and would, testify competently to the matters set forth herein.  Certain of the disclosures herein, however, relate to matters within the personal knowledge of other professionals at Capstone and are based on information provided to me by such professionals.

6.    A true and correct copy of the Engagement Letter is attached as <u>Exhibit 1</u> hereto.

---

[2]    All capitalized terms used but not defined in this Declaration shall have the meanings ascribed to them in the Engagement Letter.

## Capstone's Qualifications

7.    I believe that Capstone and the professionals it employs are uniquely qualified to advise the Receiver on the matters for which it is proposed to be employed in a cost effective, efficient, and expert manner.

8.    Capstone is a full-service investment bank with broad reach to investors throughout domestic and international markets. For a transaction of this size and nature, Capstone has access to top national and multinational strategic and financial buyers of agricultural businesses and assets.

9.    The senior bankers leading this engagement, myself and Jerry Sturgill, combine more than 50 years of investment banking and transactional experience. Both of us have led transactions for the sale of complex agricultural businesses and assets, including in settings like this one, where careful analysis and presentation of complex water rights and strategies are central to achieving the highest potential value. Among their many successful sales transactions, several have been in court-supervised settings.

10.    For example, I led the bankruptcy auction and sale of the extensive farming and ranching operations of Easterday Ranches, Inc.  *In re Easterday Ranches, Inc., et al.*, Case No. 21-00141-WLH11, United States Bankruptcy Court, Eastern District of Washington (2021); the sale by the court-appointed receiver of the blueberry growing and processing operations of Othello Blueberry in *Rabo Agrifinance, LLC v. Othello Blueberry LLC et al.*, Case No. 23-2-50416-l, Superior Court of the State of Washington (2023); and the bankruptcy sale of the Mensonides dairy operations in *In re Mensonides Dairy, LLC*, No. 18-01681-FLK11, United States Bankruptcy Court Eastern District of Washington (2019). In addition to my transactional experience, I have deep experience and expertise with agricultural water rights and delivery systems, farm management, and crop inputs.

11.    Mr. Sturgill served as the court-appointed Divestiture Trustee and led the Capstone team in the sale of dairy processing assets acquired by Dairy Farmers of America in the Dean Foods bankruptcy. *United States of America, Commonwealth of Massachusetts and State of Illinois v. Dairy Farmers of America and Dean Foods*, Case No. 20 C 2658, United States District Court for

Docusign Envelope ID: 15010B00-589D-4283-99D0-7A18FB9AA518

Northern District of Illinois (2020). He has also successfully sold businesses and assets in large mergers and acquisition transactions both in the United States and abroad. As a former partner of the law firm Latham & Watkins, he led the New-York-based corporate finance practice for the firm and was extensively involved in large mergers and acquisitions sponsored by the firm's clients and in various corporate restructurings. He has also served as the turnaround CEO of a regional logistics company.

12. Capstone also has the benefit of access to teams of analysts and investment bankers located throughout the United States and abroad. The Capstone agricultural group specifically has worked on various cross-border transactions in many of the world's most important agricultural markets throughout Europe, South America, and Australasia. The firm's international reach is further extended through Capstone's important role as a partner of the International Mergers and Acquisitions Partnership (IMAP).

**Services to be Provided by Capstone**

13. Subject to Court order, and consistent with the terms of the Engagement Letter, Capstone will render the following services (the "**Transaction Services**"), among others, as directed by the Receiver:

(i) formulating a market strategy for the Transactions;

(ii) identifying and contacting potential strategic and/or financial acquirers ("Prospective Acquirers");

(iii) subject to the guidance and approval of the Receiver, negotiating confidentiality agreements with Prospective Acquirors;

(iv) preparing a Confidential Information Memorandum, management presentations, and other marketing materials for use in the marketing process ("Marketing Materials");

(v) delivering Marketing Materials to Prospective Acquirors;

(vi) coordinating introductions, diligence requests, and arranging and conducting telephonic or in-person meetings with Prospective Acquirers;

Docusign Envelope ID: 15010B00-589D-4283-99D0-7A18FB9AA518

(vii)  coordinating the receipt and evaluation of offers or proposals from Prospective Acquirers;

(viii) assisting in evaluation of proposed valuations, transaction structures and related terms and conditions;

(ix)  providing the Receiver with periodic status reports and being available to the Receiver and his advisors at all reasonable times to discuss any matters relating to the Transaction or Transactions;

(x)  assisting the negotiation and consummation of definitive agreements for each Transaction;

(xi)  providing testimony and/or witness services with respect to the Transaction process and its completeness before the Court; and

(xii) such other advisory services as may be customarily provided in connection with the analysis and negotiation of Transactions like those contemplated in this Agreement and as may be requested and mutually agreed between Capstone and the Receiver.

## **Indemnification**

14.    The Engagement Letter contains standard indemnification and limitation of liability language with respect to Capstone's services (the "**Indemnity**").  I believe that the Indemnity is customary and reasonable for engagements of this type and should be approved.

## **Proposed Compensation**

15.    Capstone has accepted this engagement conditioned upon its ability to be retained in accordance with its customary terms and conditions of employment, compensated for its services, and reimbursed for its out-of-pocket expenses incurred in accordance with its customary billing practices as set forth in the Engagement Letter. As more fully set forth in the Engagement Letter, the Receiver intends to compensate Capstone for its investment banking services as follows:[3]

---

[3]  In the event of any inconsistency between this summary and the Engagement Letter, the terms of the Engagement Letter shall govern.

Docusign Envelope ID: 15010B00-589D-4283-99D0-7A18FB9AA518

<u>Section 3: Professional Fees</u>.  As compensation for the Transaction Services rendered under the Engagement Letter by Capstone, Capstone will receive payment of the following fees:

(i)    <u>Retainer Fees</u>: a non-refundable retainer fee of $35,000 payable upon the execution and delivery of the Engagement Letter and on the first day of each subsequent month during the Term of the Engagement Letter (the "<u>Monthly Retainer Fees</u>"). Subject to subparagraph (ii)(b) below, the aggregate amount of Monthly Retainer Fees will be fully credited against the Transaction Fee.

(ii)    <u>Transaction Fee</u>: Upon the closing of one or more Transactions involving the sale of Sale Property, Capstone shall receive a cash fee equal to one percent (1.0%) of the Aggregate Transaction Value (as defined in Section 4 of the Engagement Letter) attributable to each Transaction, and upon the closing of one or more Transactions involving sale of Excluded Parcels, if any, Capstone shall receive a cash fee of two percent (2.0%) (in each case a "<u>Transaction Fee</u>") *provided that*:

        a)    The aggregate Transaction Fees attributable to all Transactions involving Sale Property and Excluded Parcels shall not be less than five million dollars ($5,000,000) (the "<u>Minimum Transaction Fee</u>") after credit of Monthly Retainer Fees, and

        b)    If a Lender successfully consummates one or more Transactions as a credit bidder in any Transaction, the Transaction Fee attributable to each such Transaction shall be reduced by twenty five percent (25%).

During the Term of the Engagement Letter, the Transaction Fee, if earned by Capstone pursuant to the terms herein, shall be payable to Capstone regardless of whether or not the Prospective Acquirer was introduced by Capstone. In addition, Capstone will be reimbursed for all reasonable expenses related to the Transaction Services and

Docusign Envelope ID: 15010B00-589D-4283-99D0-7A18FB9AA518

Transaction(s) described herein, including the reasonable fees and expenses, if any, of legal counsel, water consultants, or other advisors retained by Capstone in connection with its performance under the Engagement Letter; provided, however, that the Receiver shall not be responsible for any single out-of-pocket expense (or series of related expenses, such as legal or consultant fees paid to the same person or business expenses incurred on a single business trip) in excess of $1,000 unless the expense is approved in writing by the Receiver prior to its incurrence.

\*\*\*

Section 6: Abandonment Fee. If the Capstone sale process under the Engagement Letter is abandoned or terminated at any time other than termination for Cause (an "Abandonment"), Capstone will be paid a cash fee as follows (the "Abandonment Fee"): (i) the Abandonment Fee will be $0 until Capstone's marketing materials and list of Prospective Acquirors have been presented to and approved by the Receiver (estimated to be completed by March 19, 2025) ("Phase 1"); (ii) following conclusion of Phase 1 and until the deadline set by the Receiver for receipt of non-binding letters of intent ("Phase 2"), the Abandonment Fee will be $500,000; (iii) upon the later of (x) conclusion of Phase 2, and (y) receipt by the Receiver of a non-binding letter of intent from a Prospective Acquiror anticipating gross consideration of at least $450,000,000 ("Phase 3") (estimated deadline for receipt of indications of interest – May 14, 2025), the Abandonment Fee will be $1,000,000; and, (iv) upon the receipt by the Receiver of a binding offer anticipating gross consideration of at least $450,000,000 (deadline estimated to be July 9, 2025) and prior to closing (outside closing date estimated to be September 8, 2025), the Abandonment Fee will be $2,500,000. The Abandonment Fee will be allocated and payable according to the relative values of Lender collateral interests (or Company property interests) in the Sale Property; provided, however, that the following parcels shall be excluded from the calculation of any Abandonment Fee: APN Nos. 038-130-71S; 038-130-62S; 038-130-35S; 038-200-09S; 038-200-04S;

038-141-59S; and 038-210-25S. In the event that a Lender forecloses on any or all of the Sale Property that serves as its collateral and thereafter such Lender or its affiliates/related entities take title to such property (a "Lender-Owner"), the Abandonment Fee apportioned to such property shall be waived and will not be payable so long as such Lender-Owner reengages Capstone to complete the sale process related to such property. The Abandonment Fee will be further reduced dollar-for-dollar by the amount of fees collected by Capstone from sale of Excluded Parcels, if any.

Engagement Letter §§ 3,6.

16. The essential terms of the Engagement Letter are standard and usual terms that Capstone includes within its agreements for similar engagements.

17. It is not the general practice of investment banking firms, including Capstone, to keep detailed time records similar to those customarily kept by the attorneys and other professionals employed in this case. Because Capstone, with respect to its investment banking services, does not ordinarily maintain contemporaneous time records, or provide or conform to a schedule of hourly rates for professionals, coupled with the fact that Capstone's fees are results driven, Capstone requests that it be excused from compliance with any such requirements.

18. Consistent with the Engagement Letter, it is Capstone's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is also Capstone's policy to charge its clients only amounts actually incurred by Capstone in connection with such items. Examples of such expenses include outside counsel costs, outside copy services, travel, lodging, meals, and services of outside vendors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Docusign Envelope ID: 15010B00-589D-4283-99D0-7A18FB9AA518

Docusign Envelope ID: 15010B00-589D-4283-99D0-7A18FB9AA518

Executed on February 24, 2025
In Boise, Idaho

By: Skye Root

Skye Root

**CAPSTONE PARTNERS**

COMMON GOALS. UNCOMMON RESULTS.
capstonepartners.com

ENGAGEMENT AGREEMENT

This Engagement Agreement (the "Agreement") is made by and between Lance Miller, solely in his capacity as court-appointed receiver as described below (the "Receiver"), and Capstone Capital Markets LLC ("Capstone").

The Receiver is acting under the authority of the United States District Court, Eastern District of California, Fresno Division (the "Court"), in the pending cases styled (a) *The Prudential Insurance Company et al. v. ACDF, LLC et al,* Case No. 1:24-cv-01102-KES-SAB and (b) *Federal Agricultural Mortgage Corporation v. Assemi Brothers, LLC et al.,* Case No. 1:24-cv-01455-KES-SAB (together with any other cases that are related to the foregoing cases and are pending, now or hereafter, before the Court in which Lance Miller, now or hereafter, is appointed as receiver, the "Cases") and pursuant to orders of the Court appointing Lance Miller as receiver (1:24-cv-01102-KES-SAB, Dkt. No. 120 and Case No. 1:24-cv-01455-KES-SAB, Dkt. No. 29, together the "Receivership Orders" and each a "Receivership Order"). The Receivership Orders, among other things, authorize the Receiver to dispose of the real property identified on **Appendix B** hereto (the "Sale Property"), which Sale Property is subject to the loans and collateral rights of the lenders as described in the applicable Receivership Order (collectively, the "Lenders") to Maricopa Orchards, LLC and certain of its affiliates as identified on **Appendix A** hereto (collectively, the "Company"). Capitalized terms not otherwise defined in the Agreement have the meanings provided in the applicable Receivership Order.

Section 1: Engagement. The Receiver hereby engages Capstone to act as the sole and exclusive investment banking advisor in connection with the sale of the Sale Property in a transaction or series of transactions (each a "Transaction" and, collectively, the "Transactions"), as well as an exclusive advisor with respect to the properties listed on **Appendix C** (as may be amended, the "**Excluded Parcels**"). The term "Sale Property" shall include any properties that become Sale Property after the date hereof pursuant to any Exhibit hereto and the term "Lenders" shall include any parties that join in this Agreement after the date hereof pursuant to any Exhibit hereto. Sale Property may be reclassified as Excluded Parcels, and vice versa, by a written agreement of the Receiver and Capstone.

Section 2: Scope of Services.

    (a)    For sale of the Sale Property, Capstone's services shall include assisting and advising with respect to the following (subparagraphs (i) through (xiii) collectively, the "Transaction Services"):

        (i)    formulating a market strategy for the Transactions;

        (ii)    identifying and contacting potential strategic and/or financial acquirers ("Prospective Acquirers") and providing a list of Prospective Acquirors to Receiver



upon request and, in no event, later than thirty (30) days of the termination of this Agreement;

(iii)   subject to the guidance and approval of the Receiver, negotiating confidentiality agreements with Prospective Acquirors;

(iv)   preparing a Confidential Information Memorandum, management presentations, and other marketing materials for use in the marketing process ("<u>Marketing Materials</u>");

(v)   delivering Marketing Materials to Prospective Acquirors;

(vi)   coordinating introductions, diligence requests, and arranging and conducting telephonic or in-person meetings with Prospective Acquirers;

(vii)   coordinating the receipt and evaluation of offers or proposals from Prospective Acquirers;

(viii)  assisting in evaluation of proposed valuations, transaction structures and related terms and conditions;

(ix)   providing the Receiver with periodic status reports and be available to the Receiver and his advisors at all reasonable times to discuss any matters relating to the Transaction or Transactions;

(x)   assisting the negotiation and consummation of definitive agreements for each Transaction;

(xi)   assisting the Receiver in apportioning values among various properties included as Sale Property for purposes of apportioning fees under this agreement and sale proceeds among the Sale Property;

(xii)   providing testimony and/or witness services with respect to the Transaction process and its completeness before the Court;

(xiii)  such other advisory services as may be customarily provided in connection with the analysis and negotiation of Transactions like those contemplated in this Agreement and as may be requested and mutually agreed between Capstone and the Receiver.

(b)   Capstone agrees that it shall (i) maintain all licenses, permits and other governmental authorizations of any kind required to perform the services contemplated herein, and (ii) provide all of the services in a professional manner, consistent in all respects with applicable law and generally accepted industry practices.



(c)    The Receiver will reasonably cooperate with Capstone in its performance of the Transaction Services, including but not limited to promptly responding to requests for information regarding the Sale Property, assembly and maintenance of a virtual data room, and access to the Sale Property for visits by Prospective Acquirors. Unless otherwise agreed in writing, Capstone will take direction in performance of the Transaction Services exclusively from the Receiver; however (and not withstanding anything to the contrary), the Receiver will continue to be bound by all consultation, notice, veto, and consent rights contained in the Receivership Orders for all purposes under this Agreement.

(d)    To maximize potential proceeds in a Transaction or Transactions for the sale of the Sale Property, Capstone and the Receiver will determine together (i) which parcels of the Sale Property should be bundled and marketed together to achieve the highest potential market and which Excluded Parcels may be sold separately, (ii) which Free and Clear Properties and other assets and ownership interests (specifically, in water companies) should be included in a Transaction, and (iii) which properties of third-parties adjacent to, bounded by, or otherwise related to parcels of Sale Property may be included in a Transaction upon agreement of their owners. Subject to these determinations, the Receiver and Capstone will consult and cooperate together to promptly present and negotiate the terms of (a) an agreement with the MetLife/Brighthouse receiver, Phillip Christensen of AgriGlobe, appointed in Case Nos. 24-01226, 24-01230, 24-01231, 24-01232, 24-01233, 24-01235, 24-01241, and 24-01261 pending before the Court, in substantially the form attached as **Exhibit A**; (b) an agreement with the Company in substantially the form of attached **Exhibit B**; (c) agreements with landowners owning properties adjacent, bounded by or otherwise related to the parcels of Sale Property willing to participate in a Transaction in substantially the form of attached **Exhibit C**; and (d) agreements with additional lenders to the Company or its affiliates willing to participate in the Transactions in substantially the form of attached **Exhibit D** (Exhibits A-D are each individually a "**Letter Agreement**").

(e)    Capstone does not guarantee the consummation of a Transaction or Transactions. Capstone, for all purposes hereunder, shall be an independent contractor and any duties of Capstone arising out of its engagement pursuant to this Agreement shall be owed solely to the Receiver.

(f)    This Agreement is not intended in any way to create the relationship of principal or agent by or between the Receiver and Capstone, nor shall this Agreement be deemed to have established a partnership or joint venture. The Receiver shall have the sole and absolute right to accept or reject any offer received from Prospective Acquirers, and any Transaction Fee (as defined in Section 3 below) payable hereunder shall be paid only if and when Transactions are consummated.

(g)    The Receiver acknowledges that Capstone has been retained hereunder solely as an advisor to the Receiver and not as an advisor to or agent of any other person, and that the engagement of Capstone is as an independent contractor and not in any other capacity, including as a fiduciary.



(h)     The Receiver further acknowledges that he is not relying on the advice of Capstone for tax, legal, or accounting matters, and will rely on the advice of his own professionals and advisors for such matters and will make an independent analysis and decision regarding any Transaction(s) based upon such advice.

(i)     It is understood that any information or advice rendered by Capstone or any of its representatives in connection with this Agreement is for the confidential use of the Receiver and will not be reproduced, disseminated, summarized, described, quoted, or referred to or given to any other person, other than Lenders and their authorized agents and representatives, at any time, in any manner, or for any purpose without Capstone's prior written consent.

Section 3: Professional Fee. As compensation for the Transaction Services rendered hereunder by Capstone, Capstone will receive payment of the following fees:

(a)     Engagement Fee: A non-refundable, one-time cash fee in the aggregate amount of $100,000 (the "Engagement Fee"), due and payable by the Receiver upon the full execution and delivery of this Agreement (the "Effective Date").

(b)     Monthly Retainer Fees: A non-refundable cash retainer fee of $35,000 payable by the Receiver thirty days after: (A) the Effective Date and (B) the last day of each subsequent calendar month during the Term of this Agreement (the "Monthly Retainer Fees"). To the extent this Agreement terminates prior to a month end, the Monthly Retainer Fees will be pro-rated on a daily basis. Subject to subparagraph (c) below, the aggregate amount of the Engagement Fee and the Monthly Retainer Fees will be fully credited against the Transaction Fees in accordance with the Lender allocations provided in subparagraph (e) below.

(c)     Transaction Fees: Upon the closing of one or more Transactions involving the sale of Sale Property, Capstone shall receive a cash fee equal to one percent (1.0%) of the Transaction Value (as defined in Section 4 below) attributable to each Transaction, and upon the closing of one or more Transactions involving sale of Excluded Parcels, if any, Capstone shall receive a cash fee of two percent (2.0%) (in each case a "Transaction Fee"); *provided that:*

(i)     The aggregate Transaction Fees attributable to all Transactions involving Sale Property and Excluded Parcels shall not be less than five million dollars ($5,000,000) (the "Minimum Transaction Fee") after credit of Engagement Fee and Monthly Retainer Fees (which, for purposes of clarity, shall be applied to and reduce the Minimum Transaction Fee on a dollar-for-dollar basis); and

(ii)     If a Lender successfully consummates one or more Transactions as a credit bidder in any Transaction, the Transaction Fee attributable to each such Transaction shall be reduced by twenty five percent (25%) and such Transaction Fee (plus the 25% reduction thereto) shall reduce any Minimum Transaction Fee balance then outstanding on a dollar-for-dollar basis.  This Section 3(c)(ii) shall be fully renegotiable in the event a petition in bankruptcy is filed by or against the Company.



For the avoidance of doubt, in Transaction(s) involving both Sale Property and Excluded Parcels, the Transaction Fee for Sale Property will not exceed a cash fee equal to one percent (1.0%) of the Transaction Value attributable to Sale Property and the Transaction Fee for Excluded Parcels shall not be less a cash fee of two percent (2%) of the Transaction Value attributable to Excluded Parcels.

(d)    During the Term of this Agreement, the Transaction Fee, if earned by Capstone pursuant to the terms herein, shall be payable to Capstone regardless of whether or not the Prospective Acquirer was introduced by Capstone. In addition, Capstone will be reimbursed for all reasonable expenses related to the Transaction Services and Transaction(s) described herein, including the reasonable fees and expenses, if any, of legal counsel, water consultants, or other advisors retained by Capstone in connection with its performance under this Agreement; *provided, however,* that Receiver shall not be responsible for any single out-of-pocket expense (or series of related expenses, such as legal or consultant fees paid to the same person or business expenses incurred on a single business trip) in excess of $1,000 unless the expense is approved in writing by the Receiver prior to its incurrence.

(e)    The Receiver will allocate the fees set forth in this Section 3 as follows: (i) with respect to the Engagement Fee, according to the relative pro rata acreage of each Lender's collateral interests in the Sale Property; and (ii) with respect to the Monthly Retainer Fees, according to the relative pro rata acreage of each Lender's collateral interests in the Sale Property that has not been sold at the time that such Monthly Retainer Fees become due. If any Lender joins this Agreement after the Effective Date, the Engagement Fee and Monthly Fee will be allocated and payable as set forth in the applicable Letter Agreement.

Section 4: Transaction Value. For the purposes of calculating the Transaction Fee, the "Transaction Value" for a Transaction shall be the gross proceeds and other consideration paid to, or received by, or to be paid to or received by the Receiver or any of the Lenders in connection with the relevant Transactions. Such proceeds and consideration shall be deemed to include, without limitation, the following to the extent paid or assumed by purchaser: cash, notes, securities, and other property; payments made in installments; and change of control bonuses, retention payments, or similar arrangements and/or Contingent Payments (as defined below). The term "Contingent Payments" shall mean the consideration received by the Receiver or the Lenders placed in escrow, deferred installments of purchase price, or any other deferred payments. For the sake of clarity, Contingent Payments shall only be included in the Transaction Value if the Contingent Payments are actually made to and received by the Receiver or the Lenders. For the avoidance of doubt, the amount of the Transaction Fee that is payable at the closing of a Transaction will be determined as set forth above without taking into account the value of any Contingent Consideration and additional installments of the Transaction Fee will be payable in respect of each payment of Contingent Consideration if, as, and when such Contingent Consideration is paid to or received by the Receiver or the Lenders.

Section 5: Term and Termination.

(a)    This Agreement shall be in effect (the "Term") from the Effective Date until the earlier of: (i) forty-five days after the Effective Date in the event the Receiver fails to obtain a



Court order approving the Agreement, which date may be extended by prior written agreement of the Receiver and the applicable Lender; and (ii) termination (A) by the Receiver or Capstone upon thirty (30) days prior written notice to the other party, (B) by the Receiver upon written notice to Capstone if Capstone breaches the Agreement in any material respect and fails to cure the breach within 30 days of written notice of such breach ("Cause"), (C) upon the occurrence of a Bankruptcy Termination; (D) upon the date that the Receiver shall cease to be Receiver, or (E) as set forth in any further order of the Court. The Receiver and Capstone expressly acknowledge and agree that the provisions of Sections 3 through 13 and 16, inclusive, shall survive any termination of this Agreement.

(b)    Notwithstanding the termination of this Agreement for any reason other than (i) a termination by Capstone, (ii) a termination by the Receiver for Cause, (iii) a Bankruptcy Termination (defined below), or (iv) the failure of the Receiver to obtain a Court order approving this Agreement within forty-five days after the Effective Date (which date may be extended by prior written agreement of the Receiver and the applicable Lender) (in which case Section 15 shall apply), the Receiver will remain obligated to pay to Capstone the Transaction Fee if within 12 months after the date of such termination, a Transaction is consummated by Receiver involving a Prospective Acquirer that prior to termination of this Agreement had been: (A) contacted by Capstone in writing with respect to a Transaction; (B) made aware of a Transaction through the efforts of or material produced by Capstone, either directly or indirectly; (C) identified by Capstone as a potential interested party and the Receiver instructed Capstone in writing not to contact that party; or (D) otherwise expressed interest in writing in a Transaction with the Receiver during the Term of this Agreement. Any Transaction Fee payable under this Section 5 shall be reduced dollar-for-dollar by any Abandonment Fee previously paid with respect to the same Sale Property under Section 6.

(c)    Upon expiration of the Term, Capstone shall: (i) deliver to Receiver all materials and supplies, keys, contracts and documents, and such other accounting papers and records pertaining to this Agreement in Capstone's possession, as Receiver shall reasonably request; and (ii) deliver to Receiver all marketing materials related to the Sale Property and the Excluded Parcels in Capstone's possession, including, without limitation, all brochures, marketing boards, architectural renderings, and photographs (digital and printed) created specifically and solely for the Property.

Section 6: Abandonment Fee. If this Agreement is abandoned or terminated at any time other than termination for Cause (an "Abandonment"), Capstone will be paid a cash fee as follows (the "Abandonment Fee"): (i) the Abandonment Fee will be $0 until Capstone's marketing materials and list of Prospective Acquirors have been presented to and approved by the Receiver (estimated to be completed by March 19, 2025) ("Phase 1"); (ii) following conclusion of Phase 1 and until the deadline set by the Receiver for receipt of non-binding letters of intent ("Phase 2"), the Abandonment Fee will be $500,000; (iii) upon the later of (x) conclusion of Phase 2, and (y) receipt by the Receiver of a non-binding letter of intent from a Prospective Acquiror anticipating gross consideration of at least $450,000,000 ("Phase 3") (estimated deadline for receipt of indications of interest – May 14, 2025), the Abandonment Fee will be $1,000,000; and, (iv) upon the receipt by the Receiver of a binding offer anticipating gross consideration of at least $450,000,000 (deadline estimated to be July 9, 2025) and prior to closing (outside closing date estimated to be



September 8, 2025), the Abandonment Fee will be $2,500,000. The Abandonment Fee will be allocated and payable according to the relative values of Lender collateral interests (or Company property interests) in the Sale Property; *provided, however*, that the following parcels shall be excluded from the calculation of any Abandonment Fee: APN Nos. 038-130-71S; 038-130-62S; 038-130-35S; 038-200-09S; 038-200-04S; 038-141-59S; and 038-210-25S. In the event that a Lender forecloses on any or all of the Sale Property that serves as its collateral and thereafter such Lender or its affiliates/related entities take title to such property (a "Lender-Owner"), the Abandonment Fee apportioned to such property shall be waived and will not be payable so long as such Lender-Owner reengages Capstone to complete the sale process related to such property. The Abandonment Fee will be further reduced dollar-for-dollar by the amount of fees collected by Capstone from sale of Excluded Parcels, if any.

Section 7: Representations.

     (a)    The Receiver hereby represents and warrants that, to his knowledge, all facts, figures, information, and additional supporting documentation provided to Capstone and pertaining to the Company and the Sale Property are true and accurate in all material respects. The Receiver understands and acknowledges that Capstone will rely on such facts, figures, and other information when describing and promoting a Transaction to potential Prospective Acquirers without making an investigation into the accuracy of such representations. As such, the Receiver will actively participate in the preparation of any descriptive materials related to a Transaction and assume sole responsibility for the content of said materials.

     (b)    If during the Term of this Agreement, the Receiver or any of his employees or agents is contacted by or on behalf of any prospective purchaser or other third party concerning the possibility of a Transaction, they will promptly so inform Capstone and will refer any such persons to Capstone.

Section 8: Indemnification.

     (a)    The Receiver, solely in his capacity as Court-appoint receiver, will (i) indemnify and hold harmless Capstone, its officers, directors, members, managers, employees, affiliates, consultants, and agents or assignees (collectively, the "Capstone Indemnified Persons") from and against any and all losses, claims, damages, or liabilities to which any Capstone Indemnified Person may become subject arising in any manner out of or in connection with the rendering of services by Capstone hereunder, unless (x) such losses, claims, damages, or liabilities are in respect of expenses not subject to reimbursement under Section 3(d) hereof or (y) it is finally determined by a court or arbitral tribunal that such losses, claims, damages, or liabilities are solely the result of Capstone's gross negligence or willful misconduct; and (ii) reimburse each Capstone Indemnified Person promptly for all legal and other reasonable and documented expenses reasonably incurred by it in connection with investigating, preparing to defend or defending, or providing evidence in or preparing to serve or serving as a witness with respect to, any lawsuits, investigations, claims, or other proceedings arising in any manner out of or in connection with the rendering of services by Capstone hereunder, unless it is finally determined by a court or arbitral tribunal that Capstone's services forming the basis of such lawsuits, investigations, claims, or other proceedings were performed with gross negligence or willful misconduct.



(b)     Capstone will (i) indemnify and hold harmless the Receiver, its officers, directors, members, managers, employees, affiliates, consultants, and agents or assignees (collectively, the "Receiver Indemnified Persons") from and against any and all losses, claims, damages, or liabilities to which any Receiver Indemnified Person may become subject arising directly from Capstone's gross negligence or willful misconduct as finally determined by a court or arbitral tribunal; and (ii) reimburse each Receiver Indemnified Person promptly for all legal and other reasonable and documented expenses reasonably incurred by it in connection with investigating, preparing to defend or defending, or providing evidence in or preparing to serve or serving as a witness with respect to, any lawsuits, investigations, claims, or other proceedings arising directly from such gross negligence or willful misconduct.

(c)     The indemnification and reimbursement commitments set forth in this Section 8 shall apply whether or not either Capstone, or any Capstone Indemnified Person, or Receiver, or any Receiver Indemnified Person, is a formal party to any lawsuit, investigation, claim, or other proceeding and whether or not any such Capstone Indemnified Person is at the time affiliated with Capstone or any such Receiver Indemnified Person is at the time affiliated with the Receiver. Without: (i) Capstone's prior written consent, such consent not to be unreasonably withheld or delayed, the Receiver will not enter into any settlement of a lawsuit, claim, or other proceeding arising out of the transactions contemplated by this Agreement to which Capstone or any Capstone Indemnified Person is an actual party or, in the reasonable judgment of such party, is a potential party, unless such settlement includes an explicit and unconditional release from the party bringing such lawsuit, claim, or other proceeding of Capstone and/or all Capstone Indemnified Persons; or (ii) Receiver's prior written consent, such consent not to be unreasonably withheld or delayed, Capstone will not enter into any settlement of a lawsuit, claim, or other proceeding arising out of the transactions contemplated by this Agreement to which Receiver or any Receiver Indemnified Person is an actual party or, in the reasonable judgment of such party, is a potential party, unless such settlement includes an explicit and unconditional release from the party bringing such lawsuit, claim, or other proceeding of Receiver and/or all Receiver Indemnified Persons.

(d)     If indemnification is to be sought hereunder, then the party seeking indemnification shall promptly notify the indemnifying party of the assertion of a claim or demand or the commencement of any action or proceeding in respect thereof; provided, however, that the failure to so notify shall not relieve an indemnifying party from any liability it may have to such party seeking indemnification pursuant to this Section 8 except to the extent that such party has been prejudiced in any material respect by such failure or from any liability it may have to the party seeking indemnification other than pursuant to this Section 8. Notwithstanding the above, following such notification, an indemnifying party may elect in writing to assume the defense of such action or proceeding, and, upon such election, it shall not be liable for any legal costs subsequently incurred by such party seeking indemnification (other than reasonable costs of investigation and providing evidence) in connection therewith, unless (i) the indemnifying party has failed to provide counsel reasonably satisfactory to such party seeking indemnification in a timely manner, (ii) counsel which has been provided by the indemnifying party reasonably determines that its representation of such party seeking indemnification would present it with a conflict of interest for which such representation is inappropriate under applicable rules of professional conduct, or (iii) legal counsel for the party seeking indemnification reasonably



determines that is a conflict of interest for which such representation is inappropriate under applicable rules of professional conduct.

(e)    Notwithstanding anything to the contrary in this Agreement, Capstone acknowledges and expressly agrees that the Receiver is entering into this Agreement solely in his capacity as Court-appointed receiver and shall have no personal liability for any claims arising under or related to this Agreement, including any indemnification-related claims. Any liability arising under or related to this Agreement shall be the sole responsibility of the receivership estate(s).

Section 9: Disclosure. Subject to Section 17 below, the Receiver agrees that upon consummation of all of the Transaction(s) contemplated herein, Capstone may, at Capstone's expense, advertise and otherwise disclose its role in effecting such Transaction(s); *provided that* (i) Capstone will consult with the Receiver prior to issuing any public statement, press release, or advertisement; (ii) Capstone shall not include the price, value, or terms of any financing with respect of the Transaction without the consent of the Receiver; and (iii) Capstone shall not include the identity of the applicable Lender without the prior written consent of each such Lender. For the avoidance of doubt, if this Agreement is abandoned or terminated prior to the consummation of all of the Transaction(s) contemplated herein, Capstone may only advertise and disclose its role in effecting the Transaction(s) that actually closed prior to such abandonment or termination, and shall not reference such abandonment or termination in such advertisement or disclosure, subject to the terms and conditions hereof.

Section 10: Forbearance. Any forbearance by Capstone or the Receiver in exercising any of their respective rights under this Agreement shall not be considered a waiver of such right(s). Any waiver must be expressly granted in writing and a waiver on any one occasion shall not be construed as a waiver on any future occasion.

Section 11: Notification. Any notices pursuant to this Agreement shall be in writing and shall be deemed sufficiently given when sent and on the date of posting, by certified mail, return receipt requested, overnight delivery, or similar messenger service, to the respective addresses of Capstone and the Receiver set forth below or other address specified by one party by written notice to the other party.

**Capstone Capital Markets LLC**
176 Federal St., 3rd Floor
Boston, MA 02110

**Lance Miller**
Pivot Group
1230 Rosecrans Ave Suite 530
Manhattan Beach, CA 90266

With copy to:

Katten Muchin Rosenman LLP
Attn: John Mitchell
2121 North Pearl Street, Suite 1100
Dallas, TX 75201-2494

Section 12: Governance.

(a)    This Agreement incorporates the entire understanding between the Receiver and Capstone and supersedes all previous agreements relating to the subject matter hereof. This Agreement may not be amended or modified except in a writing signed by the Receiver and Capstone. This Agreement shall be binding upon and inure to the benefit of the Receiver and Capstone and their respective successors and assigns. If any term or provision of this Agreement shall to any extent be deemed illegal, invalid, or unenforceable, the remainder of this Agreement shall not be affected thereby, and each term and provision of this Agreement shall be valid and enforceable to the fullest extent permitted by law.

(b)    This Agreement shall be governed by and construed and enforced in accordance with the laws of the State of California. The Receiver and Capstone hereby irrevocably and unconditionally consent to submit to the exclusive jurisdiction of the Court and, in the event the Court does not have or declines jurisdiction over the parties hereto, then to the courts of the State of California located in Fresno County for any lawsuits, actions, or other proceedings arising out of or relating to this Agreement and agree not to commence any such lawsuit, action, or other proceeding except in such courts. The Receiver and Capstone further agree that service of any process, summons, notice, or document by mail to their respective addresses set forth above shall be effective service of process for any lawsuit, action, or other proceeding brought against either party in any such court. The Receiver and Capstone hereby irrevocably and unconditionally waive any objection to the laying of venue of any lawsuit, action, or other proceeding arising out of or relating to this Agreement in the Court or, if the Court declines jurisdiction, the courts of the State of California, and hereby further irrevocably and unconditionally waive and agree not to plead or claim in any such court that any such lawsuit, action, or other proceeding brought in any such court has been brought in an inconvenient forum. Any right to trial by jury with respect to any lawsuit, claim, or other proceeding arising out of or relating to this Agreement or the services to be rendered by Capstone hereunder is expressly and irrevocably waived.

(c)    This Agreement has been and is made solely for the benefit of the Receiver, Capstone, and their respective successors and assignees, and no other person shall acquire or have any right under or by virtue of this Agreement. By signing below, the parties hereby understand and agree to the full terms, conditions, and provisions of this Agreement and further represent and warrant that the undersigned are duly authorized to enter into this Agreement which shall be binding and enforceable in accordance with its terms.

Section 13: Chapter 11. In the event the Company and the Sale Property are the subject of a voluntary or involuntary petition(s) under Chapter 11 or 7 of the Bankruptcy Code:



(a)     In the event the Receiver is vested by the Company or the bankruptcy court having jurisdiction over the Company's bankruptcy case(s) (the "<u>Bankruptcy Court</u>") with authority to act on behalf of the Company, the Receiver may apply to the Bankruptcy Court for the approval pursuant to sections 327 and 328 of the Bankruptcy Code of: (i) this Agreement to continue the process of selling the Sale Property; and (ii) Capstone's retention by the Company under the terms of this Agreement and subject to the standard of review provided in section 328(a) of the Bankruptcy Code and not subject to any other standard of review under section 330 of the Bankruptcy Code.

(b)     Capstone shall have no obligation to provide Transaction Services under this Agreement in the event that the Company becomes a debtor under the Bankruptcy Code unless Capstone's retention under the terms of this Agreement is approved under Section 328(a) of the Bankruptcy Code by a final order entered by the Bankruptcy Court that is no longer subject to appeal, rehearing, reconsideration, or petition for certiorari, and which order is acceptable to Capstone in all respects (any such termination or failure to obtain the Bankruptcy Court's approval of Capstone's retention, a "<u>Bankruptcy Termination</u>").

(c)     Capstone acknowledges that in the event that the Bankruptcy Court approves its retention by the Company, Capstone's fees and expenses shall be subject to the jurisdiction and approval of the Bankruptcy Court under section 328(a) of the Bankruptcy Code and any applicable fee and expense guideline orders; provided, however, that, to the extent time records are required, Capstone will keep them in one-half hour increments or such other increments as the Bankruptcy Court requires.

<u>Section 14. No Assignment</u>. No Party may assign any right, benefit, or interest in this Agreement without the written consent of the other party, which consent may not be unreasonably withheld.

<u>Section 15. Court Approval</u>. Receiver shall seek and pursue in good faith entry by the Court of such order(s) as may be required to effectuate the transaction(s) contemplated herein, including orders approving this Agreement. Capstone shall cooperate with the Receiver to obtain all requisite Court approvals. Receiver shall keep Capstone updated on the ongoing status of the Court approval of this Agreement and any court actions, if any.  If Court orders approving this Agreement are not secured within forty-five (45) days of the Effective Date for any reason whatsoever (or such later date as may be agreed to in writing between the Receiver and the applicable Lender), then this Agreement shall, without further notice, be null and void and of no further force and effect and Capstone shall not be entitled to commission or other fees earned thereafter. Capstone, however, will not be required to disgorge commissions or fees paid during the Term of this Agreement.

<u>Section 16 Pending Receivership</u>. Notwithstanding anything to the contrary in this Agreement or any ancillary documents, Capstone acknowledges and expressly agrees that the Receiver is entering into this Agreement solely in his capacity as Court-appointed receiver and neither he nor Pivot Management Group, LLC shall have any liability for claims arising under or related to this Agreement. Any liability arising under or related to this Agreement shall be the sole responsibility of the applicable receivership estate(s). Capstone agrees that this Agreement and all documents executed in connection herewith or therewith, are executed and delivered by Receiver, not in his own right, but solely in the exercise of and subject to the powers conferred upon him by the Court,



and that no liability, personal or otherwise, is assumed by, nor shall at any time be asserted or enforceable against Receiver, individually, on account of this Agreement or the documents executed in connection herewith or therewith. The provisions of this Paragraph shall survive the expiration or earlier termination of this Agreement.

Section 17. Confidentiality. Capstone acknowledges that all documents, analyses, records, statements, etc. (the "Confidential Information") provided by Receiver and designated as "confidential" are confidential and proprietary. Capstone shall keep all such information confidential and shall not disclose, photocopy, or reproduce the Confidential Information in any manner without the prior written authorization of Receiver, except as otherwise set forth in this Agreement. Capstone shall not disclose, summarize, or otherwise provide any portion of the Confidential Information to any person other than Capstone's partners, agents, and employees, and then only on a "need-to-know" basis.

IN WITNESS WHEREOF, the parties have executed this Agreement with their signatures below:

THE RECEIVER                                    CAPSTONE CAPITAL MARKETS, INC.


_____        By: _____
Lance Miller, solely in his capacity           Name: _____
as Court-appointed Receiver                    Title: _____



ACKNOWLEDGED BY:

PGIM REAL ESTATE FINANCE, LLC,
a Delaware limited liability company

By: _____
Name: _____
Title: _____

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA, a New Jersey corporation

By: _____
Name: _____
Title: _____

THE BANK OF NEW YORK MELLON, a New York
banking corporation, not in its individual capacity but
solely as Trustee under the Reserve Trust Agreement for the PAR U HARTFORD LIFE &
ANNUITY COMFORT TRUST

  By: PGIM Real Estate Loan Services, Inc. f/k/a Prudential Asset Resources, Inc., a
  Delaware corporation

Its: Servicer

By: _____
Name: _____
Title: _____

FEDERAL AGRICULTURAL MORTGAGE CORPORATION

By: _____
Name: _____
Title: _____



**Appendix A**

## RELEVANT MARICOPA ENTITIES

FARMING


4Leg Energy Solutions
A&H Investments, LLC
ACAP Farms, LLC**
Adams Grantor Land, LLC
ACDF, LLC*
Ashlan & Hayes Investments, LLC
Assemi and Sons, Inc.*
Avila Ranch EA, LLC*
Bear Flag Farms, LLC*
C & A FARMS, LLC* **
Cantua Orchards, LLC* **
Copper Avenue Investments, LLC**
DA Real Estate Holdings, LLC*
Elevated Ag, LLC
Favier Ranch, LLC*
FFGT Farms, LLC
FG2 Holdings, LLC*
FNF Farms, LLC
Goldstar Investment Group, LLC
Gradon Farms, LLC* **
Grantland Farms, LLC
Grantland Holdings No. 1, LLC*
Grantland Holdings No. 2, LLC*
Grantor Real Estate Investments, LLC*
Granville Farms, LLC*
GV AG LLC*
Kamm South, LLC
Lincoln Grantor Farms, LLC* **
Manning Avenue Pistachios, LLC
Maricopa Orchards, LLC* **
Panoche Pistachios, LLC*
Sageberry Farms, LLC*
West Fern Investments, Inc.
Whitesbridge Farms, LLC**
Willow Avenue Investments, LLC **
Winston Farms, LLC

RELATED WATER ENTITIES

Poso Creek Water Company
Arroyo Pasajero Mutual Water Company
Other water entities and water interests related to the Sale Property

\*   Defendants in Case No. 1:24-cv-01102-KES-SAB
\*\* Defendants in Case No. 1:24-cv-01455-KES-SAB

**<u>Appendix B</u>**

**<u>SALE PROPERTY</u>**

| Map Location | APN Number | New Field # | Crop | Owner | Water District | Real Estate Loan Lender |
|---|---|---|---|---|---|---|
| Kamm Avenue | 038-141-59s | 15101 | Pistachios | ACDF, LLC | Westlands Water District | Met Life/Prudential |
| Calaveras Ranch | 038-090-37S | 02104 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Calaveras Ranch | 038-090-37S | 02104 | Well | ACDF, LLC | Westlands Water District | Prudential |
| Calaveras Ranch | 038-090-37S | 02404 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Calaveras Ranch | 038-160-10S | 13104 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Calaveras Ranch | 038-160-13 | 13104 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Gooselake | 069-230-05-01-2 | 65122 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 069-230-05-01-2 | 65122 | Reservoir | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 069-230-05-01-2 | 65122 | Well | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 069-230-05-01-2 | 65422 | Lift Pump | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 069-230-05-01-2 | 65422 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 069-230-07-00-9 | 65322 | Open | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 069-230-20-00-6 | 64622 | Open | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 069-230-20-00-6 | 64722 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 069-230-20-00-6 | 64822 | Open | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 069-230-20-00-6 | 65722 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 069-230-20-00-6 | 65822 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 069-230-21-01-8 | 65522 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 069-230-22-01-1 | 65622 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 069-230-22-01-1 | 65622 | Reservoir | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 069-230-36-00-3 | 65922 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 069-230-36-00-3 | 65922 | Well | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 069-230-55-00-8 | 64822 | Open | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-010-03-00-8 | 67222 | Open | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-010-08-00-3 | 66222 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-010-08-00-3 | 66322 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-010-08-00-3 | 66722 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-010-11-00-1 | 66122 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-010-18-00-2 | 66122 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-010-18-00-2 | 66122 | Well | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-010-18-00-2 | 66222 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-010-19-00-5 | 66122 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-010-19-00-5 | 66122 | Well | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-010-19-00-5 | 66222 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-020-03-00-1 | 64922 | Open | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-020-03-00-1 | 66022 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-020-03-00-1 | 66022 | Yard | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-020-09-00-9 | 64922 | Lift Pump | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-020-09-00-9 | 64922 | Open | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-020-10-00-1 | 64922 | Lift Pump | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-020-10-00-1 | 64922 | Open | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-020-10-00-1 | 64922 | Well | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-100-28-00-7 | 66922 | Open | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-100-28-00-7 | 66922 | Reservoir | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-100-28-00-7 | 66922 | Well | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-110-01-01-0 | 66722 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-110-01-01-0 | 66822 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-110-03-01-6 | 66722 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-110-03-01-6 | 66822 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-110-04-00-0 | 66322 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-110-04-00-0 | 66322 | Well | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-110-04-00-0 | 66422 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-110-04-00-0 | 66522 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-110-04-00-0 | 66722 | Open | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-110-04-00-0 | 66722 | Reservoir | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-110-05-01-2 | 65022 | Open | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-110-05-01-2 | 66422 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-110-05-01-2 | 66552 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-110-05-01-2 | 67022 | Open | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-110-05-01-2 | 67022 | Well | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-110-09-00-5 | 66322 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-110-09-00-5 | 66722 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-120-01-00-4 | 67122 | Open | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 086-120-05-00-6 | 67122 | Open | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 087-080-25-00-0 | 66422 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 087-080-25-00-0 | 66422 | Well | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 087-080-25-00-0 | 66522 | Building | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 087-080-25-00-0 | 66522 | House | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 087-080-25-00-0 | 66522 | Pistachios | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 087-080-25-00-0 | 66522 | Shop | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 087-080-25-00-0 | 66522 | Well | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Gooselake | 087-080-25-00-0 | 66522 | Yard | ACDF, LLC | Semitropic Water Storage District | Prudential |
| I-5 Ranch | 027-210-20S | 19105 | Open | ACDF, LLC | Westlands Water District | Prudential |
| I-5 Ranch | 027-210-29S | 19105 | Open | ACDF, LLC | Westlands Water District | Prudential |
| I-5 Ranch | 027-210-32S | 19105 | House | ACDF, LLC | Westlands Water District | Prudential |
| I-5 Ranch | 027-210-32S | 19105 | Open | ACDF, LLC | Westlands Water District | Prudential |
| I-5 Ranch | 027-210-33S | 19105 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-061-04 | 06401 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-061-55s | 09201 | Almonds | ACDF, LLC | Westlands Water District | Prudential |

| Map Location | APN Number | New Field # | Crop | Owner | Water District | Real Estate Loan Lender |
|---|---|---|---|---|---|---|
| Kamm Avenue | 038-130-51s | 16201 | Pistachios | ACDF, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-130-86s | 16201 | Pistachios | ACDF, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-130-87s | 16201 | Pistachios | ACDF, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-60s | 15101 | Pistachios | ACDF, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 045-040-02 | 02401 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 045-040-04S | 02401 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 045-040-08 | 02401 | Open | ACDF, LLC | Westlands Water District | Prudential |
| McCombs Ranch | 058-292-05-00-5 | 62220 | Open | ACDF, LLC | Semitropic Water Storage District | Prudential |
| McCombs Ranch | 058-292-05-00-5 | 62220 | Well | ACDF, LLC | Semitropic Water Storage District | Prudential |
| McCombs Ranch | 058-292-05-00-5 | 62220 | Yard | ACDF, LLC | Semitropic Water Storage District | Prudential |
| Panoche Road | 027-050-68S | 11205 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Panoche Road | 027-110-30S | 13505 | Jojoba | ACDF, LLC | Westlands Water District | Prudential |
| Panoche Road | 027-110-37S | 14205 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Panoche Road | 027-110-37S | 14305 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Panoche Road | 027-110-37S | 14405 | House | ACDF, LLC | Westlands Water District | Prudential |
| Panoche Road | 027-110-37S | 14405 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Panoche Road | 027-110-37S | 14405 | Shop | ACDF, LLC | Westlands Water District | Prudential |
| Panoche Road | 027-110-37S | 14405 | Yard | ACDF, LLC | Westlands Water District | Prudential |
| Panoche Road | 027-110-40S | 13105 | Cherries | ACDF, LLC | Westlands Water District | Prudential |
| Panoche Road | 027-110-40S | 13105 | Non-Op Well | ACDF, LLC | Westlands Water District | Prudential |
| Panoche Road | 027-110-40S | 13105 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Panoche Road | 027-110-40S | 24105 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Panoche Road | 027-110-40S | 24405 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Panoche Road | 027-110-41S | 13105 | Cherries | ACDF, LLC | Westlands Water District | Prudential |
| Panoche Road | 027-110-41S | 13105 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Panoche Road | 027-110-41S | 13405 | Non-Op Well | ACDF, LLC | Westlands Water District | Prudential |
| Panoche Road | 027-110-41S | 13405 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Panoche Road | 027-200-02S | 13405 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Panoche Road | 027-200-04S | 12105 | Jojoba | ACDF, LLC | Westlands Water District | Prudential |
| Panoche Road | 027-200-04S | 12105 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Primestar | 017-080-46s | 27105 | Pistachios | ACDF, LLC | Westlands Water District | Prudential |
| Primestar | 017-080-72s | 27105 | Pistachios | ACDF, LLC | Westlands Water District | Prudential |
| Windfall | 017-060-06s | 15305 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Windfall | 027-180-45s | 34605 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Windfall | 027-180-46s | 34105 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Windfall | 027-180-46s | 34205 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Windfall | 027-180-46s | 34305 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Windfall | 027-180-46s | 34305 | Well | ACDF, LLC | Westlands Water District | Prudential |
| Windfall | 027-180-46s | 34405 | Pistachios | ACDF, LLC | Westlands Water District | Prudential |
| Windfall | 027-180-46s | 34505 | Open | ACDF, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-050-42S | 11407 | Open | Avila Ranch EA, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-050-42S | 11407 | Almonds | Avila Ranch EA, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-050-42S | 11507 | Open | Avila Ranch EA, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-050-43S | 11207 | DOV | Avila Ranch EA, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-050-43S | 11307 | Open | Avila Ranch EA, LLC | Westlands Water District | Prudential |
| Ana Belle West | 047-010-01-01-6 | 72620 | Pistachios | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Ana Belle West | 047-010-01-01-6 | 72620 | Reservoir | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Ana Belle West | 047-010-01-01-6 | 72720 | Pistachios | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Ana Belle West | 047-010-01-01-6 | 72820 | Pistachios | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Ana Belle West | 047-010-01-01-6 | 72820 | Well | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Ana Belle West | 047-010-01-01-6 | 72920 | House | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Ana Belle West | 047-010-01-01-6 | 72920 | Pistachios | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Ana Belle West | 047-010-01-01-6 | 72920 | Shop | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Ana Belle West | 047-010-01-01-6 | 72920 | Well | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Ana Belle West | 047-010-01-01-6 | 73020 | Pistachios | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Ana Belle West | 047-010-01-01-6 | 73020 | Well | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Ana Belle West | 047-010-01-01-6 | 73120 | Pistachios | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Ana Belle West | 047-010-01-01-6 | 73120 | Well | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Ana Belle West | 047-010-01-01-6 | 73220 | Pistachios | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Ana Belle West | 047-010-01-01-6 | 79420 | Pistachios | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Ana Belle West | 047-040-03-01-1 | 73820 | Pistachios | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Ana Belle West | 047-040-03-01-1 | 73920 | Pistachios | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Ana Belle West | 047-040-06-00-1 | 73320 | Pistachios | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Ana Belle West | 047-040-07-00-4 | 73320 | Pistachios | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Ana Belle West | 047-040-09-00-0 | 73420 | Pistachios | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Ana Belle West | 047-040-13-00-1 | 73520 | Pistachios | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Ana Belle West | 047-040-13-00-1 | 73520 | Well | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Ana Belle West | 047-040-13-00-1 | 73620 | Pistachios | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Ana Belle West | 047-040-13-00-1 | 73720 | Pistachios | Bear Flag Farms, LLC | Semitropic Water Storage District | Prudential |
| Logoluso | 027-040-13 | 09105 | Cherries | Bear Flag Farms, LLC | Westlands Water District | Prudential |
| Logoluso | 027-040-13 | 09205 | Apricots | Bear Flag Farms, LLC | Westlands Water District | Prudential |
| Logoluso | 027-040-13 | 09205 | Open | Bear Flag Farms, LLC | Westlands Water District | Prudential |
| Logoluso | 027-040-13 | 10105 | Open | Bear Flag Farms, LLC | Westlands Water District | Prudential |
| Logoluso | 027-050-17S | 10105 | Building | Bear Flag Farms, LLC | Westlands Water District | Prudential |
| Logoluso | 027-050-17S | 10105 | House | Bear Flag Farms, LLC | Westlands Water District | Prudential |
| Logoluso | 027-050-17S | 10105 | Open | Bear Flag Farms, LLC | Westlands Water District | Prudential |
| Logoluso | 027-050-17S | 10105 | Shop | Bear Flag Farms, LLC | Westlands Water District | Prudential |
| Logoluso | 027-110-11S | 24205 | Open | Bear Flag Farms, LLC | Westlands Water District | Prudential |
| Logoluso | 027-110-13S | 24205 | Open | Bear Flag Farms, LLC | Westlands Water District | Prudential |
| Kyte | 059-010-19-00-7 | 51020 | Pistachios | C&A Farms, LLC | Semitropic Water Storage District | Prudential |

| Map Location | APN Number | New Field # | Crop | Owner | Water District | Real Estate Loan Lender |
|---|---|---|---|---|---|---|
| Kyte | 059-010-19-00-7 | 51020 | Reservoir | C&A Farms, LLC | Semitropic Water Storage District | Prudential |
| Kyte | 059-010-19-00-7 | 51020 | Well | C&A Farms, LLC | Semitropic Water Storage District | Prudential |
| Kyte | 059-070-01-00-2 | 51120 | Pistachios | C&A Farms, LLC | Semitropic Water Storage District | Prudential |
| Mt. Whitney Ranch | 050-030-22S | 01108 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-030-22S | 01108 | Well | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-030-22S | 01208 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-030-22S | 01308 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-030-22S | 01408 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-030-43S | 11108 | Non-Op Well | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-030-43S | 11108 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-030-43S | 11108 | Well | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-060-29S | 20408 | Almonds | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-060-29S | 20408 | Well | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-060-30S | 20308 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-060-41S | 20108 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-060-43S | 20208 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-070-24S | 23408 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-070-33S | 23208 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-070-33S | 23208 | Well | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-070-35S | 14108 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-070-36S | 14408 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-070-37S | 14208 | Open Organic | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-070-37S | 14208 | Well | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-070-37S | 14308 | Open Organic | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-100-03S | 30208 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-100-26S | 30308 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-100-26S | 30408 | Non-Op Well | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-100-26S | 30408 | Open Organic | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-100-28S | 30108 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-050-41S | 03107 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-050-41S | 03307 | Open Organic | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-050-41S | 03407 | Table Grapes | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-050-45S | 12307 | Almonds | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-090-38S | 24307 | Almonds | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-090-39S | 24407 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-090-48S | 24407 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-090-49S | 24407 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-090-51S | 13207 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-090-52S | 24407 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-090-53S | 13207 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-090-54S | 24407 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 060-020-25S | 06208 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 060-020-25S | 06308 | Open | C&A Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 060-020-25S | 06308 | Well | C&A Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-21S | 22501 | Open | Cantua Orchards, LLC | Westlands Water District | Conterra-FAMC |
| Bluhm Garcia | 026-300-034 | 20106 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Bluhm Garcia | 026-300-034 | 20106 | Turnout | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Bluhm Garcia | 026-300-034 | 20206 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Bluhm Garcia | 026-320-006 | 29106 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Bluhm Garcia | 026-320-006 | 29106 | Turnout | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Bluhm Garcia | 026-320-006 | 29206 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Bluhm Garcia | 026-320-006 | 29206 | Turnout | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Bluhm Garcia | 026-320-006 | 29306 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Bluhm Garcia | 026-320-006 | 29306 | Turnout | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Bluhm Garcia | 026-320-006 | 29406 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Bluhm Garcia | 026-320-006 | 29406 | Turnout | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-061-06 | 06301 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-061-23S | 05401 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-061-23S | 05401 | Well | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-061-28S | 05201 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-061-31S | 05201 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-061-32S | 05201 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-061-33S | 05201 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-061-34S | 05101 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-061-58S | 04201 | Open Organic | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-061-58S | 04301 | Open Organic | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-061-58S | 04401 | Open Organic | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-061-58S | 04401 | Well | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-071-41S | 11101 | Pistachios | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-071-42S | 11101 | Pistachios | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-130-10s | 16401 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-130-11s | 16401 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-130-11s | 16401 | Well | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-26 | 14401 | Pistachios | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-27S | 14401 | Pistachios | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-28S | 14401 | Non-Op Well | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-28S | 14401 | Pistachios | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-29 | 14301 | Pistachios | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-30 | 14301 | Pistachios | Cantua Orchards, LLC | Westlands Water District | Prudential |

| Map Location | APN Number | New Field # | Crop | Owner | Water District | Real Estate Loan Lender |
|---|---|---|---|---|---|---|
| Kamm Avenue | 038-141-31 | 14301 | Pistachios | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-38S | 13401 | Pistachios | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-41S | 13101 | Pistachios | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-41S | 13101 | Well | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-44S | 13201 | Pistachios | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-49S | 14201 | Pistachios | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-50S | 14101 | Pistachios | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-58S | 14401 | Pistachios | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-63S | 13401 | Pistachios | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-63S | 13401 | Well | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-13S | 25401 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-28S | 35101P | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-82S | 25401 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-300-02 | 24201 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-300-03S | 24201 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-300-04S | 24201 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-300-05 | 24201 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-300-10 | 24101 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-300-11S | 24101 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-300-14S | 23101 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-300-14S | 23401 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-300-18S | 24401 | Pistachios | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-300-22 | 24301 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-300-27S | 24401 | Pistachios | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-300-28S | 24301 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-300-28S | 24301 | Shop | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-300-29S | 24101 | Non-Op Well | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-300-29S | 24101 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-300-29S | 24201 | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 045-040-07 | 02401P | Open | Cantua Orchards, LLC | Westlands Water District | Prudential |
| Ludy | 059-243-03-00-8 | 62120 | Open | DA Real Estate Holdings | Semitropic Water Storage District | Prudential |
| Ludy | 059-243-03-00-8 | 62120 | Well | DA Real Estate Holdings | Semitropic Water Storage District | Prudential |
| Mt. Whitney Ranch | 058-050-42S | 11107 | Open | FG2 Holdings, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-050-42S | 11407 | Almonds | FG2 Holdings, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-050-42S | 11507 | Open | FG2 Holdings, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-050-43S | 11207 | DOV | FG2 Holdings, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-050-43S | 11307 | Open | FG2 Holdings, LLC | Westlands Water District | Prudential |
| Calaveras Ranch | 040-020-18S | 08404 | Pistachios | Gradon Farms, LLC | Westlands Water District | Conterra-FAMC |
| Calaveras Ranch | 040-020-18S | 08504 | Open | Gradon Farms, LLC | Westlands Water District | Conterra-FAMC |
| Calaveras Ranch | 038-090-36S | 02204 | Open | Gradon Farms, LLC | Westlands Water District | Prudential |
| Calaveras Ranch | 038-090-36S | 02204 | Well | Gradon Farms, LLC | Westlands Water District | Prudential |
| Calaveras Ranch | 038-090-36S | 02304 | Open | Gradon Farms, LLC | Westlands Water District | Prudential |
| Calaveras Ranch | 040-030-34S | 10104 | Open | Gradon Farms, LLC | Westlands Water District | Prudential |
| Calaveras Ranch | 040-030-34S | 10204 | Open | Gradon Farms, LLC | Westlands Water District | Prudential |
| Calaveras Ranch | 040-030-34S | 10204 | Well | Gradon Farms, LLC | Westlands Water District | Prudential |
| Calaveras Ranch | 040-030-41S | 10104 | Open | Gradon Farms, LLC | Westlands Water District | Prudential |
| Calaveras Ranch | 040-030-41S | 10104 | Shop | Gradon Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-050-07 | 24303 | Pistachios | Gradon Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-050-07 | 24303 | Reservoir | Gradon Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-050-07 | 24303 | Well | Gradon Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-16S | 26203 | Almonds | Gradon Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-17S | 26203 | Almonds | Gradon Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-17S | 26203 | Well | Gradon Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-22S | 26303 | Almonds | Gradon Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-36S | 26303 | Almonds | Gradon Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-36S | 26303 | Reservoir | Gradon Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-50S | 26303 | Almonds | Gradon Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-50S | 26303 | Building | Gradon Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-50S | 26303 | House | Gradon Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-50S | 26303 | Shop | Gradon Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-50S | 26303 | Well | Gradon Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-53S | 26403 | Almonds | Gradon Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-53S | 26403 | Building | Gradon Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-53S | 26403 | House | Gradon Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-53S | 26403 | Shop | Gradon Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-53S | 26403 | Well | Gradon Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-55S | 25103 | Almonds | Gradon Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-55S | 25103 | Reservoir | Gradon Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-55S | 25103 | Well | Gradon Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 060-020-48S | 09108 | Open | Gradon Farms, LLC | Westlands Water District | Prudential |
| Ludy | 059-243-03-00-8 | 62120 | Open | Grantland Holdings No. 1 | Semitropic Water Storage District | Prudential |
| Ludy | 059-243-03-00-8 | 62120 | Well | Grantland Holdings No. 1 | Semitropic Water Storage District | Prudential |
| Ludy | 059-243-03-00-8 | 62120 | Open | Grantland Holdings No. 2 | Semitropic Water Storage District | Prudential |
| Ludy | 059-243-03-00-8 | 62120 | Well | Grantland Holdings No. 2 | Semitropic Water Storage District | Prudential |
| Kamm Avenue | 038-071-43S | 10201 | Pistachios | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-071-44S | 10201 | Pistachios | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-071-46S | 10101 | Pistachios | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-071-59 | 10101 | Pistachios | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-130-19S | 21101 | Pistachios | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-130-19S | 21201 | Pistachios | Granville Farms, LLC | Westlands Water District | Prudential |

| Map Location | APN Number | New Field # | Crop | Owner | Water District | Real Estate Loan Lender |
|---|---|---|---|---|---|---|
| Kamm Avenue | 038-130-56S | 21301 | Pistachios | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-130-58S | 21301 | Pistachios | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-01S | 15401 | Almonds | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-02 | 15301 | Almonds | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-03 | 15301 | Almonds | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-04 | 15301 | Almonds | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-17 | 22301 | Open | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-17 | 22301 | Well | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-19 | 22301 | Open | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-52 | 22201 | Pistachios | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-53 | 22201 | Pistachios | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-54S | 22401 | Pistachios | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-55S | 22101 | Pistachios | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-55S | 22401 | Pistachios | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-56S | 22401 | Pistachios | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-57 | 15301 | Almonds | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-62S | 15101 | Building | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-62S | 15101 | House | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-62S | 15101 | Shop | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-141-62S | 15201 | Almonds | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-01 | 27401 | Pistachios | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-01 | 27401 | Well | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-02S | 27301 | Pistachios | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-03S | 27201 | Pistachios | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-30S | 34201 | Pistachios | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-32S | 34101 | Almonds | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-33S | 34101 | Almonds | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-34S | 34101 | Almonds | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-35S | 34101 | Almonds | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-36S | 34101 | Almonds | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-37S | 34401 | Pistachios | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-38S | 34301 | Pistachios | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-39S | 34401 | Pistachios | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-42S | 27101 | Non-Op Well | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-42S | 27101 | Pistachios | Granville Farms, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-55S | 34101 | Almonds | Granville Farms, LLC | Westlands Water District | Prudential |
| Bluhm Garcia | 026-320-017 | 31206 | Open | Lincoln Grantor Farms, LLC | Westlands Water District | Prudential |
| Bluhm Garcia | 026-320-017 | 31306 | Open | Lincoln Grantor Farms, LLC | Westlands Water District | Prudential |
| Bluhm Garcia | 026-320-017 | 31406 | Open | Lincoln Grantor Farms, LLC | Westlands Water District | Prudential |
| Bluhm Garcia | 026-320-017 | 31406 | Turnout | Lincoln Grantor Farms, LLC | Westlands Water District | Prudential |
| Bluhm Garcia | 026-320-017 | 31406 | Well | Lincoln Grantor Farms, LLC | Westlands Water District | Prudential |
| Bluhm Garcia | 026-320-020 | 32106 | Open | Lincoln Grantor Farms, LLC | Westlands Water District | Prudential |
| Bluhm Garcia | 026-320-020 | 32206 | Open | Lincoln Grantor Farms, LLC | Westlands Water District | Prudential |
| Bluhm Garcia | 026-320-020 | 32306 | Open | Lincoln Grantor Farms, LLC | Westlands Water District | Prudential |
| Bluhm Garcia | 026-320-020 | 32406 | Open | Lincoln Grantor Farms, LLC | Westlands Water District | Prudential |
| Bluhm Garcia | 026-320-020 | 32406 | Turnout | Lincoln Grantor Farms, LLC | Westlands Water District | Prudential |
| McCombs Ranch | 058-291-40-00-9 | 95020 | Open | Lincoln Grantor Farms, LLC | Semitropic Water Storage District | Prudential |
| McCombs Ranch | 058-291-40-00-9 | 95020 | Well | Lincoln Grantor Farms, LLC | Semitropic Water Storage District | Prudential |
| McCombs Ranch | 058-292-09-00-7 | 95220 | House | Lincoln Grantor Farms, LLC | Semitropic Water Storage District | Prudential |
| McCombs Ranch | 058-292-09-00-7 | 95220 | Open | Lincoln Grantor Farms, LLC | Semitropic Water Storage District | Prudential |
| McCombs Ranch | 058-292-09-00-7 | 95220 | Shop | Lincoln Grantor Farms, LLC | Semitropic Water Storage District | Prudential |
| McCombs Ranch | 058-292-09-00-7 | 95220 | Turnout | Lincoln Grantor Farms, LLC | Semitropic Water Storage District | Prudential |
| McCombs Ranch | 058-292-09-00-7 | 95220 | Well | Lincoln Grantor Farms, LLC | Semitropic Water Storage District | Prudential |
| McCombs Ranch | 058-292-23-00-7 | 95120 | Open | Lincoln Grantor Farms, LLC | Semitropic Water Storage District | Prudential |
| McCombs Ranch | 058-292-23-00-7 | 95120 | Well | Lincoln Grantor Farms, LLC | Semitropic Water Storage District | Prudential |
| Brannan Ranch | 017-080-84s | 36205 | Open | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Calaveras Ranch | 040-060-20S | 18104 | Open | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Calaveras Ranch | 040-060-20S | 18104 | Well | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Calaveras Ranch | 040-060-22S | 18204 | Non-Op Well | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Calaveras Ranch | 040-060-22S | 18204 | Open | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Calaveras Ranch | 040-060-22S | 18204 | Well | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Calaveras Ranch | 040-060-25S | 17104 | Open | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Calaveras Ranch | 040-060-25S | 17204 | Open | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Calaveras Ranch | 040-060-25S | 17204 | Well | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-030-45S | 11408 | Open | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-030-45S | 11408 | Well | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-030-46S | 11308 | Open | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-030-47S | 11308 | Open | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 050-030-48S | 11208 | Open | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-050-26S | 12207 | Open | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-050-35S | 02107 | Open | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-050-35S | 02207 | Open | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-050-35S | 02307 | Open | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-050-35S | 02407 | Open | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-050-44S | 12407 | Almonds | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 060-020-34S | 07107 | Open | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 060-020-43S | 06107 | Open | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 060-020-43S | 06407 | Open | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 060-020-49S | 07107 | Open | Maricopa Orchards, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 060-020-51S | 07107 | Open | Maricopa Orchards, LLC | Westlands Water District | Prudential |

| Map Location | APN Number | New Field # | Crop | Owner | Water District | Real Estate Loan Lender |
|---|---|---|---|---|---|---|
| Wegis - Jackson | 069-280-04-00-5 | 74621 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Jackson | 069-280-16-00-0 | 74921 | Pistachios | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Jackson | 069-280-16-00-0 | 74921 | Reservoir | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Jackson | 069-280-16-00-0 | 74921 | Well | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Jackson | 069-280-18-00-6 | 74921 | House | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Jackson | 069-280-18-00-6 | 74921 | Pistachios | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Jackson | 069-280-25-00-6 | 75021 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Jackson | 069-280-26-00-9 | 75021 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Jackson | 069-280-26-00-9 | 75021 | Well | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Jackson | 069-280-38-00-4 | 74821 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Jackson | 069-280-38-00-4 | 74821 | Well | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Jackson | 069-280-39-00-7 | 74721 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Jackson | 069-310-09-00-8 | 74221 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Jackson | 069-310-10-00-0 | 74321 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Jackson | 069-310-11-00-3 | 74521 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Jackson | 069-310-12-00-6 | 74421 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Jackson | 069-310-12-00-6 | 74421 | Solar | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Jackson | 069-310-12-00-6 | 74421 | Well | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-02-02-4 | 75721 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-02-02-4 | 75821 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-02-02-4 | 75821 | Well | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-02-02-4 | 75921 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-02-02-4 | 75921 | Building | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-02-02-4 | 75921 | House | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-02-02-4 | 75921 | Reservoir | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-23-00-7 | 76221 | Pistachios | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-23-00-7 | 76221 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-23-00-7 | 76621 | Pistachios | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-24-00-0 | 76221 | Pistachios | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-24-00-0 | 76421 | Table Grapes | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-24-00-0 | 76521 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-24-00-0 | 76721 | Pistachios | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-24-00-0 | 76821 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-25-00-3 | 76721 | Pistachios | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-25-00-3 | 76821 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-26-00-6 | 76721 | Pistachios | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-26-00-6 | 76721 | Reservoir | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-26-00-6 | 76721 | Well | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-34-01-8 | 76021 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-34-01-8 | 76021 | Well | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-34-01-8 | 76121 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-35-01-1 | 75621 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-35-01-1 | 75621 | House | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-35-01-1 | 75621 | Reservoir | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-35-01-1 | 75621 | Shop | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Kimberlina | 069-340-35-01-1 | 75621 | Well | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Lerdo | 087-080-46-00-1 | 76921 | Open | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - Lerdo | 087-080-46-00-1 | 76921 | Reservoir | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - McCoy | 069-272-05-00-9 | 74021 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - McCoy | 069-272-05-00-9 | 74021 | House | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - McCoy | 069-272-05-00-9 | 74021 | Well | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - McCoy | 069-272-08-00-8 | 74121 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - West Jackson | 069-310-21-00-2 | 75521 | Open | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - West Jackson | 069-310-21-00-2 | 75521 | Well | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - West Jackson | 069-320-01-00-7 | 75121 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - West Jackson | 069-320-02-01-9 | 75121 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - West Jackson | 069-320-03-00-3 | 75121 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - West Jackson | 069-320-04-01-5 | 75121 | Almonds | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - West Jackson | 069-320-05-01-8 | 75221 | Pistachios | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - West Jackson | 069-320-05-01-8 | 75321 | Pistachios | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - West Jackson | 069-320-05-01-8 | 75321 | Reservoir | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - West Jackson | 069-320-05-01-8 | 75321 | Solar | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - West Jackson | 069-320-05-01-8 | 75321 | Well | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - West Jackson | 069-330-02-00-3 | 75421 | Pistachios | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Wegis - West Jackson | 069-330-02-00-3 | 75421 | Well | Maricopa Orchards, LLC | Semitropic Water Storage District | Prudential |
| Kamm Avenue | 038-061-28S | 0731 | Well | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-130-02 | 18301 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-06 | 26401 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-08 | 26301 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-09 | 26301 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-10S | 26201 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-14S | 25101 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-14S | 25101 | Well | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-15S | 25101 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-26 | 35101 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-27S | 35101 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-41S | 34401 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-43 | 26401 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-44S | 26101 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-44S | 26401 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |

| Map Location | APN Number | New Field # | Crop | Owner | Water District | Real Estate Loan Lender |
|---|---|---|---|---|---|---|
| Kamm Avenue | 038-210-44S | 26401 | Well | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-47S | 35301 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-54S | 35101 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-63S | 25301 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-68S | 36101 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-69S | 35201 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-70S | 35201 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-71S | 35301 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-74S | 36401 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-74S | 36401 | Well | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-76S | 25201 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-77S | 36101 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-78S | 36101 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-79S | 36201 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-80S | 36201 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-210-80S | 36301 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Kamm Avenue | 038-270-01 | 36301 | Pistachios | Panoche Pistachios, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 060-020-55S | 09208 | Open | Ranch West Investments, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 060-020-55S | 09208 | Well | Ranch West Investments, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 060-020-60S | 09208 | Open | Ranch West Investments, LLC | Westlands Water District | Prudential |
| Huron | 075-050-08S | 24203 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-050-08S | 24203 | Turnout | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-050-50S | 13203 | Open | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-050-50S | 13203 | Turnout | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-050-50S | 13303 | Open | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-050-50S | 13303 | Well | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-28 | 36103 | Almonds | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-28 | 36103 | Reservoir | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-28 | 36103 | Well | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-29 | 36203 | Almonds | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-29 | 36203 | Well | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-30 | 36403 | Almonds | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-30 | 36403 | Turnout | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-30 | 36403 | Yard | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-31 | 36303 | Almonds | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-31 | 36303 | Turnout | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-31 | 36303 | Well | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-43S | 25303 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-46S | 35203 | Almonds | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-47S | 35203 | Almonds | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-48S | 35303 | Almonds | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-48S | 35303 | Turnout | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-56S | 25203 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-56S | 25203 | Reservoir | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-56S | 25203 | Well | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-56S | 25303 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 075-070-56S | 25403 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-020-47S | 07303 | Almonds | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-020-47S | 07303 | Reservoir | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-020-47S | 07303 | Well | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-020-54S | 07103 | Open | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-020-54S | 07403 | Reservoir | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-020-54S | 07403 | Open | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-020-54S | 07403 | Well | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-041-01S | 18403 | Open | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-041-01S | 18403 | Well | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-041-02S | 18403 | Open | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-041-17S | 18303 | Open | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-041-17S | 18303 | Turnout | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-02S | 30403 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-02S | 30403 | Turnout | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-03S | 30103 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-03S | 30103 | Turnout | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-39S | 30303 | Open | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-39S | 30303 | Turnout | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-39S | 30303 | Well | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-57S | 29103 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-57S | 29103 | Turnout | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-57S | 29103 | Well | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-57S | 29203 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-57S | 29303 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-57S | 29303 | Turnout | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-57S | 29403 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-57S | 29403 | Reservoir | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-57S | 29403 | Turnout | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-65S | 30403 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-80S | 30203 | Open | Sageberry Farms, LLC | Westlands Water District | Prudential |

| Map Location | APN Number | New Field # | Crop | Owner | Water District | Real Estate Loan Lender |
|---|---|---|---|---|---|---|
| Huron | 078-060-80S | 30203 | Turnout | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-85S | 31103 | Open | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-85S | 31103 | Turnout | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-86S | 31303 | Open | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-87S | 31403 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-87S | 31403 | Turnout | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-88S | 31403 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-060-88S | 31403 | Well | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-080-55 | 06403 | Open | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-080-55 | 06403 | Well | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-130-06S | 19403 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-130-06S | 19403 | Turnout | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-130-06S | 19403 | Well | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-130-07S | 19103 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-130-07S | 19103 | Reservoir | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-130-07S | 19103 | Turnout | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-130-07S | 19103 | Well | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-130-07S | 19403 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-130-11S | 20103 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-130-11S | 20103 | Turnout | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-130-23S | 19203 | Open | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-130-23S | 19303 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-130-23S | 19303 | Turnout | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-130-23S | 19503 | Open | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-140-02S | 20403 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-140-02S | 20403 | Turnout | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-140-04S | 20403 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-140-04S | 20403 | Well | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-140-05 | 20403 | Open | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-140-06S | 20403 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Huron | 078-140-07S | 20403 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Lassen Ranch | 068-071-06S | 14402 | Non-Op Well | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Lassen Ranch | 068-071-06S | 14402 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Lassen Ranch | 068-071-07S | 14102 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Lassen Ranch | 068-071-07S | 14102 | Turnout | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Lassen Ranch | 068-071-09S | 13402 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Lassen Ranch | 068-071-36S | 13102 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Lassen Ranch | 068-071-36S | 13102 | Reservoir | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Lassen Ranch | 068-071-37S | 13202 | Open | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Lassen Ranch | 068-071-37S | 13202 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Lassen Ranch | 068-071-37S | 13202 | Well | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Lassen Ranch | 068-071-38S | 13302 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Lassen Ranch | 068-071-39S | 23402 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Lassen Ranch | 068-071-39S | 23402 | Turnout | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Lassen Ranch | 068-071-40S | 23302 | Open | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Lassen Ranch | 068-071-40S | 23302 | Reservoir | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Lassen Ranch | 068-071-40S | 23302 | Well | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Lassen Ranch | 068-071-41S | 23202 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Lassen Ranch | 068-071-41S | 23202 | Turnout | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Lassen Ranch | 068-071-42S | 23202 | Open | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Lassen Ranch | 068-071-42S | 23202 | Pistachios | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Lassen Ranch | 068-071-42S | 23202 | Shop | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Lassen Ranch | 068-071-42S | 23202 | Well | Sageberry Farms, LLC | Westlands Water District | Prudential |
| Mt. Whitney Ranch | 058-050-41S | 03207 | Table Grapes | | Westlands Water District | Prudential |



**<u>Appendix C</u>**

**<u>EXCLUDED PARCELS</u>**

NONE

## EXHIBIT A

## FORM MET LIFE RECEIVER AGREEMENT

_____ \_\_, 2025

Capstone Capital Markets LLC ("Capstone")
176 Federal St., 3rd Floor
Boston, MA 02110
Attention: Skye Root

Mr. Lance Miller (the "Prudential/FMAC Receiver")
Pivot Group
1230 Rosecrans Ave Suite 530
Manhattan Beach, CA 90266

Re: Prospective sale of assets in connection with Receivership Orders entered by the United States District Court, Eastern District of California, Fresno Division, 1:24-cv-1102-KES-SAB and 1:24-cv-01455-KES-SAB (the "Court")

Dear Lance:

I am the Receiver appointed by the Court at the request of Metropolitan Life Insurance Company, MetLife Real Estate Lending, LLC (together, "MetLife") and Brighthouse Life Insurance Company ("Brighthouse" and, collectively with MetLife, "MetLife/Brighthouse") under the *Order Granting Motion for Order Appointing Receiver and for Preliminary Injunction* entered by the Court in the following cases (collectively, the "MetLife/Brighthouse Receiverships"):

- Metropolitan Life Insurance Company v. FNF Farms, LLC, et al., Case No. 1:24-cv-01226- KES-SAB;

- Metropolitan Life Insurance Company v. C & A Farms, LLC, et al., Case No. 1:24-cv-01230-KES-SAB;

- Metropolitan Life Insurance Company v. Maricopa Orchards, LLC, et al., Case No. 1:24-cv-01231- KES-SAB;

- Brighthouse Life Insurance Company v. Kamm South, LLC, et al., Case No. 1:24-cv-01232- KES-SAB;

- Brighthouse Life Insurance Company v. Manning Avenue Pistachios, LLC, et al., Case No. 1:24-cv-01233- KES-SAB;

- Brighthouse Life Insurance Company v. C & A Farms, LLC, et al., Case No. 1:24-cv-01235- KES-SAB;

- MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., Case No. 1:24-cv-01241- KES-SAB; and

- Metropolitan Life Insurance Company., v. ACDF, LLC, et al., Case No. 1:24-cv-01261- KES-SAB.

In my capacity as the MetLife/Brighthouse Receiver, I have authority and control over certain assets of Maricopa Orchards, LLC and its various subsidiaries, affiliates, and related interests (the "Company") granted as collateral to MetLife or Brighthouse for loans extended to the Company by MetLife or Brighthouse, as applicable.



You, Lance Miller, are the Receiver appointed by the Court at the request of The Prudential Insurance Company of America, PGIM Real Estate Finance, LLC (together, "Prudential") and Federal Agricultural Mortgage Corporation for sale of assets and related interests of the Company granted as collateral for loans extended to the Company by Prudential.

I am aware that you, as the Prudential/FMAC Receiver, are proposing to enter or have entered into an agreement for the engagement of Capstone Capital Markets LLC (the "Capstone Agreement") in substantially the form attached hereto as **Annex A** for sale of parcels listed in Appendix B to the Capstone Agreement, as it may be amended from time to time (the "Sale Property").

Capitalized terms not otherwise defined in this letter agreement have the meanings given in the Capstone Agreement.

Subject to Court approval and the terms and conditions of this letter agreement, I hereby confirm as the MetLife/Brighthouse Receiver that I have authorized inclusion as Sale Property under the Capstone Agreement those MetLife and Brighthouse collateral parcels and other interests identified below (the "MetLife/Brighthouse Collateral"):

- APN 038-130-71S;
- APN 038-130-62S;
- APN 038-130-35S;
- APN 038-200-09S;
- APN 038-200-04S;
- APN 038-141-59S;
- APN 038-210-25S; and
- Membership interests in Poso Creek Water Company, LLC and all associated water and other rights.

I further confirm as the MetLife/Brighthouse Receiver that each of MetLife and Brighthouse have consented to the MetLife/Brighthouse Collateral's inclusion in the Capstone Agreement as Sale Property.

For this purpose, I hereby join in the Capstone Agreement to the extent, and only to the extent, described in this letter agreement.

TERMS AND CONDITIONS

1. Joinder to Capstone Agreement. For purpose of the potential sale of the MetLife/Brighthouse Collateral as part of a Transaction(s), the MetLife/Brighthouse Receiver joins in the engagement of Capstone as described in Section 1 of the Capstone Agreement, which Section is incorporated herein by reference.

2. Capstone Services. For purposes of the potential sale of the MetLife/Brighthouse Collateral as part of a Transaction(s), Capstone will provide the Transaction Services to the MetLife/Brighthouse Receiver. The MetLife/Brighthouse Receiver agrees to the provisions of Section 2 of the Capstone Agreement, which Section is incorporated herein by reference.

3. Cooperation. In furtherance of the potential sale of the MetLife/Brighthouse Collateral as part of a Transaction(s), the MetLife/Brighthouse Receiver agrees (a) to cooperate with Capstone and the Prudential/FMAC Receiver, (b) that the Prudential/FMAC Receiver will be the point of contact with Capstone, and (c) that Capstone will take direction in the performance of the Transaction Services solely from the Prudential/FMAC Receiver.

4. Fees.



      a.   The MetLife/Brighthouse Receiver agrees to pay any Transaction Fee(s) associated with a Transaction(s) involving MetLife/Brighthouse Collateral, calculated in accordance with the terms of the Capstone Agreement.

      b.   In no event shall the inclusion of the MetLife/Brighthouse Collateral in a Transaction, nor the extension of the Transaction Services to such collateral, increase the amount of the Engagement Fee, Monthly Retainer Fee, or Abandonment Fee that otherwise may come due, and no such amount shall be apportioned to the MetLife/Brighthouse Collateral.

5. <u>Term and Termination</u>. The MetLife/Brighthouse Receiver shall have no right or ability to terminate the Capstone Agreement absent written consent from the Prudential/FMAC Receiver or order of the Court.

6. <u>Representations</u>. With respect to the MetLife/Brighthouse Collateral, the MetLife/Brighthouse Receiver joins in and makes the representations and agreements set forth in Section 7 of the Capstone Agreement.

7. <u>Indemnification</u>. The MetLife/Brighthouse Receiver joins in the indemnification of Capstone as set forth in Section 8 of the Capstone Agreement, which Section is incorporated herein by reference, solely with respect to any and all losses, claims, damages, or liabilities to which any Capstone Indemnified Person may become subject arising in any manner out of or in connection with the rendering of services by Capstone to the MetLife/Brighthouse Receiver.

8. <u>Distribution of Proceeds; Prudential True-Up</u>.

      a.   The proceeds of any Transaction that includes MetLife/Brighthouse Collateral will be received by and distributed to the MetLife/Brighthouse Receiver at or promptly after closing of such Transaction according to the percentage derived by dividing the total value of the MetLife/Brighthouse Collateral included in the Transaction by the Transaction Value attributable to the Transaction (the "MetLife/Brighthouse Proceeds"). For the avoidance of doubt, such distribution to the MetLife/Brighthouse Receiver will be net of any costs and expenses incurred by the Receiver in administering the MetLife/Brighthouse Collateral, as applicable.  In no event will MetLife or Brighthouse be entitled to more than the MetLife/Brighthouse Payoff (defined below) on a by-parcel basis.

      b.   In the event the MetLife/Brighthouse Proceeds associated with a Transaction are insufficient to pay in full the debt owing to MetLife or Brighthouse that is secured by the MetLife/Brighthouse Collateral being sold in such Transaction, Prudential shall have the right, in its sole discretion, to direct the Prudential/FMAC Receiver to reallocate net sale proceeds from Prudential (out of net sale proceeds allocated to Prudential) to MetLife or Brighthouse, as appropriate, in such amount as is necessary to repay the debt secured by the MetLife/Brighthouse Collateral included in the Transaction so that MetLife or Brighthouse, as appropriate, receive the following amounts at closing of the Transaction, subject to adjustment:

          i.   APN 038-130-71S - $
        ii.   APN 038-130-62S - $
      iii.   APN 038-130-35S - $
      iv.   APN 038-200-09S - $
       v.   APN 038-200-04S - $
      vi.   APN 038-210-25S - $
     vii.   APN 038-141-59S - $

The immediately preceding amounts were calculated as of the date of this letter agreement and shall be brought forward solely to reflect interest and costs payable under the relevant loan documents(s) that accrue and become due and payable between the date of this letter agreement and closing of the applicable Transaction (the "MetLife/Brighthouse Payoff"), as supported by documentation and calculations provided by MetLife/Brighthouse and reasonably acceptable to Prudential. The amount necessary to cause the MetLife/Brighthouse Proceeds to equal the MetLife/Brighthouse Payoff, by parcel, is referred to as the "Prudential True-Up Amount"). For the avoidance of doubt, the Prudential True-Up Amount paid, if any, will be limited to parcels included in a Transaction for which the MetLife/Brighthouse Payoff exceeds the MetLife/Brighthouse Proceeds.

9.  <u>Agreement to Close</u>. In the event Prudential elects to pay the Prudential True-Up Amount(s) pursuant to Paragraph 8(b) of this letter agreement, MetLife or Brighthouse (as applicable) shall be obligated to close on the Transaction(s) and to direct the release of the Release Documents described in Paragraph 10 of this letter agreement.

10. <u>Agreement to Release Liens</u>. Within thirty (30) days of the execution of this letter agreement, or such other date as agreed to in writing by the parties, MetLife and Brighthouse shall each place into escrow all lien releases and other documents necessary to transfer the MetLife/Brighthouse Collateral free and clear of all liens, claims, encumbrances, and other interest held by MetLife, Brighthouse, or their affiliates in the Metlife/Brighthouse Collateral (the "Release Documents"), with such documents to be released from escrow concurrently with MetLife's or Brighthouse's receipt of the MetLife/Brighthouse Payoff, as applicable. For the avoidance of doubt, the Release Documents shall include any and all documents, in forms reasonably acceptable to the Prudential/FMAC Receiver, necessary to release MetLife's, Brighthouse's, or their respective affiliate's liens, claims, security interest, encumbrances, and similar interests on or in:

   a. The MetLife/Brighthouse Collateral;

   b. The membership interests in Poso Creek Water Company, LLC and all associated water and other rights; and

   c. The following Water Supply agreements:

      i. Water Supply Agreement dated July 29, 2015 made by and between **FNF FARM**S, LLC, a California limited liability company (as Water User therein), and 104 PISTACHIOS, LLC a California limited liability company, et al (as Water Providers therein), recorded in (i) the Official Records of Fresno County, California on September 11, 2024 as Document No. 2024-0082400, (ii) the Official Records of Kern County, California on September 10, 2024 as Document No. 224109980, (iii) the Official Records of Kings County, California on September 10, 2024 as Document No. 2412595, and (iv) the Official Records of Madera County, California on September 11, 2024 as Document No. 2024019288.

      ii. Water Supply Agreement dated July 29, 2015 made by and between **KAMM SOUTH, LLC**, a California limited liability company (as Water User therein), and 104 Pistachios, LLC a California limited liability company, et al (as Water Providers therein), recorded in (i) the Official Records of Fresno County, California on September 11, 2024 as Document No. 2024-0082763, (ii) the Official Records of Kern County, California on September 10, 2024 as Document No. 224109979; (iii) the Official Records of Kings County, California on September 10, 2024 as Document No. 2412594, and (iv) the Official Records of Madera County, California on September 11, 2024 as Document No. 2024019295.

iii.   Water Supply Agreement dated September 28, 2025 made by and between **MARICOPA ORCHARDS, LLC**, a California limited liability company, et al, (as Water User therein), and 104 Pistachios, LLC a California limited liability company, et al (as Water Providers therein), recorded in (i) the Official Records of Fresno County, California on September 10, 2024 as Document No. 2024-0082325, (ii) the Official Records of Kern County, California on September 13, 2024 as Document No. 224111300, (iii) the Official Records of Kings County, California on September 10, 2024 as Document No. 2412596, and (iv) the Official Records of Madera County, California on September 11, 2024 as Document No. 2024019287For purposes of this Paragraph 10, "escrow" may include delivering such documents, fully executed, to counsel for the Prudential/FMAC Receiver.

11.   <u>Adoption of Remaining Sections of Capstone Agreement</u>. Subject to the above modifications, the MetLife/Brighthouse Receiver agrees to the remaining sections of the Capstone Agreement, which are incorporated herein by reference; provided that, notifications to the MetLife/Brighthouse Receiver are to be given to:

Phillip Christensen, MetLife/Brighthouse Receiver
AgriGlobe
2787 W. Bullard Avenue, Suite 106
Fresno, California 93711

12.   <u>Governance</u>. This Agreement incorporates the entire understanding between the parties hereto and supersedes all previous agreements relating to the subject matter hereof.  This Agreement may not be amended or modified except in a writing signed by the parties.  This Agreement shall be binding upon and inure to the benefit of the parties and their respective successors and assigns.  If any term or provision of this Agreement shall to any extent be deemed illegal, invalid, or unenforceable, the remainder of this Agreement shall not be affected thereby, and each term and provision of this Agreement shall be valid and enforceable to the fullest extent permitted by law.



Please indicate your agreement to the foregoing by signing at the places for your signatures below.

Sincerely,

_____
Phillip Christensen
Solely in his capacity as
Court-appointed Receiver


ACKNOWLEDGED AND AGREED:


_____
Lance Miller
Solely in his capacity as
Court-appointed Receiver


CAPSTONE CAPITAL MARKETS LLC



_____
Paul Janson
Head of Investment Banking


[INSERT SIGNATURE BLOCKS]

**<u>EXHIBIT B</u>**

**FORM COMPANY AGREEMENT**

__, 2025

Capstone Capital Markets LLC ("<u>Capstone</u>")
176 Federal St., 3rd Floor
Boston, MA 02110
Attention: Skye Root

Mr. Lance Miller (the "<u>Prudential/FMAC Receiver</u>")
Pivot Group
1230 Rosecrans Ave., Suite 530
Manhattan Beach, CA 90266

Re: Prospective sale of assets in connection with Receivership Orders entered by the United States District Court, Eastern District of California, Fresno Division, 1:24-cv-1102-KES-SAB and 1:24-cv-01455-KES-SAB (the "<u>Court</u>")

Dear Lance:

We understand and acknowledge that you are the receiver appointed at the request of The Prudential Insurance Company of America, PGIM Real Estate Finance, LLC, and Federal Agricultural Mortgage Corporation (collectively, the "<u>Lenders</u>") and that you are proposing to enter or have entered into an agreement for the engagement of Capstone Capital Markets LLC (the "<u>Capstone Agreement</u>")[1] in the form attached hereto as <u>Annex A</u>, for sale of the parcels listed in Appendix B to the Capstone Agreement, as it may be amended from time to time (the "<u>Sale Property</u>"), which Sale Property is subject to the first priority deeds of trust and security interests of the Lenders, as applicable.

We further understand and agree that the ultimate valuations to be achieved in the sale of the Sale Property may be enhanced by inclusion of certain assets identified below ("<u>Company Property</u>"), which we are willing to include in the sale of the Sale Property:

- Membership interests in Poso Creek Water Company, LLC and all associated water and other rights;

- Membership interests in Arroyo Pasajero Mutual Water Company;

- The following Water Supply agreements:

  o Water Supply Agreement dated July 29, 2015 made by and between **FNF FARM**S, LLC, a California limited liability company (as Water User therein), and 104 PISTACHIOS, LLC a California limited liability company, et al (as Water Providers therein), recorded in (i) the Official Records of Fresno County, California on September 11, 2024 as Document No. 2024-0082400, (ii) the Official Records of Kern County, California on September 10, 2024 as Document No. 224109980, (iii) the Official Records of Kings County, California on September 10, 2024 as Document No. 2412595, and (iv) the Official Records of Madera County, California on September 11, 2024 as Document No. 2024019288;

---

[1] Capitalized terms not otherwise defined in this letter agreement have the meanings given in the Capstone Agreement.



- o     Water Supply Agreement dated July 29, 2015 made by and between **KAMM SOUTH, LLC**, a California limited liability company (as Water User therein), and 104 Pistachios, LLC a California limited liability company, et al (as Water Providers therein), recorded in (i) the Official Records of Fresno County, California on September 11, 2024 as Document No. 2024-0082763, (ii) the Official Records of Kern County, California on September 10, 2024 as Document No. 224109979; (iii) the Official Records of Kings County, California on September 10, 2024 as Document No. 2412594, and (iv) the Official Records of Madera County, California on September 11, 2024 as Document No. 2024019295; and

- o     Water Supply Agreement dated September 28, 2025 made by and between **MARICOPA ORCHARDS, LLC**, a California limited liability company, et al, (as Water User therein), and 104 Pistachios, LLC a California limited liability company, et al (as Water Providers therein), recorded in (i) the Official Records of Fresno County, California on September 10, 2024 as Document No. 2024-0082325, (ii) the Official Records of Kern County, California on September 13, 2024 as Document No. 224111300, (iii) the Official Records of Kings County, California on September 10, 2024 as Document No. 2412596, and (iv) the Official Records of Madera County, California on September 11, 2024 as Document No. 2024019287For purposes of this Paragraph 10, "escrow" may include delivering such documents, fully executed, to counsel for the Prudential/FMAC Receiver; and

- •     The real property listed on schedule attached here to as <u>Annex B.</u>

We join in the Capstone Agreement to the extent, and only to the extent, described in this letter agreement.

TERMS AND CONDITIONS

1. <u>Joinder to Capstone Agreement</u>. For purposes of the potential sale of the Company Property as part of a Transaction(s), the Company joins in the engagement of Capstone as described in Section 1 of the Capstone Agreement, which Section is incorporated herein by reference.

2. <u>Capstone Services</u>. For purposes of the potential sale of the Company Property, Capstone will provide the Transaction Services to the Company. The Company agrees to the provisions of Section 2 of the Capstone Agreement, which Section is incorporated herein by reference.

3. <u>Cooperation</u>. In furtherance of the potential sale of the Company Property as part of a Transaction(s), the Company agrees (a) to cooperate with Capstone and the Prudential/FMAC Receiver, (b) that the Prudential/FMAC Receiver will be the point of contact with Capstone, and (c) that Capstone will take direction in the performance of the Transaction Services solely from the Prudential/FMAC Receiver. The Company further understands and agrees that the Prudential/FMAC Receiver and Capstone will have full access to information relating to the Sale Property, the Company Property, and the operations of the Company, which information may be provided by current and former employees and advisors to the Company.

4. <u>Fees</u>. To the extent of Transaction Value attributable to Company Property in a Transaction(s), the Company will pay its share of the Transaction Fees provided for in Section 3(c) of the Capstone Agreement, which Section 3(c) is incorporated herein by reference; *provided that* (i) any Transaction Fee attributable to the sale of Company Property shall be included in determining the Transaction Fees counting towards the payment of the Minimum Transaction Fee; (ii) the Company shall not otherwise be responsible for the payment of any portion of the Minimum Transaction Fee and in no event will be liable for any portion of the Abandonment Fee; and (iii) in no event shall the Prudential/FMAC Receiver be liable for payment of the fees payable by the Company.



5.   <u>Representations</u>. With respect to the Company Property only, the Company joins in and makes the representations and agreements set forth in Section 7 of the Capstone Agreement.

6.   <u>Distribution of Proceeds</u>. The proceeds of any Transaction under the Capstone Agreement that includes any Company Property will be received by and distributed to the Company at or promptly after closing according to the percentage derived by *dividing* the total value of the Company Property included in the Transaction *by* the Transaction Value attributable to the Transaction, as defined in Section 4 of the Capstone Agreement, which Section is incorporated herein by reference. For the avoidance of doubt, such distribution will be net of any costs and expenses incurred by the Receiver in administering the Company Property.

7.   <u>Adoption of Remaining Sections of Capstone Agreement</u>. Subject to the above modifications, the Company agrees to the remaining sections of the Capstone Agreement, which are incorporated herein by reference; provided that, notifications to the Company are to be given to:

> Maricopa Orchards, LLC
> 5260 N. Palm Ave. Suite 421
> Fresno, CA 93704
> Attention: Darius Assemi

8.   <u>Governance</u>. This Agreement incorporates the entire understanding between the parties hereto and supersedes all previous agreements relating to the subject matter hereof.  This Agreement may not be amended or modified except in a writing signed by the parties.  This Agreement shall be binding upon and inure to the benefit of the parties and their respective successors and assigns.  If any term or provision of this Agreement shall to any extent be deemed illegal, invalid, or unenforceable, the remainder of this Agreement shall not be affected thereby, and each term and provision of this Agreement shall be valid and enforceable to the fullest extent permitted by law.

[SIGNATURE PAGE FOLLOWS]



Please indicate your agreement to the foregoing by signing at the places for your signatures below.

Sincerely,
MARICOPA ORCHARDS, LLC


By:
Name:
Title:


[INSERT SIGNATURE BLOCKS]


ACKNOWLEDGED AND AGREED:


_____
Lance Miller
Solely in his capacity as
Court-appointed Receiver

CAPSTONE CAPITAL MARKETS LLC


_____
Paul Janson
Head of Investment Banking

<u>**EXHIBIT C**</u>

**FORM PARTICIPATING LANDOWNER AGREEMENT**

_____ __, 2025

Capstone Capital Markets LLC ("<u>Capstone</u>")
176 Federal St., 3rd Floor
Boston, MA 02110
Attention: Skye Root

Mr. Lance Miller (the "<u>Prudential/FMAC Receiver</u>")
Pivot Group
1230 Rosecrans Ave., Suite 530
Manhattan Beach, CA 90266

Re: Prospective sale of assets in connection with Receivership Orders entered by the United States District Court, Eastern District of California, Fresno Division, 1:24-cv-1102-KES-SAB and 1:24-cv-01455-KES-SAB (the "<u>Court</u>")

Dear Lance:

We understand and acknowledge that you are the receiver appointed at the request of The Prudential Insurance Company of America, PGIM Real Estate Finance, LLC, and Federal Agricultural Mortgage Corporation (collectively, the "<u>Lenders</u>") and that you are proposing to enter or have entered into an agreement for the engagement of Capstone Capital Markets LLC (the "<u>Capstone Agreement</u>")[2] in the form attached hereto, for sale of the parcels listed in Appendix B to the Capstone Agreement, as it may be amended from time to time (the "<u>Sale Property</u>"), which Sale Property is subject to the first priority deeds of trust and security interests of the Lenders, as applicable.

We are the third-party owner ("<u>Owner</u>") of the following parcels ("<u>Third-Party Parcels</u>"), which we are willing to include in the sale of the Sale Property:

**[LIST HERE OR IN ATTACHMENT]**

For this purpose, we hereby join in the Capstone Agreement to the extent, and only to the extent, described in this letter agreement.

TERMS AND CONDITIONS

1. <u>Joinder to Capstone Agreement</u>. For purposes of the potential sale of the Third-Party Parcels as part of a Transaction(s), Owner joins in the engagement of Capstone as described in Section 1 of the Capstone Agreement, which Section is incorporated herein by reference.

2. <u>Capstone Services</u>. For purposes of the potential sale of the Third-Party Parcels, Capstone will provide the Transaction Services to Owner. Owner agrees to the provisions of Section 2 of the Capstone Agreement, which Section is incorporated herein by reference.

3. <u>Cooperation</u>. In furtherance of the potential sale of the Third-Party Parcels as part of a Transaction(s), Owner agrees (a) to cooperate with Capstone and the Prudential/FMAC Receiver, (b) that the Prudential/FMAC

---

[2] Capitalized terms not otherwise defined in this letter agreement have the meanings given in the Capstone Agreement.



Receiver will be the point of contact with Capstone, and (c) that Capstone will take direction in the performance of the Transaction Services solely from the Prudential/FMAC Receiver. Owner further understands and agrees that the Prudential/FMAC Receiver and Capstone will have full access to information relating to the Sale Property, the Third-Party Parcels, and the operations of the Third-Party Parcels, which information may be provided by employees and advisors to the Owner.

9. <u>Fees</u>. To the extent of Transaction Value attributable to Third-Party Parcels in a Transaction(s), Owner will pay its share of the Transaction Fees provided for in Section 3(c) of the Capstone Agreement, which Section 3(c) is incorporated herein by reference; *provided that* (i) any Transaction Fee attributable to the sale of Third-Party Parcels shall be included in determining the Transaction Fees counting towards the payment of the Minimum Transaction Fee; (ii) Owner shall not otherwise be responsible for the payment of any portion of the Minimum Transaction Fee and in no event will be liable for any portion of the Abandonment Fee; and (iii) in no event shall the Prudential/FMAC Receiver be liable for payment of the fees payable by Owner.

4. <u>Representations</u>. With respect to the Third-Party Parcels only, Owner joins in and makes the representations and agreements set forth in Section 7 of the Capstone Agreement.

5. <u>Distribution of Proceeds</u>. The proceeds of any Transaction under the Capstone Agreement that includes any Third-Party Parcels will be received by and distributed to Owner at or promptly after closing according to the percentage derived by *dividing* the total value of the Third-Party Parcels included in the Transaction *by* the Transaction Value attributable to the Transaction, as defined in Section 4 of the Capstone Agreement, which Section is incorporated herein by reference. For the avoidance of doubt, such distribution will be net of any costs and expenses incurred by the Receiver in administering the Third-Party Parcels.

6. <u>Adoption of Remaining Sections of Capstone Agreement</u>. Subject to the above modifications, Owner agrees to the remaining sections of the Capstone Agreement, which are incorporated herein by reference; provided that, notifications to the Company are to be given to:

**[INSERT OWNER ADDRESS FOR PURPOSES OF NOTIFICATION]**

7. <u>Governance</u>. This Agreement incorporates the entire understanding between the parties hereto and supersedes all previous agreements relating to the subject matter hereof. This Agreement may not be amended or modified except in a writing signed by the parties. This Agreement shall be binding upon and inure to the benefit of the parties and their respective successors and assigns. If any term or provision of this Agreement shall to any extent be deemed illegal, invalid, or unenforceable, the remainder of this Agreement shall not be affected thereby, and each term and provision of this Agreement shall be valid and enforceable to the fullest extent permitted by law.

**[SIGNATURE PAGE FOLLOWS]**



Please indicate your agreement to the foregoing by signing at the places for your signatures below.

Sincerely,
[OWNER]


By:_____
Name:
Title:

ACKNOWLEDGED AND AGREED:


_____
Lance Miller
Solely in his capacity as
Court-appointed Receiver

CAPSTONE CAPITAL MARKETS LLC



_____
Paul Janson
Head of Investment Banking

# <u>EXHIBIT D</u>

# <u>FORM OF LENDER CONSENT</u>

, 2025

Capstone Capital Markets LLC ("<u>Capstone</u>")
176 Federal St., 3rd Floor
Boston, MA 02110
Attention: Skye Root

Mr. Lance Miller (the "<u>Prudential/FMAC Receiver</u>")
Pivot Group
1230 Rosecrans Ave., Suite 530
Manhattan Beach, CA 90266

Re: Prospective sale of assets in connection with Receivership Orders entered by the United States District Court, Eastern District of California, Fresno Division, 1:24-cv-1102-KES-SAB and 1:24-cv-01455-KES-SAB (the "<u>Court</u>")

Dear Lance:

We understand and acknowledge that you are the receiver appointed at the request of The Prudential Insurance Company of America, PGIM Real Estate Finance, LLC, and Federal Agricultural Mortgage Corporation (collectively, the "<u>Lenders</u>") and that you are proposing to enter or have entered into an agreement for the engagement of Capstone Capital Markets LLC (the "<u>Capstone Agreement</u>")[3] in the form attached hereto, for sale of the parcels listed in Appendix B to the Capstone Agreement, as it may be amended from time to time (the "<u>Sale Property</u>"), which Sale Property is subject to the first priority deeds of trust and security interests of the Lenders, as applicable.

We are a third-party lender ("<u>Third-Party Lender</u>") with a first priority security interest in the following parcels ("<u>Third-Party Parcels</u>"), which we are willing to include in the sale of the Sale Property:

**[LIST HERE OR IN ATTACHMENT]**

We join in the Capstone Agreement to the extent, and only to the extent, described in this letter agreement.

TERMS AND CONDITIONS

1.  <u>Joinder to Capstone Agreement</u>. For purposes of the potential sale of the Third-Party Parcels as part of a Transaction(s), the Third-Party Lender joins in the engagement of Capstone as described in Section 1 of the Capstone Agreement, which Section is incorporated herein by reference.

2.  <u>Capstone Services</u>. For purposes of the potential sale of the Third-Party Parcels, Capstone will provide the Transaction Services to the Third-Party Lender. Third-Party Lender agrees to the provisions of Section 2 of the Capstone Agreement, which Section is incorporated herein by reference.

3.  <u>Cooperation</u>. In furtherance of the potential sale of the Third-Party Parcels as part of a Transaction(s), the Third-Party Lender agrees (a) to cooperate with Capstone and the Prudential/FMAC Receiver, (b) that the Prudential/FMAC Receiver will be the point of contact with Capstone, and (c) that Capstone will take direction in the performance of the Transaction Services solely from the Prudential/FMAC Receiver. The Third-Party Lender further understands and agrees that the Prudential/FMAC Receiver and Capstone will

---

[3] Capitalized terms not otherwise defined in this letter agreement have the meanings given in the Capstone Agreement.



have full access to information relating to the Sale Property, the Third-Party Parcels, and the operations of the Third-Party Parcels, which information may be provided by the owner, the employees and advisors to the owner, or the Third-Party Lender.

4.  <u>Fees</u>. To the extent of Transaction Value attributable to Third-Party Parcels in a Transaction(s), the Third-Party Lender will pay its share of the Transaction Fees provided for in Section 3(c) of the Capstone Agreement, which Section 3(c) is incorporated herein by reference; provided that (i) any Transaction Fee attributable to the sale of Third-Party Parcels shall be included in determining the Transaction Fees counting towards the payment of the Minimum Transaction Fee; (ii) the Third-Party Lender shall not otherwise be responsible for the payment of any portion of the Minimum Transaction Fee and in no event will be liable for any portion of the Abandonment Fee; and (iii) in no event shall the Prudential/FMAC Receiver be liable for payment of the fees payable by the Third-Party Lender.

5.  <u>Representations</u>. With respect to the Third-Party Parcels only, the Third-Party Lender joins in and makes the representations and agreements set forth in Section 7 of the Capstone Agreement.

6.  <u>Distribution of Proceeds</u>. The proceeds of any Transaction under the Capstone Agreement that includes any Third-Party Parcels will be received by and distributed to the Third-Party Lender at or promptly after closing according to the percentage derived by *dividing* the total value of the Third-Party Parcels included in the Transaction *by* the Transaction Value attributable to the Transaction, as defined in Section 4 of the Capstone Agreement, which Section is incorporated herein by reference. For the avoidance of doubt, such distribution will be net of any costs and expenses incurred by the Receiver in administering the Third-Party Parcels.

7.  <u>Adoption of Remaining Sections of Capstone Agreement</u>. Subject to the above modifications, the Third-Party Lender agrees to the remaining sections of the Capstone Agreement, which are incorporated herein by reference; provided that, notifications to the Company are to be given to:

    [INSERT THIRD-PARTY LENDER ADDRESS FOR PURPOSES OF NOTIFICATION]

8.  <u>Governance</u>. This Agreement incorporates the entire understanding between the parties hereto and supersedes all previous agreements relating to the subject matter hereof.  This Agreement may not be amended or modified except in a writing signed by the parties.  This Agreement shall be binding upon and inure to the benefit of the parties and their respective successors and assigns.  If any term or provision of this Agreement shall to any extent be deemed illegal, invalid, or unenforceable, the remainder of this Agreement shall not be affected thereby, and each term and provision of this Agreement shall be valid and enforceable to the fullest extent permitted by law.



Sincerely,
[LENDER]


By:_____
Name:
Title:

ACKNOWLEDGED AND AGREED:


_____
Lance Miller
Solely in his capacity as
Court-appointed Receiver

CAPSTONE CAPITAL MARKETS LLC


_____
Paul Jason
Head of Investment Banking