Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:   (312) 902-5200
Facsimile:    (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:   (214) 765-3600
Facsimile:    (214) 765-3602

*Attorneys for the Receiver*
Lance Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION, | No. 1:24-cv-01455-KES-SAB |
| Plaintiff, | **EX PARTE APPLICATION TO SHORTEN TIME ON RECEIVER'S MOTION ORDER AUTHORIZING ENGAGEMENT AND COMPENSATION OF CAPSTONE CAPITAL MARKETS LLC AS INVESTMENT BANKER; DECLARATION OF MICHAELA CROCKER IN SUPPORT THEREOF** |
| v. | |
| ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC, | Judge: Hon. Kirk E. Sherriff |
| | Hearing:<br>Date: _____ ___, 2025<br>Time: _____ |
| Defendants. | Place: Robert E. Coyle U.S. Courthouse<br>2500 Tulare Street<br>Courtroom 6, 7th Floor<br>Fresno, CA 93721 |

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

Lance Miller, as Receiver in the above-captioned action (the "**Receiver**"), hereby files this Ex Parte *Application to Shorten Time* (the "**Application**") on the *Unopposed Motion of Receiver Lance Miller for Order Authorizing Engagement and Compensation of Capstone Capital Markets LLC as Investment Banker; Memorandum of Points and Authorities in Support Thereof* (the "**Motion to Employ**")[2] and accompanying order (the "**Employment Order**") filed contemporaneously herewith.

This Application is filed pursuant to Local Rule 144 and the Standing Order of this Court, and is supported by (a) the *Declaration of Michaela Crocker*, as counsel for Receiver (the "**Crocker Declaration**"), attached hereto; and (b) the following facts:

1. The Receiver placed the Receivership Property into two categories in relation to the marketing and sale process: (1) parcels of real estate that should be sold together in order to maximize value (the "**Farm Properties**"), which are listed on Exhibit B of the Capstone Engagement Letter; and (2) parcels of real estate whose value is not linked to the operation of the Farm Properties (the "**Excluded Properties**") that are the subject of a separate motion to employ a real estate broker.

2. The Receiver and Capstone entered into an agreement for Capstone to serve as the investment banker over the Farm Properties. By the Motion to Employ, the Receiver only seeks authority to employ Capstone as his investment banker on the terms proposed in the Motion to Employ and as set forth in the Engagement Letter. The Receiver will file a separate motion seeking approval of proposed marketing, bid, and auction procedures at a later date.

3. Regular notice of the Motion to Employ would mean that the earliest hearing date on the Motion to Employ would be in early April. Waiting until that time for entry of the Employment Order would be inconsistent with the fulfillment of the Receiver's duties to maximize the value of the Farm Properties and to preserve the resources of these estates.

---

[2] All capitalized terms used but not defined in this Application shall have the meanings ascribed to them in the Motion to Employ.

4.  As set forth in the Crocker Declaration, counsel for the Receiver met and conferred with the respective attorneys for the Defendants and the lenders alleging first liens in the Farm Properties and received no opposition to the shortening of time with respect to the Motion to Employ.

5.  Based on the foregoing, the Receiver respectfully requests that the Court enter an order granting this Application and setting the Motion to Employ for hearing on shortened time.

DATED: February 24, 2025         KATTEN MUCHIN ROSENMAN LLP


By: */s/ Terence G. Banich*
    Terence G. Banich
    Attorneys for Lance Miller, as Receiver

## DECLARATION OF MICHAELA CROCKER

I, Michaela Crocker, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts in the State of Texas and admitted to practice before this Court on a *pro hac vice* basis. I am a partner with Katten Muchin Rosenman LLP, counsel of record for Lance Miller, as the Court-appointed receiver (the "**Receiver**") in this case. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2. The facts stated in the Application are true and correct to the best of my knowledge, information and belief.

3. The Motion to Employ for which the Receiver requests a hearing on shortened time seeks authority to employ Capstone as his investment banker on the terms proposed in the Motion to Employ and as set forth in the Engagement Letter. The Receiver will file a separate motion seeking approval of proposed marketing, bid, and auction procedures at a later date.

4. I have met and conferred with the parties in this case as follows: On February 20, 2025, I sent an email to the respective attorneys for the Defendants and the lenders claiming a first priority lien in the Farm Properties summarizing the relief sought and notifying them that the Receiver would seek shortened notice and requesting any objections be raised by February 24, 2025, at noon CT. No party objected to the Motion to Employ or the shortened notice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24th day of February 2025, at Dallas, Texas.

*/s/ Michaela Crocker*
Michaela Crocker

**PROOF OF SERVICE**

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661. On February 24, 2025, I served the following document(s) described as:

**EX PARTE APPLICATION TO SHORTEN TIME ON RECEIVER'S MOTION ORDER AUTHORIZING ENGAGEMENT AND COMPENSATION OF CAPSTONE CAPITAL MARKETS LLC AS INVESTMENT BANKER; DECLARATION OF MICHAELA CROCKER IN SUPPORT THEREOF**

as follows:

**[ ]   BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]   BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]   BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]   BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]   E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on February 24, 2025, at Winnetka, Illinois.

*/s/ Terence G. Banich*
Terence G. Banich