Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:   (312) 902-5200
Facsimile:   (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:   (214) 765-3600
Facsimile:   (214) 765-3602

*Proposed Attorneys for the Receiver*
Lance Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION, | No. 1:24-cv-01455-KES-SAB |
| Plaintiff, | **[PROPOSED] ORDER AUTHORIZING ENGAGEMENT AND COMPENSATION OF PEARSON REALTY AS REAL ESTATE BROKER** |
| v. | |
| ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC, | |
| Defendants. | |

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

302570583

On _____ \_\_\_, 2025, before the Honorable Kirk E. Sherriff, United States District Judge, a hearing was held on the *Unopposed Motion of Receiver Lance Miller for Order Authorizing Engagement and Compensation of Pearson Realty as Real Estate Broker; Memorandum of Points and Authorities in Support Thereof* (the "**Motion**"). Proposed counsel served appropriate notice on all interested parties and no objections were filed. At the hearing, no objections were stated on the record.

Based upon the Motion and related declarations, and the record before the Court, it appears that Pearson Realty is qualified and eligible to be employed as the Receiver's real estate broker. Accordingly,

**IT IS ORDERED** that the Motion is granted and Lance Miller, the Receiver in the above-referenced case, is authorized to retain Pearson Realty as his real estate broker pursuant to the terms of the Engagement Letter.

Dated: _____

_____
Hon. Kirk E. Sherriff
United States District Court.

2

No. 1:24-cv-01455-KES-SAB
[PROPOSED] ORDER AUTHORIZING ENGAGEMENT AND COMPENSATION OF
PEARSON REALTY AS REAL ESTATE BROKER

302570583