Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:    (312) 902-5200
Facsimile:    (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:    (214) 765-3600
Facsimile:    (214) 765-3602

*Attorneys for the Receiver*
Lance Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,<br><br>Defendants. | No. 1:24-cv-01455-KES-SAB<br><br>**[PROPOSED] ORDER GRANTING RECEIVER'S <u>EX PARTE</u> APPLICATION TO SHORTEN TIME ON RECEIVER'S MOTION FOR ORDER AUTHORIZING ENGAGEMENT AND COMPENSATION OF PEARSON REALTY AS REAL ESTATE BROKER** |

---

[1]   Designated as counsel for service pursuant to L.R. 182(c)(1).

302771711

On _____ \_\_, 2025, the Honorable Kirk E. Sherriff, United States District Judge, considered the Receiver's Ex Parte *Application to Shorten Time on Receiver's Motion for Order Authorizing Engagement and Compensation of Pearson Realty as Real Estate Broker* (the "**Application**"). Based upon the Application and the *Declaration of Michaela Crocker* in support of the Application, and it appearing that counsel served appropriate notice on all interested parties and no objections were filed,

1. The Application is **GRANTED**.
2. Notwithstanding Local Rule 230(b), the hearing on the *Motion for Order Authorizing Engagement and Compensation of Pearson Realty as Real Estate Broker* is set for March 3, 2025 at \_\_:\_\_ (PT).

Dated: _____

_____
Hon. Kirk E. Sherriff
United States District Court