Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:   (312) 902-5200
Facsimile:   (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:   (214) 765-3600
Facsimile:   (214) 765-3602

*Attorneys for the Receiver*
Lance Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,<br><br>Defendants. | No. 1:24-cv-01455-KES-SAB<br><br>***EX PARTE* APPLICATION TO SHORTEN TIME ON RECEIVER'S MOTION FOR ORDER ESTABLISHING MARKETING, BID, AND AUCTION PROCEDURES FOR BROKER-MARKETED PROPERTIES; DECLARATION OF MICHAELA CROCKER IN SUPPORT THEREOF**<br><br>Judge: Hon. Kirk E. Sherriff<br><br>Hearing:<br>Date: _____ \_\_\_, 2025<br>Time: _____<br>Place: Robert E. Coyle U.S. Courthouse<br>2500 Tulare Street<br>Courtroom 6, 7th Floor<br>Fresno, CA 93721 |

---

[1]   Designated as counsel for service pursuant to L.R. 182(c)(1).

302757291v5

Lance Miller, as Receiver in the above-captioned action (the "**Receiver**"), hereby files this this Ex Parte *Application to Shorten Time* (the "**Application**") *on Receiver's Motion for Order Establishing Marketing, Bid, and Auction Procedures for Broker-Marketed Properties; Declaration of Michaela Crocker in Support Thereof* (the "**Sale Procedures Motion**")[2] and accompanying order ("**Sale Procedures Order**") filed contemporaneously herewith.

This Application is filed pursuant to Local Rule 144 and the Standing Order of this Court, and is supported by (a) the *Declaration of Michaela Crocker*, as counsel for Receiver (the "**Crocker Declaration**"), attached hereto; and (b) the following facts:

1. The Sale Procedures set forth in the contemporaneously filed Sale Procedures Motion and proposed form of order (attached as **Exhibit 1** thereto) include, *inter alia*:

   a. Requirements for the marketing and notice of sale of the Broker Properties;

   b. Requirements for parties to qualify as potential bidders of the Broker Properties, including to participate in a potential Auction as to each of the Broker Properties;

   c. Provisions for potential stalking horse bids; and

   d. Procedures concerning the scheduling of an Auction and Sale Hearing.

2. The Sale Procedures Motion only seeks to establish marketing, bid and auction procedures for the Broker Properties to be marketed by Pearson Realty. The Receiver will file a separate motion with the Court seeking authority to sell the Broker Properties free and clear of all liens, claims, encumbrances, and other interests at the appropriate time, but no earlier than four weeks after entry of the Sale Procedures Order.

3. Contemporaneously with the Sales Procedure, the Receiver filed the *Unopposed Motion of Receiver Lance Miller for Order Authorizing Engagement and Compensation of Pearson Realty as Real Estate Broker; Memorandum of Points and Authorities in Support Thereof,* seeking authority to employ Pearson Realty as his broker.

4. Regular notice of the Sale Procedures Motion would mean that the earliest hearing date on the Sale Procedures Motion would be in early April. Waiting until that time for entry of the

---

[2] Capitalized terms used but not defined herein shall have the meanings assigned in the Sale Procedures Motion.

2
EX PARTE APPLICATION TO SHORTEN TIME ON RECEIVER'S MOTION FOR ORDER ESTABLISHING MARKETING, BID, AND AUCTION PROCEDURES FOR BROKER-MARKETED PROPERTIES; DECLARATION OF MICHAELA CROCKER IN SUPPORT THEREOF

302757291v5

Sale Procedures Order would be inconsistent with the fulfillment of the Receiver's duties to maximize the value of the Broker Properties and to preserve the resources of these estates. Moreover, approval of the Sale Procedures is just the first step in a comprehensive process for the sale of the Broker Properties, including the notice required under 28 U.S.C. §§ 2001 and 2002 (as encompassed in the Sales Procedures Order).

5. As set forth in the attached declaration of Michaela Crocker, the Receiver's counsel met and conferred with the respective attorneys for the Defendants and the lenders alleging first liens in the Broker Properties and received no opposition to the shortening of time for the Sale Procedures Motion.

6. Based on the foregoing, the Receiver respectfully requests that the Court enter an order granting this application and setting the Motion for hearing on shortened time.

DATED: February 25, 2025          KATTEN MUCHIN ROSENMAN LLP


By: */s/ Terence G. Banich*
 Terence G. Banich
 Attorneys for Lance Miller, as Receiver

### DECLARATION OF MICHAELA CROCKER

I, Michaela Crocker, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts in the State of Texas and admitted to practice before this Court on a *pro hac vice* basis. I am a partner with Katten Muchin Rosenman LLP, counsel of record for Lance Miller, as Receiver in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2. The facts stated in the Application are true and correct to the best of my knowledge, information and belief.

3. The Sale Procedures Motion for which the Receiver requests a hearing on shortened time seeks approval of the Sale Procedures described in the Sale Procedures Motion.

4. This is but the first step in a comprehensive marketing and notice process that will culminate in a Sale Hearing and potential Auction of the Broker Properties, to occur at least four weeks after entry of the Sale Procedures Order. Contemporaneously with the Sale Procedures Motion, the Receiver filed the *Unopposed Motion of Receiver Lance Miller for Order Authorizing Engagement and Compensation of Pearson Realty as Real Estate Broker; Memorandum of Points and Authorities in Support Thereof,* seeking authority to employ Pearson Realty as his broker.

5. I have met and conferred with the parties in this case as follows: On February 20, 2025, I sent an email to the respective attorneys for the Defendants and the lenders claiming a first priority lien in the Broker Properties summarizing the relief sought and notifying them that the Receiver would seek shortened notice and requesting any objections be raised by February 24, 2025, at noon CT. No party responded to my email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of February 2025, at Dallas, Texas.

*/s/ Michaela Crocker*
Michaela Crocker

**PROOF OF SERVICE**

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661. On February 25, 2025, I served the following document(s) described as:

*EX PARTE* **APPLICATION TO SHORTEN TIME ON RECEIVER'S MOTION FOR ORDER ESTABLISHING MARKETING, BID, AND AUCTION PROCEDURES FOR BROKER-MARKETED PROPERTIES; DECLARATION OF MICHAELA CROCKER IN SUPPORT THEREOF**

as follows:

**[ ]   BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]   BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]   BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]   BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]   E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on February 25, 2025, at Winnetka, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

EX PARTE APPLICATION TO SHORTEN TIME ON RECEIVER'S MOTION FOR ORDER ESTABLISHING MARKETING, BID, AND AUCTION PROCEDURES FOR BROKER-MARKETED PROPERTIES; DECLARATION OF MICHAELA CROCKER IN SUPPORT THEREOF

302757291v5