Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:   (312) 902-5200
Facsimile:   (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:   (214) 765-3600
Facsimile:   (214) 765-3602

*Attorneys for the Receiver*
Lance Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC, <br><br> Defendants. | No. 1:24-cv-01455-KES-SAB <br><br> **[PROPOSED] ORDER GRANTING RECEIVER'S <u>EX PARTE</u> APPLICATION TO SHORTEN TIME ON RECEIVER'S MOTION FOR ORDER ESTABLISHING MARKETING, BID, AND AUCTION PROCEDURES FOR BROKER-MARKETED PROPERTIES; DECLARATION OF MICHAELA CROCKER IN SUPPORT THEREOF** |

---

[1]   Designated as counsel for service pursuant to L.R. 182(c)(1).

302776983

On _____ \_\_, 2025, the Honorable Kirk E. Sherriff, United States District Judge, considered the Receiver's Ex Parte *Application to Shorten Time on Receiver's Motion for Order Establishing Marketing, Bid, and Auction Procedures for Broker-Marketed Properties* (the "**Application**"). Based upon the Application and the *Declaration of Michaela Crocker* in support of the Application, and it appearing that counsel served appropriate notice on all interested parties and no objections were filed,

1. The Application is **GRANTED**.
2. Notwithstanding Local Rule 230(b), the hearing on the *Motion for Order Establishing Marketing, Bid, and Auction Procedures for Broker-Marketed Properties* is set for March 3, 2025 at \_\_:\_\_ (PT).

Dated: _____

_____
Hon. Kirk E. Sherriff
United States District Court