Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:   (312) 902-5200
Facsimile:   (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:   (214) 765-3600
Facsimile:   (214) 765-3602

*Attorneys for the Receiver*
Lance Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,<br><br>Defendants. | No. 1:24-cv-01455-KES-SAB<br><br>**NOTICE OF MINUTE ORDER SETTING HEARING AND BRIEFING SCHEDULE FOR: (I) RECEIVER'S NOTICE OF MOTION AND UNOPPOSED MOTION OF RECEIVER LANCE MILLER FOR ORDER AUTHORIZING ENGAGEMENT AND COMPENSATION OF CAPSTONE CAPITAL MARKETS LLC AS INVESTMENT BANKER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF (Dkt. No. 46); (II) NOTICE OF MOTION AND UNOPPOSED MOTION OF RECEIVER LANCE MILLER FOR ORDER AUTHORIZING ENGAGEMENT AND COMPENSATION OF PEARSON REALTY AS REAL ESTATE BROKER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF (Dkt. No. 48); AND (III) NOTICE OF MOTION AND UNOPPOSED MOTION OF RECEIVER LANCE MILLER FOR AN ORDER ESTABLISHING MARKETING, BID, AND AUCTION PROCEDURES FOR BROKERMARKETED PROPERTIES; MEMORANDUM OF POINTS AND AUTHORITIES (Dkt. No. 50)**<br><br>Judge:   Hon. Kirk E. Sherriff<br>Action Filed:   September 16, 2024 |

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

302793177

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** that on February 26, 2025, the Court issued a Minute Order at Dkt. No. 52 regarding the following motions filed by Lance Miller in his capacity as Receiver in the above-captioned case:

- Notice of Motion and Unopposed Motion of Receiver Lance Miller for Order Authorizing Engagement and Compensation of Capstone Capital Markets LLC as Investment Banker; Memorandum of Points and Authorities In Support Thereof [Dkt. No. 46];

- Notice of Motion and Unopposed Motion of Receiver Lance Miller for Order Authorizing Engagement and Compensation of Pearson Realty as Real Estate Broker; Memorandum of Points and Authorities In Support Thereof [Dkt. No. 48], and

- Notice of Motion and Unopposed Motion of Receiver Lance Miller for an Order Establishing Marketing, Bid, and Auction Procedures for Broker-Marketed Properties; Memorandum of Points and Authorities [Dkt. No. 50].

The Minute Order in its entirety is attached as **Exhibit A** to this Notice.

Dated: February 28, 2025

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By: /s/ *Terence G. Banich*
Terence G. Banich
Attorneys for Lance Miller, as Receiver

**PROOF OF SERVICE**

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661. On February 28, 2025, I served the following document(s) described as:

- **NOTICE OF MINUTE ORDER SETTING HEARING AND BRIEFING SCHEDULE FOR RECEIVER'S NOTICE OF MOTION AND UNOPPOSED MOTION OF RECEIVER LANCE MILLER FOR ORDER AUTHORIZING ENGAGEMENT AND COMPENSATION OF CAPSTONE CAPITAL MARKETS LLC AS INVESTMENT BANKER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF (Dkt. No. 46);**

- **NOTICE OF MOTION AND UNOPPOSED MOTION OF RECEIVER LANCE MILLER FOR ORDER AUTHORIZING ENGAGEMENT AND COMPENSATION OF PEARSON REALTY AS REAL ESTATE BROKER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF (Dkt. No. 48); AND**

- **NOTICE OF MOTION AND UNOPPOSED MOTION OF RECEIVER LANCE MILLER FOR AN ORDER ESTABLISHING MARKETING, BID, AND AUCTION PROCEDURES FOR BROKERMARKETED PROPERTIES; MEMORANDUM OF POINTS AND AUTHORITIES (Dkt. No. 50)**

as follows:

**[X] BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

| | | |
|---|---|---|
| ACAP Farms, LLC<br>Elizabeth A Steinhauer-Clark<br>5260 N Palm Ave Ste 421<br>Fresno, CA 93704 2217<br>Agent for Service of Process | Assemi Brothers, LLC<br>John A. Bezmalinovic<br>5260 N Palm Ave Ste 421<br>Fresno, CA 937042217<br>Agent for Service of Process | Maricopa Orchards, LLC<br>Elizabeth A Steinhauer-Clark<br>5260 N Palm Ave Ste 421<br>Fresno, CA 93704 2217<br>Agent for Service of Process |
| C & A Farms, LLC<br>Elizabeth A Steinhauer-Clark<br>5260 N Palm Ave Ste 421<br>Fresno, CA 93704 2217<br>Agent for Service of Process | Cantua Orchards, LLC<br>Elizabeth A Steinhauer-Clark<br>5260 N Palm Ave Ste 421<br>Fresno, CA 93704 2217<br>Agent for Service of Process | Gradon Farms, LLC<br>Elizabeth A Steinhauer-Clark<br>5260 N Palm Ave Ste 421<br>Fresno, CA 93704 2217<br>Agent for Service of Process |
| Whitesbridge Farms, LLC<br>Elizabeth A Steinhauer-Clark<br>5260 N Palm Ave Ste 421<br>Fresno, CA 93704 2217<br>Agent for Service of Process | Willow Avenue Investments, LLC<br>John A. Bezmalinovic<br>5260 N Palm Ave Ste 421<br>Fresno, CA 937042217<br>Agent for Service of Process | Lincoln Grantor Farms, LLC<br>Elizabeth A Steinhauer-Clark<br>5260 N Palm Ave Ste 421<br>Fresno, CA 93704 2217<br>Agent for Service of Process |

| Copper Avenue Investments, LLC<br>John A. Bezmalinovic<br>5260 N Palm Ave Ste 421<br>Fresno, CA 937042217<br>Agent for Service of Process | | |
|---|---|---|

**[ ]   BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]   BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]   BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]   E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on February 28, 2025, at Winnetka, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

302793177