| | |
|---|---|
| **From:** | caed_cmecf_helpdesk@caed.uscourts.gov |
| **Sent:** | Wednesday, February 26, 2025 5:49 PM |
| **To:** | CourtMail@caed.uscourts.dcn |
| **Subject:** | Activity in Case 1:24-cv-01455-KES-SAB Federal Agricultural Mortgage Corporation v. Assemi Brothers, LLC et al Minute Order. |

*EXTERNAL EMAIL – EXERCISE CAUTION*

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of California - Live System

## Notice of Electronic Filing

The following transaction was entered on 2/26/2025 at 3:48 PM PST and filed on 2/26/2025
**Case Name:**   Federal Agricultural Mortgage Corporation v. Assemi Brothers, LLC et al
**Case Number:**   1:24-cv-01455-KES-SAB
**Filer:**
**Document Number:** 52(No document attached)

**Docket Text:**
**MINUTE ORDER signed by District Judge Kirk E. Sherriff on 2/26/2025: (Text Only Entry), On February 25, 2025, Receiver filed an [47] ex parte application to shorten time on the [46] motion for entry of order authorizing engagement and compensation of Capstone Capital Markets LLC. Receiver also filed an [49] ex parte application to shorten time on the [48] motion for entry of order authorizing engagement and compensation of Pearson Realty LLC. Receiver also filed an [51] ex parte application to shorten time on the [50] motion for entry of order establishing marketing, bid, and auction procedures. The hearing on the [46], [48], [50] motions is set for March 10, 2025, at 1:30 pm PDT in Courtroom 6 before District Judge Kirk E. Sherriff. If counsel or the parties wish to appear by videoconference, they shall contact courtroom deputy Victoria Gonzales at vgonzales@caed.uscourts.gov. Any opposition must be filed by March 3, 2025. Any reply shall be filed no later than March 6, 2025. Receiver's counsel is directed to promptly serve a copy of this minute order on all parties in this case; provided, however, that any such parties that have appeared in this case and are receiving notices via the Court's CM/ECF system shall be deemed to have been served a copy of this Order upon its entry by the Court. (Deputy Clerk VMG)**

**1:24-cv-01455-KES-SAB Notice has been electronically mailed to:**

Brodie Austin Surfus     bsurfus@wtjlaw.com, borozco@wtjlaw.com

Gabriel L. Mathless , PHV     gabrielmathless@mvalaw.com

John E. Mitchell , PHV     john.mitchell@katten.com

Marshall Craig Whitney     mwhitney@wtjlaw.com, abroome@wtjlaw.com, sgomez@wtjlaw.com

Michaela C. Crocker , PHV     michaela.crocker@katten.com

Terence G. Banich     terence.banich@katten.com, courtalertlax@katten.com

William D. Curtis , PHV     williamcurtis@mvalaw.com

Yelena E. Archiyan , PHV     yelena.archiyan@katten.com

**1:24-cv-01455-KES-SAB Electronically filed documents must be served conventionally by the filer to:**