**EXHIBIT "A"**

**DESCRIPTION OF PROPERTY**

| Field | APN | Property Nickname | County | Water District | Acres per APN |
|---|---|---|---|---|---|
| 88016 | 004-130-030 | Oliveira | Kings County | Laguna | 136.82 |
| 88316, 88416, 88516, 88616 | 004-140-012 | Oliveira | Kings County | Laguna | 300.32 |
| 88416 | 004-140-005 | Oliveira | Kings County | Laguna | 1.00 |
| 88216, 88116, 88416 | 004-140-002 | Oliveira | Kings County | Laguna | 152.60 |
| 88816 | 004-230-014 | Oliveira | Kings County | Laguna | 3.00 |
| 88716, 88616, 88816 | 004-230-026 | Oliveira | Kings County | Laguna | 278.91 |
| 88816 | 004-230-027 | Oliveira | Kings County | Laguna | 1.24 |
| 88816 | 004-230-013 | Oliveira | Kings County | Laguna | 0.33 |
| 83013 | 464-020-07 | Mission | Fresno County | Fresno | 11.03 |
| | 464-020-08 | Mission | Fresno County | Fresno | 1.11 |
| | 464-020-09 | Mission | Fresno County | Fresno | 1.58 |
| | 464-020-12 | Mission | Fresno County | Fresno | 5.00 |
| | 464-020-13 | Mission | Fresno County | Fresno | 5.00 |
| | 464-020-15 | Mission | Fresno County | Fresno | 18.59 |
| | 464-020-16 | Mission | Fresno County | Fresno | 0.51 |
| | 464-020-19 | Mission | Fresno County | Fresno | 8.92 |
| | 464-020-25 | Mission | Fresno County | Fresno | 25.25 |
| | 464-020-26 | Mission | Fresno County | Fresno | 6.00 |
| | 464-020-28 | Mission | Fresno County | Fresno | 8.57 |
| | 464-020-29 | Mission | Fresno County | Fresno | 9.47 |
| | 464-020-30 | Mission | Fresno County | Fresno | 9.47 |
| | 464-020-31 | Mission | Fresno County | Fresno | 9.47 |
| | 464-020-34 | Mission | Fresno County | Fresno | 4.69 |
| | 464-020-35 | Mission | Fresno County | Fresno | 1.74 |
| | 464-020-36 | Mission | Fresno County | Fresno | 9.85 |
| | 464-020-37 | Mission | Fresno County | Fresno | 4.70 |
| 83113 | 464-060-17 | Mission | Fresno County | Fresno | 67.47 |
| 83213 | 477-021-09 | Mission | Fresno County | Fresno | 20.89 |
| | 477-021-11 | Mission | Fresno County | Fresno | 10.00 |
| | 477-021-18 | Mission | Fresno County | Fresno | 1.24 |
| | 477-021-19 | Mission | Fresno County | Fresno | 18.41 |
| | 477-021-20 | Mission | Fresno County | Fresno | 34.11 |
| | 477-021-25 | Mission | Fresno County | Fresno | 7.24 |
| 83313 | 464-070-10 | Mission | Fresno County | Fresno | 9.06 |
| | 464-070-11 | Mission | Fresno County | Fresno | 9.06 |
| | 464-101-23 | Mission | Fresno County | Fresno | 13.67 |
| 55123 | 220-170-01 | Solar | Kern County | Wheeler Ridge Maricopa | 164.58 |
| 17823 | 220-170-02 | Solar | Kern County | Wheeler Ridge Maricopa | 156.68 |
| 17823 | 220-170-07 | Solar | Kern County | Wheeler Ridge Maricopa | 316.68 |
| 35323 | 220-170-08 | Solar | Kern County | Wheeler Ridge Maricopa | 40.00 |
| 35323 | 220-170-09 | Solar | Kern County | Wheeler Ridge Maricopa | 116.68 |
| 35023 | 220-170-10 | Solar | Kern County | Wheeler Ridge Maricopa | 160.00 |
| 35223 | 220-170-11 | Solar | Kern County | Wheeler Ridge Maricopa | 156.68 |
| 35123 | 220-170-31 | Solar | Kern County | Wheeler Ridge Maricopa | 10.00 |
| 35123 | 220-170-32 | Solar | Kern County | Wheeler Ridge Maricopa | 150.00 |