Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:    (312) 902-5200
Facsimile:    (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:    (214) 765-3600
Facsimile:    (214) 765-3602

*Attorneys for the Receiver*
Lance Miller

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION, | ) No. 1:24-cv-01455-KES-SAB |
| Plaintiff, | ) **DECLARATION REGARDING STATUS OF SERVICE PURSUANT TO MARCH 6 MINUTE ORDER** |
| v. | ) **PROOF OF SERVICE[2]** |
| ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC, | ) Dkt. Nos. 48, 50, 57, 58 |
| | ) Judge:    Honorable Kirk E. Sherriff |
| | ) Action Filed: November 27, 2024 |
| Defendants. | ) |

---

[1]    Designated as counsel for service pursuant to L.R. 182(c)(1).

[2]    The Receiver has withdrawn Dkt. No. 46, without prejudice to refiling.

I, Michaela Crocker, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

I am over the age of eighteen years, am under no disability, and am competent to testify to the matters set forth herein.  Except as otherwise stated, all facts set forth in this declaration are based upon my personal knowledge and/or my review of documents.  If called as a witness in this matter, I could and would testify competently to the facts set forth in this Declaration.

I submit this declaration in response to the Court's Minute Order [Dkt. 57] dated March 6, 2025 (the "**Minute Order**"), along with the Proof of Service attached hereto as Exhibit A.

## INITIAL SERVICE OF THE MOTIONS

On February 25, 2025, the following motions were filed in this case (the "**Motions**"):

• *Unopposed Motion for Receiver Lance Miller for Order Authorizing Engagement and Compensation of Capstone Capital Markets LLC as Investment Banker; Memorandum of Points and Authorities in Support Thereof* [Dkt. No. 46] (the "**Capstone Employment Motion**");

• *Unopposed Motion of Receiver Lance Miller for Order Authorizing Engagement and Compensation of Pearson Realty as Real Estate Broker; Memorandum of Points and Authorities in Support Thereof* [Dkt. No. 48] (the "**Pearson Employment Motion**"), and

• *Unopposed Motion of Receiver Lance Miller for an Order Establishing Marketing, Bid, and Auction Procedures for Broker-Marketed Properties; Memorandum of Points and Authorities* [Dkt. No. 50] (the "**Pearson Marketing Motion**"),

The Motions do not request authority to sell any assets free and clear or otherwise affect lien or ownership status.  The motions are the first step in the sale process – employing Capstone and Pearson to market various properties and establishing the general guidelines for the marketing and sale of Pearson-marketed properties. Under these circumstances, the Receiver's counsel determined that a pre-filing conference with the first lien holders and the owners of the subject properties, with notice to all parties appearing in the case, was appropriate.  It is intended that notice to all parties holding an interest in the subject properties would occur once a potential buyer(s) is located and the separate motion or notice to sell such property free and clear is filed.   Accordingly, the Proofs of Service attached to each of the Motions reflected that service was only initially provided to parties receiving ECF notice in the case.

## **SUPPLEMENTAL SERVICE OF THE MOTIONS**

On March 6, 2025, the Court entered a Minute Order directing that: "Receiver shall file, by no later than March 10, 2025, a proof of service of the 46 [Capstone Employment], 48 [Pearson Employment], [and] 50 [Pearson Marketing] motions on *all entities with known liens, claims, encumbrances, or other interests on the Receivership Property*, as that term is defined in the 29 order appointing receiver and for preliminary injunction, along with a copy of this minute order." (Emph. Added.)

Upon entry of the Minute Order, undersigned counsel contacted counsel to plaintiff Federal Agricultural Mortgage Corporation ("**FarmerMac**") and requested title information in order to create a service list that would include "all entities with known liens, claims, encumbrances, and other interests." The Receiver had yet to order such title work because he had only begun the marketing process and no buyers had been identified.

Counsel for FarmerMac provided five .pdf documents titled Condition of Title Guaranty, dated October 23, 24, and 25, 2024, and November 1, 2024, respectively.  Each document contains raw data regarding potential interest holds in the relevant properties, some dating back to the early 1900s.  In an abundance of caution, the receiver has served all such entities where addresses are available.  Counsel for FarmerMac has requested update title work that it expects to receive within the following week, and supplemental proofs of service will be filed as additional service is completed.

The first Proof of Service for the supplement service made in response to the Minute Order is attached hereto as **Exhibit A.**

//

//

//

//

//

//

//

1

2        As a result of an agreement between the Receiver and objector Rooster Capital IV, LLC, the

3    Receiver will remove the two parcels subject to the FarmerMac liens from the Capstone engagement

4    and will withdraw the Capstone Employment Motion in the FarmerMac case.  Accordingly, there

     will be no supplemental service of that pleading.

5        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

6    and correct.

7

8    Executed March 10, 2025
     In Dallas, Texas

9

10                                                          /s/Michaela C. Crocker

11                                                          _____
                                                            Michaela Crocker

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    4

302836266

**EXHIBIT A**

**PROOF OF SERVICE**

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661. On March 10, 2025, I served the following document(s) described as:

- **Notice of Motion and Unopposed Motion of Receiver Lance Miller for Order Authorizing Engagement and Compensation of Pearson Realty as Real Estate Broker; Memorandum of Points and Authorities in Support Thereof [Dkt. No. 48]**

- **Notice of Motion and Unopposed Motion of Receiver Lance Miller for an Order Establishing Marketing, Bid, and Auction Procedures for Broker-Marketed Properties; Memorandum of Points and Authorities [Dkt. No. 50]**

- **Minute Order dated March 6, 2025 [Dkt. 57]**

- **Exhibit A to Notice of Motion and Unopposed Motion of Receiver Lance Miller for an Order Establishing Marketing, Bid, and Auction Procedures for Broker-Marketed Properties; Memorandum of Points and Authorities [Dkt. No. 58]**

as follows:

**[ X]    BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed on **Exhibit 1** hereto and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]    BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]    BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]    BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]    E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

302836266

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on March 10, 2025, at Winnetka, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

**No. 1:24-cv-01455-KES-SAB**
**DECLARATION REGARDING SERVICE**

302836266

# EXHIBIT 1

**Parties Receiving Service Via First Class Mail**

302836266

**1:24-cv-01455-KES-SAB**
**Federal Agricultural Mortgage Corporation v. Assemi Brothers, LLC et al**
**Service List**

104 Investments, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

ACAP Farms, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

ACAP Farms, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

ACAP Holdings, LLC
1306 W Herndon Ave., #101
Fresno, CA 93711

Aera Energy LLC
PO Box 11164,
Bakersfield, CA 93389

Alva Corporation
8300 N. Hayden Road, Ste. 100,
Scottsdale, AZ 85258

American Equity Investment Life Insurance Company
6000 Westown Parkway
West Des Moines, IA 5026

Ashlan & Hayes Investments, LLC
1306 W Herndon Ave., #101
Fresno, CA 93711

Assemi Brothers, LLC
1306 W, Herndon Ave.
Fresno, CA 93711

Assemi Brothers, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Assemi Group, Inc.
Attn: John A. Bezmalinovic
1396 W. Herndon Ave., Suite 101
Fresno, CA 93711

Ben Nakagama and Julie Nakagawa
946 South Hughes
Fresno, CA 93706

Betsy E. Garcia
575 E. Rumi Ave.
Fresno, CA  93723

C & A Farms LLC
1306 W, Herndon Ave.
Fresno, CA 93711

C & A Farms LLC
1306 W, Herndon Ave., #101
Fresno, CA 93711

C & A Farms LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

C & A Farms LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

C & A Farms
c/o Stan Cornwell,
P.O. Box 1947,
San Joaquin, CA 93360

C&A Farms LLC
Hostetler Ranches LLC
1396 W Herndon #101
Fresno, CA  93711

C&A Farms, LLC
Melanie J. Aldridge, Esq.,
440 West Fallbrook, #106,
Fresno, CA 93711

2

C. A. Henson & John Landers dba Henson & Landers, a partnership
Rt. 3, Box 959
Bakersfield, CA  93307

California Minerals, L.P.
1111 Fannin St., Suite 1700
Houston, TX  77002

California's Golden Citrus Company, LLC
c/o Ted Price,
263 Via Oliveria, Camirillo, CA 93012

Cantua Orchards, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Cantua Orchards, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Cardinal Pipeline, L.P.
3760 Kilroy Airport Way, Suite 300
Long Beach, CA 90806

Chevron U.S.A. Inc.
4900 California Ave.,
P.O. Box 1392
Bakersfield, CA  93389

Chevron U.S.A. Inc.
P.O. Box 6
Bakersfield, CA  93303

City Clerk City of Fresno
2326 Fresno Street
Fresno, CA

City of Fresno
City Clerk
2600 Fresno Street
Fresno, CA  93721

3

City of Fresno
Public Works Department
Attn: Bruce Abbott
2600 Fresno Street
Fresno, CA 93721

Clifford A. Henson and Lavern Henson
R. 3 Box 959
Bakersfield, CA 93307

Conterra Agricultural Capital, LLC
5465 Mills Civic Parkway, Suite 201
West Des Moines, IA 50266

Conterra Agricultural Capital, LLC
7755 Office Plaza Drive North, Suite 195
West Des Moines, IA 50266

Conterra Agricultural Capital, LLC
Attn: Mark A Smith
5465 Mills Civic Parkway, Suite 201
West Des Moines, IA 50266

Copper Avenue Investments, LLC
1308 W. Herndon Ave., Suite 101
Fresno, CA 93711

Copper Avenue Investments, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Copper Avenue Investments, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Copus River Farms, LLC
Attn: Legal Department
1306 West Herndon, Suite 101
Fresno, CA 93711

4

County of Kern
Property Management Dept.
1415 Truxtun Ave.
Bakersfield, CA 93301

County of Kings
Board of Supervisors
1400 W. Lancey Blvd.
Hanford, CA 93230

E.ON Climate & Renewables North America
Attn: General Counsel
353 N. Clark St., 30th Floor
Chicago, IL 60654

Emily Derderian
6668 N. West Street
Fresno, CA 93711

Equilon Enterprises LLC d/b/a Shell Oil Products US
150 N. Dairy Asford
Houston, TX 77079

Federal Agricultural Mortgage Corporation
c/o Brodie Austin Surfus, Marshall Craig Whitney
Whitney Thompson & Jeffcoach
970 W. Alluvial Ave.
Fresno, CA 93711

Federal Agricultural Mortgage Corporation
c/o William D. Curtis, Gabriel L. Mathless
Moore &VanAllen
100 North Tryon Street, Suite 4700
Charlotte, NC 28202

Federal Aviation Administration
Real Property & Utilities Section
P.O. Box 92007
Worldway Postal Center
Los Angeles, CA 90009

Federal Land Bank Association of Kingsburg
c/o Scott Anderson,
PO Box 68
Kingsburg, CA 93631

FFGT Farms, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Floyd Lester Roberts and Eva Roberts
13075 West McKinley
Kerman, CA 93630

Fresno Irrigation District
2907 South Maple Ave.
Fresno, CA  93725

Gardner Almonds, LLC
2055 Woodside Road, #195
Redwood City, CA 94061

Golden State Finance Authority
1215 K Street
Sacramento CA 95814

Gradon Farms, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Gradon Farms, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Grapeman 320 Ranch L.P.
PO Box 6157,
Beverly Hills, CA 90212

Grapeman 320 Ranch LP
9777 Wilshire Blvd.,  Ste. 918
Beverly Hills, CA 90212

Grapeman Exitus Vineyard, LP
9777 Wilshire Blvd. Suite 918
Beverly Hills, CA  98212


James L. Guy
2516 Silver Dr.
Bakersfield, CA  93306


Joan King
James Richard Hunt
33525 S. J&E Road
Auberry, CA 93602


John E. Landers
R. 3 Box 959
Bakersfield, CA  93307


Lance Miller, Receiver
c/o John E. Mitchell, Michaela C. Crocker, Yelena E. Archiyan
Katten Muchin Rosenman LLP
2121 North Pearl St, Ste. 1100
Dallas, TX 75201-2591


Lance Miller, Receiver
c/o Terence G. Banich
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3963


Lincoln Grantor Farms, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704


Lincoln Grantor Farms, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Lisa A. Cutts
Cutts Law, PC
5088 N. Fruit Avenue, Suite 101
Fresno, CA 93711

LJL
4950 Waring Rd., #111
San Diego, CA  93711

Locans Investments, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Maricopa Orchards, LLC
1306 W, Herndon Ave.
Fresno, CA 93711

Maricopa Orchards, LLC
5260 N. Palm #421 Stop M
Fresno, CA 93704

Maricopa Orchards, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Maricopa Orchards, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Maricopa Orchards, LLC
P.O. Box 428,
Lemoore, CA 93245

Maricopa West Solar PV, LLC
c/o E.ON Climate & Renewables North America
Attn: Dave Azzam
20 California Street, Suite 500
San Francisco, CA 94111

302847747v1

Mark R. Baeman, Esq.
Young Woodridge LLP
1800 30th Street, 4th Floor
Bakersfield, CA 93301


Maxine Pilgrim, William L. Gammon, Jack L. Gammon
1415 18th Street,
Great Westen Savings Building, Room 509,
Bakersfield, CA

Metropolitan Life Insurance CompanyAgricultural Investments
Attn: Director, WRO
205 E. River Park Circle, Suite 330
Fresno, CA 93720


Metropolitan Life Insurance Company
Attn: SSU Director
10801 Mastin Street, Suite 930
Overland Park, KS 66210


MUFG Union Bank, N.A.
Attn: Scott Lisle
7108 N. Fresno Street, Suite 200
Fresno, CA 93720


Nahabedian Exploration Group, LLC
c/o Martin I. Smith, Inc.
45-250 Club Drive
Indian Wells, CA 922210


Old Republic Title Company
7451 N. Remington Ave., Suite 102
Fresno, CA 93711

Pacific Gas and Electric Company
Land Department
1401 Fulton Street
Fresno, CA 93760


Pacific Gas and Electric Company
Land Department,
PO Pin 319,
Bakersfield, CA 93302

Pacific Gas and Electric Company
Land Rights Office - Fresno
650 "O" Street, Third Floor
Fresno, CA 93760

Pacific Gas and Electric Company
Land Services - Fresno
650 "O" Street, Bag 23
Fresno, CA  93760

Palo Verde Investments N.V.
5500 Ming Ave., Suite 100
Bakersfield, CA 93309

Public Works Department
City of Fresno
2600 Fresno Street
Fresno, CA 93721-3623
Attn: Bruce Abbott

Rooster Capital IV LLC
5465 Mills Civic Parkway, Suite 201
West Des Moines, IA  50266

Rooster Capital IV, LLC
c/o Bernard Jaron Kornberg
Miller Nash LLP
340 Golden Shores, Ste 450
Long Beach, CA 90802

San Raphael Fruits Corporation
c/o Keith Mori,
904 Silver Spur Road, Ste. 388,
Rolling Hills Estates, CA 90274

SiteCo, LLC
Attn: Office of the General Counsel
300 California Street, 7th Floor
San Francisco, CA  94104

10

State of California Department of Transportation
5156 North Blackstone Ave.
Fresno, CA  93710

Summit Slough Ranch, LLC
8519 24th Ave.
Lemoore, CA 93245

The Nahabedian Exploration Group, LLC
c/o Martin I. Smith, Inc.
45-250 Club Drive
Indian Wells, CA 92210

The Prudential Insurance Company of America
c/o Prudential Asset Resources
Attn: Agricultural Loan Servicing
2100 Ross Ave., Suite 2500
Dallas, TX  75201

The Prudential Insurance Company of America
c/o Prudential Asset Resources
Attn: Legal Dept.
2100 Ross Ave., Suite 2500
Dallas, TX  75201

U.S. Bank National Association, as Custodian/Trustee for Federal
Agricultural Mortgage Corporation programs
1133 Rankin Street, Suite 100
St Paul, MN 55116

UNI-CA Enterprises, Inc.
c/o Bill Gammon,
13755 Costajo Street,
Bakersfield, CA 93313

United States of America, Department of Transportation, Federal
Aviation Administration
Real Property & Utilities Section
P.O. Box 92007
Worldway Postal Center
Los Angeles, CA 90009

US Horticulture Farmland, LLC
c/o Westchester Group Investment Management, Inc.
Attn: Frank Lu
6715 N. Palm Ave., Suite 101
Fresno, CA  93704

Vintage Petroleum LLC
Attn: Land Manager
9600 Ming Ave.
Bakersfield, CA  93311

Wells Fargo Bank, N.A.
Attn: Vahagn Bznouni, Sr. VP
8405 N. Fresno St., Suite 200
Fresno, CA  93720

Wheeler Ridge Maricopa Water Storage District
12109 Highway 166
Bakersfield, CA 93313

Wheeler Ridge Maricopa Water Storage District
P.O. Box 9429
Bakersfield, CA 93389

Wheeler Ridge-Maricopa Water Storage District
Young, Woolridge, Paulden, Self & Williams
1600 "M" Street,
Bakersfield CA

Whitesbridge Farms, LLC
1306 W, Herndon Ave.
Fresno, CA 93711

Whitesbridge Farms, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Whitesbridge Farms, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Willow Avenue Investments, LLC
1306 E. Herndon Ave, Ste. 101,
Fresno, CA 93711

Willow Avenue Investments, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Willow Avenue Investments, LLC
5260 N. Palm Ave., Suite 421, Mail Stop A
Fresno, CA  93704

Willow Avenue Investments, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Fresno County
Fresno County Clerk
2220 Tulare St
Fresno, CA 93721

Kern County
Kern County Clerk
1115 Truxtun Ave # 5th
Bakersfield, CA  93301

Kings County
Kings County Clerk
1400 W. Lacey Blvd.
Hanford, CA  93230

Laguna Irrigation District
Attn: Scott Sills
5065 19 1/2 Ave.
Riverdale, CA  93656

Laguna Irrigation District
c/o Upper San Jose Water Company
5065 19 1/2 Ave.
Riverdale, CA  93656

302847747v1

Laguna Irrigation District
c/o Upper San Jose Water Company
Attn: Michael Nordstrom, General Counsel
222 W. Lacey Blvd.
Hanford, CA 93230

Westlands Water District
Attn: Russ Freeman
286 W. Cromwell Ave
Fresno, CA 93711

Fresno Irrigation District
Attn: Jeffrey Boswell
2907 S Maple Ave.
Fresno, CA 93725

Wheeler Ridge
Attn: Sheridan Nicholas
12109 CA-166
Bakersfield, CA 93313

Wheeler Ridge
c/o Young Wooldridge LLP
Attn: Steven M. Torigiani, General Counsel
10800 Stockdale Hwy, Suite 202
Bakersfield, CA 93311

Michael R. Farrell
Matthew D. Pham
Allen Matkins Leck Gamble Mallory & Natsis LLP
865 S. Figueroa Street, Ste 2800
Los Angeles, CA 90071

Richard M. Pachulski
Ira D. Kharasch
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4003

14