Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone: (214) 765-3600
Facsimile: (214) 765-3602

*Attorneys for the Receiver*
Lance Miller

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,<br><br>Defendants. | No. 1:24-cv-01455-KES-SAB<br><br>**SECOND SUPPLEMENTAL DECLARATION REGARDING STATUS OF SERVICE PURSUANT TO MARCH 6 MINUTE ORDER**<br><br>**PROOF OF SERVICE**<br><br>Dkt. Nos. 48, 50, 57, 58, 62<br><br>Judge: Honorable Kirk E. Sherriff<br><br>Action Filed: November 27, 2024 |

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

302886986

I, Michaela Crocker, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

I am over the age of eighteen years, am under no disability, and am competent to testify to the matters set forth herein. Except as otherwise stated, all facts set forth in this declaration are based upon my personal knowledge and/or my review of documents. If called as a witness in this matter, I could and would testify competently to the facts set forth in this Declaration.

I submit this declaration in response to the Court's Minute Order [Dkt. 57] dated March 6, 2025 (the "**Minute Order**").

On February 25, 2025, the following motions were filed in this case (the "**Motions**"):[2]

• *Notice of Motion and Unopposed Motion of Receiver Lance Miller for Order Authorizing Engagement and Compensation of Pearson Realty as Real Estate Broker; Memorandum of Points and Authorities in Support Thereof* [Dkt. No. 48] (the "**Pearson Employment Motion**"), and

• *Notice of Motion and Unopposed Motion of Receiver Lance Miller for an Order Establishing Marketing, Bid, and Auction Procedures for Broker-Marketed Properties; Memorandum of Points and Authorities* [Dkt. No. 50] (the "**Pearson Marketing Motion**"),

On March 6, 2025, the Court entered the Minute Order directing that: "Receiver shall file, by no later than March 10, 2025, a proof of service of the 46 [Capstone Employment], 48 [Pearson Employment], [and] 50 [Pearson Marketing] motions on all entities with known liens, claims, encumbrances, or other interests on the Receivership Property, as that term is defined in the 29 order appointing receiver and for preliminary injunction, along with a copy of this minute order."

Upon entry of the Minute Order, undersigned counsel contacted counsel to plaintiff Federal Agricultural Mortgage Corporation ("**FarmerMac**") and requested title information in order to create a service list that would include "all entities with known liens, claims, encumbrances, and other interests." The Receiver had yet to order such title work because he had only begun the marketing process and no buyers had been identified.

---

[2] The *Notice of Motion and Unopposed Motion for Receiver Lance Miller for Order Authorizing Engagement and Compensation of Capstone Capital Markets LLC as Investment Banker; Memorandum of Points and Authorities in Support Thereof* [Dkt. No. 46] was also filed on February 25, 2025, but was withdrawn on March 10, 2025 [Dkt. No. 61].

Counsel for FarmerMac provided five .pdf documents titled Condition of Title Guaranty, dated October 23, 24, and 25, 2024, and November 1, 2024, respectively. Each document contains raw data regarding potential interest holds in the relevant properties, some dating back to the early 1900s. In an abundance of caution, the receiver has served all such entities where addresses are available.

Due to the passage of time between late October/early November 2024 and entry of Minute Order, counsel for FarmerMac requested update title work that would include any entities claiming an interest from those dates to the present. Although counsel for FarmerMac was initially informed that updated title work would be received by March 17, 2024, it now appears that updated title work will not be received for several more days. Counsel will cause all additional parties to be served copies of the Motion and Minute order upon receipt of the supplemental title work.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed March 17, 2025
In Rockwall, Texas

                                                              */s/ Michaela Crocker*
                                                              Michaela Crocker

No. 1:24-cv-01455-KES-SAB
DECLARATION REGARDING SERVICE
302886986

# EXHIBIT A

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661. On March 17, 2025, I served the following document(s) described as:

- **SECOND SUPPLEMENTAL DECLARATION REGARDING STATUS OF SERVICE PURSUANT TO MARCH 6 MINUTE ORDER**

as follows:

**[ ] BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ] BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ] BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ] BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X] E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on March 17, 2025, at Winnetka, Illinois.

*/s/Terence G. Banich*
Terence G. Banich