Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone: (214) 765-3600
Facsimile: (214) 765-3602

*Attorneys for the Receiver*
Lance Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION, | No. 1:24-cv-01455-KES-SAB |
| Plaintiff, | **STIPULATION AND AGREED ORDER CONTINUING HEARING** |
| v. | [Dkt. Nos. 48, 50] |
| ASSEMI BROTHERS, LLC, et al. | Judge: Hon. Kirk E. Sherriff |
| Defendants. | Action filed: November 27, 2024 |

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

302929136

Lance Miller, solely in his capacity as Court-appointed receiver in the above captioned case (the "**Receiver**"), Plaintiff, Rooster Capital IV, LLC ("**Rooster**"), and American Equity Investment Life Insurance Company ("**AEIL**") hereby enter into this *Stipulation and Agreed Order* to continue the hearing on the Motions (defined below) from March 31, 2025, at 1:30 p.m. PT to April 21, 2025, at 1:30 p.m. PT.

WHEREAS, on February 25, 2025, the Receiver filed the following motions (the "**Motions**"):

• *Notice of Motion and Unopposed Motion of Receiver Lance Miller for Order Authorizing Engagement and Compensation of Pearson Realty as Real Estate Broker; Memorandum of Points and Authorities in Support Thereof* [Dkt. No. 48], and

• *Notice of Motion and Unopposed Motion of Receiver Lance Miller for an Order Establishing Marketing, Bid, and Auction Procedures for Broker-Marketed Properties; Memorandum of Points and Authorities* [Dkt. No. 50]; and

WHEREAS, on March 3, 2025, objections to the Motions were filed by Rooster Capital IV, LLC ("**Rooster**") [Dkt. No. 55] and American Equity Investment Life Insurance Company ("**AEIL**") [Dkt. No. 56];

WHEREAS, the Receiver and Rooster have reached an agreement resolving Rooster's objection to the Motion (subject to final documentation); however, AEIL's objection remains pending; and

WHEREAS, after consultation in accordance with the Local Rules of this Court, the Receiver, Plaintiff, Rooster, and AEIL have agreed that the hearing on the Motions, currently scheduled for March 31, 2025, at 1:30 p.m. PT should be continued to April 21, 2025, at 1:30 p.m. PT, with responses due seven (7) days prior to the continued hearing and replies due three (3) days prior to the continued hearing.

**IT IS THEREFORE STIPULATED BY THE PARTIES AND HEREBY ORDERED THAT:**

1. The foregoing recitals are hereby incorporated by reference into this Agreed Order.

2. The hearing on the Motions is hereby continued to April 21, 2025, at 1:30 p.m. PT.

3. The deadline for parties to respond to the Motions is hereby extended to seven (7) days prior to the continued hearing and replies are due three (3) days prior to the continued hearing.

4. Within two (2) business days of entry of this Order, Receiver's counsel shall file a Notice of Hearing and serve such notice to the parties entitled to service under the Court's Minute Order entered March 6, 2025 [Dkt. No. 57];

5. Counsel for the parties who wish to appear by videoconference shall contact courtroom deputy Victoria Gonzales at vgonzales@caed.uscourts.gov.

Dated: _____

_____
United State District Judge

Agreed To and Accepted By:

**Katten Muchin Rosenman LLP**

By: /s/ Terence G. Banich
Terence G. Banich
Attorneys for the Receiver, Lance Miller

**Moore & Van Allen**

By: /s/ Gabriel L. Mathless
Gabriel L. Mathless
Attorneys for the Plaintiff

**Miller Nash LLP**

By: /s/ Bernie Kornberg
Bernie Kornberg
Jack Wallan
Attorneys for the Rooster Capital IV, LLC

**Allen Matkins Leck Gamble Mallory & Natsis LLP**
**Pachulski Stang Siehl & Jones LLP**

By: /s/ Ira D. Kharasch
Ira D. Kharasch
Attorneys for the American Equity Investment
Life Insurance Company