1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**EASTERN DISTRICT OF CALIFORNIA**

11

12
FEDERAL AGRICULTURAL MORTGAGE
CORPORATION,

Plaintiff,

v.

ASSEMI BROTHERS, LLC, *et al.*,

Defendants.

)  No. 1:24-cv-01455-KES-SAB
)
)
)  **STIPULATION AND AGREED**
)  **ORDER CONTINUING HEARING**
)
)  (Docs. 48, 50)
)
)
)
)
)
)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lance Miller, solely in his capacity as Court-appointed receiver in the above captioned case (the "**Receiver**"), plaintiff Federal Agricultural Mortgage Corporation, and interested parties Rooster Capital IV, LLC ("**Rooster**") and American Equity Investment Life Insurance Company ("**AEIL**") hereby enter into this Stipulation and Agreed Order to continue the hearing on the Motions (defined below) from March 31, 2025, at 1:30 p.m. PT to April 21, 2025, at 1:30 p.m. PT.

WHEREAS, on February 25, 2025, the Receiver filed the following motions (the "**Motions**"):

• Notice of Motion and Unopposed Motion of Receiver Lance Miller for Order Authorizing Engagement and Compensation of Pearson Realty as Real Estate Broker; Memorandum of Points and Authorities in Support Thereof, Doc. 48, and

• Notice of Motion and Unopposed Motion of Receiver Lance Miller for an Order Establishing Marketing, Bid, and Auction Procedures for Broker-Marketed Properties; Memorandum of Points and Authorities, Doc. 50; and

WHEREAS, on March 3, 2025, objections to the Motions were filed by Rooster, Doc. 55, and AEIL, Doc. 56;

WHEREAS, the Receiver and Rooster have reached an agreement resolving Rooster's objection to the Motion (subject to final documentation); however, AEIL's objection remains pending; and

WHEREAS, after consultation in accordance with the Local Rules of this Court, the Receiver, plaintiff, Rooster, and AEIL have agreed that the hearing on the Motions, currently scheduled for March 31, 2025, at 1:30 p.m. PT, should be continued to April 21, 2025, at 1:30 p.m. PT, with responses due seven (7) days prior to the continued hearing and replies due three (3) days prior to the continued hearing.

**IT IS THEREFORE STIPULATED BY THE PARTIES AND HEREBY ORDERED THAT:**

1. The foregoing recitals are hereby incorporated by reference into this Agreed Order.

2. The hearing on the Motions is hereby continued to April 21, 2025, at 1:30 p.m. PT.

No. 1:24-cv-01455-KES-SAB
STIPULATION AND AGREED ORDER

3.    The deadline for parties to respond to the Motions is hereby extended to seven (7) days prior to the continued hearing and replies are due three (3) days prior to the continued hearing.

4.    Within two (2) business days of entry of this Order, Receiver's counsel shall file a Notice of Hearing and serve such notice to the parties entitled to service under the Court's Minute Order entered March 6, 2025, Doc. 57;

5.    Counsel for the parties who wish to appear by videoconference shall contact courtroom deputy Victoria Gonzales at vgonzales@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:    March 27, 2025

_____
UNITED STATES DISTRICT JUDGE

Agreed To and Accepted By:

**Katten Muchin Rosenman LLP**

By: */s/ Terence G. Banich*
    Terence G. Banich
    Attorneys for the Receiver, Lance Miller

**Moore & Van Allen**

By: */s/ Gabriel L. Mathless*
    Gabriel L. Mathless
    Attorneys for the Plaintiff

**Miller Nash LLP**

By: */s/ Bernie Kornberg*
    Bernie Kornberg
    Jack Wallan
    Attorneys for the Rooster Capital IV, LLC

**Allen Matkins Leck Gamble Mallory & Natsis LLP**
**Pachulski Stang Siehl & Jones LLP**

By: */s/ Ira D. Kharasch*
    Ira D. Kharasch

Attorneys for the American Equity Investment
Life Insurance Company