# EXHIBIT A

**pivot >**

February 28, 2025

Invoice No: 1167
Tax ID: ▮▮▮▮▮▮▮▮

Lance Miller
Receiver, Maricopa Orchards
c/o Pivot Management Group, LLC

Re: Engagement of Maricopa Orchards – FMAC Services

**Professional Fees:**

| | | |
|---|---|---|
| For the period January 30th, 2025 through February 28th, 2025 | $ | 9,580.50 |
| Transportation expenses | $ | 0.00 |
| Reimbursable expenses | $ | 0.00 |
| **Total fees and expenses** | **$** | **9,580.50** |
| Apply retainer: | $ | (0.00) |
| **Balance Due:** | $ | 9,580.50 |

Pivot Management Group's preferred payment method is ACH

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮

Please send electronic payment remittance advice and questions to Accounting@Pivotgrp.com

1230 Rosecrans Ave, Suite 530, Manhattan Beach, CA 90266| **Pivotgrp.com**

**pivot >**

From | **Pivot Management Group, LLC**
1230 Rosecrans Ave, Suite 540
Manhattan Beach, CA 90266

| Invoice ID | **1167** | | Invoice For | **Maricopa Orchards** |
|---|---|---|---|---|
| Issue Date | 02/28/2025 | | | Lance Miller |
| Due Date | 02/28/2025 (upon receipt) | | | Receiver, Maricopa Orchards |
| | | | | c/o Pivot Management Group, LLC |

| Description | Unit Price | Amount |
|---|---:|---:|
| Maricopa Orchards - 2nd Receivership - FarmerMac: Matt Covington (01/30/2025 - 02/28/2025) | $1,000.00 | **$7,300.00** |
| Maricopa Orchards - 2nd Receivership - FarmerMac: Rich Kottmeyer (01/30/2025 - 02/28/2025) | $1,000.00 | **$2,000.00** |
| Maricopa Orchards - 2nd Receivership - FarmerMac: Steve Borse (01/30/2025 - 02/28/2025) | $850.00 | **$280.50** |

| | |
|---|---:|
| **Amount Due** | **$9,580.50** |

**Notes**

Pivot Management Group's preferred payment method is ACH.

For Retainer Payments send to:

███████████████ ███████

██████████ ████████

Please send electronic payment remittance advice and questions to **Accounting@Pivotgrp.com**

# Detailed time report

Pivot Management Group, LLC

---

| | | | |
|---|---|---|---|
| Timeframe | **01/30/2025 – 02/28/2025** | 1 Client | **Maricopa Orchards** |
| Total | **9.63 Hours** | 1 Project | **Maricopa Orchards - 2nd Receivership - FarmerMac** |
| | **0.00 Uninvoiced billable hours** | Tasks | **All tasks** |
| | | 3 Team | **Matt Covington, Rich Kottmeyer, Steve Borse** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| **02/03/2025** | | | | | **1.10** |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - FarmerMac<br><br>Call with FMAC re: update on RWE call and status and follow up analyses | Advisory | Managing Director | Matt Covington | 1.10 |
| **02/11/2025** | | | | | **1.20** |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - FarmerMac<br><br>Evaluate, analyze and discuss RWE response | Advisory | Managing Director | Matt Covington | 1.20 |
| **02/12/2025** | | | | | **1.78** |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - FarmerMac<br><br>Call with FMAC | Advisory | N/A | Steve Borse | 0.08 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - FarmerMac<br><br>FarmerMac weekly update call | Advisory | Managing Director | Matt Covington | 0.50 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - FarmerMac<br><br>Analysis of RWE offer and draft counter | Advisory | Managing Director | Matt Covington | 1.20 |
| **02/21/2025** | | | | | **0.80** |
| | | | | **Total** | **9.63** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - FarmerMac <br> Call with RWE respecting solar options and negotiation | Advisory | Managing Director | Matt Covington | 0.80 |
| **02/24/2025** | | | | | **0.50** |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - FarmerMac | Advisory | N/A | Rich Kottmeyer | 0.50 |
| **02/26/2025** | | | | | **1.45** |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - FarmerMac <br> Call with FMAC | Advisory | N/A | Steve Borse | 0.25 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - FarmerMac <br> Data report collection on almond and pistachio production. | Advisory | N/A | Rich Kottmeyer | 0.30 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - FarmerMac <br> Preparation for Farmer Mac call | Advisory | Managing Director | Matt Covington | 0.40 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - FarmerMac <br> Lead lender call | Advisory | Managing Director | Matt Covington | 0.50 |
| **02/27/2025** | | | | | **2.10** |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - FarmerMac <br> Emails regarding pistachio and almond production reporting. | Advisory | N/A | Rich Kottmeyer | 0.50 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - FarmerMac <br> Preparation for call with Katten re: distribution mechanics and option treatment and review of analyses | Advisory | Managing Director | Matt Covington | 1.00 |
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - FarmerMac <br> Review of solar option status and proposal | Advisory | Managing Director | Matt Covington | 0.60 |
| **02/28/2025** | | | | | **0.70** |
| | | | | **Total** | **9.63** |

| Client | Project | Task | Roles | Person | Hours |
|---|---|---|---|---|---|
| Maricopa Orchards | Maricopa Orchards - 2nd Receivership - FarmerMac | Advisory | N/A | Rich Kottmeyer | 0.70 |
| | Document and email review. | | | | |

| | | | | **Total** | **9.63** |
|---|---|---|---|---|---|