# EXHIBIT B



Direct Billing Inquiries to:
**Deanna Olivas Alvarez**
deanna.alvarez@katten.com

2121 N. Pearl Street, Suite 1100
Dallas, TX 75201

March 28, 2025

Lance Miller
Pivot Group
1230 Rosecrans Avenue
Suite 530
Manhatten Beach, CA 90266

Invoice No. 40260489
Client No. 401778
Matter No. 00005

FEIN:

**Re: FMAC**  (401778.00005)

For legal services rendered through February 28, 2025 ............................................................ $65,846.50

**CURRENT INVOICE TOTAL:**   $65,846.50

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00005: FMAC

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 03 Feb 25 | Archiyan, Yelena E. | Email correspondence with FMAC's counsel and Lisa Cutts regarding county-level recordings (.2). | 0.20 |
| 04 Feb 25 | Brooks-Patton, Janice E. | Respond to email from Y. Archiyan regarding FMAC fee statement (.1); Review and redact FMAC related invoices (.5); prepare and email Y. Archiyan and J. Mitchell regarding redacted invoices, circulating copies of same (.1); review and redact Cutts Law invoices (.2); email Y. Archiyan and J. Mitchell regarding Cutts Law invoices, circulating copies of same (.1). | 1.00 |
| 11 Feb 25 | Mitchell, John E. | Communications regarding FMAC - RWE option negotiations (.2). | 0.20 |
| 11 Feb 25 | Crocker, Michaela C. | Emails with G. Mathless and FMAC regarding Pearson engagement; emails with Pearson regarding same. | 0.30 |
| 11 Feb 25 | Brooks-Patton, Janice E. | Respond to email from M. Crocker regarding objection deadline for Katten and Cutts employment applications (.1); Notices of Non-Opposition to applications to employ Katten, Cutts (.1); draft Notices of Non-Opposition to Receiver's Applications to Employ Katten and Cutts Law (.7). | 0.90 |
| 12 Feb 25 | Mitchell, John E. | Attend to RWE offer and counter offer for purchase option transaction, review edits to Pearson engagement letter and correspondence regarding same (.3); FMAC update call (.2). | 0.50 |
| 12 Feb 25 | Crocker, Michaela C. | Review, revise and approve certificates of no objection and proposed orders (employment motions) filed in FMAC case (.2); review and revise Pearson engagement letter, forward to G. Mathless (.2); emails with G. Mathless throughout day, including email detailing items to be discussed on upcoming call (.8). | 1.20 |
| 12 Feb 25 | Archiyan, Yelena E. | FarmerMac MOC weekly call (.2); attend to fee apps (.2); look up APN in connection with sale and correspond with Michaela Crocker re same (.1). | 0.50 |
| 12 Feb 25 | Brooks-Patton, Janice E. | Continued drafting Notice of Non-Opposition Non-Objection and proposed orders to Motions to Employ Katten, and Cutts Law (1.2); prepare and email M. Crocker regarding the Notices of Non-Opposition (.1); attention to email from M. Crocker to T. Banich regarding Notices of Non-Opposition Non-Objection for Katten and Cutts motions to employ (.1). | 1.40 |
| 13 Feb 25 | Mitchell, John E. | Call with Y. Archiyan regarding fee apps for FMAC receivership case (.4). | 0.40 |
| 13 Feb 25 | Crocker, Michaela C. | Prepare for and call with FarmerMac counsel (.8); compile and forward posting information related to collateral (.2); review additional posting information forwarded by L Cutts (.6); review Pearson engagement letter and call with Pearson's counsel regarding same (1.3); status call with J. Mitchell (.2). | 3.10 |
| 13 Feb 25 | Archiyan, Yelena E. | Call with John Mitchell regarding amended fee | 0.30 |

Client: 401778 – Lance Miller  
Invoice No. 40260489  
Invoice Date: March 28, 2025

## PROFESSIONAL SERVICES
Matter 00005: FMAC

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | applications and review and begin preparing for FMAC (.3). | |
| 13 Feb 25 | Archiyan, Yelena E. | Attend to Pearson employment motion, including review same and research on waivers of 28 U.S.C. 2001 (1.7). | 1.70 |
| 13 Feb 25 | Brooks-Patton, Janice E. | Attention to and respond to email from M. Crocker regarding email from the Court requesting the proposed orders to Motions to employ Katten and Cutts Law (.1); compile and prepare Word copies of proposed orders to Katten and Cutts Law Motions to Employ and email to the Court (.2). | 0.30 |
| 13 Feb 25 | Young, Ny'esha M. | Draft first periodic fee statement. | 0.50 |
| 14 Feb 25 | Mitchell, John E. | Attend to Pearson engagement letter (.3). | 0.30 |
| 14 Feb 25 | Crocker, Michaela C. | Coordinate form of Capstone agreement with counsel for FMAC (1.1); coordinate form of Pearson agreement with counsel for FMAC (1.0); calls with Pearson and Capstone to discuss forms of agreement (.2). | 2.30 |
| 14 Feb 25 | Archiyan, Yelena E. | Email correspondence with Ny'esha Young regarding FMAC's first periodic fee statement (.1); draft waiver of 28 U.S.C. 2001 and proposed order (3.4). | 3.50 |
| 14 Feb 25 | Brooks-Patton, Janice E. | Attention to email from M. Crocker regarding Employment Orders for Katten and Cutts Law. | 0.10 |
| 14 Feb 25 | Young, Ny'esha M. | Review Pearson engagement letter; draft employment motion for Pearson. | 1.30 |
| 17 Feb 25 | Mitchell, John E. | Attend to Pearson engagement letter, correspondence regarding same, review final draft, review Met-Pearson engagement order and call with M. Crocker regarding same (2.1). | 2.10 |
| 17 Feb 25 | Crocker, Michaela C. | Final review of Pearson engagement and emails to M. Covington and G. Mathless regarding same (.6); emails to Y. Archiyan and N. Young regarding Pearson employment motion (.1); review proposed Pearson sale procedures in Met cases, call with J. Mitchell regarding same, revise procedures and forward revised draft to FarmerMac's counsel (.8); misc. emails throughout day regarding administrative matters (.5). | 2.00 |
| 17 Feb 25 | Young, Ny'esha M. | Draft declarations for Pearson and L. Miller; employment motion for Pearson; review engagement letter for Pearson. | 1.00 |
| 18 Feb 25 | Mitchell, John E. | Correspondence regarding potential AEL foreclosures, PIVOT fees related to FMAC and Pearson engagement (.3). | 0.30 |
| 18 Feb 25 | Crocker, Michaela C. | Emails with Pivot and FarmerMac counsel regarding Pearson engagement (.2). | 0.20 |
| 18 Feb 25 | Archiyan, Yelena E. | Attention to FMAC fee application (.1). | 0.10 |
| 18 Feb 25 | Brooks-Patton, Janice E. | Revise calendared hearing, filing deadlines associated with hearing on Katten and Cutts Law motions to employ and circulate same to attorneys. | 0.10 |
| 18 Feb 25 | Young, Ny'esha M. | Legal research in connection to bid procedures motion | 5.00 |

## PROFESSIONAL SERVICES
Matter 00005: FMAC

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | and draft legal section of same (4.3); consult with M. Crocker regarding bid procedures (.2); revise and draft employment motions and declarations for Pearson (.5). | |
| 19 Feb 25 | Crocker, Michaela C. | Review and revise Pearson employment documents; draft and revise Pearson bid procedures; and email to FarmerMac counsel with copies of same. | 3.50 |
| 19 Feb 25 | Archiyan, Yelena E. | Continue to work on fee statement to be filed in FarmerMac case (2.1). | 2.10 |
| 19 Feb 25 | Archiyan, Yelena E. | Review and revise stipulation regarding waiver of 28 USC 2001 and email correspondence with Michaela Crocker regarding same (.7). | 0.70 |
| 19 Feb 25 | Brooks-Patton, Janice E. | Discussion with Y. Archiyan regarding fee applications for FMAC (.1); respond to email from Y. Archiyan regarding invoices for fee applications (.1); review and redact Katten invoices (.5); prepare Cutts Law invoices for filing (.3). | 0.90 |
| 19 Feb 25 | Young, Ny'esha M. | Finalize and send email employment motions for Pearson. | 0.30 |
| 20 Feb 25 | Crocker, Michaela C. | Review and revise Pearson employment documents, including ex parte motions to expedite hearing. | 0.50 |
| 20 Feb 25 | Archiyan, Yelena E. | Finalize and file first periodic fee statement (.4). | 0.40 |
| 20 Feb 25 | Brooks-Patton, Janice E. | Respond to email from Y. Archiyan regarding exhibits to First Periodic Statement of Fees and Expenses for FMAC (.1); revise exhibits to fee statement (.3); prepare and email Y. Archiyan regarding exhibits to FMAC fee statement, attaching copies of same (.1); respond to email from Y. Archiyan regarding revisions to exhibits to fee statement (.1); revise exhibits (.4); prepare and email Y. Archiyan revised exhibits (.1); attention to and respond to email exchange regarding fee statement and PHV for Y. Archiyan (.1); prepare PHV for Y. Archiyan (.3); prepare and email draft Archiyan PHV and certification to Y. Archiyan and T. Banich (.1). | 1.60 |
| 20 Feb 25 | Young, Ny'esha M. | Draft ex parte motion for Pearson. | 0.90 |
| 20 Feb 25 | Young, Ny'esha M. | Draft ex parte motion for Capstone. | 0.80 |
| 20 Feb 25 | Young, Ny'esha M. | Draft employment motion documents for Capstone. | 0.60 |
| 21 Feb 25 | Crocker, Michaela C. | Review and revise motions to expediate hearings regarding Pearson employment and procedures; emails with N. Young regarding same (.5); call with FarmerMac counsel regarding pre-receivership property sale and emails with Pivot to locate information related to same (.9). | 1.40 |
| 21 Feb 25 | Young, Ny'esha M. | Draft employment motion documents for Capstone. | 0.50 |
| 24 Feb 25 | Crocker, Michaela C. | Review Pearson related pleadings and email to Y. Archiyan and N. Young regarding items to finalize (.5); review emails from various parties regarding Pearson marketing procedures (.2). | 0.70 |
| 24 Feb 25 | Archiyan, Yelena E. | Review and revise sale employment and ancillary documents (1.9). | 1.90 |

Client: 401778 – Lance Miller                                                                 Invoice No. 40260489
                                                                                              Invoice Date: March 28, 2025

## PROFESSIONAL SERVICES
Matter 00005: FMAC

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 24 Feb 25 | Young, Ny'esha M. | Draft Capstone employment motion documents and ex parte motion; email S. Root regarding draft declaration (.1); discuss with Y. Archiyan regarding employment motion documents (.3). | 2.00 |
| 24 Feb 25 | Young, Ny'esha M. | Draft Pearson employment motion and ex parte motion (1.6); email M. Crocker regarding the draft documents and motion (.1). | 1.70 |
| 24 Feb 25 | Young, Ny'esha M. | Draft Capstone ex parte proposed order. | 0.20 |
| 24 Feb 25 | Young, Ny'esha M. | Draft Capstone ex parte proposed order. | 0.20 |
| 25 Feb 25 | Mitchell, John E. | Calls with L. Miller and M. Crocker regarding Pearson engagement bid procedures (.5). | 0.50 |
| 25 Feb 25 | Crocker, Michaela C. | Review and approve motion to expedite sale procedures and emails with M. Covington regarding same (.2); call with Receiver to discuss revisions to motion and revise accordingly (.3); draft and revise emails to chambers regarding expedited hearing requests and intent to withdraw misfiled document (.5). | 1.00 |
| 25 Feb 25 | Archiyan, Yelena E. | Continue to review and revise employment and sale-related motions and ancillary documents (3.2). | 3.20 |
| 25 Feb 25 | Brooks-Patton, Janice E. | Attention to and respond to emails from Y. Archiyan regarding final drafts of employment motions and proposed orders (.1); review motions to employ (.1); communications with N. Young regarding the ex parte motions to employ (.1). | 0.30 |
| 25 Feb 25 | Young, Ny'esha M. | Send final employment motion and ex parte documents for Pearson to T. Banich (.1); send final filed documents to M. Crocker (.1). | 0.20 |
| 25 Feb 25 | Young, Ny'esha M. | Send final employment motion and ex parte documents for Capstone to T. Banich (.1); send final filed documents to M. Crocker (.1). | 0.20 |
| 25 Feb 25 | Young, Ny'esha M. | Draft ex parte motion and proposed order for Sales Procedures (.7); email final Sales Procedure documents and ex parte motion to T. Banich (.1). | 0.80 |
| 25 Feb 25 | Young, Ny'esha M. | Prepare and send L. Miller final declaration for Sales Procedures via DocuSign. | 0.20 |
| 26 Feb 25 | Mitchell, John E. | Farmer Mac update call (.3); emails regarding Pearson engagement (.2). | 0.50 |
| 26 Feb 25 | Crocker, Michaela C. | Review minute order setting hearing on Pearson documents, email Pearson and request paralegal set up Zoom appearances. | 0.20 |
| 26 Feb 25 | Archiyan, Yelena E. | Attend to sale procedures motion (.2). | 0.20 |
| 26 Feb 25 | Brooks-Patton, Janice E. | Email exchange with M. Crocker and Y. Archiyan regarding motions to employ Capstone and Pearson (.1); discussion with Y. Archiyan regarding filed motions (.1); email exchange with M. Crocker regarding hearing on motions to employ and bid procedures motion (.1). | 0.30 |
| 26 Feb 25 | Brooks-Patton, Janice E. | Attention to email from M. Crocker regarding FAMC/Assemi entity lien searches (.1); download and work with entity lien search documents and circulate | 0.50 |

5

Client: 401778 – Lance Miller

Invoice No. 40260489
Invoice Date: March 28, 2025

## PROFESSIONAL SERVICES
Matter 00005: FMAC

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | copies to J. Mitchell, M. Crocker and Y. Archiyan (.4). | |
| 27 Feb 25 | Brooks-Patton, Janice E. | Respond to email from M. Crocker regarding withdrawing the Capstone employment motion (.1); draft Notice of Withdrawal regarding same and circulate to M. Crocker and T. Banich (.9); review FMAC Court docket and filed appearances to confirm parties receiving electronic notice of filings (.3); prepare service list for Notice of Minute Order (.4); draft Notice of Minute Order and circulate to M. Crocker and J. Mitchell (.6); prepare and email Courtroom Deputy regarding request for appearances via Zoom for March 10 hearing on employment applications and bidding procedures motion (.2); reply to Courtroom Deputy regarding Zoom appearances (.1); respond to email from J. Mitchell regarding Zoom appearance at hearing on employment applications and bidding procedures motion (.1); email M. Crocker and T. Banich regarding revisions to the Notice of Minute Order (.1). | 2.80 |
| 28 Feb 25 | Crocker, Michaela C. | Call with G. Mathless regarding sale process and email to L. Miller regarding same. | 0.30 |
| 28 Feb 25 | Brooks-Patton, Janice E. | Calendar hearing and filing deadlines regarding Capstone and Pearson Employment Applications, and marketing procedures motion and circulate same to Katten team, Pivot team, Capstone team and Pearson team (.8); revise Notice of Minute Order (.5); prepare and email M. Crocker and T. Banich regarding revised FMAC Notice of Minute Order, circulating copy of same and exhibit to same (.2); email T. Banich and M. Crocker regarding Notice of Minute Order (.1); prepare for and coordinate service of Notice of Minute Order to certain parties (.9). | 2.50 |
| | | **TOTALS:** | **65.40** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00005: FMAC

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 45750 | Archiyan, Yelena E. | 14.80 | 1,250.00 | $18,500.00 |
| 45770 | Brooks-Patton, Janice E. | 12.70 | 520.00 | $6,604.00 |
| 45747 | Crocker, Michaela C. | 16.70 | 1,315.00 | $21,960.50 |
| 45743 | Mitchell, John E. | 4.80 | 1,470.00 | $7,056.00 |
| 46261 | Young, Ny'esha M. | 16.40 | 715.00 | $11,726.00 |
| | **TOTAL:** | **65.40** | | **$65,846.50** |

# Katten

2121 N. Pearl Street, Suite 1100
Dallas, TX 75201

## REMITTANCE

Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 45743 - Mitchell, John E. | **Invoice No.:** | 40260489 |
| **Client:** | 401778 - Lance Miller | **Invoice Date:** | 28 Mar 25 |
| **Matter:** | 00005 - FMAC | | |

**Current Invoice Charges:** $65,846.50

**TOTAL BALANCE DUE:** $65,846.50

**Wire Instructions:**



When wiring a payment please e-mail a copy of the remittance to payments@katten.com

Remittance address:
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Please direct any billing inquiries to Deanna Olivas Alvarez at deanna.alvarez@katten.com.