# EXHIBIT C

**CUTTS LAW, PC**
**5088 N. Fruit Ave, Ste 101**
**Fresno, CA 93711**
**Telephone: (559) 226-8177**
**Taxpayer ID #** ███

Lance Miller
1230 Rosecrans Ave., Suite 530
Manhattan Beach  CA  90266

Page: 1
February 28, 2025
Account No:     20039-002M
Statement No:              4659

Maricopa Receivership - Farmer Mac

*Payments received after 02/28/2025 are <u>not</u> included on this statement.*

### Legal Services Through 02/28/2025

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/31/2025 | | | | | |
| | BJK | Creation of ranch maps with regional/water district information and water agreement shading. | 300.00 | 0.80 | 240.00 |
| | BJK | Creation of ranch maps with regional/water district information and water agreement shading. | 300.00 | 0.90 | 270.00 |
| 02/04/2025 | | | | | |
| | LAC | Preparation of APN list for title work. E-mail exchange with Ms. Crocker regarding same. | 425.00 | 0.70 | 297.50 |
| 02/06/2025 | | | | | |
| | LAC | Review and analysis of notice of default and substitution of trustee.  E-mail exchange with Ms. Crocker, et al, regarding same and affected properties. | 425.00 | 1.00 | 425.00 |
| 02/11/2025 | | | | | |
| | LAC | Review of notices of default and substitutions of trustee.  E-mail exchange with Ms. Crocker, et al, regarding same. | 425.00 | 3.00 | 1,275.00 |
| | BJK | Verification of properties with notice of default initiated, and preparation of summary table to highlight those properties, to send to counsel. | 300.00 | 1.00 | 300.00 |
| 02/12/2025 | | | | | |
| | LAC | E-mail exchange with Mr. Mitchell regarding | | | |

Page: 2
Lance Miller February 28, 2025
Account No: 20039-002M
Statement No: 4659

Maricopa Receivership - Farmer Mac

| | | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| | APNs affected by notices of default. | 425.00 | 0.10 | 42.50 |
| 02/13/2025 LAC | Telephone conference with Ms. Crocker regarding effect of notices of default on collateral. Review of same. | 425.00 | 0.30 | 127.50 |
| 02/18/2025 LAC | E-mail exchange with Mr. Rivers regarding title company contact. Review and analysis of AEIL proposed foreclosure list for any conflict with receivership property. | 425.00 | 0.20 | 85.00 |
| 02/19/2025 LAC | Preparation of summary of trustee sale reference and earliest notice of sale and sale dates based on recorded notices of default. | 425.00 | 1.00 | 425.00 |
| | Total Legal Services Rendered | | 9.00 | 3,487.50 |

### Summary

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Lisa Cutts | 6.30 | $425.00 | $2,677.50 |
| Bradley J. Kalebjian | 2.70 | 300.00 | 810.00 |

| | |
|---|---:|
| Total This Bill | 3,487.50 |
| Previous Balance | $1,898.50 |

### Payments

| | | |
|---|---|---:|
| 02/28/2025 | Payment - Thank you!  Check # | -1,898.50 |
| 03/03/2025 | Payment - Thank you!  Check # | -3,487.50 |
| | Total Payments | -5,386.00 |
| | **Balance Due** | $0.00 |

### Trust Account Balance - Do Not Pay

| | | |
|---|---|---:|
| | Opening Balance | $0.00 |
| 02/28/2025 | Trust Deposit - Wire | 1,898.50 |
| 02/28/2025 | Apply trust to balance due PAYEE: Cutts Law, PC | -1,898.50 |
| | Closing Balance | $0.00 |

Page: 3
Lance Miller February 28, 2025
Account No: 20039-002M
Statement No: 4659

Maricopa Receivership - Farmer Mac

A finance charge of 1% per month will be assessed on all accounts past due 30 days.

Payment is due within 15 days of the date of this statement. Amounts not paid when due are subject to a later charge of 0.833% per month until paid.