**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that: I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, 865 South Figueroa Street, Suite 2800, Los Angeles, California 90017-2543.

On April 14, 2025, I used the Eastern District of California's Electronic Case Filing System, with the ECF registered to Matthew D. Pham to file the following document(s):

**AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY'S RENEWED OPPOSITION TO RECEIVER'S MOTION FOR AN ORDER ESTABLISHING MARKETING, BID, AND AUCTION PROCEDURES FOR BROKERMARKETED PROPERTIES; AND**

**DECLARATION OF THADDEUS TRACY IN SUPPORT OF AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY'S RENEWED OPPOSITION TO RECEIVER'S MOTION FOR AN ORDER ESTABLISHING MARKETING, BID, AND AUCTION PROCEDURES FOR BROKERMARKETED PROPERTIES**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties served by e-mail in this case are found on the Court's Electronic Mail Notice List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 14, 2025, at Los Angeles, California.

*/s/ Anabel Pineda*
Anabel Pineda

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

4926-4168-9398.1