# EXHIBIT B

Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:     (312) 902-5200
Facsimile:     (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:     (214) 765-3600
Facsimile:     (214) 765-3602

*Attorneys for the Receiver*
Lance Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,<br><br>　　　　Defendants. | No. 1:24-cv-01455-KES-SAB<br><br>**DECLARATION OF SULLIVAN GROSZ IN SUPPORT OF OMNIBUS REPLY TO OBJECTIONS FILED BY AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY [DKT. NOS. 56 & 74] AND JOINDER FILED BY THE MARICOPA DEFENDANTS [DKT. NO. 75]**<br><br>**HONORABLE KIRK E. SHERRIFF** |

---

[1]    Designated as counsel for service pursuant to L.R. 182(c)(1).

I, Sullivan Grosz, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

1. I am over the age of eighteen years, am under no disability, and am competent to testify to the matters set forth herein. Except as otherwise stated, all facts set forth in this declaration are based upon my personal knowledge and/or my review of documents. If called as a witness in this case, I could and would testify competently to the facts set forth in this declaration.

2. I am President of Pearson Realty ("**Pearson**") and, as President, am authorized to submit this declaration on behalf of Pearson and in support of the *Omnibus Reply to Objections Filed by American Equity Investment Life Insurance Company [Dkt. Nos. 56 & 74] and Joinder Filed by The Maricopa Defendants [Dkt. No. 75]* (the "**Omnibus Reply**").[2]

3. Pearson Realty has been selling agriculture properties in California since 1919. It has sold over 84,000 acres of agricultural property in just the last four (4) years alone and has 21 full-time farm sales specialists. I personally have brokered transactions for approximately 23,400 acres with a value of approximately $411,500,000.00 in my eight (8) years as a broker/agent.

4. Pearson is highly qualified and experienced to market and sell the properties that are listed on Exhibit A to its Engagement Letter (the "**Properties**"). The marketing and sale of the Properties will be conducted primarily by myself, A.J. Ferdinandi, Dan Kevorkian, Robb Stewart, and Kameron Stewart.

5. Contrary to AEIL's assertions, Pearson does not contemplate a four-week marketing process for the Properties. I believe that AEIL is confusing Pearson's marketing period with the four-week publication period discussed in the Marketing Motion. Pearson Realty is prepared to fully market each Property for as long as needed to maximize the price of the asset. Pearson will also ensure the four-week statutory publication period requirement is met.

6. Pearson will package all the important industry-acceptable information to share with interested Buyers and, once under contract, will assist buyers on all inspections, tests, sampling, and due diligence items required.

7. In marketing the Properties, Pearson will utilize a combination of traditional and

---

[2] All capitalized terms used in this Declaration but not defined shall have the meanings ascribed to them in the Omnibus Reply.

modern marketing techniques to broaden the outreach for interest in the Properties. Traditional marketing techniques included installing a for sale sign, telephone contact with the potential buyers and local landowners, and sending mailers to target buyers in the area. Modern digital marketing efforts included uploading the property to major land/commercial websites (pearsonrealty.com, landandfarm.com, landsofamerica.com, landwatch.com, multiple listing service sites, zillow.com, trulia.com, realtor.com, crexi.com, and acres.com), and social media/networking websites (youtube.com, LinkedIn.com, Facebook.com, and Instagram.com). Information regarding the Properties will also be shared with a network of commercial, investment, and agricultural real estate agents throughout California. Based on the foregoing, it is my opinion that the marketing methods used by Pearson to market the Property will reach any potential buyers interested in buying a Property(ies).

8. Pearson will also collaborate with buyers who are interested in purchasing multiple properties or properties across multiple receivership, including properties in the Prudential, and MetLife/Brighthouse cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2025
In Fresno, California

By: /s/ Sullivan Grosz
Sullivan Grosz