# EXHIBIT C

Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:   (312) 902-5200
Facsimile:   (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:   (214) 765-3600
Facsimile:   (214) 765-3602

~~Proposed~~ Attorneys for the Receiver
Lance Miller

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION, | No. 1:24-cv-01455-KES-SAB |
| Plaintiff, | **[PROPOSED] ORDER AUTHORIZING ENGAGEMENT AND COMPENSATION OF PEARSON REALTY AS REAL ESTATE BROKER** |
| v. | |
| ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC, | [DKt. No. 48]<br><br>Judge: Hon. Kirk E. Sherriff |
| Defendants. | |

---

[1]   Designated as counsel for service pursuant to L.R. 182(c)(1).

302570583

On ~~_____~~ April 21, 2025, before the Honorable Kirk E. Sherriff, United States District Judge, a hearing was held on the ~~Unopposed~~ Motion of Receiver Lance Miller for Order Authorizing Engagement and Compensation of Pearson Realty as Real Estate Broker; Memorandum of Points and Authorities in Support Thereof (the "**Motion**") and the objections filed thereto [Dkt. Nos. 55, 56, 74 & 75]. Proposed counsel served appropriate notice on all interested parties ~~and no objections were filed. At the hearing, no objections were stated on the record.~~, as reflected in the Proofs of Service filed at Dkt. Nos. 48, 62, 65, 68, 69, and 72].

Based upon the Motion and related declarations, and the record before the Court, it appears that Pearson Realty is qualified and eligible to be employed as the Receiver's real estate broker and all objections to its employment should be, and hereby are, overruled. Accordingly,

**IT IS ORDERED** that the Motion is granted as set forth herein.

**IT IS FURTHER ORDERED** that the Engagement Letter at Docket No. 48 is hereby amended to (i) amend the term "Transfer," as defined in the fourth recital of that document, to "any sale or other transfer of the Property which is done as part of a single transaction between Receiver and a buyer of the Property; provided that the single transaction may include multiple parcels so long as all parcels included in the transaction go to the same buyer (for clarity and the avoidance of doubt, if a sale is not contemporaneous, but involves the same buyer, a separate commission is earned on multiple sales or other transfers); and (ii) define the term "Transfer Sales Price" to mean: "The cash proceeds actually received by Receiver in respect of a Transfer (excluding, for the avoidance of doubt, Contingent Consideration) as calculated in accordance with Paragraph 4 of this Agreement."

**IT IS FURTHER ORDERED** that ~~the Motion is granted and~~ Lance Miller, the Receiver in the above-referenced case, is authorized to retain Pearson Realty as his real estate broker pursuant to the terms of the Engagement Letter, as modified by this Order.

Dated: _____

_____
Hon. Kirk E. Sherriff

2
No. 1:24-cv-01455-KES-SAB
[PROPOSED] ORDER AUTHORIZING ENGAGEMENT AND COMPENSATION OF
PEARSON REALTY AS REAL ESTATE BROKER

302570583

United States District Court.

3

No. 1:24-cv-01455-KES-SAB
[PROPOSED] ORDER AUTHORIZING ENGAGEMENT AND COMPENSATION OF
PEARSON REALTY AS REAL ESTATE BROKER

302570583