**KELLER BENVENUTTI KIM LLP**
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
JEREMY V. RICHARDS (Cal. Bar No. 102300)
(jrichards@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 496-6723

Attorneys for Defendants Touchstone Pistachio Company, LLC,
ACAP Farms, LLC, ACDF, LLC, Adams Grantor Land, LLC,
Assemi and Sons, Inc., Bear Flag Farms, LLC, C&A Farms, LLC,
Cantua Orchards, LLC, Cooper Avenue Investments, LLC, Favier
Ranch, LLC, FFGT Farms, LLC, Gradon Farms, LLC, Grantland
Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC,
Manning Avenue Pistachios, LLC, Maricopa Orchards, LLC,
Panoche Pistachios, LLC, Sageberry Farms, LLC, Whitesbridge
Farms, LLC, Willow Avenue Investments, LLC, and Winston
Farms, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASSEMI BROTHERS, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01455-KES-SAB<br><br>**WITHDRAWAL OF MARICOPA DEFENDANTS' JOINDER TO AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY'S OPPOSITIONS TO RECEIVER'S SALE MOTIONS**<br><br>Hearing:<br>Judge: Hon. Kirk E. Sherriff<br>Date:    April 21, 2025<br>Time:   1:30 p.m.<br>Crtrm:  Robert E. Coyle U.S. Courthouse<br>          2500 Tulare Street<br>          Courtroom 6, 7th Floor<br>          Fresno, CA 93721 |

Defendants Touchstone Pistachio Company, LLC, ACAP Farms, LLC, ACDF, LLC,

Adams Grantor Land, LLC, Assemi and Sons, Inc., Bear Flag Farms, LLC, C&A Farms, LLC,

KELLER BENVENUTTI KIM LLP
425 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105

KELLER BENVENUTTI KIM LLP
425 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105

Cantua Orchards, LLC, Cooper Avenue Investments, LLC, Favier Ranch, LLC, FFGT Farms, LLC, Gradon Farms, LLC, Grantland Farms, LLC, Granville Farms, LLC, Lincoln Grantor Farms, LLC, Manning Avenue Pistachios, LLC, Maricopa Orchards, LLC, Panoche Pistachios, LLC, Sageberry Farms, LLC, Whitesbridge Farms, LLC, Willow Avenue Investments, LLC, and Winston Farms, LLC (collectively, the "Maricopa Defendants") hereby withdraw their *Joinder to American Equity Investment Life Insurance Company's Oppositions to Receiver's Sale Motions* filed on April 14, 2025 [Dkt. No. 75] (the "Joinder").

The Maricopa Defendants, having reviewed the reply filed by Lance Miller, as receiver (the "Receiver") on April 18, 2025 [Dkt. No. 76], including the revised proposed orders attached thereto, find that their substantive concerns with respect to the Receiver's proposed sale procedures, including the sale of property free and clear of liens, have been resolved.  The Maricopa Defendants clarify that in filing the Joinder, they intended to join only in objections made by American Equity Investment Life Insurance Company as to the substance of the proposed sale process and did not intend to join in any arguments that are, or may be viewed as, critical of the Receiver's performance of his duties as receiver in this case, as to which the Maricopa Defendants have no issue or objection.

## **CONCLUSION**

For the reasons stated above, the Maricopa Defendants hereby withdraw the Joinder.


Respectfully submitted,

KELLER BENVENUTTI KIM LLP

By: /s/ *Jane Kim*
Jane Kim
Attorneys for the Maricopa Defendants

WITHDRAWAL OF JOINDER TO AMERICAN EQUITY
INVESTMENT LIFE INSURANCE COMPANY'S OPPOSITIONS

CERTIFICATE OF SERVICE

        I hereby certify that on April 18, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing, including the following:

- **Yelena E. Archiyan, PHV**
  yelena.archiyan@katten.com;
- **Terence G. Banich**
  terence.banich@katten.com, courtalertlax@katten.com;
- **Michaela C. Crocker, PHV**
  michaela.crocker@katten.com;
- **William D. Curtis, PHV**
  williamcurtis@mvalaw.com;
- **Michael R. Farrell**
  mfarrell@allenmatkins.com;
- **Jane Kim**
  jkim@kbkllp.com;
- **Bernard Jaron Kornberg**
  bernie.kornberg@millernash.com, elw@severson.com;
- **Gabriel L. Mathless, PHV**
  gabrielmathless@mvalaw.com;
- **John E. Mitchell, PHV**
  john.mitchell@katten.com;
- **Matthew David Pham**
  mpham@allenmatkins.com, mdiaz@allenmatkins.com;
- **Brodie Austin Surfus**
  bsurfus@wtjlaw.com, borozco@wtjlaw.com;
- **Marshall Craig Whitney**
  mwhitney@wtjlaw.com, sgomez@wtjlaw.com, abroome@wtjlaw.com

By:    /s/ *Jane Kim*
        Jane Kim

KELLER BENVENUTTI KIM LLP
425 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105

CERTIFICATE OF SERVICE