# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>     Plaintiff,<br><br>     v.<br><br>ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,<br><br>     Defendants. | No. 1:24-cv-01455-KES-SAB<br><br>**ORDER AUTHORIZING ENGAGEMENT AND COMPENSATION OF PEARSON REALTY AS REAL ESTATE BROKER**<br><br>Doc. 48 |

On April 21, 2025, the Court held a hearing on the Motion of Receiver Lance Miller for Order Authorizing Engagement and Compensation of Pearson Realty as Real Estate Broker, Doc. 48 (the "**Motion**"), and the now-resolved objections filed thereto, Docs. 55, 56, 74, 75.[1] Counsel served appropriate notice on all interested parties, as reflected in the Proofs of Service filed at Docs. 48, 62, 65, 68, 69, and 72.

Based upon the Motion, the related declarations, and the record before the Court, it appears that Pearson Realty is qualified and eligible to be employed as the Receiver's real estate broker and that there are no objections to its employment. Accordingly, **IT IS ORDERED** that the Motion is granted as set forth herein.

**IT IS FURTHER ORDERED** that the Engagement Letter at Docket No. 48 is hereby amended to (i) amend the term "Transfer," as defined in the fourth recital of that document, to "any sale or other transfer of the Property which is done as part of a single transaction between Receiver and a buyer of the Property; provided that the single transaction may include multiple parcels so long as all parcels included in the transaction go to the same buyer (for clarity and the avoidance of doubt, if a sale is not contemporaneous, but involves the same buyer, a separate commission is earned on multiple sales or other transfers); and (ii) define the term "Transfer Sales Price" to mean: "The cash proceeds actually received by Receiver in respect of a Transfer (excluding, for the avoidance of doubt, Contingent Consideration) as calculated in accordance with Paragraph 4 of this Agreement."

**IT IS FURTHER ORDERED** that Lance Miller, the Receiver in the above-referenced case, is authorized to retain Pearson Realty as his real estate broker pursuant to the terms of the Engagement Letter, as modified by this Order.

IT IS SO ORDERED.

Dated:   April 23, 2025

UNITED STATES DISTRICT JUDGE

---

[1] The objections filed by Rooster Capital IV LLC, Doc. 55, and American Equity Investment Life Insurance Company, Docs. 56, 74, were resolved as stated on the record and as documented in several filings, *see* Docs. 66, 80. Defendants' joinder to American Equity Investment Life Insurance Company's opposition, Doc. 75, was withdrawn on April 18, 2025, Doc. 78.