# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASSEMI BROTHERS, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01455-KES-SAB<br><br>ORDER GRANTING BENJAMIN E. SHOOK'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 85) |

Before the Court is the application of Benjamin E. Shook, attorney for Plaintiff Federal Agricultural Mortgage Corporation, for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **May 8, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1