UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASSEMI BROTHERS, LLC, et al.,<br><br>Defendants. | No. 1:24-cv-01455-KES-SAB<br><br>**ORDER AUTHORIZING ENGAGEMENT AND COMPENSATION OF CAPSTONE CAPITAL MARKETS LLC AS INVESTMENT BANKER**<br><br>(Doc. 71) |

On April 4, 2025, Receiver Lance Miller filed a Renewed Motion for Order Authorizing Engagement and Compensation of Capstone Capital Markets LLC as Investment Banker, Doc. 71 (the "**Motion**"),[1] and calendared the Motion for hearing on May 19, 2025. On April 24, 2025, Receiver filed a Notice of Non-Opposition and Non-Objection to the Motion, noting that no oppositions or objections had been filed by the fourteen-day deadline imposed by Local Rule 230(c). Doc. 84 ("Notice"). The Notice also noted that American Equity Investment Life Insurance Company ("AEIL") filed a Limited Response to the Motion, but that that response did not actually constitute an objection. *Id.*; *see* Doc. 79 at 2 ("Limited Response") (explaining that AEIL "does not object to the Receiver's proposed engagement of Capstone" at this time and filed the response to "preview[] . . . issues that American Equity will undoubtedly raise in a subsequent

---

[1] Capitalized terms used herein shall have the meanings ascribed in the Motion.

1

1  objection."). AEIL has now withdrawn its Limited Response. Doc. 88. Therefore, the Motion is
2  unopposed, and the deadline to oppose the Motion has passed. Accordingly, the Motion is
3  SUBMITTED without oral argument pursuant to Local Rule 230(g), and the hearing currently set
4  for May 19, 2025, is VACATED. The Court issues the following written order.

5  Based upon the Motion and related declarations, and the record before the Court, it
6  appears that Capstone Capital Markets LLC is qualified and eligible to be employed as the
7  Receiver's investment banker. Accordingly,

8  **IT IS ORDERED** that the Motion is granted and Lance Miller, the Receiver in the above-
9  referenced case, is authorized to retain Capstone Capital Markets LLC as his investment banker
10 pursuant to the terms of the Engagement Letter.

11 **IT IS FURTHER ORDERED** that nothing in this Order authorizes the Receiver to sell
12 Receivership Property free and clear of any liens, claims, or encumbrances. Such a request will
13 be made by separate motion or notice to the Court, with all rights reserved.

15 IT IS SO ORDERED.

16 Dated:   May 13, 2025

UNITED STATES DISTRICT JUDGE

2