**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,<br><br>Defendants | No. 1:24-cv-01455-KES-SAB<br><br>**ORDER GRANTING STIPULATED APPLICATION TO SHORTEN TIME ON AGREED MOTION OF RECEIVER LANCE MILLER FOR ORDER AUTHORIZING THE PRIVATE SALE OF CERTAIN RECEIVERSHIP PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES, AND SETTLEMENT OF CLAIMS IN CONNECTION THEREWITH, AND SCHEDULING HEARING ON SHORTENED NOTICE**<br><br>Judge:   Hon. Kirk Sherriff<br><br>Action Filed:   November 27, 2024 |

303681581v4

Upon due consideration of the Receiver's *Stipulated Application to Shorten Time* (the "**Application**") and the *Declaration of Michaela Crocker* filed therewith, the Court finds that notice of the Application was proper and finds that good cause exists to enter an order setting a shortened notice, briefing, and hearing schedule for the *Agreed Motion of Receiver Lance Miller for an Order Authorizing the Private Sale of Certain Receivership Property Free and Clear of Liens, Claims, and Encumbrances, and Settlement of Claims in Connection Therewith* (the "**Sale Motion**").[1] Having found the foregoing,

**IT IS HEREBY ORDERED:**

1. The Application is **GRANTED**.

2. The Receiver shall serve this Order, the Sale Motion, and supporting papers to all affected parties within one business day of such documents being filed with the Court and in no event later than August 25, 2025

3. Service to potential holders of Interest (as defined in the Sale Motion) shall be via expedited delivery, where a street address is available; service to all others shall be via first-class mail, postage prepaid.

4. Any opposition to the Sale Motion shall be filed and served no later than September 2, 2025, at 5:00 p.m. prevailing Pacific Time;

5. Any Replies in support of the Sale Motion shall be filed and served to any party filing an opposition no later than September 4, 2025, at 5:00 p.m. prevailing Pacific Time; and

6. The hearing to consider the Sale Motion will occur on September 8, 2025, at 1:30 p.m. prevailing Pacific Time in Courtroom 6, 7th Floor.

IT IS SO ORDERED.

Dated:   August 21, 2025

_____
UNITED STATES DISTRICT JUDGE

---

[1] All capitalized terms used but not defined shall have the meanings ascribed in the Application.