# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASSEMI BROTHERS, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01455-KES-SAB<br><br>ORDER GRANTING CERTAIN DEFENDANTS' SUBSTITUTION OF ATTORNEY AND DISREGARDING INADVERTENTLY FILED SUBSTITUTION FORM<br><br>(ECF Nos. 100, 101) |

Defendants ACAP Farms, LLC, Assemi Brothers, LLC, C&A Farms, LLC, Cantua Orchards, LLC, Copper Avenue Investments, LLC, Gradon Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Whitesbridge Farms, LLC, and Willow Avenue Investments, LLC (collectively, "Defendants") filed a substitution of attorney forms substituting attorney Riley C. Walter of Wanger Jones Helsey PC in place of attorney Jane Kim of Keller Benvenutti Kim LLP. (ECF No. 100.)

Accordingly, Riley C. Walter is substituted as attorney of record for the Defendants named herein. The Clerk of the Court is directed to terminate attorney Jane Kim as counsel of record.

/ / /

/ / /

/ / /

In addition, Defendants file a notice of errata, indicating that a subsequent filing of a substitution of counsel form (ECF No. 101) was filed in error. (ECF No. 103.) Accordingly, the Court DISREGARDS the errant substitution of counsel form. (ECF No. 101.)

IT IS SO ORDERED.

Dated:  **August 22, 2025**

STANLEY A. BOONE
United States Magistrate Judge