RICHARD M. PACHULSKI (BAR NO. 90073)
IRA D. KHARASCH (BAR NO. 109084)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor Los
Angeles, California 90067-4003
Phone:  (310) 277-6910
Fax:  (310) 201-0760
E-Mail: rpachulski@pszjlaw.com
          ikharasch@pszjlaw.com

MICHAEL R. FARRELL (BAR NO. 173831)
MATTHEW D. PHAM (BAR NO. 287704)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone:  (213) 622-5555
Fax:  (213) 620-8816
E-Mail:  mfarrell@allenmatkins.com
          mpham@allenmatkins.com

Attorneys for Interested Party
AMERICAN EQUITY INVESTMENT LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,<br><br>          Defendants. | Case No. 1:24-cv-01455-KES-SAB<br><br>**JOINDER OF AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY IN SUPPORT OF MOTION OF RECEIVER LANCE MILLER FOR AN ORDER AUTHORIZING THE PRIVATE SALE OF CERTAIN RECEIVERSHIP PROPERTY FREE AND CLEAR OF LIEN, CLAIMS, AND ENCUMBRANCES, AND SETTLEMENT OF CLAIMS IN CONNECTION THEREWITH**<br><br>Date:        September 8, 2025<br>Time:        1:30 p.m.<br>Crtrm.:      Robert E. Coyle U.S. Courthouse<br>                 2500 Tulare Street<br>                 Courtroom 6, 7th Floor<br><br>Judge:      Honorable Kirk E. Sherriff<br><br>Action Filed: November 27, 2024 |

American Equity Investment Life Insurance Company ("American Equity"), by and through the undersigned counsel, and in support of the *Motion of Receiver Lance Miller for an Order Authorizing the Private Sale of Certain Receivership Property Free and Clear of Liens, Claims, and Encumbrances, and Settlement of Claims in Connection Therewith* [Dkt. No. 105] (the "Sale Motion"), states the following[1]:

1.      As noted in Sale Motion, American Equity is a junior secured creditor behind both Farmer Mac and Rooster Capital IV, LLC ("Rooster").

2.      During the course of the Receivership and the negotiations regarding the Sale, American Equity became aware of and received copies of the Commission Agreement executed by and between Jonathan Reiter ("Reiter") and Farid Assemi dated January 1, 2010 (as amended from time to time, the "Commission Agreement"), pursuant to which Reiter purports to be owed a broker's commission on the Sale in the amount of $1,042,835 (the "Commission Claim").

3.      American Equity is aware that the Receiver unsuccessfully attempted to resolve Reiter's claims related to the Commission Agreement prior to the filing of the Sale Motion. Following the filing of the Sale Motion, Reiter filed his *Opposition of Jonathan Reiter to Motion of Lance Miller for an Order Authorizing the Private Sale of Certain Receivership Property Free and Clear of Liens, Claims, and Encumbrances, and Settlement of Claims in Connection Therewith* (the "Objection"), seeking denial of the Sale Motion unless the Commission Claim is paid or requiring a) the escrowing of proceeds of the Sale sufficient to satisfy the Commission Claim or b) postponing the Sale.

4.      Having reviewed the Commission Agreement, American Equity believes that the Commission Agreement is inapplicable to the Receiver and can and should be rejected by the Receiver.  However, should the Commission Agreement be determined to be enforceable and not subject to rejection, the Commission Claim represents at most an unsecured claim of Reiter and, as such, does not attach to the proceeds of the Sale or justify any escrow of proceeds applicable to such

---

[1] Capitalized terms used herein but not defined herein shall have the meaning given them in the Order Appointing Receiver and for Preliminary Injunction [Dkt. No. 29] or the Sale Motion [Dkt. No. 105] as applicable.

claim. Any attempt to collect the Commission Claim ahead of the secured claims is unsupported by law and should not prevent the approval or delay of the Sale or require the escrow of proceeds applicable to such claim.

## CONCLUSION

For the reasons stated above, the American Equity joins the Receiver in respectfully requesting that the Court overrule the Objection in full and grant the Receiver's Sale Motion.

Dated:  September 5, 2025

PACHULSKI STANG ZIEHL & JONES LLP
RICHARD M. PACHULSKI
IRA D. KHARASCH

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
MICHAEL R. FARRELL
MATTHEW D. PHAM


By:    */s/ Matthew D. Pham*
MATTHEW D. PHAM
Attorneys for Interested Party
AMERICAN EQUITY INVESTMENT LIFE
INSURANCE COMPANY