1  Terence G. Banich (SBN 212173)[1]
   terence.banich@katten.com
2  **KATTEN MUCHIN ROSENMAN LLP**
   525 W. Monroe St.
3  Chicago, IL 60661-3693
   Telephone:    (312) 902-5200
4  Facsimile:    (312) 902-1061

5  John E. Mitchell (*pro hac vice*)
   Michaela C. Crocker (*pro hac vice*)
6  **KATTEN MUCHIN ROSENMAN LLP**
   2121 North Pearl St., Ste. 1100
7  Dallas, TX 75201-2591
   Telephone:    (214) 765-3600
8  Facsimile:    (214) 765-3602

9  *Attorneys for the Receiver*
   Lance Miller

10

11              **UNITED STATES DISTRICT COURT**

12              **EASTERN DISTRICT OF CALIFORNIA**

13  FEDERAL AGRICULTURAL MORTGAGE      ) No. 1:24-cv-01455-KES-SAB
    CORPORATION,                        )
14                                      ) **STIPULATION AND AGREED**
                Plaintiff,              ) **ORDER TO WAIVE PROVISIONS**
15                                      ) **OF 28 U.S.C. §§ 2001 AND 2002 IN**
         v.                             ) **CONNECTION WITH**
16                                      ) **RECEIVER'S PROPOSED SALE**
    ASSEMI BROTHERS, LLC; MARICOPA      ) **OF CERTAIN REAL PROPERTY**
17  ORCHARDS, LLC; C & A FARMS, LLC;    )
    WHITESBRIDGE FARMS, LLC; WILLOW     ) Judge:        Hon. Kirk E. Sherriff
18  AVENUE INVESTMENTS, LLC; LINCOLN    )
    GRANTOR FARMS, LLC; COPPER          ) Action Filed:  November 27, 2024
19  AVENUE INVESTMENTS, LLC; ACAP       )
    FARMS, LLC; CANTUA ORCHARDS, LLC;   )
20  GRADON FARMS, LLC,                  )
                                        )
21              Defendants.             )
                                        )

22

23

24

25

26

27

28
   _____
   [1] Designated as counsel for service pursuant to L.R. 182(c)(1).

The following *Stipulation and Agreed Order to Waive Provisions of 28 U.S.C. §§ 2001 and 2002 in Connection with Receiver's Proposed Sale of Certain Real Property* (the "**Stipulation**") is made and agreed to by (i) Lance Miller, solely in his capacity as Court-appointed receiver (the "**Receiver**") over the Property (defined below) that is the subject of this Stipulation; (ii) Plaintiff Federal Agricultural Mortgage Corporation ("**FAMC**"), the first-lien holder on the Property; (iii) C & A Farms, LLC and Maricopa Orchards, LLC, the defendants/record owners of the Property (the "**Defendants**"); (iv) Rooster Capital IV, LLC ("**Rooster**"), the second-lien holder on the Property; and (v) American Equity Investment Life Insurance Company ("**AEIL**"), the third-lien holder on the Property (collectively, the "**Parties**"), by and through their respective counsel of record, and in reliance on and with respect to the following facts, hereby agree and stipulate as follows:

A.      On November 27, 2024, FAMC filed a *Complaint for Breach of Contract, Appointment of Receiver, Accounting and Specific Performance of Rents and Profits Clause; and Injunctive Relief* [Dkt. No. 1] initiating the above-captioned case (the "**Case**"), and an *Ex Parte Application Regarding Motion for Order Appointing Receiver and for Preliminary Injunction* [Dkt. No. 15].

B.      On January 3, 2025, after the notice period passed without objection, the Court entered the *Order Appointing Receiver and for Preliminary Injunction* [Dkt. No. 29] (the "**Receivership Order**") appointing the Receiver as general receiver over the Receivership Property (as defined in the Receivership Order). The scope of the Receiver's duties under the Receivership Order includes "to assess whether a sale of the Receivership Property would maximize value, and, following that assessment and if appropriate in the Receiver's reasonable judgment, implement an organized sale process of the Receivership Property, whether in whole or part, with any sale of Receivership Property outside of the ordinary court of business subject to the Court's approval." Receivership Order ¶ 15.

C.      In this regard, on April 24, 2025, the Court entered the *Order Granting Motion of Receiver Lance Miller for an Order Establishing Marketing Bid, and Auction Procedures for*

2

*Broker-Marketed Properties* [Dkt. No. 83] (the "**Marketing Procedures Order**"). The Marketing Procedures Order contains various requirements related to the marketing and sale of Receivership Property, including provisions related to publication of proposed sales and the conduct of auctions.

D.    On or about May 16, 2025, the Receiver received an initial form of offer from RWE Clean Energy Land, LLC on behalf of itself and/or any of its applicable affiliates or related entities ("**Buyer**") to purchase approximately 1,464 total acres of real property comprised of the following parcels (collectively, the "**Property**") (which offer also included proposed sale terms concerning properties that are not part of this Receivership estate), which offer later was bifurcated into a proposal for purchase of the Property for a purchase price of $9,854,532, subject to the other terms of the offer or as set forth in any applicable Purchase Sale Agreement(s) following the offer:

| LANDOWNER | KERN COUNTY APN | LEGAL | ACRES |
|---|---|---|---|
| Maricopa Orchards, LLC | 295-040-30 | T32S-R26E, SEC 19: ALL | 323.15 |
| Maricopa Orchards, LLC | 295-040-31 | T32S-R26E, SEC 19: ALL | 329.07 |
| C&A Farms, LLC | 220-130-02 | T32S-R25E, SEC 26: N2N2 | 152.79 |
| Maricopa Orchards, LLC | 239-150-11[2] | Parcel 2 of Parcel Map No. 12451 | 429.50 |
| C&A Farms, LLC | 220-110-10 | T32S-R25E, SEC 22: S2NE4 | 80.40 |
| C&A Farms, LLC | 220-110-87 | Parcel B of Parcel Map 12196 | 149.26 |

Buyer also seeks to purchase APN 220-130-49, which is not Receivership Property, from Maricopa Orchards, LLC.

E.    The Property is subject to a first lien held by FAMC, a second lien held by Rooster, and a third lien held by AEIL. The Receiver, Owner/Defendants, Rooster, and AEIL each consent to the sale of the Property on substantially the terms set forth in the *Agreed Motion of Receiver Lance Miller for an Order Authorizing the Private Sale of Certain Receivership Property and*

---

[2] A Grant Deed regarding APN 239-150-11 previously was recorded in favor RWE Clean Energy Land, LLC's affiliate Northern Orchard Solar PV, LLC ("**Northern Orchard**") further to Northern Orchard's pre-receivership purchase of APN 239-150-11 under an earlier recorded Memorandum of Option (as amended), but APN 239-150-11 nevertheless was included in the list of "Receivership Property" incorporated into the Receivership Order.

3

*Settlement of Claims in Connection Therewith* outside the requirements of the Marketing Procedure Order and 28 U.S.C. §§ 2001 and 2002. Approval of the sale, if any, will be subject to a separate order of the Court.

F.  Based on preliminary title reports, the Receiver believes that the sale proceeds will be sufficient to pay in full, at closing, all taxes, assessments, and customary closing costs, as well any senior liens held by non-Parties.

G.  Accordingly, and without waiving any rights with respect to future sales, the Parties hereby agree to waive the provisions of the Marketing Procedures Order and 28 U.S.C. §§ 2001 and 2002 with respect to the Property so as to permit the private sale of the Property to Buyer to move forward in an expedited manner.

## STIPULATION AND AGREED ORDER

Accordingly, and in consideration of the foregoing, Parties hereby STIPULATE and AGREE as follows, and the Court hereby ORDERS:

1.  The above recitals are incorporated by reference into this Stipulation and Agreed Order with the same force and effect as if fully set forth herein.

2.  Based upon the agreement of the Parties, the Receiver is hereby excused from compliance with the Marketing Procedures Order and the provisions of 28 U.S.C. §§ 2001 and 2002 in connection with the Receiver's sale of the Property to Buyer.

3.  Other than as set forth herein or in any other Orders of the Court, the Parties retain and reserve any and all other of their respective rights arising in connection with this Case, including with respect to future sales of Receivership Property.

IT IS SO ORDERED.

Dated:   September 9, 2025   

_____
UNITED STATES DISTRICT JUDGE

**AGREED TO IN FORM AND SUBSTANCE BY:**

**Counsel to the Receiver:**

*/s/ Terence G. Banich*
Terence G. Banich

**KATTEN MUCHIN ROSENMAN LLP**
Terence G. Banich #212173
525 W. Monroe St.
Chicago, IL 60661
Phone: (312) 902-5665

John E. Mitchell (admitted *pro hac vice*)
Michaela Crocker (admitted *pro hac vice*)
2121 North Pearl Street, Suite 1100
Dallas, TX 75201
Phone: (214) 765-3600

**Counsel to the Plaintiff:**

**WHITNEY, THOMPSON & JEFFCOACH LLP**
Marshall C. Whitney, #82952
Brodie A. Surfus, #349269
970 W. Alluvial Ave.
Fresno, California 93711
Telephone: (559) 753-2550
Facsimile: (559) 753-2560

**MOORE & VAN ALLEN, PLLC**
William D. Curtis (admitted pro hac vice)
Benjamin E. Shook (admitted pro hac vice)
Stephen E. Gruendel (admitted pro hac vice)
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-3884

*/s/ William D. Curtis*
William D. Curtis

**Counsel to the Defendants:**

*/s/ Riley C. Walter*
Riley C. Walter

**WANGER JONES HELSLEY PC**
Riley C. Walter (Cal. Bar No. 91839)
Ian J. Quinn (Cal. Bar No. 342754)
265 E. River Park Circle, Suite 310
Fresno, California 93720

**Counsel to Rooster Capital IV, LLC**

*/s/ Bernie Kornberg*
Bernie Kornberg

**MILLER NASH LLP**
Bernie Kornberg
340 Golden Shore, Suite 450
Long Beach, California 90802

5

1

**Counsel to American Equity Investment**
**Life Insurance Company**

2

3
**ALLEN MATKINS LECK GAMBLE**
**MALLORY & NATSIS LLP**
Michael R. Farrell (Bar No. 173831)

4
Matthew D. Pham (Bar No. 287704)
865 South Figueroa Street, Suite 2800

5
Los Angeles, California 90017-2543

6
**PACHULSKI STANG ZIEHL &**
**JONES LLP**

7
Richard M. Pachulski (Bar No. 90073)
Ira D. Kharasch (Bar No. 109084)

8
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4003

9

*/s/ Ira D. Kharasch*

10
Ira D. Kharasch

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

**PROOF OF SERVICE**

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661. On August 25, 2025, I served the following document(s) described as:

**STIPULATION TO WAIVE REQUIREMENTS OF 28 U.S.C. §§ 2001 AND 2002 IN CONNECTION WITH RECEIVER'S CONTEMPLATED MARKETING AND SALE OF BROKER PROPERTIES**

as follows:

**[ X ]  BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed on **Exhibit 1** and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ X ]  BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

> ali.mojdehi@mgr-legal.com
> Jsmcnutt@kerncounty.com
> jon@cavalrei.com
> degan@wilkefleury.com
> storigiani@youngwooldridge.com

**[ X ]  BY EXPEDITED MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed on **Exhibit 1**. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]    BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]    E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on September 9, 2025, at Winnetka, Illinois.

> */s/Terence G. Banich*
> Terence G. Banich

7