# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,<br><br>Defendants | No. 1:24-cv-01455-KES-SAB<br><br>**ORDER GRANTING MOTION OF RECEIVER LANCE MILLER FOR ORDER AUTHORIZING REJECTION OF COMMISSION AGREEMENT**<br><br>Judge: Hon. Kirk Sherriff<br><br>Action Filed: September 16, 2024<br><br>Related to Dkt. No. 112 |

Before the Court is the *Motion for Order Authorizing Rejection of Commission Agreement* (the "**Motion**")[1] filed by Lance Miller (the "**Receiver**"), solely in his capacity as Court-appointed receiver in the above-captioned case, for an order authorizing the rejection of the Commission Agreement. The Court ordered that any objections to the motion were to be filed by September 9, 2025. Doc. 117. No objections were filed and the deadline to do so has passed. The Court hereby finds that:[2] (a) it has jurisdiction over this matter and the parties in this case, including exclusive jurisdiction over the administration, control, and possession of Receivership Property; (b) it has the statutory authority to enter this Order; (c) due and proper notice of the Motion was given and no other or further notice is necessary; (d) no party objects to the motion, *see* L.R. 230(c); and (e) upon entry of this Order, the Commission Agreement shall not be binding on the Receiver, the receivership estate, or Receivership Property. Accordingly, it is hereby:

**ORDERED** that the Motion is granted.

**IT IS FURTHER ORDERED** that the Commission Agreement is hereby rejected effective as of the date of the entry of this Order.

IT IS SO ORDERED.

Dated:  September 10, 2025

_____
UNITED STATES DISTRICT JUDGE

---

[1] Capitalized terms used but not defined in this Order shall have the meanings ascribed in the Motion.

[2] The findings and conclusion set forth herein constitute this Court's findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure. To the extent a finding of fact constitutes a conclusion of law, or a conclusion of law a finding of fact, they are adopted as such. The Court's finding and conclusions set forth at on the record at the Sale Hearing are incorporated herein by reference.