

# United States District Court
# Eastern District of California

| | |
|---|---|
| Federal Agricultural Mortgage Corporation | Case Number: 1:24-cv-01455-KES-SAB |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE |
| Assemi Brothers, LLC, et al. | AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Ethan D. Trotz _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Lance Miller, not individually, but solely in his capacity as Receiver

On _____12/21/2018_____ (date), I was admitted to practice and presently in good standing in the

_____Supreme Court of Illinois_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

*Prudential Ins. Co. v. ACDF, LLC,* No. 1:24-cv-01102-KES-SAB. Application filed on September 9, 2025 [ECF # 274] and granted on September 10, 2025 [ECF # 275].

Date: _____09/10/2025_____          Signature of Applicant: /s/ Ethan Trotz _____

**Pro Hac Vice Attorney**

Applicant's Name:                         Ethan D. Trotz

Law Firm Name:                          Katten Muchin Rosenman LLP

Address:                                      525 West Monroe Street

City: Chicago              State: IL      Zip: 60661

Phone Number w/Area Code: (312) 902-5200

City and State of Residence: Chicago, Illinois

Primary E-mail Address: ethan.trotz@katten.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:                  Terence G. Banich

Law Firm Name:                          Katten Muchin Rosenman LLP

Address:                                      525 W. Monroe St.

City: Chicago              State: IL      Zip: 60661

Phone Number w/Area Code: (312) 902-5665          Bar # 212173

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____          _____
                                                      JUDGE, U.S. DISTRICT COURT

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Ethan David Trotz

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 12/21/2018 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 5th day of September, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois