1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>ASSEMI BROTHERS, LLC, et al.,<br><br>        Defendants. | Case No. 1:24-cv-01455-KES-SAB<br><br>ORDER REGARDING SECOND STIPULATION FOR EXTENDING TIME FOR CERTAIN DEFENDANTS TO FILE RESPONSIVE PLEADINGS<br><br>(ECF No. 130) |

On September 24, 2025, a second stipulation was filed requesting an extension of time for Defendants ACAP Farms, LLC, Assemi Brothers, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Copper Avenue Investments, LLC, Gradon Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Whitesbridge Farms, LLC, Willow Avenue Investments, LLC (collectively the "Farming Defendants") to respond to the complaint. The Court finds good cause to approve the stipulation.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1.     The stipulation (ECF No. 130) is APPROVED; and

/ / /

/ / /

/ / /

2.     The Farming Defendants shall file their responsive pleadings on or before October 20, 2025.

IT IS SO ORDERED.

Dated:   **September 24, 2025**

STANLEY A. BOONE
United States Magistrate Judge