# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION, | Case No. 1:24-cv-01455-KES-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING READINESS FOR SCHEDULING CONFERENCE |
| v. | |
| ASSEMI BROTHERS, LLC, et al., | **DEADLINE: OCTOBER 10, 2025** |
| Defendants. | |

On November 27, 2024, Plaintiff commenced this action, which has been related to several cases. (ECF No. 1.) An initial scheduling conference is set for October 28, 2025. (ECF No. 86.) As relevant here, the Court observers that multiple defendants on the docket have not yet appeared (*i.e.*, ACDF, LLC; Ashlan & Hayes Investments, LLC; FNF Farms, LLC; Grantor Fresno Clovis Investments, LLC; Mann South, LLC; Manning Avenue Pistachios, LLC; and Panoche Pistachios, LLC). In general, the Court will conduct an initial scheduling conference only when all parties have appeared (or where appropriate entered into default). Moreover, given the complex nature of this lawsuit, the Court will direct Plaintiff to explain whether an initial scheduling conference would be appropriate at this time.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that **on or before October 10, 2025**, Plaintiff shall file a status report indicating the status of service upon the outstanding defendants; whether Plaintiff is prepared to hold the scheduling conference; and/or whether the scheduling conference should be continued to allow for the remaining defendants to appear in this action or for other good cause. Concurrently, Plaintiff should move for an extension to complete service, if necessary. Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated: **October 6, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2