Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:   (312) 902-5200
Facsimile:   (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:   (214) 765-3600
Facsimile:   (214) 765-3602

*Attorneys for the Receiver*,
Lance Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>             Plaintiff,<br><br>      v.<br><br>ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,<br><br>             Defendants. | No. 1:24-cv-01455-KES-SAB<br><br>**NOTICE OF FILING OF RECEIVER'S NOTICE OF FEE ALLOCATION FOR THIRD AND FOURTH PERIODIC STATEMENTS OF FEES AND EXPENSES** |

---

[1]   Designated as counsel for service pursuant to L.R. 182(c)(1).

1

No. 1:24-cv-01455-KES-SAB
NOTICE OF FILING OF RECEIVER'S NOTICE OF FEE ALLOCATION FOR
THIRD AND FOURTH PERIODIC STATEMENTS OF FEES AND EXPENSES

303473053

Lance Miller, solely in his capacity as the duly appointed receiver (the "**Receiver**") over the Receivership Property, as defined in the *Order Appointing Receiver and for Preliminary Injunction* [Dkt. No. 29] (the "**Receivership Order**"),[2] hereby files this *Notice of Filing of Receiver's Notice of Fee Allocation for Third and Fourth Periodic Statements of Fees and Expenses* (this "**Notice**").

### A.    Overview of Case and Related Case

On November 27, 2024, Farmer Mac filed a *Complaint for Breach of Contract, Appointment of Receiver, Accounting and Specific Performance of Rents and Profits Clause; and Injunctive Relief* [Dkt. No. 1] initiating the above-captioned case (the "**Case**"), and an *Ex Parte Application Regarding Motion for Order Appointing Receiver and for Preliminary Injunction* [Dkt. No. 15].

On January 3, 2025, after the notice period passed without objection, the Court entered the Receivership Order appointing the Receiver as general receiver over the Receivership Property. Receivership Order ¶ 1.

On September 16, 2024, The Prudential Insurance Company of America and PGIM Real Estate Finance, LLC (together, the "**Prudential Lenders**") filed a *Complaint for Breach of Contract, Appointment of Receiver, Accounting and Specific Performance of Rents and Profits Clause; and Injunctive Relief* [Dkt. No. 1] initiating the case styled *The Prudential Company of America v. ACDF, LLC, et al.*, Case No. 1:24-cv-01102-KES-SAB (the "**Prudential Case**"), and on September 18, 2024, an *Ex Parte Application Regarding Motion for Order Appointing Receiver and for Preliminary Injunction* [Dkt. No. 12].

On September 25, 2024, after notice and hearing, the Court entered the *Agreed Order Appointing Receiver with Limited Authority* [Dkt. No. 51, as amended by Dkt. No. 107], and on November 7, 2024, entered the *Order Expanding Receivership and for Preliminary Injunction* (the "**Prudential Receivership Order**"), appointing the Receiver as general receiver over the Receivership Property, as defined in the Prudential Receivership Order, which consists of, among other things, over 50,000 acres of farmland and a substantial number of pistachio and almond trees.

---

[2] All capitalized terms used but not defined in this Report shall have the meanings ascribed in the Receivership Order.

2

No. 1:24-cv-01455-KES-SAB
**NOTICE OF FILING OF RECEIVER'S NOTICE OF FEE ALLOCATION FOR
THIRD AND FOURTH PERIODIC STATEMENTS OF FEES AND EXPENSES**

303473053

**B.     Compensation Procedures**

The compensation procedures in both this Case and the Prudential Case require the Receiver and his professionals to file and serve on the Notice Parties, as defined in the compensation procedures in each case, a Monthly Statement of the fees and expenses incurred for the prior month. Receivership Order ¶ 13(a)(i); *Order Granting Unopposed Motion of Receiver Lance Miller for Orders Establishing Procedures for Allowance of Compensation and Reimbursement of Expenses*, Prudential Case, Dkt. No. 135 (the "**Compensation Procedures Order**"), ¶ 3(a)-(d). The Receiver is authorized to pay all fees and expenses subject to a Monthly Statement upon the filing of such Monthly Statement (each, an "**Interim Payment**"). Receivership Order ¶ 13(a)(ii); Compensation Procedures Order ¶ 3(b). Interim Payments are deemed conditionally allowed by the Court until the Court reviews and allows such fees and expenses on a final basis pursuant to the Quarterly Fee Motion procedures. Receivership Order ¶ 13(a)(ii); Compensation Procedures Order ¶ 3(b).

**C.     Allocation of Fees**

Prior to the entry of the Receivership Order, the Prudential Lenders and Farmer Mac agreed that the compensation, costs, and expenses of the Receiver and his professionals that were incurred for the benefit of both the Prudential Lenders and Farmer Mac and that were billed to a "General" number by the Receiver, Pivot, and Katten in the Prudential Case would be allocated in accordance with the disbursements made in November and December 2024, which were as follows: (a) The Prudential Lenders: 95.98%, and (b) Farmer Mac: 4.02%.

On December 9, 2024, the Receiver filed his *Third Periodic Statement of Fees and Expenses* [Prudential Case, Dkt. No. 127], and on December 31, 2024, the Receiver filed his *Fourth Periodic Statement of Fees and Expenses* [Prudential Case, Dkt. No. 138] (together, the "**Fee Statements**") in the Prudential Case. The Fee Statements collectively covered the fees and expenses of the Receiver and his professionals from October 30, 2024 through December 30, 2024.

3

No. 1:24-cv-01455-KES-SAB
NOTICE OF FILING OF RECEIVER'S NOTICE OF FEE ALLOCATION FOR
THIRD AND FOURTH PERIODIC STATEMENTS OF FEES AND EXPENSES

303473053

Following the Receiver's filing of the Fee Statements, the Receiver allocated the fees and expenses set forth therein pursuant to the allocations agreed upon by the Prudential Lenders and Farmer Mac (and by the Prudential Lenders and U.S. Bank pursuant to a separate agreement between the Prudential Lenders and U.S. Bank). The Receiver filed the *Receiver's Notice of Fee Allocation for Third and Fourth Periodic Statements of Fees and Expenses* in the Prudential Case at Dkt. No. 316, setting forth the allocation of fees and expenses in connection with the Fee Statements.

The Receiver hereby files this Notice to inform creditors and parties in interest of the costs thereby allocated to this receivership estate.

Dated: October 9, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**KATTEN MUCHIN ROSENMAN LLP**

　　　　　　　　　　　　　　　　　　　　By: */s/Terence G. Banich*
　　　　　　　　　　　　　　　　　　　　　　　Terence G. Banich
　　　　　　　　　　　　　　　　　　　　*Attorneys for the Receiver*
　　　　　　　　　　　　　　　　　　　　Lance Miller

4

No. 1:24-cv-01455-KES-SAB
NOTICE OF FILING OF RECEIVER'S NOTICE OF FEE ALLOCATION FOR
THIRD AND FOURTH PERIODIC STATEMENTS OF FEES AND EXPENSES

303473053

# PROOF OF SERVICE

**STATE OF ILLINOIS, COUNTY OF COOK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cook, State of Illinois. My business address is 525 W. Monroe St., Chicago, Illinois 60661. On October 9, 2025, I served the following document(s) described as:

**NOTICE OF FILING OF RECEIVER'S NOTICE OF FEE ALLOCATION FOR THIRD AND FOURTH PERIODIC STATEMENTS OF FEES AND EXPENSES**

AS FOLLOWS:

**[ ]  BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]  BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address terence.banich@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]  BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]  BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]  E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on October 9, 2025, at Winnetka, Illinois.

*/s/Terence G. Banich*
Terence G. Banich

5

No. 1:24-cv-01455-KES-SAB
NOTICE OF FILING OF RECEIVER'S NOTICE OF FEE ALLOCATION FOR
THIRD AND FOURTH PERIODIC STATEMENTS OF FEES AND EXPENSES

303473053