Whitney, Thompson & Jeffcoach LLP
Marshall C. Whitney, #82952
Brodie A. Surfus, #349269
970 W. Alluvial Ave.
Fresno, California 93711
Telephone:   (559) 753-2550
Facsimile:    (559) 753-2560

Moore & Van Allen PLLC
William D. Curtis, #53811
Stephen E. Gruendel #26850
(*Pro Hac Vice forthcoming*)
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone:   (704) 331-3884

Attorneys for Federal Agricultural Mortgage Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>           Plaintiff,<br><br>     v.<br><br>ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,<br><br>           Defendants. | Case No. 1:24-cv-01455-KES-SAB<br><br>**PLAINTIFF'S STATUS REPORT**<br><br>Related to Dkt. No. 133<br><br>Judge:          Hon. Kirk E. Sherriff<br><br>Action Filed:    November 27, 2024 |

Plaintiff Federal Agricultural Mortgage Corporation ("Farmer Mac" or "Plaintiff"), by and through the undersigned counsel, hereby file this *Status Report*, and state as follows:

885.0 06391435.000

In the Status Report Order, this Court noted that an initial scheduling conference (the "**Scheduling Conference**") is normally conducted only when all parties have appeared (or where appropriate entered into default) and requested that Plaintiff file a status report indicating:

- The status of service on all defendants;
- Whether Plaintiff is prepared to hold the Scheduling Conference; and
- Whether the Scheduling Conference should be continued, whether to allow for the remaining defendants to appear or for other good cause shown.

A. **Status of Service**

Plaintiff has served each of the defendants in this matter: Assemi Brothers, LLC, Maricopa Orchards, LLC, C & A Farms, LLC, Whitesbridge Farms, LLC, Willow Avenue Investments, LLC, Lincoln Grantor Farms, LLC, Copper Avenue Investments, LLC, ACAP Farms, LLC, Cantua Orchards, LLC and Gradon Farms, LLC (collectively the, "**Defendants**").

On December 19, 2024, Plaintiff filed executed Proofs of Service of Summons and Complaint with respect to each of the Defendants, evidencing that each of the Defendants had been served (Dkt. Nos. 16-25)

On March 10, 2025, initial counsel for Defendants filed a Notice of Appearance (Dkt. No. 59). An order substituting counsel for the Defendants was entered on August 22, 2025 (Dkt. No. 104).

Thereafter, Plaintiff and the Defendants have filed multiple stipulations to extend the deadline for the Defendants to file responsive pleadings (Dkt. Nos. 90, 116, and 130).

B. **Request for Continuance of Schedule Conference**

Plaintiff requests that this Court continue the Scheduling Conference to January 26, 2026, to bet set concurrently with the scheduling conferences in related matters pending before this Court. As of the date hereof, this Court has approved one sale of real property (Dkt. No. 121) and the parties

to this matter are anticipating filing additional motions for the sale of real property in the coming weeks, and other sales of real property may be forthcoming.

Plaintiff expects that these sales will significantly narrow the scope of the discovery plan and issues to be addressed at any future Scheduling Conference. As such, and given the complexity of this multi-party proceeding (and the related proceedings), Plaintiff requests that this Court grant additional time to meet and confer on a discovery plan, case schedule, and the matters at issue in this case.

The receiver appointed in this case has indicated that he does not oppose this requested continuance and Defendants have indicated their consent to the proposed continuance as evidenced by their counsel's signature below. In addition, upon information and belief, the plaintiffs in related cases have sought or intend to seek a similar continuance of their respective initial scheduling conferences.

Dated: October 10, 2025        WHITNEY, THOMPSON & JEFFCOACH LLP

By: _____
Marshall C. Whitney
Brodie A. Surfus
Attorneys for Federal Agricultural Mortgage Corporation

Dated: October 10, 2025        WANGER JONES HELSLEY

By:   /s/ Ian J. Quinn
Riley C. Walter
Ian J. Quinn
Attorneys for Maricopa Defendants

# PROOF OF SERVICE

**Federal Agricultural Mortgage Corporation v. Assemi Brothers, LLC, et al.
Case No. 1:24-cv-01455-KES-SAB**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Fresno, State of California. My business address is 970 W. Alluvial Ave., Fresno, CA 93711.

On October 10, 2025, I served true copies of the following document(s) described as **PLAINTIFF'S** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 10, 2025, at Fresno, California.

_____
Sylvia Gomez

885.0 06391435.000

PLAINTIFF'S STATUS REPORT

1

**SERVICE LIST**
**Federal Agricultural Mortgage Corporation v. Assemi Brothers, LLC, et al.**
**Case No. 1:24-cv-01455-KES-SAB**

| | |
|---|---|
| Keller Benvenutti Kim, LLP<br>Jane Kim<br>425 Market Street, Floor 26<br>San Francisco, CA 94105<br>Tel: 415-364-6793<br>Email:<br>jkim@kbkllp.com | Katten Muchin Rosenman LLP<br>John E. Mitchell<br>Michaela C. Crocker<br>Terence G. Banich<br>Yelena E. Archiyan<br>525 W. Monroe Street<br>Chicago, IL 60661<br>Tel: 312-902-5665<br>Email:<br>john.mitchell@katten.com<br>michaela.crocker@katten.com<br>terence.banich@katten.com<br>yelena.archiyan@katten.com |
| *Attorney for Defendants* | *Attorneys for Receiver, Lance Miller* |
| Allen Matkins Leck Gamble Mallory & Natsis LLP<br>Michael R. Farrell<br>Matthew David Pham<br>865 S. Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-2543<br>Tel: 213-955-5526<br>Email:<br>mfarrell@allenmatkins.com<br>mpham@allenmatkins.com | Miller Nash LLP<br>Bernard Jaron Kornberg<br>340 Golden Shores, Suite 450<br>Long Beach, CA 90802<br>Tel: 562-247-7622<br>Email: bernie.kornberg@millernash.com |
| *Attorneys for Creditor, American Equity Investment Life Insurance Company* | *Attorney for Intervenor, Rooster Capital IV, LLC* |