**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ASSEMI BROTHERS, LLC, et al.<br><br>　　　　Defendants. | No. 1:24-cv-01455-KES-SAB<br><br>**ORDER GRANTING MOTION OF CUTTS LAW, PC FOR FINAL APPROVAL AND PAYMENT OF FEES AND EXPENSES (APRIL 1, 2025 – JUNE 30, 2025)**<br><br>Related to Dkt. No. 140<br><br>Judge:　　Hon. Kirk Sherriff<br><br>Action Filed:　November 27, 2024 |

Upon due consideration of the *Motion of Cutts Law, PC for Final Approval and Payment of Fees and Expenses (April 1, 2025 – June 30, 2025)*, dated October 9, 2025 (the "**Motion**"),[1] filed by Cutts Law, PC, as special counsel for Lance Miller in his capacity as the Court-appointed receiver (the "**Receiver**") in the above-captioned case (the "**Case**"); the Court, having reviewed the Motion and being fully advised in the premises, finds that the Motion satisfies the requirements of Local Rule 232 and the Receivership Order, that notice of the Motion is sufficient under the circumstances and that there is good cause to grant the relief provided herein. Having found the foregoing,

**IT IS ORDERED:**

1. The Motion is GRANTED and the hearing scheduled for November 17, 2025 is VACATED.

2. Cutts Law, PC is ALLOWED $12,682.50 in compensation for services rendered and $1,820.00 in expenses incurred during the Fee Period on a final basis.

3. The Interim Payments of fees and expenses identified in Section I.D of the Motion are APPROVED.

4. The Receiver is AUTHORIZED to pay Cutts Law, PC any outstanding amounts allowed pursuant to this Order.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

304381626

5. Notice of the hearing on the Motion is limited to that given, and Cutts Law, PC is EXCUSED from complying with any additional notice requirements under Local Rule 230.

IT IS SO ORDERED.

Dated:   November 13, 2025

_____
UNITED STATES DISTRICT JUDGE

2

No. 1:24-cv-01455-KES-SAB
ORDER GRANTING MOTION OF CUTTS LAW, PC FOR FINAL APPROVAL AND PAYMENT
OF FEES AND EXPENSES (APRIL 1, 2025 – JUNE 30, 2025)

304381626