# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>ASSEMI BROTHERS, LLC, et al.,<br><br>  Defendants. | Case No.  1:24-cv-01455-KES-SAB<br><br>ORDER GRANTING ZACHARY H. SMITH'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 180) |

Before the Court is the application of Zachary H. Smith's, attorney for Federal Agricultural Mortgage Corporation, for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **December 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1