**WANGER JONES HELSLEY**
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com
iquinn@wjhattorneys.com

Attorneys for Defendants ACAP Farms, LLC,
Assemi Brothers, LLC, C & A Farms, LLC,
Cantua Orchards, LLC, Copper Avenue Investments, LLC,
Gradon Farms, LLC, Lincoln Grantor Farms, LLC,
Maricopa Orchards, LLC, Whitesbridge Farms, LLC,
Willow Avenue Investments, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ASSEMI BROTHERS, et al.,<br><br>Defendants. | Case No. 1:24-cv-01455-KES-SAB<br><br>**[PROPOSED] ORDER RE STIPULATION EXTENDING TIME FOR CERTAIN DEFENDANTS TO FILE RESPONSIVE PLEADINGS** |

On January ___, 2026, a stipulation was filed requesting an extension of time for Defendants ACAP Farms, LLC, Assemi Brothers, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Copper Avenue Investments, LLC, Gradon Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Whitesbridge Farms, LLC, Willow Avenue Investments, LLC (collectively the "Farming Defendants") to respond to the complaint (the "Stipulation"). The Court finds good cause to approve the Stipulation.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The Stipulation (ECF No. \_\_\_) is APPROVED.

2. The Farming Defendants shall file their responsive pleadings on or before February 13, 2026.

IT IS SO ORDERED.

Dated: _____

United States District Judge

[Proposed] Order re Stipulation Extending Time for Certain Defendants to File Responsive Pleadings

2

R:\Client\12442-002\PLEADINGS\FEDERAL AG MORTGAGE V. ASSEMI BROS\Stipulation Extend time to Answer\Order re Stipulation.010926.gaa.docx