# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

FEDERAL AGRICULTURAL MORTGAGE CORPORATION,

Plaintiff,

v.

ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; LINCOLN GRANTOR FARMS, LLC;COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,

Defendants.

No. 1:24-cv-01455-KES-SAB

**ORDER GRANTING STIPULATED APPLICATION TO SHORTEN TIME ON MOTION OF RECEIVER LANCE MILLER FOR AN ORDER AMENDING THE DATES AND DEADLINES SET FORTH IN THE ORDER (I) APPROVING BID PROCEDURES FOR THE SALE OF REAL PROPERTY; (II) APPROVING BID PROTECTIONS FOR STALKING HORSE BIDDER; AND (III) SCHEDULING THE AUCTION AND SALE HEARING (WESTLANDS)**

Judge:   Hon. Kirk Sherriff

Action Filed:   November 27, 2024

Upon due consideration of the Receiver's *Stipulated Ex Parte Application to Shorten Time* (the "**Application**") and the *Declaration of Michaela Crocker* filed therewith, the Court finds that notice of the Application was proper and finds that good cause exists to enter an order setting a shortened notice, briefing, and hearing schedule for the *Motion of Receiver Lance Miller for an Order Amending the Dates and Deadlines Set forth in the Order (I) Approving Bid Procedures for the Sale of Real Property; (II) Approving Bid Protections for Stalking Horse Bidder; and (III) Scheduling the Auction and Sale Hearing (Westlands)* (the "**Motion to Amend**").[1]  Having found the foregoing,

**IT IS HEREBY ORDERED:**

1. The Application is **GRANTED**.

2. The Receiver shall serve this Order, the Motion to Amend and supporting papers to all affected parties within one business day of such documents being filed with the Court.

---

[1] All capitalized terms used but not defined shall have the meanings ascribed in the Application.

3. Any opposition to the Motion to Amend shall be filed and served no later than **ten (10) days** after service of this Order and the Motion to Amend.

4. Any replies in support of the Motion to Amend shall be filed and served to any party filing an opposition no later than February 12, 2026.

5. The hearing to consider the Motion to Amend will occur on **February 17, 2026, at 1:30 p.m.** prevailing Pacific Time in Courtroom 6, 7th floor, of the Robert E. Coyle United States Courthouse.

IT IS SO ORDERED.

Dated:   January 28, 2026

_____
UNITED STATES DISTRICT JUDGE