Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone: (214) 765-3600
Facsimile: (214) 765-3602

Arlen P. Moradi (SBN 353956)
**KATTEN MUCHIN ROSENMAN LLP**
2121 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067-5010
Telephone: (310) 778-4449

*Attorneys for the Receiver*
Lance Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,<br><br>Defendants. | No. 1:24-cv-1455-KES-SAB<br><br>**DECLARATION OF SULLIVAN GROSZ IN SUPPORT OF NOTICE OF PROPOSED AUCTION AND SALE OF REAL PROPERTY (OLIVIERA)**<br><br>Related to Dkt. No. 184<br><br>Judge: Hon. Kirk E. Sherriff<br><br>Action Filed: November 27, 2024 |

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

I, Sullivan Grosz, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

1. I am over the age of eighteen years, am under no disability, and am competent to testify to the matters set forth herein. If called as a witness in this case, I could and would testify competently to the facts set forth in this declaration.

2. I submit this declaration in support of the *Notice of Proposed Auction and Sale of Real Property (Oliviera)* [Dkt. No. 184] (the "**Sale Notice**").

3. I hold the title of President with Pearson Realty ("**Pearson**") and, as such, am authorized to submit this declaration on behalf of Pearson and in support of the Sale Notice. Except as otherwise indicated, all facts set forth in this Declaration are based upon (a) my personal knowledge of the Property (as defined below) and the marketing and sale efforts related thereto; (b) information learned from my review of relevant documents; and (c) information provided to me by other representatives of Pearson. If I were called as a witness, I would testify consistently with the facts set forth in this Declaration.

4. I am a California licensed real estate broker, license number DRE #02019422. I work primarily out of Pearson's Fresno, California office, but have brokered sales throughout California. Throughout my career, I have specialized in agricultural transaction advisory services and sales in the state of California. I personally have brokered agricultural transactions in the state of California totaling over 42,730 acres with a value of over $737,783,000 since 2016.

5. On April 24, 2025, the Court entered an Order [Dkt. No. 82] authorizing Pearson to serve as exclusive listing agent for the Receiver with respect to, among other properties, approximately 874.22 assessed acres of land located in Kings County, California, along with associated interests, as more particularly described in the Purchase and Sale Agreement attached to the Sale Notice (the "**Property**"). Upon engagement and direction to market, I or other representatives of Pearson initiated or had initiated a marketing effort that included but was not

limited to: (a) publishing notice of the auction and proposed sale in The Business Journal at least one time per week for four weeks (b) publishing of Property on www.pearsonrealty.com; (c) sending a printed mailer blast to over 380 growers and prospective buyers within the region of the Property; (d) sending a digital mailer blast to over 2,700 growers and prospective buyers within the region of the Property; and (v) sending a digital mailer blast to over 150 Brokers who work within the region of the Property.

6. The deadline to submit Qualified Bids for the Property passed on January 23, 2026. Three Bidders were deemed Qualified Bidders and an Auction was held on January 30, 2026. After 17 rounds of competitive bidding, and at the conclusion of the Auction, the Receiver deemed PISTACHIO ST INVESTMENTS II, LLC, a Delaware limited liability company as the Successful Bidder and Petro Estakhri, as trustee of The Estakhri Revocable Trust, A3M2 Property Investment, LLC, a Nevada limited liability company, Adrina Holdings, LLC, a California limited liability company, and Ali Mahmoodi, as tenants-in-common (collectively, the "**Backup Bidder**") as the Backup Bidder.

7. Considering the length of the marketing process, the competing bid, and the results of the Auction, I believe it is unlikely that a continued marketing process would result in a higher or better offer for the Property.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 2, 2026
In Fresno, California

By: */s/ Sullivan Grosz*
Sullivan Grosz

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Ste. 1100, Los Angeles, CA 90067-5010. On February 2, 2026, I served the following document(s) described as:

**DECLARATION OF SULLIVAN GROSZ IN SUPPORT OF NOTICE OF PROPOSED AUCTION AND SALE OF REAL PROPERTY (OLIVIERA)**

as follows:

**[ ] BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed on **Exhibit 1** and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[X] BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address janice.brooks-patton@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

> ali.mojdehi@mgr-legal.com
> Jsmcnutt@kerncounty.com
> jon@cavalrei.com
> degan@wilkefleury.com
> storigiani@youngwooldridge.com
> RStewart@pearsonrealty.com
> kstewart@pearsonrealty.com
> aferdinandi@pearsonrealty.com
> DKevorkian@pearsonrealty.com
> sgrosz@pearsonrealty.com
> ckay@caagproperties.com
> mindynili@gmail.com
> OKatz@sheppardmullin.com
> RSahyan@sheppardmullin.com
> Robert.D.Lewis@t-mobile.com
> kvote@wjhattorneys.com
> kdodd@wjhattorneys.com
> snb300@aol.com
> llindenau@larsonlindenau.com
> jdh@harrislawfirm.net
> legal@goldenstatecleanenergy.com

**[ ] BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed on **Exhibit 1**. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]** **BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]** **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 2, 2026, at Los Angeles, California

                                            */s/Arlen P. Moradi*
                                            Arlen P. Moradi