# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; LINCOLN GRANTOR FARMS, LLC;COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,<br><br>DEFENDANTS.<br>     Defendants. | No. 1:24-cv-01455-KES-SAB<br><br>**ORDER GRANTING MOTION FOR CONTINUANCE**<br><br>Related to Dkt. Nos. 193, 214<br><br>Judge:    Hon. Kirk E. Sherriff<br><br>Action Filed:  September 16, 2024 |

Before the Court is the *Ex Parte Motion to Continue Hearing* [Dkt. No. 214] (the "**Motion to Continue**")[1] filed by Lance Miller (the "**Receiver**") with respect to the *Motion of Receiver Lance Miller for an Order Amending the Dates and Deadlines Set Forth in the Order (I) Approving Bid Procedures for the Sale of Real Property; (II) Approving Bid Protections for Stalking Horse Bidder; and (III) Scheduling the Auction and Sale Hearing (Westlands)* [Dkt. No. 193] (the "**Motion to Amend**"). Based upon the Motion to Continue and the record before the Court, and it appearing that service was proper under the circumstances, it is hereby:

**ORDERED** that the Receiver will establish new dates/deadlines to be included in the Bidding Procedures in consultation with the Plaintiff and the Farming Defendants.

**IT IS FURTHER ORDERED** that, after determining the new dates and deadlines for the proposed, revised Bidding Procedures, the Receiver will file a pleading with the Court (the "**Notice**") informing parties of the updates. The Notice will include a redline comparing the Court-approved Bidding Procedures with the proposed revised Bidding Procedures and provide parties with a 14-day objection period.

**IT IS FURTHER ORDERED** that the Receiver will serve the Notice to the same parties that were served with a copy of the Bidding Procedures Motion and the Motion to Amend.

**IT IS FURTHER ORDERED** that a hearing on the Motion to Amend, as amended by the Notice, will be held at the first regularly scheduled hearing date after expiration of the objection period. Alternatively, if no objections are timely filed, the Receiver will upload a proposed order and a notice of non-opposition.

The hearing previously set on this matter for March 2, 2026 is VACATED.

IT IS SO ORDERED.

Dated:   February 27, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[1] All capitalized terms used but not defined in this Order shall have the meaning ascribed in the Motion to Continue.