1  | Terence G. Banich (SBN 212173)[1]
   | terence.banich@katten.com
2  | **KATTEN MUCHIN ROSENMAN LLP**
   | 525 W. Monroe St.
3  | Chicago, IL 60661-3693
   | Telephone:    (312) 902-5200
4  | Facsimile:    (312) 902-1061

5  | John E. Mitchell (*pro hac vice*)
   | Michaela C. Crocker (*pro hac vice*)
6  | **KATTEN MUCHIN ROSENMAN LLP**
   | 2121 North Pearl St., Ste. 1100
7  | Dallas, TX 75201-2591
   | Telephone:    (214) 765-3600
8  | Facsimile:    (214) 765-3602

9  | *Attorneys for the Receiver*
   | Lance Miller

10 |

11 | **UNITED STATES DISTRICT COURT**

12 | **EASTERN DISTRICT OF CALIFORNIA**

13 |

14 | FEDERAL AGRICULTURAL MORTGAGE   ) 1:24-cv-01455-KES-SAB
   | CORPORATION,                    )

15 |              Plaintiff,          ) **RECEIVER'S CERTIFICATE OF**
   |                                 ) **INDEBTEDNESS NO. 1**

16 |       v.                         )

17 | ASSEMI BROTHERS, LLC; MARICOPA  )
   | ORCHARDS, LLC; C & A FARMS, LLC; )

18 | WHITESBRIDGE FARMS, LLC; WILLOW )
   | AVENUE INVESTMENTS, LLC; LINCOLN ) **HONORABLE KIRK E. SHERRIFF**

19 | GRANTOR FARMS, LLC; COPPER AVENUE)
   | INVESTMENTS, LLC; ACAP FARMS, LLC; )

20 | CANTUA ORCHARDS, LLC; GRADON    )
   | FARMS, LLC,                      )

21 |                                 )
   |              Defendants.         )

22 |

23 |

24 |

25 |

26 |

27 |

28 |

---

[1]  Designated as counsel for service pursuant to L.R. 182(c)(1).

1.    FOR GOOD AND VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, Lance Miller, solely in his capacity as Court-appointed receiver ("**Receiver**"), pursuant to Paragraph 4(j) of the *Order Appointing Receiver and for Preliminary Injunction* dated January 3, 2025 [Dkt. No. 29] (the "**Receivership Order**"),[2] and in connection with that certain promissory note, dated January 22, 2025 and executed by the Receiver in favor of Federal Agricultural Mortgage Corporation ("**Plaintiff**") in the original principal amount of $5,235,000 (the "**Note**"), hereby issues this Receiver's Certificate of Indebtedness No. 1 ("**Certificate**") payable in the sum of $5,235,000, with interest thereon, from and after the date hereof at the rate of interest stated in Section 9 of the Note, to Plaintiff in exchange for advances from Plaintiff to Receiver up to and including that sum. A certified copy of the Receivership Order was recorded with the Recorder's Office of the Counties of Kern and Fresno on January 14, 2025 and January 16, 2025 as Instrument Nos. 225004492 and 2025-0003964, respectively. A certified copy of the Receivership Order was also recorded with the Recorder's Office of the County of Kings (Instrument No. pending).

2.    The purpose of this Certificate is to provide the necessary funds to Receiver to pay for the costs and expenses necessary to maintain, preserve and care for the Receivership Property, pay Receiver's and his professionals' fees and expenses, conduct business and operations in connection with the Receivership Property, and to assess whether a sale of the Receivership Property would maximize value, and, following that assessment and if appropriate in the Receiver's reasonable judgment, implement an organized sale process of the Receivership Property. Receivership Order at 15.

3.    Subject to Paragraph 4(j) of the Receivership Order, this Certificate has seniority over all other encumbrances and claims against the receivership estate on a priority repayment basis, whether previously existing or hereafter created; and constitutes a super priority lien and charge upon all assets of the receivership estate, senior in priority to all other liens and charges thereon, including but not limited to (i) the Receivership Property and the rents and issues thereof and (ii)

---

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Receivership Order.

the 2025 Crop and the proceeds of the 2025 Crop. The funds advanced pursuant to this Certificate shall also qualify as an appropriate disbursement or protective advance under Plaintiff's loan documents. The liens and charges granted to Plaintiff hereunder, and the priority of such liens and charges, shall not exceed that granted in the Receivership Order. To the extent of any conflict, the Receivership Order controls.

4.      This Certificate shall have priority over any other receiver's certificate issued in connection with the above-captioned proceeding or otherwise in respect of the Receivership Property, the rents and issues thereof, the 2025 Crop and the proceeds thereof.

5.      This Certificate is due and payable upon the earlier of (i) when all amounts are due and payable under that certain Note, dated as of January 22, 2025, issued by the Receiver to the order of Plaintiff, and (ii) when the Court issues a formal order approving Receiver's final report and account of the receivership in this matter.

6.      This Certificate is subject to redemption at any time before maturity, without any prepayment penalty, by payment to Plaintiff of the principal and interest then owing, if in the sole discretion of Receiver there are sufficient funds on hand in the receivership estate to make such payment. In the event that this Certificate has been satisfied, the holder of said Certificate shall file with the Secretary of State or record with the County Recorder of any county in which the Order or this Certificate, as the case may be, was recorded the appropriate document evidencing the satisfaction of this Certificate. Upon payment in full of this Certificate, the Plaintiff shall return the original of this Certificate to the Receiver.

7.      Reserved.

8.      This Certificate is issued under the authority of the U.S. District Court for the Eastern District of California and its Receivership Order appointing Receiver in this action, which includes a provision authorizing issuance of this Certificate.

9.      This Certificate evidences an obligation of the receivership estate in this action and is not a personal obligation of the individual who acts as the Receiver thereof.

10.     Receiver or the holder of this Certificate shall be authorized to file a copy of this Certificate with the California Secretary of State or such other state in which the receivership estate

3

1   holds any property interest and record a copy with any County Recorder for any County in which

2   the receivership estate holds any interest in any real property, so as to afford notice to all parties

3   interested in any real property that is held by the receivership estate. Failure to so file or record any

4   Certificate shall not affect the priority of the lien for the obligations evidenced by this Certificate.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Dated: January 22, 2025

RECEIVER:

_____

Lance Miller

STATE OF _____ )
                         ) ss.
COUNTY OF _____ )

On _____, 2025 before me, _____ (here insert name and title of the officer), personally appeared _____ (insert name(s) of signer(s)) who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

5

**CALIFORNIA ACKNOWLEDGMENT**                                            CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Los Angeles_

On __01/27/2025__ before me, __Nicole R. Smith, notary public__
       Date                                       Here Insert Name and Title of the Officer
personally appeared __Lance Miller__
                                Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

NICOLE R. SMITH
Notary Public - California
Los Angeles County
Commission # 2363531
My Comm. Expires Jun 30, 2025

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                    Signature of Notary Public

*Place Notary Seal and/or Stamp Above*

—————————— **OPTIONAL** ——————————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____

Document Date:_____ | Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____ | Signer's Name: _____
☐ Corporate Officer – Title(s): _____ | ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General | ☐ Partner – ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact | ☐ Individual     ☐ Attorney in Fact
☐ Trustee     ☐ Guardian or Conservator | ☐ Trustee     ☐ Guardian or Conservator
☐ Other: _____ | ☐ Other: _____
Signer is Representing: _____ | Signer is Representing: _____

©2019 National Notary Association