Whitney, Thompson & Jeffcoach LLP
Marshall C. Whitney, #82952
Brodie Surfus, #349269
970 W. Alluvial Ave.
Fresno, California 93711
Telephone: (559) 753-2550
Facsimile: (559) 753-2560

Moore & Van Allen, PLCC
Gabriel L. Mathless, #48857
  (Admitted Pro Hac Vice)
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-3884

Attorneys for Federal Agricultural Mortgage Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>           Plaintiff,<br><br>   v.<br><br>ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,<br><br>           Defendants. | Case No. 1:24-cv-01455-KES-SAB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Action Filed: November 27, 2024 |

TO ALL PARTIES AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that William D. Curtis is no longer with the firm of Moore & VanAllen and is no longer counsel of record for Plaintiff FEDERAL AGRICULTURAL MORTGAGE CORPORATION in the above-captioned matter. Attorneys from Moore & VanAllen

885.0 06479093.000

1 | remain in the case and continue to serve as counsel of record for Plaintiff, FEDERAL
2 | AGRICULTURAL MORTGAGE CORPORATION

3 | Dated: March 13, 2026          WHITNEY, THOMPSON & JEFFCOACH LLP

By: _____
Marshall C. Whitney
Brodie A. Surfus
Attorneys for Federal Agricultural Mortgage Corporation