# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASSEMI BROTHERS, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01455-KES-SAB<br><br>ORDER GRANTING WITHDRAWAL OF ATTORNEY WILLIAM D. CURTIS AND DIRECTING THE CLERK OF COURT TO TERMINATE WILLIAM D. CURTIS AS ATTORNEY OF RECORD<br><br>(ECF No. 217) |

On March 13, 2026, a notice of withdrawal of William D. Curtis as counsel for Plaintiff Federal Agricultural Mortgage Corporation was filed. (ECF No. 217.) The Court observes that attorneys from Moore & VanAllen and Whitney, Thompson & Jeffcoach LLP will continue to represent Plaintiff in this matter.

Accordingly, IT IS HEREBY ORDERED that the request to withdraw William D. Curtis as counsel is GRANTED and the Clerk of the Court is DIRECTED to terminate William D. Curtis as counsel of record for Plaintiff Federal Agricultural Mortgage Corporation.

IT IS SO ORDERED.

Dated: **March 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1