# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASSEMI BROTHERS, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01455-KES-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME FOR CERTAIN DEFENDANTS TO FILE RESPONSIVE PLEADINGS<br><br>(ECF No. 221) |

On March 16, 2026, a stipulation was filed requesting an extension of time for Defendants ACAP Farms, LLC, Assemi Brothers, LLC, C&A Farms, LLC, Cantua Orchards, LLC, Copper Avenue Investments, LLC, Gradon Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Whitesbridge Farms, LLC, Willow Avenue Investments, LLC (collectively the "Farming Defendants") to respond to the complaint (the "Stipulation"). The Court finds good cause and approves the Stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1. The Stipulation (ECF No. 221) is APPROVED; and

/ / /

/ / /

/ / /

/ / /

/ / /

2. The Farming Defendants shall file their responsive pleadings on or before **April 17, 2026.**

IT IS SO ORDERED.

Dated: __**March 17, 2026**__

_____
STANLEY A. BOONE
United States Magistrate Judge