**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

FEDERAL AGRICULTURAL MORTGAGE CORPORATION,

Plaintiffs,

v.

ASSEMI BROTHERS, LLC, et al.

Defendants.

No. 1:24-cv-01455-KES-SAB

**ORDER GRANTING MOTION OF PIVOT MANAGEMENT GROUP, LLC FOR FINAL APPROVAL AND PAYMENT OF FEES AND EXPENSES (JULY 1, 2025 - SEPTEMBER 30, 2025)**

Related to Dkt. No. 225

Judge:  Hon. Kirk Sherriff

Action Filed:  November 27, 2024

Upon due consideration of the *Motion of Pivot Management Group, LLC for Final Approval and Payment of Fees and Expenses (July 1, 2025 – September 30, 2025)*, dated March 16, 2026 (the "**Motion**"),[1] filed by Pivot Management Group, LLC, as financial advisor to Lance Miller in his capacity as the Court-appointed receiver (the "**Receiver**") in the above-captioned case (the "**Case**"); the Court, having reviewed the Motion and being fully advised in the premises, finds that the Motion satisfies the requirements of Local Rule 232  and the Receivership Order, that notice of the Motion is sufficient under the circumstances and that there is good cause to grant the relief provided herein. Having found the foregoing,

**IT IS ORDERED:**

1.     The Motion is GRANTED and the hearing scheduled for May 4, 2026  is VACATED.

2.     Pivot Management Group, LLC is ALLOWED $34,289.00  in compensation for services rendered and $0.00  in expense incurred during the Fee Period on a final basis.

---

[1]   Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

3. The Interim Payments of fees and expenses identified in Section I.D of the Motion are APPROVED.

4. The Receiver is AUTHORIZED to pay Pivot Management Group, LLC any outstanding amounts allowed by this Order.

5. Notice of the hearing on the Motion is limited to that given, and Pivot Management Group, LLC is EXCUSED from complying with any additional notice requirements under Local Rule 230.

IT IS SO ORDERED.

Dated:   April 1, 2026

_____
UNITED STATES DISTRICT JUDGE

No. 1:24-cv-01455-KES-SAB
ORDER GRANTING MOTION OF PIVOT MANAGEMENT GROUP, LLC FOR FINAL APPROVAL AND PAYMENT OF FEES AND EXPENSES (JULY 1, 2025 - SEPTEMBER 30, 2025)

305153633