Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone:        (312) 902-5200
Facsimile:        (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone:        (214) 765-3600
Facsimile:        (214) 765-3602

Arlen P. Moradi (SBN 353956)
**KATTEN MUCHIN ROSENMAN LLP**
2121 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067-5010
Telephone:        (310) 778-4449

*Attorneys for the Receiver Lance Miller*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION, | No. 1:24-cv-01455-KES-SAB |
| Plaintiff, | **NOTICE OF AMENDED BID PROCEDURES (WESTLANDS)** |
| v. | Related to Dkt. Nos. 193, 215 |
| ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; LINCOLN GRANTOR FARMS, LLC;COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC, | Objections Due:    July 2, 2026 |
| | Hearing Date:      July 6, 2026 |
| | Hearing Time:      1:30 p.m. PT |
| | Location:             Courtroom 6, 7th Floor 2500 Tulare Street Fresno, CA 93721 |
| Defendants. | Judge:                 Hon. Kirk E. Sherriff |
| | Action Filed:       November 27, 2024 |

---

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

-1-

305099429

**PLEASE TAKE NOTICE THAT**, on November 27, 2024, Federal Agricultural Mortgage Corporation filed a *Complaint for Breach of Contract, Appointment of Receiver, Accounting and Specific Performance of Rents and Profits Clause, and Injunctive Relief* [Dkt. No. 1] initiating the above-captioned case and, on December 19, 2024, filed an *Ex Parte Application Regarding Motion for Order Appointing Receiver and for Preliminary Injunction* [Dkt. No. 15].

**PLEASE FURTHER TAKE NOTICE THAT**, on January 3, 2025, after the notice period passed without objection, the Court entered the *Order Appointing Receiver and for Preliminary Injunction* [Dkt. No. 29] (as amended or supplemented, the "**Receivership Order**") appointing Lance Miller (the "**Receiver**") as receiver over the Receivership Property (as defined in the Receivership Order).

**PLEASE FURTHER TAKE NOTICE THAT**, on December 1, 2025, the Court entered the *Order (I) Approving Bid Procedures for the Sale of Real Property; (II) Approving Bid Protections for Stalking Horse Bidder; and (III) Scheduling the Auction and Sale Hearing (Westlands)* [Dkt. No. 170] (the "**Original Bidding Procedures Order**" approving the "**Original Bidding Procedures**").

**PLEASE FURTHER TAKE NOTICE THAT**, on January 26, 2026, the Receiver, solely in his capacity as Court-appointed receiver, filed a motion [Dkt. No. 193] (the "**Motion to Amend**") requesting that the Court amend the dates and deadlines set forth in the Original Bidding Procedures Order and the Original Bidding Procedures.   The Receiver filed a motion requesting a continuance of the hearing on the Motion to Amend on February 27, 2026 [Dkt. No. 214] (the "**Motion for Continuance**").

**PLEASE FURTHER TAKE NOTICE THAT**, February 27, 2026, the Court entered the *Order Granting Motion for Continuance* [Dkt. No. 215] (the "**Order Continuing Hearing**"), where the Court held as follows:

**ORDERED** that the Receiver will establish new dates/deadlines to be included in the Bidding Procedures in consultation with the Plaintiffs and the Farming Defendants.

305099429

**IT IS FURTHER ORDERED** that, after determining the new dates and deadlines for the proposed, revised Bidding Procedures, the Receiver will file a pleading with the Court (the "**Notice**") informing parties of the updates. The Notice will include a redline comparing the Court-approved Bidding Procedures with the proposed revised Bidding Procedures and provide parties with a 14-day objection period.

**PLEASE FURTHER TAKE NOTICE THAT**, this Notice is filed pursuant to the Order Continuing Hearing to inform parties that the Receiver has established new dates/deadlines to be included in the Bidding Procedures Order.  A copy of the proposed, revised bidding procedures order is attached hereto as **Exhibit A** (the "**Revised Bidding Procedures Order**")[2] and a redline copy of the Revised Bidding Procedures Order is attached hereto as **Exhibit B**.

**PLEASE FURTHER TAKE NOTICE THAT**, objections or other responses to entry of the Revised Bidding Procedures Order must be filed **on or before July 2, 2026** (the "**Objection Deadline**").  If an objection is filed, the Court will consider entry of the Revised Bidding Procedures Order at the hearing to be held **July 6, 2026, at 1:30 p.m.** If no objection is filed, the Court may enter the Revised Bidding Procedures Order without further notice or hearing once the Objection Deadline has passed.

Dated: June 18, 2026

Respectfully submitted,


KATTEN MUCHIN ROSENMAN LLP


By:   */s/ Arlen P. Moradi*
Arlen P. Moradi

*Attorneys for the Receiver,*
Lance Miller

---

[2] The Receiver anticipates designating Brightfield Investments, LLC or its designee as Stalking Horse Bidder upon entry of the Revised Bidding Procedures Order.

-3-

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Ste. 1100, Los Angeles, CA 90067-5010. On June 18, 2026, I served the following document(s) described as:

**NOTICE OF AMENDED BID PROCEDURES (WESTLANDS)**

as follows:

**[ ]    BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses on **Exhibit 1** attached hereto and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[X]    BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be sent from e-mail address janice.brooks-patton@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| ali.mojdehi@mgr-legal.com | RSahyan@sheppardmullin.com |
| Jsmcnutt@kerncounty.com | Robert.D.Lewis@t-mobile.com |
| jon@cavalrei.com | kvote@wjhattorneys.com |
| degan@wilkefleury.com | kdodd@wjhattorneys.com |
| storigiani@youngwooldridge.com | snb300@aol.com |
| RStewart@pearsonrealty.com | llindenau@larsonlindenau.com |
| kstewart@pearsonrealty.com | jdh@harrislawfirm.net |
| aferdinandi@pearsonrealty.com | legal@goldenstatecleanenergy.com |
| DKevorkian@pearsonrealty.com | |
| sgrosz@pearsonrealty.com | |
| ckay@caagproperties.com | |
| mindynili@gmail.com | |
| OKatz@sheppardmullin.com | |

**[ ]    BY OVERNIGHT MAIL (FedEx):**  I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed on **Exhibit 1**. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]    BY PERSONAL SERVICE:**  I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]    E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

-4-

305099429

-5-

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 18, 2026, at Los Angeles, California

/s/ Arlen P. Moradi
Arlen P. Moradi

305099429