**WANGER JONES HELSLEY**
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone: (559) 490-0949
E-Mail:  rwalter@wjhattorneys.com
             iquinn@wjhattorneys.com

Attorneys for Defendants ACAP Farms, LLC,
Assemi Brothers, LLC, C & A Farms, LLC,
Cantua Orchards, LLC, Copper Avenue Investments, LLC,
Gradon Farms, LLC, Lincoln Grantor Farms, LLC,
Maricopa Orchards, LLC, Whitesbridge Farms, LLC,
Willow Avenue Investments, LLC

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>　　　Plaintiff,<br><br>　v.<br><br>ASSEMI BROTHERS, et al.,<br><br>　　　Defendants. | Case No. 1:24-cv-01455-KES-SAB<br><br>**STIPULATION EXTENDING TIME FOR CERTAIN DEFENDANTS TO FILE RESPONSIVE PLEADINGS** |

Plaintiff Federal Agricultural Mortgage Corporation ("Plaintiff") and Defendants ACAP Farms, LLC, Assemi Brothers, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Copper Avenue Investments, LLC, Gradon Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Whitesbridge Farms, LLC, Willow Avenue Investments, LLC (collectively, the "Farming Defendants") respectfully stipulate as follows:

1.     This action was commenced on November 27, 2024.

2.      Summons Returned Executed were filed with the Court on December 19, 2024. ECF Nos. 16-25.

3.      On January 3, 2025, the Court entered the Order Appointing Receiver and for Preliminary Injunction [ECF No. 29], which order remains in effect.

4.      Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 90] extending the time for Farming Defendants to file a responsive pleading in this case, through August 18, 2025.  The Court approved the Stipulation and Proposed Order on May 14, 2025 [ECF No. 92].

5.      Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 116] extending the time for Farming Defendants to file a responsive pleading in this case, through September 19, 2025.  The Court approved the Stipulation and Proposed Order on September 8, 2025 [ECF No. 119].

6.      Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 130] extending the time for Farming Defendants to file a responsive pleading in this case, through October 20, 2025.  The Court approved the Stipulation and Proposed Order on September 24, 2025 [ECF No. 131].

7.      Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 174] extending the time for Farming Defendants to file a responsive pleading in this case, through January 8, 2026.  The Court approved the Stipulation and Proposed Order on December 11, 2025 [ECF No. 178].

8.      Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 186] extending the time for Farming Defendants to file a responsive pleading in this case, through February 13, 2026.  The Court approved the Stipulation and Proposed Order on January 13, 2026 [ECF No. 188].

9.      Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 206] extending the time for Farming Defendants to file a responsive pleading in this case, through March 13, 2026.  The Court approved the Stipulation and Proposed Order on March 13, 2026 [ECF No. 211].

10.    Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 221] extending the time for Farming Defendants to file a responsive pleading in this case, through April 17, 2026.  The Court approved the Stipulation and Proposed Order on March 17, 2026 [ECF No. 226].

11.    Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 239] extending the time for Farming Defendants to file a responsive pleading in this case, through May 18, 2026.  The Court approved the Stipulation and Proposed Order on March 17, 2026 [ECF No. 241].

12.    Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 246] extending the time for Farming Defendants to file a responsive pleading in this case, through June 19, 2026.  The Court approved the Stipulation and Proposed Order on May 27, 2026 [ECF No. 247].

13. Plaintiff, the Farming Defendants, and the Court-appointed Receiver have been and continue to be engaged in efforts to resolve the issues raised by Plaintiff's complaint. Plaintiff and the Farming Defendants have agreed to extend further the deadline for the Farming Defendants to file their responsive pleadings to July 24, 2026.  This extension would further their efforts to resolve the case and conserve the resources of the Farming Defendants.

///
///
///
///
///
///
///
///
///
///

NOW, THEREFORE, Plaintiff and Farming Defendants stipulate that the deadline for the Farming Defendants to file responses to Plaintiff's complaint shall be extended to July 24, 2026.

Dated:  June 22, 2026                    WANGER JONES HELSLEY

By: _____
                                         Ian J. Quinn
                                         Attorneys for Farming Defendants


Dated:  June 22, 2026                    WHITNEY, THOMPSON & JEFFCOACH LLP

                                         And

                                         MOORE & VAN ALLEN, PLLC

                                         By: _/s/ Zachary H. Smith_____
                                         Zachary H. Smith
                                         Ben E. Shook
                                         Attorneys for Federal Agricultural Mortgage
                                         Corporation

Stipulation Extending Time for Certain
Defendants to File Responsive Pleadings                4        C:\Users\ssolomon.SJHATTORNEYS\Documents\
                                                                Federal Ag\Stipulation.062226.ijq(redline).docx