# EXHIBIT A

WESTLANDS Property Specific Service List

**ADDRESS**

104 Partners, LLC, et al.
1306 W. Herndon, Suite 101
Fresno, CA  93711

ACDF, LLC
5260 N. Palm Ave, Ste. 421
Mail Stop M
Fresno, CA  93704

ACDF, LLC, et al.
1306 W. Herndon Ave., Suite 101
Fresno, CA  93711

Alan Elias and Angelica Vivanco
35550 W. Kamm Ave.
Cantua Creek, CA 93608

Alberto Atlagco
16803 W. Tractor Ave.
Huron, CA 93234

Allen Matkins Leck Gamble
Mallory & Natsis LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111
Attention: Barry Epstein, Esq.

American Equity Investment Life
Insurance Company
6000 Westtown Parkway
West Des Moines, IA 50266

Anderson, Clayton & Co.
The Corporation Trust Company
Corporation Trust Center
1209 Orange ST
Wilmington, DE 19801890

Arroyo Pasajero Mutual Water Company
Attn: Ross Franson, President
7041 N Van Ness Blvd.
Fresno, CA 93711

Avila Ranch EA, LLC, et al.
1306 W. Herndon Ave., Suite 101
Fresno, CA  93711

Beacon Default Management, Inc.
30101 Agoura Court, Suite 203
Agoura Hills, CA  91301

Bear Flag Farms, LLC, et al.
1306 W. Herndon Ave., Suite 101
Fresno, CA  93711

Beck Family Orchards
2023 E. Prosperity Ave., #30
Tulare, CA 93274

Bettie J Ward, Trustee
5588 North Palm Avenue, Suite G-1
Fresno, CA 93704

Boulevard Associates, LLC
700 Universe Blvd.
Juno Beach, FL 33408
Attn: Land Services Administration

Brighthouse Life Insurance Company
10801 Mastin Street, Ste. 930
Overland Park, KS 66210
Attn: SSU Director

Brighthouse Life Insurance Company
Agricultural Investments
205 E. River Park Circle, Ste. 330
Fresno, CA 93720
Attn: Director, WRO

Brighthouse Life Insurance Company
10801 Mastin Street, Ste. 930
Overland Park, KS 66210
Attn: Law Department

Brigido Enriquez Cano and Amparo Aguirre
16801 W. Tractor Ave.
Huron, CA, 93234

C & A Farms, LLC, et al.
1306 W. Herndon Ave., Suite 101
Fresno, CA  93711

C&A Farms, LLC, et al
5260 N. Palm Ave, Ste. 421
Mail Stop M
Fresno, CA  93704

Candice Henry, as Successor Trustee of
the Todd Henry  Revocable Trust
7489 North First Street, Ste 104
Fresno, CA 93720

Cantua Orchards, LLC
5260 N. Palm Ave, Ste. 421,
Mail Stop M
Fresno, CA  93704

1

20039.001/Westlands Service List

WESTLANDS Property Specific Service List

Chicago Title Company
5170 Golden Foothill Parkway, Suite 130
El Dorado Hills, CA 95762

Clay Beck
1255 Cherry St.
Tulare, CA, 93274-2233

Coalinga-Huron Library District
305 N. 4th Street
Coalinga, CA 93210

Copper Avenue Investments, LLC, et al.
1306 W. Herndon Ave. #101
Fresno, CA 93711

Darius Assemi, as  Trustee of the Amended and
Restated Darius Assemi Revocable Trust  dated
January 30, 2007, as amended
5260 North Palm Ste 421
Mail Stop M
Fresno, CA 93704

Dennis Woods and Cheryl Woods, Co-Trustee of the
Dennis and Cheryl Woods Family Revocable Trust
Of May 2005
c/o Westside Farming, LLC
7489 North First Street, Ste 104
Fresno, CA 93720

E & C Farms, LLC
9086 Lacey Blvd.
Hanford, CA 93230

EBC Farms LLC
9086 Lacey Blvd.
Hanford, CA 93230

EGC Investments, Inc.
9086 Lacey Blvd.
Hanford, CA 93230

Excelsior-Kings River Resource
Conservation District
680 Campus Dr., Suite E
Hanford, CA 93230

Farid Assemi, Trustee of the Amended and Restated
Farid Assemi Revocable Trust dated January 24,
2007, as amended
5260 North Palm, Suite 421
Mail Stop M
Fresno, CA  93704

Farshid Assemi and Sonia Rosemary Assemi, Co-
Trustees of the Amended and Restated Farshid
Assemi and Sonia Rosemary Assemi  Revocable
Trust dated January 31, 2007, as amended
5260 North Palm Ste. 421
Mail Stop M
Fresno, CA 93704

First American Title Insurance Company
9255 Town Center Drive, Ste. 200
San Diego, CA 92121

Fresno County
Fresno County Clerk
2220 Tulare St.
Fresno, CA 93721

Fresno First Bank
7690 N. Palm Ave.  #101
Fresno, CA 93711

Fresno MSA Limited Partnership, d/b/a Verizon
Wireless
180 Washington Valley Road
Bedminster, NJ 07921
Attn: Network Real Estate (Site: I5 & Dinuba)

Fresno Westside Mosquito Abatement
Attn: Chance Rowan, District Manager
2555 N Street
Firebaugh, CA 93622

Granville Farms, LLC, et al.
1306 W. Herndon Ave., Suite 101
Fresno, CA  93711

Hector Lainez
44594 W. Manning Ave.
Mendota, CA 93640

Henry Family Farms LP
7491 N. Remington Ste. 102
Fresno, CA 93711

Henry Family Farms LP
Attn:  Michael Henry
1591 E. Silver Summit
Fresno, CA 93730

Henry Farmily Farms, LP
7489 North First Street, Suite 104
Fresno, CA  93720

IP Land Holdings, LLC
9450 SW Gemini Drive PMB 68743
Beaverton, OR 97008-7105

2

WESTLANDS Property Specific Service List

Jesus Rivera and Estafani Vazquez
35540 W. Kamm Ave.
Cantua Creek, CA 93608

Jone Angel Barajas and Maria Irma Lainez
35544 W. Kamm Ave.
Cantua Creek, CA 93608

Jone Carmen Arteaga Barajas and Eva Angelina
Llamas
35546 W. Kamm Ave
Cantua Creek, CA 93608

Jose Amador and Flor Amador
35548 W. Kamm Ave.
Cantua Creek, CA 93608

Kamm South, LLC
5260 Palm Ave Ste 421
Mail Stop M
Fresno, CA, 93704

Kamm South, LLC
1306 W. Herndon Ave., Suite 101
Fresno, CA  93711

Kings County
Kings County Clerk
1400 W. Lacey Blvd
Hanford, CA 93230

Kings County Auditor
Kings County Finance Department
1400 W. Lacey Blvd.
Hanford, CA 93230

Kiti Campbell, Supervisor of Resources
Westlands Water District GSA
3130 N. Fresno Street
P.O. Box 6056
Fresno, CA 93703-6056

Klein DeNatale Goldner, LLP
Attn: Jennifer Reisz
10000 Stockdale Highway, Suite 200
Bakersfield, CA 93311

Kristine R. Robinson and Melanie J. Aldridge, as
trustees of the Kristine R. Robinson Revocable Trust
1511 North Empire Lane
Clovis, CA 93619

Leon A. Moreno
205 East River Park Circle, Ste 430
Fresno, CA 93720

Lincoln Grantor Farms, LLC, et al.
1306 W. Herndon Ave., Suite 101
Fresno, CA  93711

Manning Avenue Pistachios, LLC
5260 N. Palm Ave, Ste 421
Mail Stop M,
Fresno, CA 93704

Manning Avenue Pistachios, LLC
Attn:  John Bezmalinovic
5260 N. Palm Ave, Ste 421
Mail Stop M,
Fresno, CA 93704

Maricopa Orchard, LLC
5260 Palm Ave Ste 421
Mail Stop M
Fresno, CA  93704

Maricopa Orchards, LLC, et al.
1306 W. Herndon Ave., Suite 101
Fresno, CA  93711

Metropolitan Life Insurance Company
10801 Mastin Street, Ste 700
Overland Park, KS 66210
Attn: Director

Metropolitan Life Insurance Company
Agricultural Investments
205 East River Park Circle, Ste 430
Fresno, CA 93720
Atten:  Director, WRO

Metropolitan Life Insurance Company
Agricultural Investments
10801 Mastin Street, Ste 700
Overland Park, KS 66210
Attn: Law Department

Metropolitan Life Insurance Company
c/o MetLife Investment Management, LLC
205 East River Park Circle, Ste 430
Fresno, CA 93720

Metropolitan Life Insurance Company
10801 Mastin Street, Ste 930
Overland Park, KS 66210
Attn:  SSU Director

Metropolitan Life Insurance Company
Agricultural Investments
205 E. River Park Circle, Ste 330
Fresno, CA 93720
Attn:  Director, WRO

3

WESTLANDS Property Specific Service List

Metropolitan Life Insurance Company
205 East River Park Circle, Suite 330
Fresno, CA 93720
Attn: Manager

Metropolitan Life Insurance Company
10801 Mastin Blvd., Suite 930
Overland Park, KS 66210
Attn: Legal Department

Michelle R. Thompson, Trustee
5588 North Palm Avenue, Suite G-1
Fresno, CA 93704

MUFG Union Bank, N.A.
7108 N Fresno Street, Suite 200
Fresno, CA 93720
Attention: Scott Lisle

Nili Holdings LLC
5260 Palm Ave
Fresno, CA, 93704-2217

Old Republic Title Company
7451 N. Remington Ave., Suite 102
Fresno, CA 93711

Old Republic Title Company
275 Battery Street, Suite 750
San Francisco, CA 94111

Origis Development, LLC
800 Brickell A venue, Suite 1000
Miami, FL 33131
Attention: General Counsel

Panoche Pistachios, LLC
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

PGIM Real Estate Finance
c/o Prudential Asset Resources
2100 Ross Avenue, Suite 2500
Dallas, TX 75201
Attention: Agricultural Loan Servicing

PGIM Real Estate Finance, LLC
c/o Prudential Asset Resources
2100 Ross Avenue, Suite 2500
Dallas, TX 75201
Attention: Legal Department

PGIM Real Estate Finance, LLC
c/o Loan Services,
2100 Ross Avenue, Suite 2500
Dallas, TX 75201

PGIM Real Estate Finance, LLC
c/o Prudential Asset Resources
2100 Ross Avenue, Suite 2500
Dallas TX, 75201

PGIM Real Estate Finance, LLC
2100 Ross Avenue, Suite 2500
Dallas, TX 75201

Phillip Christensen, Receiver (over certain property
of Kamm South LLC)
c/o Agriglobe
2787 W Bullard Avenue, Suite 106
Fresno, CA, USA 93711

Poso Creek Water Company
5260 North Palm, Suite 421
Mail Stop M
Fresno, CA 93704

Poso Creek Water Company
Attn: Managers
5260 North Palm Ste 421
Mail Stop M
Fresno, CA 93704

Rachel Marie White
1306 West Herndon, Ste 101
Fresno, CA 93711

Rafael Vazquez and Laura Morales
35542 W. Kamm Ave
Cantua Creek, CA 93608

Rooster Capital IV LLC
5465 Mills Civic Parkway, Ste 201
West Des Moines, IA 50266

Sageberry Farms, LLC, et al.
1306 W. Herndon, Suite 101
Fresno, CA 93711

San Luis West Solar, LLC
800 Brickell Avenue, Suite 1000
Miami, FL 33131
Attention: James Diven

SCI Consulting Group
Administrator for Fresno Westside MAD
4745 Mangels Boulevard
Fairfield, CA 94534

4

20039.001/Westlands Service List

WESTLANDS Property Specific Service List

SJV Transmission LandCo, LLC
Attn: Legal Department
3857 Birch Street, Suite 441
Newport Beach, CA 92660

The Bank of New York Mellon
101 Barclay Street, 4W
New York, NY 10286

The Bank of New York Mellon
2100 Ross Avenue, Suite 2500
Dallas, TX 75201

The Prudential Insurance Company of America
c/o Prudential Asset Resources
2100 Ross Avenue, Suite 2500
Dallas, TX 75201
Attention: Agricultural Loan Servicing

The Prudential Insurance Company of America
c/o Prudential Asset Resources
2100 Ross Avenue, Suite 2500
Dallas, TX 75201
Attention: Legal Department

The Prudential Insurance Company of America
2100 Ross Avenue, Suite 2500
Dallas, TX 75201

The Prudential Insurance Company of America
c/o Loan Services
2100 Ross Avenue, Suite 2500
Dallas, TX 75201

The Water Agency, Inc.
7081 North Marks Ave, Ste 104 PMB 322
Fresno, CA 93711

The Water Agency, Inc.
Attn: Erick H. Johnson
1283 Van Nuys Street
San Diego, CA 92109

T-Mobile USA, Inc.
12920 SE 38th Street
Bellevue, WA 98006
Attn: Lease Compliance
Site Number: SC60303A

Todd Henry Revocable Trust
7489 North First Street, Suite 104
Fresno, CA  93720

Truist Bank, as Collateral Agent
919 E. Main Street
Richmond, VA 23219
Attn: Robert Gennari

U.S Bank National Association Custodian/Trustee for
Federal Agricultural Mortgage Corporation
1133 Rankin Street, Ste. 100
St Paul, MN 55116

U.S. Bank National Association, as Administrative
Agent
400 City Center
Oshkosh, WI 54901

U.S. Bank National Association, Successor to MUFG
Union Bank, N.A.
400 City Center
Oshkosh, WI 54901

Union Bank, N.A.
7108 N. Fresno Street, Suite 200
Fresno, CA 93720
Attention: Scott Lisle

Wells Fargo Bank, N.A.
8405 N Fresno St., Suite 200
Fresno, CA  93720
Attention: Vahagn Bznouni, Sr. VP

Wells Fargo Bank, N.A., as Administrative Agent
7711 Plantation Road
Roanoke, VA 24019
Attn: Bobby Ausman

Westlands Grape LandCo, LLC
4700 Wilshire Boulevard
Los Angeles, CA 90010
Attn: Jennifer Gandin

Westlands Grape LandCo, LLC
c/o Fragner Seifert Pace & Mintz
800 S. Figueroa Ave., Suite 680
Los Angeles, CA 90017
Attn: Matthew C. Fragner

Westlands Grape LandCo, LLC
4700 Wilshire Boulevard
Los Angeles, CA 90010
Attn: General Counsel

Westlands Grape, LLC
c/o Fragner Seifert Pace & Mintz
800 S. Figueroa Ave., Suite 680
Los Angeles, CA 90017
Attn: Matthew C. Fragner

20039.001/Westlands Service List

WESTLANDS Property Specific Service List

Westlands Grape, LLC
4700 Wilshire Boulevard
Los Angeles, CA 90010
Attn: Jennifer Gandin

Westlands Grape, LLC
4700 Wilshire Boulevard
Los Angeles, CA 90010
Attn: General Counsel

Westlands Solar Park Phase II Holdings, LLC
4700 Wilshire Boulevard
Los Angeles, CA  90010
Attn: Jennifer Gandin

Westlands Water District
Attn: Russ Freeman
286 W. Cromwell Ave.
Fresno, CA 93711

Westlands Water District
Distribution District No. 1
Attn: Russ Freeman
286 W. Cromwell Ave.
Fresno, CA 93711

Westlands Water District
Distribution District No. 2
Attn: Russ Freeman
286 W. Cromwell Ave.
Fresno, CA 93711

Willdan Financial Services
Administrator for Fresno County Fire Protection
District - CFD No. 2010-01
27368 Via Industria Suite 200
Temecula, CA 92590

Wood Land Company, LLC
652 West Cromwell, Suite 103
Fresno, CA 93711

Yosemite Production Credit, PCA
806 W. Monte Vista Ave.
Turlock, CA 95382

Purple Holdco I LLC
c/o GSCE Valley Solar Development, LLC
Attn: Legal Department
3857 Birch Street, Suite 441
Newport Beach, CA 92660

6

104 Investments, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

ACAP Farms, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

ACAP Farms, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

ACAP Holdings, LLC
1306 W Herndon Ave., #101
Fresno, CA 93711

Aera Energy LLC
PO Box 11164,
Bakersfield, CA 93389

Alva Corporation
8300 N. Hayden Road, Ste. 100,
Scottsdale, AZ 85258

American Equity Investment Life Insurance Company
6000 Westown Parkway
West Des Moines, IA 50266

Ashlan & Hayes Investments, LLC
1306 W Herndon Ave., #101
Fresno, CA 93711

Assemi Brothers, LLC
1306 W, Herndon Ave.
Fresno, CA 93711

Assemi Brothers, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Assemi Group, Inc.
Attn: John A. Bezmalinovic
1396 W. Herndon Ave., Suite 101
Fresno, CA 93711

Ben Nakagama and Julie Nakagawa
946 South Hughes
Fresno, CA 93706

Betsy E. Garcia
575 E. Rumi Ave.
Fresno, CA  93723

C & A Farms LLC
1306 W, Herndon Ave.
Fresno, CA 93711

C & A Farms LLC
1306 W, Herndon Ave., #101
Fresno, CA 93711

C & A Farms LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

C & A Farms LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

C & A Farms
c/o Stan Cornwell,
P.O. Box 1947,
San Joaquin, CA 93360

C&A Farms LLC
Hostetler Ranches LLC
1396 W Herndon #101
Fresno, CA  93711

C&A Farms, LLC
Melanie J. Aldridge, Esq.,
440 West Fallbrook, #106,
Fresno, CA 93711

C. A. Henson & John Landers dba Henson & Landers,
a partnership
Rt. 3, Box 959
Bakersfield, CA  93307

California Minerals, L.P.
1111 Fannin St., Suite 1700
Houston, TX  77002

California's Golden Citrus Company, LLC
c/o Ted Price,
263 Via Oliveria,
Camirillo, CA 93012

Cantua Orchards, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Cantua Orchards, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Cardinal Pipeline, L. P.
1900 Main St. Ste 600
Irvine, CA  92614-7319

Chevron U.S.A. Inc.
4900 California Ave.,
P.O. Box 1392
Bakersfield, CA  93389

Chevron U.S.A. Inc.
P.O. Box 6
Bakersfield, CA  93303

City Clerk City of Fresno
2326 Fresno Street
Fresno, CA

City of Fresno
City Clerk
2600 Fresno Street
Fresno, CA  93721

City of Fresno
Public Works Department
Attn: Bruce Abbott
2600 Fresno Street
Fresno, CA  93721

Clifford A. Henson and Lavern Henson
R. 3 Box 959
Bakersfield, CA  93307

Conterra Agricultural Capital, LLC
5465 Mills Civic Parkway, Suite 201
West Des Moines, IA  50266

Conterra Agricultural Capital, LLC
7755 Office Plaza Drive North, Suite 195
West Des Moines, IA  50266

Conterra Agricultural Capital, LLC
Attn: Mark A Smith
5465 Mills Civic Parkway, Suite 201
West Des Moines, IA  50266

Copper Avenue Investments, LLC
1308 W. Herndon Ave., Suite 101
Fresno, CA 93711

Copper Avenue Investments, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Copper Avenue Investments, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Copus River Farms, LLC
Attn: Legal Department
1306 West Herndon, Suite 101
Fresno, CA  93711

County of Kern
Property Management Dept.
1415 Truxtun Ave.
Bakersfield, CA  93301

County of Kings
Board of Supervisors
1400 W. Lancey Blvd.
Hanford, CA  93230

E.ON Climate & Renewables North America
Attn: General Counsel
353 N. Clark St., 30th Floor
Chicago, IL  60654

Emily Derderian
6668 N. West Street
Fresno, CA 93711

Equilon Enterprises LLC d/b/a Shell Oil Products US
150 N. Dairy Asford
Houston, TX  77079

Federal Agricultural Mortgage Corporation
c/o Brodie Austin Surfus,
Marshall Craig Whitney
Whitney Thompson & Jeffcoach
970 W. Alluvial Ave.
Fresno, CA 93711

Federal Agricultural Mortgage Corporation
c/o William D. Curtis, Gabriel L. Mathless
Moore &VanAllen
100 North Tryon Street, Suite 4700
Charlotte, NC 28202

Federal Aviation Administration
Office of the Chief Counsel
Attn: William "Liam" McKenna
800 Independence Avenue SW
Washington, DC 20591

Federal Land Bank Association of Kingsburg
c/o Scott Anderson,
PO Box 68
Kingsburg, CA 93631

FFGT Farms, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Floyd Lester Roberts and Eva Roberts
13075 West McKinley
Kerman, CA 93630

Fresno Irrigation District
2907 South Maple Ave.
Fresno, CA  93725

Gardner Almonds, LLC
2055 Woodside Road, #195
Redwood City, CA 94061

Golden State Finance Authority
1215 K Street
Sacramento CA 95814

Gradon Farms, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Gradon Farms, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Grapeman 320 Ranch L.P.
PO Box 6157,
Beverly Hills, CA 90212

Grapeman 320 Ranch LP
9777 Wilshire Blvd.,  Ste. 918
Beverly Hills, CA 90212

Grapeman Exitus Vineyard, LP
9777 Wilshire Blvd. Suite 918
Beverly Hills, CA  98212

James L. Guy
2516 Silver Dr.
Bakersfield, CA  93306

Joan King
James Richard Hunt
33525 S. J&E Road
Auberry, CA 93602

John E. Landers
R. 3 Box 959
Bakersfield, CA 93307

Lance Miller, Receiver
c/o John E. Mitchell, Michaela C. Crocker,
Yelena E. Archiyan
Katten Muchin Rosenman LLP
2121 North Pearl St, Ste. 1100
Dallas, TX 75201-2591

Lance Miller, Receiver
c/o Terence G. Banich
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3963

Lincoln Grantor Farms, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Lincoln Grantor Farms, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Lisa A. Cutts
Cutts Law, PC
5088 N. Fruit Avenue, Suite 101
Fresno, CA 93711

LJL
4950 Waring Rd., #111
San Diego, CA 93711

Locans Investments, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Maricopa Orchards, LLC
1306 W, Herndon Ave.
Fresno, CA 93711

Maricopa Orchards, LLC
5260 N. Palm #421 Stop M
Fresno, CA 93704

Maricopa Orchards, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Maricopa Orchards, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Maricopa Orchards, LLC
P.O. Box 428,
Lemoore, CA 93245

Maricopa West Solar PV, LLC
c/o E.ON Climate & Renewables North America
Attn: Dave Azzam
20 California Street, Suite 500
San Francisco, CA 94111

Mark R. Baeman, Esq.
Young Woodridge LLP
1800 30th Street, 4th Floor
Bakersfield, CA 93301

Maxine Pilgrim, William L. Gammon,
Jack L. Gammon
1415 18th Street,
Great Westen Savings Building, Room 509,
Bakersfield, CA

Metropolitan Life Insurance Company Agricultural
Investments
Attn: Director, WRO
205 E. River Park Circle, Suite 330
Fresno, CA 93720

Metropolitan Life Insurance Company
Attn: SSU Director
10801 Mastin Street, Suite 930
Overland Park, KS 66210

MUFG Union Bank, N.A.
Attn: Scott Lisle
7108 N. Fresno Street, Suite 200
Fresno, CA 93720

Nahabedian Exploration Group, LLC
c/o Martin I. Smith, Inc.
45-250 Club Drive
Indian Wells, CA 922210

Old Republic Title Company
7451 N. Remington Ave., Suite 102
Fresno, CA 93711

Pacific Gas and Electric Company
Land Department
1401 Fulton Street
Fresno, CA 93760

Pacific Gas and Electric Company
Land Department,
PO Pin 319,
Bakersfield, CA 93302

Pacific Gas and Electric Company
Land Rights Office - Fresno
650 "O" Street, Third Floor
Fresno, CA 93760

Pacific Gas and Electric Company
Land Services - Fresno
650 "O" Street, Bag 23
Fresno, CA 93760

Palo Verde Investments N.V.
5500 Ming Ave., Suite 100
Bakersfield, CA 93309

Public Works Department
City of Fresno
2600 Fresno Street
Fresno, CA 93721-3623
Attn: Bruce Abbott

Rooster Capital IV LLC
5465 Mills Civic Parkway, Suite 201
West Des Moines, IA 50266

Rooster Capital IV, LLC
c/o Bernard Jaron Kornberg
Miller Nash LLP
340 Golden Shores, Ste 450
Long Beach, CA 90802

San Raphael Fruits Corporation
c/o Keith Mori,
904 Silver Spur Road, Ste. 388,
Rolling Hills Estates, CA 90274

SiteCo, LLC
Attn: Office of the General Counsel
300 California Street, 7th Floor
San Francisco, CA  94104

State of California Department of Transportation
1352 W. Olive Ave.
Fresno, CA  93728

Summit Slough Ranch, LLC
8519 24th Ave.
Lemoore, CA 93245

The Nahabedian Exploration Group, LLC
c/o Martin I. Smith, Inc.
45-250 Club Drive
Indian Wells, CA 92210

The Prudential Insurance Company of America
c/o Prudential Asset Resources
Attn: Agricultural Loan Servicing
2100 Ross Ave., Suite 2500
Dallas, TX  75201

The Prudential Insurance Company of America
c/o Prudential Asset Resources
Attn: Legal Dept.
2100 Ross Ave., Suite 2500
Dallas, TX  75201

U.S. Bank National Association, as Custodian/Trustee
for Federal Agricultural Mortgage Corporation
programs
1133 Rankin Street, Suite 100
St Paul, MN 55116

UNI-CA Enterprises, Inc.
c/o Bill Gammon,
13755 Costajo Street,
Bakersfield, CA 93313

United States of America, Department of
Transportation,
Federal Aviation Administration
Real Property & Utilities Section
P.O. Box 92007
Worldway Postal Center
Los Angeles, CA 90009

US Horticulture Farmland, LLC
c/o Westchester Group Investment Management, Inc.
Attn: Frank Lu
6715 N. Palm Ave., Suite 101
Fresno, CA  93704

Vintage Petroleum LLC
Attn: Land Manager
9600 Ming Ave.
Bakersfield, CA  93311

Wells Fargo Bank, N.A.
Attn: Vahagn Bznouni, Sr. VP
8405 N. Fresno St., Suite 200
Fresno, CA  93720

Wheeler Ridge Maricopa Water Storage District
12109 Highway 166
Bakersfield, CA 93313

Wheeler Ridge Maricopa Water Storage District
P.O. Box 9429
Bakersfield, CA 93389

Wheeler Ridge-Maricopa Water Storage District
Young, Woolridge, Paulden, Self & Williams
1600 "M" Street,
Bakersfield CA

Whitesbridge Farms, LLC
1306 W, Herndon Ave.
Fresno, CA 93711

Whitesbridge Farms, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Whitesbridge Farms, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Willow Avenue Investments, LLC
1306 E. Herndon Ave, Ste. 101,
Fresno, CA 93711

Willow Avenue Investments, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Willow Avenue Investments, LLC
5260 N. Palm Ave., Suite 421, Mail Stop A
Fresno, CA  93704

Willow Avenue Investments, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Fresno County
Fresno County Clerk
2220 Tulare St
Fresno, CA 93721

Kern County
Kern County Clerk
1115 Truxtun Ave # 5th
Bakersfield, CA  93301

Kings County
Kings County Clerk
1400 W. Lacey Blvd.
Hanford, CA  93230

Laguna Irrigation District
Attn: Scott Sills
5065 19 1/2 Ave.
Riverdale, CA  93656

Laguna Irrigation District
c/o Upper San Jose Water Company
5065 19 1/2 Ave.
Riverdale, CA  93656

Laguna Irrigation District
c/o Upper San Jose Water Company
Attn: Michael Nordstrom, General Counsel
222 W. Lacey Blvd.
Hanford, CA  93230

Westlands Water District
Attn: Russ Freeman
286 W. Cromwell Ave
Fresno, CA 93711

Fresno Irrigation District
Attn: Jeffrey Boswell
2907 S Maple Ave.
Fresno, CA  93725

Wheeler Ridge
Attn: Sheridan Nicholas
12109 CA-166
Bakersfield, CA  93313

Wheeler Ridge
c/o Young Wooldridge LLP
Attn:  Steven M. Torigiani, General Counsel
10800 Stockdale Hwy, Suite 202
Bakersfield, CA  93311

Michael R. Farrell
Matthew D. Pham
Allen Matkins Leck Gamble Mallory & Natsis LLP
865 S. Figueroa Street, Ste 2800
Los Angeles, CA 90071

Richard M. Pachulski
Ira D. Kharasch
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4003

Chicago Title Company
5170 Golden Foothill Parkway, Suite 130
El Dorado Hills, CA  95762

First American Title Insurance Company
9255 Town Center Drive, Suite 200
San Diego, CA  92121

First American Title Insurance Company
Attn: Bryant Mendel, Vice President
9255 Town Center Drive, Suite 200
San Diego, CA  92121

First American Title Insurance Company
Attn: David Z Bark, Foreclosure Trustee
9255 Town Center Drive, Suite 200
San Diego, CA  92121

Old Republic Title Company
c/o Thomas L. Palotas
Jameson Pepple Cantu PLC
801 Second Ave., Suite 700
Seattle, WA 98104

Madera Irrigation District
Attn: Thomas Greci
12152 Rd 28 1/4
Madera, CA  93637

Madera Irrigation District
Attn: John Kinsey
12152 Rd 28 1/4
Madera, CA  93637

Kings River Resource Conservation District
Attn: David Merritt
4886 E. Jensen Ave.
Fresno, CA  93725

Fresno Metropolitan Flood Control District
Attn: Peter Sanchez
5469 E. Olive Ave.
Fresno, CA  93727

Buttonwillow Improvement District
Attn: Jason Gianquinto
1101 Central Ave.
Wasco, CA  93280

Pond Poso Improvement District
Attn: Jason Gianquinto
1101 Central Ave.
Wasco, CA  93280

North Kern South Tulare Hospital District
Attn: Kathy Gutierrez
1509 Tokay Ave.
Delano, CA  93215

Kern Community College District
Attn: Tracy Blakemore
2100 Chester Ave.
Bakersfield, CA  93301

104 Investments, LLC, a California limited liability
company
Attn: Eric Thor
5260 N. Palm Ave., Suite 421
Fresno, CA  93704

ACDF, LLC, a California limited liability company
Cantua Orchards, LLC, a California limited liability
company
Attn: Eric Thor
5260 N. Palm Ave., Suite 421
Fresno, CA  93704

Bear Flag Farms, LLC
Attn: Legal Department
5260 N. Palm Ave., Suite 421, Mail Stop M
Fresno, CA 93704

Bishop Farms 15, LLC
Attn: Eric Thor
5260 N. Palm Ave., Suite 421
Fresno, CA  93704

Boulevard Associates, LLC
700 Universe Blvd.
Juno Beach, FL 33408
Attn: Land Services Administration

C&A Farms, LLC
Maricopa Orchards, LLC
Attn: Jon Reiter, CEO and Jennifer Reisz, General
Counsel
1306 West Herndon Ave., Suite 101
Fresno, CA  93711

Cantua Orchards, LLC
Lincoln Grantor Farms, LLC
5260 N. Palm Ave., Suite 421, Mail Stop M
Fresno, CA  93704
Attn: Legal Department

Donna Brown
Old Republic Title Company
7451 N. Remington Ave., Suite 102
Fresno, CA  93711

Grandon Farms, LLC, a California limited
liability company
ACDF, LLC, a California limited liability company
Attn: Eric Thor
5260 N. Palm Ave., Suite 421
Fresno, CA  93704

Granville Farms, LLC, a California limited liability
5260 N. Palm Ave., Suite 421, Mail Stop M
Fresno, CA  93704

GSCE Valley Solar Development, LLC, a Delaware
limited liability company
Attn: Legal Department
3857 Birch Street, Suite 441
Newport Beach, CA  92660

GVM Investments, LLC
Grandon Farms, LLC
Attn: Legal
1306 W. Herndon Ave., Suite 101
Fresno, CA  93711

Lincoln Grantor Farms, LLC, a California limited
liability company
Grandon Farms, LLC, a California limited liability
company
5260 N. Palm Ave., Suite 421
Fresno, CA  93704

Locans Investments, LLC, a California limited
liability company
Attn: Eric Thor
5260 N. Palm Ave., Suite 421
Fresno, CA  93704

Maricopa Orchards, LLC
Attn: Legal Department
1306 West Herndon Ave., Suite 101
Fresno, CA  93711

Maricopa Orchards, LLC,
a California limited liability company
Attn: Eric Thor
5260 N. Palm Ave., Suite 421
Fresno, CA  93704

Origis Holdings USA Subco, LLC
800 Brickell Ave., Suite 1000
Miami, FL 33131
Attn: Samir Verstyn

Origis Holdings USA Subco, LLC
c/o Allen Matkins
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111
Attn: Barry Epstein, Esq.

Sageberry III, LLC
Sageberry IV, LLC
Attn: Legal
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

San Luis West Solar, LLC
c/o Dos Puntos, LLC
Attn: General Counsel
10 Ivy Drive
Orinda, CA  94563

Wegis Family Farms LLC
Attn: Michael C. Young
34929 Flyover Court
Bakersfield, CA  93308

Westlands Cherry, LLC
c/o 4700 Wilshire Blvd.
Los Angeles, CA  90010
Attn:  Jennifer Gandin

Westlands Cherry, LLC
c/o 4700 Wilshire Blvd.
Los Angeles, CA  90010
Attn: General Counsel

Westlands Cherry, LLC
c/o Matthew C. Fragner, Esq.
Fragner Seifert Pace & Mintz, LLP
800 S. Figueroa, Ave., Suite 680
Los Angeles, CA  90017

Willow Avenue Investments, LLC
Attn: Legal Department
1306 West Hendon Ave., Suite 101
Fresno, CA  93711

Office of County Counsel
Attn: Jeremy S. McNutt,
Deputy County Counsel
1115 Truxtun Ave., 4th Floor
Bakersfield, CA 93301

American Equity Investment Life Insurance Company
c/o Brookfield Wealth Solutions
Brookfield Place New York
250 Vesey Street, 15th Floor
New York, New York 10281
Attn: Brad Michaelson

Daniel L. Egan
Wilke Fleury LLP
621 Capitol Mall, Suite 900
Sacramento, CA 95814

Jonathan Reiter
7058 N. West Avenue
Suite 101
Fresno CA 93711

Nili Holdings, LLC
Attn: Mindy Nili
21 Rockrose
Aliso Viejo, CA 92656

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

United States Attorney's Office
Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA. 93721

Office of the Attorney General
1300 "I" Street
Sacramento, CA 95814-2919

Office of the Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550

Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Office of the Attorney General
1515 Clay Street
Oakland, CA 94612-1499

Office of the Attorney General
P.O. Box 70550
Oakland, CA 94612-0550

Office of the Attorney General
2550 Mariposa Mall, Room 5090
Fresno, CA 93721-2271

Office of the Attorney General
300 South Spring Street
Los Angeles, CA 90013-1230

Office of the Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101-3702

Office of the Attorney General
P.O. Box 85266-5299
San Diego, CA 92186-5266