# EXHIBIT A

| | | |
|---|---|---|
| 104 Partners, LLC, et al.<br>1306 W. Herndon, Suite 101<br>Fresno, CA 93711 | ACDF, LLC, et al.<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 | Alan Elias and Angelica Vivanco<br>35550 W. Kamm Ave<br>Cantua Creek, CA 93608 |
| Alberto Atlagco<br>16803 W. Tractor Ave<br>Huron, CA, 93234 | Allen Matkins Leck Gamble<br>Mallory & Natsis LLP<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA 94111<br>Attention: Barry Epstein, Esq. | American Equity Investment Life Insurance<br>Company<br>6000 Westtown Parkway<br>West Des Moines, IA 50266 |
| Arroyo Pasajero Mutual Water Company<br>Attn: Ross Franson, President<br>7041 N Van Ness Blvd<br>Fresno, CA 93711 | Avila Ranch EA, LLC, et al.<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 | Beacon Default Management, Inc.<br>30101 Agoura Court, Suite 203<br>Agoura Hills, CA 91301 |
| Bear Flag Farms, LLC, et al.<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 | Beck Family Orchards<br>2023 E. Prosperity Ave, #30<br>Tulare, CA 93274 | Bettie J Ward, Trustee<br>5588 North Palm Avenue, Suite G-1<br>Fresno, CA 93704 |
| Boulevard Associates, LLC<br>700 Universe Blvd,<br>Juno Beach, FL 33408<br>Attn: Land Services Administration | Brighthouse Life Insurance Company<br>10801 Mastin Street, Ste 930<br>Overland Park, KS 66210<br>Attn: SSU Director | Brighthouse Life Insurance Company<br>Agricultural Investments<br>205 E. River Park Circle, Ste 330<br>Fresno, CA 93720<br>Attn: Director, WRO |
| Brighthouse Life Insurance Company<br>10801 Mastin Street, Ste 930<br>Overland Park, KS 66210<br>Attn: Law Department | Brigido Enriquez Cano and Amparo Aguirre<br>16801 W. Tractor Ave<br>Huron, CA, 93234 | C & A Farms, LLC, et al.<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 |
| C&A Farms, LLC, et al<br>5260 N. Palm Ave, Ste 421, Mail Stop M<br>Fresno, CA 93704 | Candice J Henry<br>PO Box 26540<br>Fresno, CA, 93729-6540 | Candice J Henry, Trustee<br>PO Box 26540<br>Fresno, CA, 93729-6540 |
| Cantua Orchards, LLC<br>5260 N. Palm Ave, Ste 421, Mail Stop M<br>Fresno, CA 93704 | Chicago Title Company<br>5170 Golden Foothill Parkway, Suite 130<br>El Dorado Hills, CA 95762 | Clay Beck<br>1255 Cherry St.<br>Tulare, CA, 93274-2233 |
| Coalinga-Huron Library District<br>305 N. 4th Street<br>Coalinga, CA 93210 | Copper Avenue Investments, LLC, et al.<br>1306 W. Herndon Ave #101<br>Fresno, CA 93711 | E & C Farms, LLC<br>9086 Lacey Blvd<br>Hanford, CA 93230 |
| EBC Farms LLC<br>9086 Lacey Blvd<br>Hanford, CA 93230 | EGC Investments, Inc.<br>9086 Lacey Blvd.<br>Hanford, CA 93230 | Excelsior-Kings River Resource<br>Conservation District<br>680 Campus Dr., Suite E<br>Hanford, CA 93230 |

| | | |
|---|---|---|
| First American Title Insurance Company<br>9255 Town Center Drive, Ste 200<br>San Diego, CA 92121 | Fresno County<br>Fresno County Clerk<br>2220 Tulare St<br>Fresno, CA 93721 | Fresno County Auditor-Controller/<br>Treasurer-Tax Collector<br>Tax Collection Division<br>PO Box 1192<br>Fresno, CA 93715-1192 |
| Fresno First Bank<br>7690 N. Palm Ave. #101<br>Fresno, CA 93711 | Fresno MSA Limited Partnership, d/b/a Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, NJ 07921<br>Attn: Network Real Estate (Site: I5 & Dinuba) | Fresno Westside Mosquito Abatement<br>Attn: Chance Rowan, District Manager<br>2555 N Street<br>Firebaugh, CA 93622 |
| Gary G. Robinson and Karen E. Robinson, Co-trustees of the Gary G. Robinson and Karen E. Robinson 2004 Trust<br>PO Box 2492<br>Avila Beach, CA 93424 | Granville Farms, LLC, et al.<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 | Hector Lainez<br>44594 W. Manning Ave<br>Mendota, CA, 93640 |
| Henry Family Farms LP<br>7491 N. Remington Ste. 102<br>Fresno, CA 93711 | IP Land Holdings, LLC<br>9450 SW Gemini Drive PMB 68743<br>Beaverton, OR 97008-7105 | Jesus Rivera and Estafani Vazquez<br>35540 W. Kamm Ave<br>Cantua Creek, CA 93608 |
| Jone Angel Barajas and Maria Irma Lainez<br>35544 W. Kamm Ave<br>Cantua Creek, CA 93608 | Jone Carmen Arteaga Barajas and<br>Eva Angelina Llamas<br>35546 W. Kamm Ave<br>Cantua Creek, CA 93608 | Jose Amador and Flor Amador<br>35548 W. Kamm Ave<br>Cantua Creek, CA 93608 |
| Kamm South, LLC<br>5260 Palm Ave Ste 421<br>Mail Stop M<br>Fresno, CA, 93704 | Kings County<br>Kings County Clerk<br>1400 W. Lacey Blvd<br>Hanford, CA 93230 | Kings County Auditor<br>Kings County Finance Department<br>1400 W. Lacey Blvd.<br>Hanford, CA 93230 |
| Kiti Campbell, Supervisor of Resources<br>Westlands Water District GSA<br>3130 N. Fresno Street, P.O. Box 6056<br>Fresno, CA 93703-6056 | Klein DeNatale Goldner, LLP<br>Attn: Jennifer Reisz<br>10000 Stockdale Highway, Suite 200<br>Bakersfield, CA 93311 | Kristine R. Robinson and Melanie J. Aldridge, as trustees of the Kristine R. Robinson Revocable Trust<br>1511 North Empire Lane<br>Clovis, CA 93619 |
| Leon A. Moreno<br>205 East River Park Circle, Ste 430<br>Fresno, CA 93720 | Lincoln Grantor Farms, LLC, et al.<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 | Maricopa Orchards, LLC, et al.<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 |
| Metropolitan Life Insurance Company<br>10801 Mastin Street, Ste 700<br>Overland Park, KS 66210<br>Attn: Director | Metropolitan Life Insurance Company<br>Agricultural Investments<br>205 East River Park Circle, Ste 430<br>Fresno, CA 93720<br>Atten: Director, WRO | Metropolitan Life Insurance Company<br>Agricultural Investments<br>10801 Mastin Street, Ste 700<br>Overland Park, KS 66210<br>Attn: Law Department |
| Metropolitan Life Insurance Company<br>c/o MetLife Investment Management, LLC<br>205 East River Park Circle, Ste 430<br>Fresno, CA 93720 | Metropolitan Life Insurance Company<br>10801 Mastin Street, Ste 930<br>Overland Park, KS 66210<br>Attn: SSU Director | Metropolitan Life Insurance Company<br>Agricultural Investments<br>205 E. River Park Circle, Ste 330<br>Fresno, CA 93720<br>Attn: Director, WRO |

| | | |
|---|---|---|
| Metropolitan Life Insurance Company<br>205 East River Park Circle, Suite 330<br>Fresno, CA 93 720<br>Attn: Manager | Metropolitan Life Insurance Company<br>10801 Mastin Blvd., Suite 930<br>Overland Park, KS 66210<br>Attn: Legal Department | Michael Henry, Partner<br>Henry Family Farms, LP<br>PO Box 26540<br>Fresno, CA, 93729-6540 |
| Michelle R. Thompson, Trustee<br>5588 North Palm Avenue, Suite G-1<br>Fresno, CA 93704 | MUFG Union Bank, N.A.<br>7108 N Fresno Street, Suite 200<br>Fresno, CA 93720<br>Attention: Scott Lisle | Nili Holdings LLC<br>5260 Palm Ave<br>Fresno, CA, 93704-2217 |
| Old Republic Title Company<br>7451 N. Remington Ave., Suite 102<br>Fresno, CA  93711 | Old Republic Title Company<br>275 Battery Street, Suite 750<br>San Francisco, CA 94111 | Panoche Pistachios, LLC<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 |
| PGIM Real Estate Finance<br>c/o Prudential Asset Resources<br>2100 Ross Avenue, Suite 2500<br>Dallas, TX 75201<br>Attention: Agricultural Loan Servicing | PGIM Real Estate Finance, LLC<br>c/o Prudential Asset Resources<br>2100 Ross Avenue, Suite 2500<br>Dallas, TX 75201<br>Attention: Legal Department | PGIM Real Estate Finance, LLC<br>c/o Loan Services,<br>2100 Ross Avenue, Suite 2500<br>Dallas, TX 75201 |
| PGIM Real Estate Finance, LLC<br>c/o Prudential Asset Resources<br>2100 Ross Avenue, Suite 2500<br>Dallas TX, 75201 | PGIM Real Estate Finance, LLC<br>2100 Ross Avenue, Suite 2500<br>Dallas, TX 75201 | Rachel Marie White<br>1306 West Herndon, Ste 101<br>Fresno, CA 93711 |
| Rafael Vazquez and Laura Morales<br>35542 W. Kamm Ave<br>Cantua Creek, CA 93608 | Rooster Capital IV LLC<br>5465 Mills Civic Parkway, Ste 201<br>West Des Moines, IA 50266 | Sageberry Farms, LLC, et al.<br>1306 W. Herndon, Suite 101<br>Fresno, CA  93711 |
| San Luis West Solar, LLC<br>800 Brickell Avenue, Suite 1000<br>Miami, FL 33131<br>Attention: James Diven | SCI Consulting Group<br>Administrator for Fresno<br>Westside MAD<br>4745 Mangels Boulevard<br>Fairfield, CA 94534 | SJV Transmission LandCo, LLC<br>Attn: Legal Department<br>3857 Birch Street, Suite 441<br>Newport Beach, CA 92660 |
| The Bank of New York Mellon<br>101 Barclay Street, 4W<br>New York, NY 10286 | The Bank of New York Mellon<br>2100 Ross Avenue, Suite 2500<br>Dallas, TX 75201 | The Prudential Insurance Company of America<br>c/o Prudential Asset Resources<br>2100 Ross Avenue, Suite 2500<br>Dallas, TX 75201<br>Attention: Agricultural Loan Servicing |
| The Prudential Insurance Company of America<br>c/o Prudential Asset Resources<br>2100 Ross Avenue, Suite 2500<br>Dallas, TX 75201<br>Attention: Legal Department | The Prudential Insurance Company of America<br>2100 Ross Avenue, Suite 2500<br>Dallas, TX 75201 | The Prudential Insurance Company of America<br>c/o Loan Services<br>2100 Ross Avenue, Suite 2500<br>Dallas, TX 75201 |
| T-Mobile USA, Inc.<br>12920 SE 38th Street<br>Bellevue, WA 98006<br>Attn: Lease Compliance<br>Site Number: SC60303A | U.S Bank National Association Custodian/Trustee<br>for Federal Agricultural Mortgage Corporation<br>1133 Rankin Street, Ste. 100<br>St Paul, MN 55116 | U.S. Bank National Association,<br>as Administrative Agent<br>400 City Center<br>Oshkosh, WI 54901 |

| | | |
|---|---|---|
| U.S. Bank National Association, Successor to MUFG Union Bank, N.A.<br>400 City Center<br>Oshkosh, WI 54901 | Union Bank, N.A.<br>7108 N. Fresno Street, Suite 200<br>Fresno, CA 93 720<br>Attention: Scott Lisle | Union Bank, N.A.<br>PO Box 30115<br>Los Angeles, CA 90030 |
| Wells Fargo Bank, N.A.<br>8405 N Fresno St., Suite 200<br>Fresno, CA 93720<br>Attention: Vahagn Bznouni, Sr. VP | Westlands Solar Park Phase II Holdings, LLC<br>4700 Wilshire Boulevard<br>Los Angeles, CA90010<br>Attn: Jennifer Gandin | Westlands Water District<br>Attn: Russ Freeman<br>286 W. Cromwell Ave<br>Fresno, CA 93711 |
| Westlands Water District<br>Distribution District No. 1<br>Attn: Russ Freeman<br>286 W. Cromwell Ave<br>Fresno, CA 93711 | Westlands Water District<br>Distribution District No. 2<br>Attn: Russ Freeman<br>286 W. Cromwell Ave<br>Fresno, CA 93711 | Willdan Financial Services<br>Administrator for Fresno County Fire Protection District - CFD No. 2010-01<br>27368 Via Industria Suite 200<br>Temecula, CA 92590 |
| Wood Land Company, LLC<br>652 West Cromwell, Suite 103<br>Fresno, CA 93711 | Yosemite Production Credit, PCA<br>806 W. Monte Vista Ave<br>Turlock, CA 95382 | Kamm South, LLC<br>1306 W. Herndon Ave., Suite 101<br>Fresno, CA 93711 |
| Manning Avenue Pistachios, LLC<br>5260 N. Palm Ave, Ste 421,<br>Mail Stop M<br>Fresno, CA 93704 | Manning Avenue Pistachios, LLC<br>Attn: John Bezmalinovic<br>5260 N. Palm Ave, Ste 421,<br>Mail Stop M<br>Fresno, CA 93704 | Maricopa Orchard, LLC<br>5260 Palm Ave Ste 421<br>Mail Stop M<br>Fresno, CA 93704 |
| ACDF, LLC<br>5260 North Palm, Ste 421<br>Mail Stop M<br>Fresno, CA, 93704 | Farshid Assemi and Sonia Rosemary Assemi, Co-Trustees of the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust dated January 31, 2007, as amended<br>5260 North Palm Ste 421<br>Mail Stop M<br>Fresno, CA 93704 | Farid Assemi, Trustee of the Amended and Restated Farid Assemi Revocable Trust dated January 24, 2007, as amended<br>5260 North Palm, Suite 421<br>Mail Stop M<br>Fresno, CA 93704 |
| Darius Assemi, as Trustee of the Amended and Restated Darius Assemi Revocable Trust dated January 30, 2007, as amended<br>5260 North Palm Ste 421<br>Mail Stop M<br>Fresno, CA 93704 | Gary G. Robinson / Karen E. Robinson, 2004 Trust<br>PO Box 2492<br>Avila Beach, CA 93424 | Dennis Woods and Cheryl Woods, Co-Trustee of the Dennis and Cheryl Woods Family Revocable Trust Of May 2005<br>c/o Westside Farming, LLC<br>7489 North First Street, Ste 104<br>Fresno, CA 93720 |
| The Water Agency, Inc.<br>7081 North Marks Ave, Ste 104 PMB 322<br>Fresno, CA 93711 | The Water Agency, Inc.<br>Attn: Erick H. Johnson<br>1283 Van Nuys Street<br>San Diego, CA 92109 | Todd Henry Revocable Trust<br>7489 North First Street, Suite 104<br>Fresno, CA 93720 |
| Henry Farmily Farms, LP<br>7489 North First Street, Suite 104<br>Fresno, CA 93720 | Henry Farmily Farms, LP<br>Attn: Michael Henry<br>1591 E. Silver Summit<br>Fresno, CA 93730 | Henry Farmily Farms, LP<br>PO Box 26540<br>Fresno, CA, 93729 |
| Poso Creek Water Company<br>5260 North Palm, Suite 421<br>Mail Stop M<br>Fresno, CA 93704 | Candice Henry, as Successor Trustee of the Todd Henry Revocable Trust<br>7489 North First Street, Ste 104<br>Fresno, CA 93720 | Phillip Christensen, Receiver (over certain property of Kamm South LLC)<br>c/o Agriglobe<br>2787 W Bullard Avenue, Suite 106<br>Fresno, CA, USA 93711 |

| | | |
|---|---|---|
| Poso Creek Water Company<br>Attn: Managers<br>5260 North Palm Ste 421<br>Mail Stop M<br>Fresno, CA 93704 | Michelle J. Wells<br>Senior Counsel<br>Procopio<br>12544 High Bluff Drive, Suite 400<br>San Diego, CA 92130 | Westlands Grape, LLC<br>c/o Fragner Seifert Pace & Mintz<br>800 S. Figueroa Ave., Suite 680<br>Los Angeles, CA 90017<br>Attn: Matthew C. Fragner |
| Westlands Grape, LLC<br>4700 Wilshire Boulevard<br>Los Angeles, CA 90010<br>Attn: Jennifer Gandin | Westlands Grape, LLC<br>4700 Wilshire Boulevard<br>Los Angeles, CA 90010<br>Attn: General Counsel | Westlands Grape LandCo, LLC<br>c/o Fragner Seifert Pace & Mintz<br>800 S. Figueroa Ave., Suite 680<br>Los Angeles, CA 90017<br>Attn: Matthew C. Fragner |
| Westlands Grape LandCo, LLC<br>4700 Wilshire Boulevard<br>Los Angeles, CA 90010<br>Attn: Jennifer Gandin | Westlands Grape LandCo, LLC<br>4700 Wilshire Boulevard<br>Los Angeles, CA 90010<br>Attn: General Counsel | Wells Fargo Bank, N.A., as Administrative Agent<br>7711 Plantation Road<br>Roanoke, VA 24019<br>Attn: Bobby Ausman |
| Truist Bank, as Collateral Agent<br>919 E. Main Street<br>Richmond, VA 23219<br>Attn: Robert Gennari | Origis Development, LLC<br>800 Brickell A venue, Suite 1000<br>Miami, FL 33131<br>Attention: General Counsel | Purple Holdco I LLC<br>c/o GSCE Valley Solar Development, LLC<br>Attn: Legal Department<br>3857 Birch Street, Suite 441<br>Newport Beach, CA 92660 |
| | | |

104 Investments, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

ACAP Farms, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

ACAP Farms, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

ACAP Holdings, LLC
1306 W Herndon Ave., #101
Fresno, CA 93711

Aera Energy LLC
PO Box 11164,
Bakersfield, CA 93389

Alva Corporation
8300 N. Hayden Road, Ste. 100,
Scottsdale, AZ 85258

American Equity Investment Life Insurance Company
6000 Westown Parkway
West Des Moines, IA 50266

Ashlan & Hayes Investments, LLC
1306 W Herndon Ave., #101
Fresno, CA 93711

Assemi Brothers, LLC
1306 W, Herndon Ave.
Fresno, CA 93711

Assemi Brothers, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Assemi Group, Inc.
Attn: John A. Bezmalinovic
1396 W. Herndon Ave., Suite 101
Fresno, CA 93711

Ben Nakagama and Julie Nakagawa
946 South Hughes
Fresno, CA 93706

Betsy E. Garcia
575 E. Rumi Ave.
Fresno, CA 93723

C & A Farms LLC
1306 W, Herndon Ave.
Fresno, CA 93711

C & A Farms LLC
1306 W, Herndon Ave., #101
Fresno, CA 93711

C & A Farms LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

C & A Farms LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

C & A Farms
c/o Stan Cornwell,
P.O. Box 1947,
San Joaquin, CA 93360

C&A Farms LLC
Hostetler Ranches LLC
1396 W Herndon #101
Fresno, CA 93711

C&A Farms, LLC
Melanie J. Aldridge, Esq.,
440 West Fallbrook, #106,
Fresno, CA 93711

C. A. Henson & John Landers dba Henson & Landers,
a partnership
Rt. 3, Box 959
Bakersfield, CA 93307

California Minerals, L.P.
1111 Fannin St., Suite 1700
Houston, TX 77002

California's Golden Citrus Company, LLC
c/o Ted Price,
263 Via Oliveria,
Camirillo, CA 93012

Cantua Orchards, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Cantua Orchards, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Cardinal Pipeline, L. P.
1900 Main St. Ste 600
Irvine, CA 92614-7319

Chevron U.S.A. Inc.
4900 California Ave.,
P.O. Box 1392
Bakersfield, CA 93389

Chevron U.S.A. Inc.
P.O. Box 6
Bakersfield, CA 93303

City Clerk City of Fresno
2326 Fresno Street
Fresno, CA

City of Fresno
City Clerk
2600 Fresno Street
Fresno, CA 93721

City of Fresno
Public Works Department
Attn: Bruce Abbott
2600 Fresno Street
Fresno, CA  93721

Clifford A. Henson and Lavern Henson
R. 3 Box 959
Bakersfield, CA  93307

Conterra Agricultural Capital, LLC
5465 Mills Civic Parkway, Suite 201
West Des Moines, IA  50266

Conterra Agricultural Capital, LLC
7755 Office Plaza Drive North, Suite 195
West Des Moines, IA  50266

Conterra Agricultural Capital, LLC
Attn: Mark A Smith
5465 Mills Civic Parkway, Suite 201
West Des Moines, IA  50266

Copper Avenue Investments, LLC
1308 W. Herndon Ave., Suite 101
Fresno, CA 93711

Copper Avenue Investments, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Copper Avenue Investments, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Copus River Farms, LLC
Attn: Legal Department
1306 West Herndon, Suite 101
Fresno, CA  93711

County of Kern
Property Management Dept.
1415 Truxtun Ave.
Bakersfield, CA  93301

County of Kings
Board of Supervisors
1400 W. Lancey Blvd.
Hanford, CA  93230

E.ON Climate & Renewables North America
Attn: General Counsel
353 N. Clark St., 30th Floor
Chicago, IL  60654

Emily Derderian
6668 N. West Street
Fresno, CA 93711

Equilon Enterprises LLC d/b/a Shell Oil Products US
150 N. Dairy Asford
Houston, TX  77079

Federal Agricultural Mortgage Corporation
c/o Brodie Austin Surfus,
Marshall Craig Whitney
Whitney Thompson & Jeffcoach
970 W. Alluvial Ave.
Fresno, CA 93711

Federal Agricultural Mortgage Corporation
c/o William D. Curtis, Gabriel L. Mathless
Moore &VanAllen
100 North Tryon Street, Suite 4700
Charlotte, NC 28202

Federal Aviation Administration
Office of the Chief Counsel
Attn: William "Liam" McKenna
800 Independence Avenue SW
Washington, DC 20591

Federal Land Bank Association of Kingsburg
c/o Scott Anderson,
PO Box 68
Kingsburg, CA 93631

FFGT Farms, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Floyd Lester Roberts and Eva Roberts
13075 West McKinley
Kerman, CA 93630

Fresno Irrigation District
2907 South Maple Ave.
Fresno, CA  93725

Gardner Almonds, LLC
2055 Woodside Road, #195
Redwood City, CA 94061

Golden State Finance Authority
1215 K Street
Sacramento CA 95814

Gradon Farms, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Gradon Farms, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Grapeman 320 Ranch L.P.
PO Box 6157,
Beverly Hills, CA 90212

Grapeman 320 Ranch LP
9777 Wilshire Blvd.,  Ste. 918
Beverly Hills, CA 90212

Grapeman Exitus Vineyard, LP
9777 Wilshire Blvd. Suite 918
Beverly Hills, CA  98212

James L. Guy
2516 Silver Dr.
Bakersfield, CA  93306

Joan King
James Richard Hunt
33525 S. J&E Road
Auberry, CA 93602

John E. Landers
R. 3 Box 959
Bakersfield, CA  93307

Lance Miller, Receiver
c/o John E. Mitchell, Michaela C. Crocker,
Yelena E. Archiyan
Katten Muchin Rosenman LLP
2121 North Pearl St, Ste. 1100
Dallas, TX 75201-2591

Lance Miller, Receiver
c/o Terence G. Banich
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3963

Lincoln Grantor Farms, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Lincoln Grantor Farms, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Lisa A. Cutts
Cutts Law, PC
5088 N. Fruit Avenue, Suite 101
Fresno, CA 93711

LJL
4950 Waring Rd., #111
San Diego, CA  93711

Locans Investments, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Maricopa Orchards, LLC
1306 W, Herndon Ave.
Fresno, CA 93711

Maricopa Orchards, LLC
5260 N. Palm #421 Stop M
Fresno, CA 93704

Maricopa Orchards, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Maricopa Orchards, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Maricopa Orchards, LLC
P.O. Box 428,
Lemoore, CA 93245

Maricopa West Solar PV, LLC
c/o E.ON Climate & Renewables North America
Attn: Dave Azzam
20 California Street, Suite 500
San Francisco, CA 94111

Mark R. Baeman, Esq.
Young Woodridge LLP
1800 30th Street, 4th Floor
Bakersfield, CA  93301

Maxine Pilgrim, William L. Gammon,
Jack L. Gammon
1415 18th Street,
Great Westen Savings Building, Room 509,
Bakersfield, CA

Metropolitan Life Insurance Company Agricultural
Investments
Attn:  Director, WRO
205 E. River Park Circle, Suite 330
Fresno, CA  93720

Metropolitan Life Insurance Company
Attn: SSU Director
10801 Mastin Street, Suite 930
Overland Park, KS  66210

MUFG Union Bank, N.A.
Attn: Scott Lisle
7108 N. Fresno Street, Suite 200
Fresno, CA  93720

Nahabedian Exploration Group, LLC
c/o Martin I. Smith, Inc.
45-250 Club Drive
Indian Wells, CA  922210

Old Republic Title Company
7451 N. Remington Ave., Suite 102
Fresno, CA  93711

Pacific Gas and Electric Company
Land Department
1401 Fulton Street
Fresno, CA 93760

Pacific Gas and Electric Company
Land Department,
PO Pin 319,
Bakersfield, CA 93302

Pacific Gas and Electric Company
Land Rights Office - Fresno
650 "O" Street, Third Floor
Fresno, CA 93760

Pacific Gas and Electric Company
Land Services - Fresno
650 "O" Street, Bag 23
Fresno, CA  93760

Palo Verde Investments N.V.
5500 Ming Ave., Suite 100
Bakersfield, CA 93309

Public Works Department
City of Fresno
2600 Fresno Street
Fresno, CA 93721-3623
Attn: Bruce Abbott

Rooster Capital IV LLC
5465 Mills Civic Parkway, Suite 201
West Des Moines, IA  50266

Rooster Capital IV, LLC
c/o Bernard Jaron Kornberg
Miller Nash LLP
340 Golden Shores, Ste 450
Long Beach, CA 90802

San Raphael Fruits Corporation
c/o Keith Mori,
904 Silver Spur Road, Ste. 388,
Rolling Hills Estates, CA 90274

SiteCo, LLC
Attn: Office of the General Counsel
300 California Street, 7th Floor
San Francisco, CA  94104

State of California Department of Transportation
1352 W. Olive Ave.
Fresno, CA  93728

Summit Slough Ranch, LLC
8519 24th Ave.
Lemoore, CA 93245

The Nahabedian Exploration Group, LLC
c/o Martin I. Smith, Inc.
45-250 Club Drive
Indian Wells, CA 92210

The Prudential Insurance Company of America
c/o Prudential Asset Resources
Attn: Agricultural Loan Servicing
2100 Ross Ave., Suite 2500
Dallas, TX  75201

The Prudential Insurance Company of America
c/o Prudential Asset Resources
Attn: Legal Dept.
2100 Ross Ave., Suite 2500
Dallas, TX  75201

U.S. Bank National Association, as Custodian/Trustee
for Federal Agricultural Mortgage Corporation
programs
1133 Rankin Street, Suite 100
St Paul, MN 55116

UNI-CA Enterprises, Inc.
c/o Bill Gammon,
13755 Costajo Street,
Bakersfield, CA 93313

United States of America, Department of
Transportation,
Federal Aviation Administration
Real Property & Utilities Section
P.O. Box 92007
Worldway Postal Center
Los Angeles, CA 90009

US Horticulture Farmland, LLC
c/o Westchester Group Investment Management, Inc.
Attn: Frank Lu
6715 N. Palm Ave., Suite 101
Fresno, CA  93704

Vintage Petroleum LLC
Attn: Land Manager
9600 Ming Ave.
Bakersfield, CA  93311

Wells Fargo Bank, N.A.
Attn: Vahagn Bznouni, Sr. VP
8405 N. Fresno St., Suite 200
Fresno, CA  93720

Wheeler Ridge Maricopa Water Storage District
12109 Highway 166
Bakersfield, CA 93313

Wheeler Ridge Maricopa Water Storage District
P.O. Box 9429
Bakersfield, CA 93389

Wheeler Ridge-Maricopa Water Storage District
Young, Woolridge, Paulden, Self & Williams
1600 "M" Street,
Bakersfield CA

Whitesbridge Farms, LLC
1306 W, Herndon Ave.
Fresno, CA 93711

Whitesbridge Farms, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Whitesbridge Farms, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Willow Avenue Investments, LLC
1306 E. Herndon Ave, Ste. 101,
Fresno, CA 93711

Willow Avenue Investments, LLC
5260 N. Palm Ave., Ste. 421 Mail Stop M
Fresno, CA 93704

Willow Avenue Investments, LLC
5260 N. Palm Ave., Suite 421, Mail Stop A
Fresno, CA  93704

Willow Avenue Investments, LLC
c/o Jane Kim
Keller Benvenutti Kim LLP
425 Market Street, Floor 26
San Francisco, CA 94105

Fresno County
Fresno County Clerk
2220 Tulare St
Fresno, CA 93721

Kern County
Kern County Clerk
1115 Truxtun Ave # 5th
Bakersfield, CA  93301

Kings County
Kings County Clerk
1400 W. Lacey Blvd.
Hanford, CA  93230

Laguna Irrigation District
Attn: Scott Sills
5065 19 1/2 Ave.
Riverdale, CA  93656

Laguna Irrigation District
c/o Upper San Jose Water Company
5065 19 1/2 Ave.
Riverdale, CA  93656

Laguna Irrigation District
c/o Upper San Jose Water Company
Attn: Michael Nordstrom, General Counsel
222 W. Lacey Blvd.
Hanford, CA  93230

Westlands Water District
Attn: Russ Freeman
286 W. Cromwell Ave
Fresno, CA 93711

Fresno Irrigation District
Attn: Jeffrey Boswell
2907 S Maple Ave.
Fresno, CA  93725

Wheeler Ridge
Attn: Sheridan Nicholas
12109 CA-166
Bakersfield, CA 93313

Wheeler Ridge
c/o Young Wooldridge LLP
Attn: Steven M. Torigiani, General Counsel
10800 Stockdale Hwy, Suite 202
Bakersfield, CA 93311

Michael R. Farrell
Matthew D. Pham
Allen Matkins Leck Gamble Mallory & Natsis LLP
865 S. Figueroa Street, Ste 2800
Los Angeles, CA 90071

Richard M. Pachulski
Ira D. Kharasch
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4003

Chicago Title Company
5170 Golden Foothill Parkway, Suite 130
El Dorado Hills, CA 95762

First American Title Insurance Company
9255 Town Center Drive, Suite 200
San Diego, CA 92121

First American Title Insurance Company
Attn: Bryant Mendel, Vice President
9255 Town Center Drive, Suite 200
San Diego, CA 92121

First American Title Insurance Company
Attn: David Z Bark, Foreclosure Trustee
9255 Town Center Drive, Suite 200
San Diego, CA 92121

Old Republic Title Company
c/o Thomas L. Palotas
Jameson Pepple Cantu PLC
801 Second Ave., Suite 700
Seattle, WA 98104

Madera Irrigation District
Attn: Thomas Greci
12152 Rd 28 1/4
Madera, CA 93637

Madera Irrigation District
Attn: John Kinsey
12152 Rd 28 1/4
Madera, CA 93637

Kings River Resource Conservation District
Attn: David Merritt
4886 E. Jensen Ave.
Fresno, CA 93725

Fresno Metropolitan Flood Control District
Attn: Peter Sanchez
5469 E. Olive Ave.
Fresno, CA 93727

Buttonwillow Improvement District
Attn: Jason Gianquinto
1101 Central Ave.
Wasco, CA 93280

Pond Poso Improvement District
Attn: Jason Gianquinto
1101 Central Ave.
Wasco, CA 93280

North Kern South Tulare Hospital District
Attn: Kathy Gutierrez
1509 Tokay Ave.
Delano, CA 93215

Kern Community College District
Attn: Tracy Blakemore
2100 Chester Ave.
Bakersfield, CA 93301

104 Investments, LLC, a California limited liability
company
Attn: Eric Thor
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

ACDF, LLC, a California limited liability company
Cantua Orchards, LLC, a California limited liability
company
Attn: Eric Thor
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Bear Flag Farms, LLC
Attn: Legal Department
5260 N. Palm Ave., Suite 421, Mail Stop M
Fresno, CA 93704

Bishop Farms 15, LLC
Attn: Eric Thor
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Boulevard Associates, LLC
700 Universe Blvd.
Juno Beach, FL 33408
Attn: Land Services Administration

C&A Farms, LLC
Maricopa Orchards, LLC
Attn: Jon Reiter, CEO and Jennifer Reisz, General
Counsel
1306 West Herndon Ave., Suite 101
Fresno, CA 93711

Cantua Orchards, LLC
Lincoln Grantor Farms, LLC
5260 N. Palm Ave., Suite 421, Mail Stop M
Fresno, CA 93704
Attn: Legal Department

Donna Brown
Old Republic Title Company
7451 N. Remington Ave., Suite 102
Fresno, CA 93711

Grandon Farms, LLC, a California limited
liability company
ACDF, LLC, a California limited liability company
Attn: Eric Thor
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Granville Farms, LLC, a California limited liability
5260 N. Palm Ave., Suite 421, Mail Stop M
Fresno, CA 93704

GSCE Valley Solar Development, LLC, a Delaware
limited liability company
Attn: Legal Department
3857 Birch Street, Suite 441
Newport Beach, CA 92660

GVM Investments, LLC
Grandon Farms, LLC
Attn: Legal
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

Lincoln Grantor Farms, LLC, a California limited
liability company
Grandon Farms, LLC, a California limited liability
company
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Locans Investments, LLC, a California limited
liability company
Attn: Eric Thor
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Maricopa Orchards, LLC
Attn: Legal Department
1306 West Herndon Ave., Suite 101
Fresno, CA 93711

Maricopa Orchards, LLC,
a California limited liability company
Attn: Eric Thor
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Origis Holdings USA Subco, LLC
800 Brickell Ave., Suite 1000
Miami, FL 33131
Attn: Samir Verstyn

Origis Holdings USA Subco, LLC
c/o Allen Matkins
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111
Attn: Barry Epstein, Esq.

Sageberry III, LLC
Sageberry IV, LLC
Attn: Legal
1306 W. Herndon Ave., Suite 101
Fresno, CA 93711

San Luis West Solar, LLC
c/o Dos Puntos, LLC
Attn: General Counsel
10 Ivy Drive
Orinda, CA 94563

Wegis Family Farms LLC
Attn: Michael C. Young
34929 Flyover Court
Bakersfield, CA 93308

Westlands Cherry, LLC
c/o 4700 Wilshire Blvd.
Los Angeles, CA 90010
Attn: Jennifer Gandin

Westlands Cherry, LLC
c/o 4700 Wilshire Blvd.
Los Angeles, CA 90010
Attn: General Counsel

Westlands Cherry, LLC
c/o Matthew C. Fragner, Esq.
Fragner Seifert Pace & Mintz, LLP
800 S. Figueroa, Ave., Suite 680
Los Angeles, CA 90017

Willow Avenue Investments, LLC
Attn: Legal Department
1306 West Hendon Ave., Suite 101
Fresno, CA 93711

Office of County Counsel
Attn: Jeremy S. McNutt,
Deputy County Counsel
1115 Truxtun Ave., 4th Floor
Bakersfield, CA 93301

American Equity Investment Life Insurance Company
c/o Brookfield Wealth Solutions
Brookfield Place New York
250 Vesey Street, 15th Floor
New York, New York 10281
Attn: Brad Michaelson

Daniel L. Egan
Wilke Fleury LLP
621 Capitol Mall, Suite 900
Sacramento, CA 95814

Jonathan Reiter
7058 N. West Avenue
Suite 101
Fresno CA 93711

Nili Holdings, LLC
Attn: Mindy Nili
21 Rockrose
Aliso Viejo, CA 92656

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

United States Attorney's Office
Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA. 93721

Office of the Attorney General
1300 "I" Street
Sacramento, CA 95814-2919

Office of the Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550

Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Office of the Attorney General
1515 Clay Street
Oakland, CA 94612-1499

Office of the Attorney General
P.O. Box 70550
Oakland, CA 94612-0550

Office of the Attorney General
2550 Mariposa Mall, Room 5090
Fresno, CA 93721-2271

Office of the Attorney General
300 South Spring Street
Los Angeles, CA 90013-1230

Office of the Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101-3702

Office of the Attorney General
P.O. Box 85266-5299
San Diego, CA 92186-5266