Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone: (214) 765-3600
Facsimile: (214) 765-3602

Arlen P. Moradi (SBN 353956)
**KATTEN MUCHIN ROSENMAN LLP**
2121 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067-5010
Telephone: (310) 778-4449

*Attorneys for the Receiver*
Lance Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; LINCOLN GRANTOR FARMS, LLC;COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,<br><br>Defendants. | No. 1:24-cv-01455-KES-SAB<br><br>**STIPULATED EX PARTE APPLICATION TO SHORTEN TIME ON MOTION OF RECEIVER LANCE MILLER REQUESTING INSTRUCTION FROM THE COURT**<br><br>Judge: Hon. Kirk Sherriff<br><br>Action Filed: November 27, 2024 |

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

Lance Miller (the "**Receiver**"), solely in his capacity as Court-appointed Receiver in the above-captioned case, hereby files this *Stipulated Ex Parte Application to Shorten Time* (the "**Application**") on the *Motion of Receiver Lance Miller for Instruction from the Court* filed concurrently herewith.

This Application is filed pursuant to Local Rule 144 and the Standing Order of this Court, and is supported by the Declaration of Michaela Crocker, as counsel for Receiver (the "**Crocker Declaration**"), attached hereto, and the following facts:

On November 27, 2024, Plaintiff Federal Agricultural Mortgage Corporation filed a *Complaint for Breach of Contract, Appointment of Receiver, Accounting and Specific Performance of Rents and Profits Clause, and Injunctive Relief* [Dkt. No. 1] initiating this case and an *Ex Parte Application Regarding Motion for Order Appointing Receiver and for Preliminary Injunction* [Dkt. No. 15].

On January 3, 2025, after the notice period passed without objection, the Court entered the *Order Appointing Receiver and for Preliminary Injunction* [Dkt. No. 29] (the "**Receivership Order**") appointing the Receiver as receiver over the Receivership Property (as defined in the Receivership Order). The scope of the Receiver's duties includes "to assess whether a sale of the Receivership Property would maximize value, and, following that assessment and if appropriate in the Receiver's reasonable judgment, implement an organized sale process of the Receivership Property, whether in whole or part, with any sale of Receivership Property outside of the ordinary course of business subject to the Court's approval." Receivership Order ¶ 15.

On September 8, 2026, the Court will hold a hearing (the "**Sale Hearing**") to consider the Receiver's request to sell the remaining two parcels of real estate that are subject to the Receivership Order and associated rights (the "**Remaining Receivership Property**") to Brightfield Investments, LLC or its designee. As of the date of this Application, however, the Receiver is holding sufficient funds to fully satisfy Plaintiff's liens and pay the estimated costs of winding down the receivership estate, including payment of estimated administrative claims and trade claims incurred during the pendency of the case.

Both the proposed buyer and the Receiver are prepared to move forward at the Sale Hearing. The Receiver, however, desires instruction from this Court regarding his authority to sell the Remaining Receivership Property considering his apparent ability to repay Plaintiff and winddown the receivership estate with funds on hand.

Accordingly, pursuant to paragraph 4(e) of the Receivership Order,[2] the Receiver filed the Motion seeking instruction from the Court as to whether the Receivership Order provides him the authority to sell the Remaining Receivership Property in accordance with the terms of the proposed purchase and sale agreement on file with the Court. *See Notice of (I) Cancellation of Auction and (II) Successful Bidder (Westlands)* [Dkt. No. 276].

The Receiver requests that the Court schedule the hearing on the Motion for **September 8, 2026, at 1:30 p.m. PT**, to immediately precede the Sale Hearing, so that he will have the benefit of the Court's instruction before proceeding with the proposed sale of the Remaining Receivership Property.

**As reflected in the Crocker Declaration, counsel for the Receiver met and conferred with the respective attorneys for Plaintiff, the second and third lienholders on the Property (which will be the first and second lienholders once Plaintiff is repaid), and the Defendant-record owners of the Property, each of whom consent to the request to shorten time as set forth in this Application.**

Based on the foregoing, the Receiver respectfully requests that the Court grant this Application and enter an order substantially in the form submitted herewith, establishing the response deadline and scheduling the hearing to consider the Motion for September 8, 2026.

[2] Paragraph 4(e) authorizes the Receiver to "make a motion or application to the Court regarding instruction or clarification in connection with the powers and scope of the receivership, Receivership Property, and this Order, including but not limited to obtaining orders further instructing the Receiver or orders clarifying or expanding the scope of the receivership or the Receivership Property[.]"

Dated: August 26, 2026

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By: *<u>/s/ Arlen P. Moradi</u>*
Arlen P. Moradi

Attorneys for the Receiver,
Lance Miller

**DECLARATION OF MICHAELA CROCKER**

I, Michaela Crocker, declare as follows:

1. I am an attorney who is duly licensed to practice before all courts in the State of Texas and admitted to practice before this Court on a *pro hac vice* basis. I am a partner with Katten Muchin Rosenman LLP, counsel of record for Lance Miller, as the Court-appointed receiver (the "**Receiver**") in this case. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2. I make this Declaration in relation to the *Stipulated Ex Parte Application to Shorten Time* (the "**Application**") on the *Motion of Receiver Lance Miller Requesting Instruction from the Court*. The facts stated in the Application are true and correct to the best of my knowledge, information, and belief.

3. I have met and conferred with the respective attorneys for the Plaintiff, the second and third lienholders on the Property, and the Defendant-record owners of the Property, as follows, and each such attorney has stated to me that their respective clients consent to the relief sought in the Application:

- Steve Gruendel and Zachary Smith of Moore&VanAllen on behalf of Plaintiff Federal Agricultural Mortgage Corporation;
- Riley Walter and Ian Quinn of Wagner Jones Helsey PC on behalf of the Defendant-record owners of the Property;
- Bernie Kornberg of Miller Nash LLP on behalf of Rooster Capital IV, LLC, the second-lien holder on the Property; and
- Ira Kharasch of Pachulski Stang Ziehl & Jones LLP on behalf of American Equity Investment Life Insurance Company.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: August 26, 2026
Dallas, Texas

/s/ *Michaela Crocker*
Michaela Crocker

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Ste. 1100, Los Angeles, CA 90067-5010. On August 26, 2026, I served the following document(s) described as:

**STIPULATED EX PARTE APPLICATION TO SHORTEN TIME ON MOTION OF RECEIVER LANCE MILLER FOR INSTRUCTION FROM THE COURT**

as follows:

[ ] **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed on **Exhibit 1** and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ X ] BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address janice.brooks-patton@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

ali.mojdehi@mgr-legal.com
Jsmcnutt@kerncounty.com
jon@cavalrei.com
degan@wilkefleury.com
storigiani@youngwooldridge.com
RStewart@pearsonrealty.com
kstewart@pearsonrealty.com
aferdinandi@pearsonrealty.com
DKevorkian@pearsonrealty.com
sgrosz@pearsonrealty.com
ckay@caagproperties.com
mindynili@gmail.com
OKatz@sheppardmullin.com
RSahyan@sheppardmullin.com
Robert.D.Lewis@t-mobile.com
kvote@wjhattorneys.com
kdodd@wjhattorneys.com
snb300@aol.com
llindenau@larsonlindenau.com
legal@goldenstatecleanenergy.com

[ ] **BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

[ ] **BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X] E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 26, 2026, at Los Angeles, California.

*/s/Arlen P. Moradi*
Arlen P. Moradi