**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; LINCOLN GRANTOR FARMS, LLC;COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,<br><br>DEFENDANTS.<br>Defendants. | No. 1:24-cv-01455-KES-SAB<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME REGARDING MOTION OF RECEIVER REQUESTING INSTRUCTION FROM THE COURT**<br><br>Related to Dkt. No. [285]<br><br>Judge: Hon. Kirk E. Sherriff<br><br>Action Filed: September 16, 2024 |

Before the Court is the *Motion for Instruction* (the "**Motion**")[1] filed by Lance Miller (the "**Receiver**"). Based upon the Motion and the record before the Court, and it appearing that service was proper under the circumstances, it is hereby

**ORDERED** that the Court will hold a hearing (the "**Hearing**") on September 8, 2026 at 1:30 p.m. in Courtroom 6, located at the Robert E. Coyle United States Courtroom, 2500 Tulare Street, Fresno, California 93721, at which time it will consider the Receiver's request for instruction on how to administer the Remaining Receivership Assets.

**IT IS FURTHER ORDERED** that any party wishing to file a statement in advance of the Hearing must do so no later than September 3, 2026.

IT IS SO ORDERED.

Dated: August 27, 2026

UNITED STATES DISTRICT JUDGE

[1] All capitalized terms used but not defined in this Order shall have the meaning ascribed in the Motion.