# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASSEMI BROTHERS, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01455-KES-SAB<br><br>ORDER REGARDING STIPULATION EXTENDING TIME FOR CERTAIN DEFENDANTS TO FILE RESPONSIVE PLEADINGS<br><br>(ECF No. 287) |

On August 28, 2026, a stipulation was filed requesting an extension of time for Defendants ACAP Farms, LLC, Assemi Brothers, LLC, C&A Farms, LLC, Cantua Orchards, LLC, Copper Avenue Investments, LLC, Gradon Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Whitesbridge Farms, LLC, Willow Avenue Investments, LLC (collectively the "Farming Defendants") to respond to the complaint. The Court finds good cause and approves the stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1. The Stipulation (ECF No. 287) is APPROVED;
2. The Farming Defendants shall file their responsive pleadings on or before **September 18, 2026**; and

/ / /

/ / /

/ / /

3. **The parties are advised that it is their responsibility to diligently move this action forward**, and that the Court may set a status conference or a new scheduling conference at any time.

IT IS SO ORDERED.

Dated: **August 31, 2026**

STANLEY A. BOONE
United States Magistrate Judge