Terence G. Banich (SBN 212173)[1]
terence.banich@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

John E. Mitchell (*pro hac vice*)
Michaela C. Crocker (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
2121 North Pearl St., Ste. 1100
Dallas, TX 75201-2591
Telephone: (214) 765-3600
Facsimile: (214) 765-3602

Arlen P. Moradi (SBN 353956)
**KATTEN MUCHIN ROSENMAN LLP**
2121 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067-5010
Telephone: (310) 778-4449

*Attorneys for the Receiver* Lance Miller

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; LINCOLN GRANTOR FARMS, LLC;COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC,<br><br>Defendants. | No. 1:24-cv-01455-KES-SAB<br><br>**NOTICE OF SATISFACTION OF LIENS**<br><br>Related to Dkt. No. 1<br><br>Judge: Hon. Kirk E. Sherriff<br><br>Action Filed: November 27, 2024 |

[1] Designated as counsel for service pursuant to L.R. 182(c)(1).

On November 27, 2024, Federal Agricultural Mortgage Corporation ("**Plaintiff**") filed a *Complaint for Breach of Contract, Appointment of Receiver, Accounting and Specific Performance of Rents and Profits Clause, and Injunctive Relief* [Dkt. No. 1] (the "**Complaint**") initiating the above-captioned case the (the "**Case**") and an *Ex Parte Application Regarding Motion for Order Appointing Receiver and for Preliminary Injunction* [Dkt. No. 15]. Per the Complaint, as of November 21, 2024, the outstanding amount owed to Plaintiff under the Loan Documents (as defined in the Complaint), inclusive of interest and fees, was approximately $41,833,201.

On January 3, 2025, after the notice period passed without objection, the Court entered the *Order Appointing Receiver and for Preliminary Injunction* [Dkt. No. 29] (as amended or supplemented, the "**Receivership Order**") appointing Lance Miller (the "**Receiver**") as receiver over the Receivership Property (as defined in the Receivership Order).

During the Case, and in accordance with the Receivership Order, Plaintiff provided funding to the receivership estate in the amount of $6,335,000, as evidenced by Receivership Certificate No. 1 in the amount of $5,235,000 [Dkt. No. 216] and Receivership Certificate No. 2 in the amount of $1,100,000 [Dkt. No. 242]. *See* Receivership Order ¶ 4(j).

During the pendency of the Case, the Receiver made the following payments to FAMC from the net proceeds from the sale of Receivership Property:

| Date of Payment | Amount | Source |
| --- | --- | --- |
| October 28, 2025 | $8,718,168.39 | Order Authorizing the Private Sale of Certain Receivership Property Free and Clear of All Liens, Claims, and Encumbrances, and Settlement of Claims in Connection Therewith [Dkt. No. 121] |
| February 4, 2026 | $13,564,019.57 | Order (I) Authorizing Sale of Real Estate Free and Clear of Interests; (II) Authorizing the Payment of Sale-Related Costs; and (III) Granting Related Relief (Mission Ranch) [Dkt. No. 176] |
| February 17, 2026 | $1,999,724.11 | Order Granting First Motion to Approve Disbursement of Proceeds [Dkt. No. 204] |

| | | |
|---|---|---|
| April 20, 2026 | $511,996.64 | Order Granting Second Motion to Approve Disbursement of Proceeds [Dkt. No. 238] |
| April 21, 2026 | $30,382,601.57 | Order (I) Authorizing Sale of Real Estate Free and Clear of Interests; (II) Authorizing the Payment of Sale-Related Costs; and (III) Granting Related Relief (Oliviera) [Dkt. No. 205] |
| July 8, 2026 | $492,095.48 | Order Granting Third Motion to Approve Disbursement of Proceeds [Dkt. No. 250] |
| August 31, 2026 | $759,141.59 | Order (I) Authorizing Sale of Real Estate Free and Clear of Interests; (II) Authorizing the Payment of Sale-Related Costs; and (III) Granting Related Relief (Gardner) [Dkt. No. 259] |
| September 11, 2026 | $235,511.50 | Order (I) Authorizing Sale of Real Estate Free and Clear of Interests; (II) Authorizing the Payment of Sale-Related Costs; and (III) Granting Related Relief (Gardner) [Dkt. No. 259] |

This Notice is filed to give notice to parties that, as of September 11, 2026, the liens and claims held by FAMC against Receivership Property have been satisfied in full.

Dated: September 21, 2026

Respectfully submitted by:

**KATTEN MUCHIN ROSENMAN LLP**

By: /s/ *Arlen P. Moradi*
Arlen P. Moradi
*Attorneys for the Receiver*
Lance Miller

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Ste. 1100, Los Angeles, CA 90067-5010. On September 21, 2026, I served the following document(s) described as:

**NOTICE OF SATISFACTION OF LIENS**

as follows:

**[ ]** **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed on **Exhibit 1** and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Katten Muchin Rosenman LLP practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**[ ]** **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address janice.brooks-patton@katten.com to the persons at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]** **BY OVERNIGHT MAIL (FedEx):** I enclosed said document(s) in an envelope or package provided by FEDEX and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FEDEX or delivered such document(s) to a courier or driver authorized by FEDEX to receive documents.

**[ ]** **BY PERSONAL SERVICE:** I caused said document to be personally delivered the document(s) to the person at the addresses listed above by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.

**[X]** **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on September 21, 2026, at Los Angeles, California.

*/s/ Arlen P. Moradi*
Arlen P. Moradi