# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br>Plaintiff,<br>v.<br>ASSEMI BROTHERS, LLC, et al.,<br>Defendants. | Case No. 1:24-cv-01455-KES-SAB<br><br>ORDER REGARDING STIPULATION EXTENDING TIME FOR CERTAIN DEFENDANTS TO FILE RESPONSIVE PLEADINGS<br><br>(ECF No. 308) |

On October 9, 2026, a stipulation was filed requesting an extension of time for Defendants ACAP Farms, LLC, Assemi Brothers, LLC, C&A Farms, LLC, Cantua Orchards, LLC, Copper Avenue Investments, LLC, Gradon Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Whitesbridge Farms, LLC, Willow Avenue Investments, LLC (collectively the "Farming Defendants") to respond to the complaint. (ECF No. 308.) The Court finds good cause to approve the stipulation, and Farming Defendants shall have through **October 16, 2026** to file a responsive pleading. Again, the parties are ORDERED to notify the Court when scheduling is appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1. The Stipulation (ECF No. 308) is APPROVED;
2. The Farming Defendants shall file their responsive pleadings on or before **October 16, 2026**; and
3. **<u>The parties are advised that it is their responsibility to diligently move this</u>**

**action forward**, and that the Court may set a status conference or a new scheduling conference at any time.

IT IS SO ORDERED.

Dated: **October 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge