WANGER JONES HELSLEY
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com
iquinn@wjhattorneys.com

Attorneys for Defendants ACAP Farms, LLC, Assemi Brothers, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Copper Avenue Investments, LLC, Gradon Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Whitesbridge Farms, LLC, Willow Avenue Investments, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASSEMI BROTHERS, et al.,<br><br>Defendants. | Case No. 1:24-cv-01455-KES-SAB<br><br>**STIPULATION EXTENDING TIME FOR CERTAIN DEFENDANTS TO FILE RESPONSIVE PLEADINGS** |

Plaintiff Federal Agricultural Mortgage Corporation ("Plaintiff") and Defendants ACAP Farms, LLC, Assemi Brothers, LLC, C & A Farms, LLC, Cantua Orchards, LLC, Copper Avenue Investments, LLC, Gradon Farms, LLC, Lincoln Grantor Farms, LLC, Maricopa Orchards, LLC, Whitesbridge Farms, LLC, Willow Avenue Investments, LLC (collectively, the "Farming Defendants") respectfully stipulate as follows:

1. This action was commenced on November 27, 2024.

2. Summons Returned Executed were filed with the Court on December 19, 2024. ECF Nos. 16-25.

3. On January 3, 2025, the Court entered the Order Appointing Receiver and for Preliminary Injunction [ECF No. 29], which order remains in effect.

4. Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 90] extending the time for Farming Defendants to file a responsive pleading in this case, through August 18, 2025. The Court approved the Stipulation and Proposed Order on May 14, 2025 [ECF No. 92].

5. Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 116] extending the time for Farming Defendants to file a responsive pleading in this case, through September 19, 2025. The Court approved the Stipulation and Proposed Order on September 8, 2025 [ECF No. 119].

6. Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 130] extending the time for Farming Defendants to file a responsive pleading in this case, through October 20, 2025. The Court approved the Stipulation and Proposed Order on September 24, 2025 [ECF No. 131].

7. Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 174] extending the time for Farming Defendants to file a responsive pleading in this case, through January 8, 2026. The Court approved the Stipulation and Proposed Order on December 11, 2025 [ECF No. 178].

8. Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 186] extending the time for Farming Defendants to file a responsive pleading in this case, through February 13, 2026. The Court approved the Stipulation and Proposed Order on January 13, 2026 [ECF No. 188].

9. Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 206] extending the time for Farming Defendants to file a responsive pleading in this case, through March 13, 2026. The Court approved the Stipulation and Proposed Order on March 13, 2026 [ECF No. 211].

10. Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 221] extending the time for Farming Defendants to file a responsive pleading in this case, through April 17, 2026. The Court approved the Stipulation and Proposed Order on March 17, 2026 [ECF No. 226].

11. Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 239] extending the time for Farming Defendants to file a responsive pleading in this case, through May 18, 2026. The Court approved the Stipulation and Proposed Order on April 27, 2026 [ECF No. 241].

12. Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 246] extending the time for Farming Defendants to file a responsive pleading in this case, through June 19, 2026. The Court approved the Stipulation and Proposed Order on May 27, 2026 [ECF No. 247].

13. Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 254 and 255] extending the time for Farming Defendants to file a responsive pleading in this case, through July 24, 2026. The Court approved the Stipulation and Proposed Order on June 23, 2026 [ECF No. 261].

14. Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 272 and 273] extending the time for Farming Defendants to file a responsive pleading in this case, through August 21, 2026. The Court approved the Stipulation and Proposed Order on July 27, 2026 [ECF No. 274].

15. Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 281] extending the time for Farming Defendants to file a responsive pleading in this case, through August 28, 2026. The Court approved the Stipulation and Proposed Order on August 24, 2026 [ECF No. 283].

16. Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF No. 287 and 288] extending the time for Farming Defendants to file a responsive pleading in this case, through September 18, 2026. The Court approved the Stipulation and Proposed Order on August 31, 2026 [ECF No. 289].

17. Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF Nos. 298 and 299] extending the time for Farming Defendants to file a responsive pleading in this case, through September 25, 2026. The Court approved the Stipulation and Proposed Order on September 22, 2026 [ECF No. 300].

18. Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF Nos. 301 and 302] extending the time for Farming Defendants to file a responsive pleading in this case, through October 2, 2026. The Court approved the Stipulation and Proposed Order on September 29, 2026 [ECF No. 303].

19. Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF Nos. 304 and 305] extending the time for Farming Defendants to file a responsive pleading in this case, through October 9, 2026. The Court approved the Stipulation and Proposed Order on October 6, 2026 [ECF No. 306].

20. Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF Nos. 307 and 308] extending the time for Farming Defendants to file a responsive pleading in this case, through October 16, 2026. The Court approved the Stipulation and Proposed Order on October 13, 2026 [ECF No. 309].

21. Plaintiff and Farming Defendants filed a Stipulation and Proposed Order [ECF Nos. 311 and 312] extending the time for Farming Defendants to file a responsive pleading in this case, through October 23, 2026. The Court approved the Stipulation and Proposed Order on October 23, 2026 [ECF No. 313].

21. Plaintiff and Farming Defendants have been engaged in discussions over a form of agreement that would resolve any claims raised by way of the Complaint. To this end, and in order to finalize their agreement, Farming Defendants have been awaiting an accounting from Receiver with respect to funds held by Receiver on this date. Farming Defendants were advised by Receiver's counsel of record that an accounting would likely be provided by Receiver's counsel to Farming Defendants on October 26, 2026, or soon thereafter. Based on this development, Plaintiff and Farming Defendants have agreed to extend further the deadline for the Farming Defendants to file their responsive pleadings to October 30, 2026. This extension would

further their efforts to resolve the case and conserve the resources of the Farming Defendants. Based on the foregoing, Farming Defendants and Plaintiff are hopeful this would be the last extension of Farming Defendants' deadline to file a responsive pleading.

NOW, THEREFORE, Plaintiff and Farming Defendants stipulate that the deadline for the Farming Defendants to file responses to Plaintiff's complaint shall be extended to October 30, 2026.

Dated: October 26, 2026

WANGER JONES HELSLEY

By: [signature]
Ian J. Quinn
Attorneys for Farming Defendants

Dated: October 26, 2026

WHITNEY, THOMPSON & JEFFCOACH LLP

And

MOORE & VAN ALLEN, PLLC

By: /s/ Zachary H. Smith
Zachary H. Smith
Ben E. Shook
Attorneys for Federal Agricultural Mortgage Corporation

## PROOF OF SERVICE

**Federal Agricultural Mortgage Company v. Assemi Brothers, et al**
**Case No. 1:24-cv-01455-KES-SAB**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

My business address is 265 East River Park Circle, Suite 310, Post Office Box 28340, Fresno, California 93729. I am employed in Fresno County, California. I am over the age of 18 years and am not a party to this case.

On the date indicated below, I served the foregoing document(s) described as on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

1. **STIPULATION EXTENDING TIME FOR CERTAIN DEFENDANTS TO FILE RESPONSIVE PLEADINGS**

______ **(BY MAIL)** I am readily familiar with the business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the United States Postal Service on the date noted below in the ordinary course of business, at Fresno, California.

XXX **(BY CM/ECF NOTICE OF ELECTRONIC FILING)** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

EXECUTED ON **October 26, 2026**, at Fresno, California.

XXX **(FEDERAL)** I declare that I am employed in this office of a member of the bar of this court at whose direction this service was made.

______________________________
Danielle Durham